IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA,<br><br>    Plaintiffs,<br><br>v.<br><br>JANET YELLEN, in her official capacity as Secretary of the Treasury; RICHARD K. DELMAR, in his official capacity as acting inspector general of the Department of Treasury; U.S. DEPARTMENT OF THE TREASURY; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§ | Case No. 2:21-cv-00079-Z |

**AFFIDAVIT OF SERVICE**

I, Jennifer Sperline, hereby state that:

1. I am over the age of eighteen years and am in all respects competent to make this affidavit.

2. I am not a party in the above-captioned case.

3. I am a legal assistant in the Office of the Attorney General of Texas, which represents the Plaintiff State of Texas in the above-captioned case.

4. Pursuant to Federal Rule of Civil Procedure 4(i)(2), I effectuated service on Defendant U.S. Department of the Treasury in the above-captioned case on May 6, 2021, by sending a copy of the Summons, Complaint, Civil Cover Sheet, and Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge by certified mail with return receipt requested to the U.S. Department of the Treasury. Its office received the documents on May 11, 2021, as evidenced by the United States Postal Service Tracking System. A

copy of the certified mail receipt and tracking information from the United States Postal Service are attached as Exhibit 1.

5. Pursuant to Federal Rules of Civil Procedure 4(i)(2) and 4(i)(1)(B), I effectuated service on Defendant U.S. Department of the Treasury on May 6, 2021, by sending a copy of the Summons, Complaint, Civil Cover Sheet, and Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge by certified mail with return receipt requested to the Attorney General of the United States at Washington, D.C. The Attorney General's office received the documents on May 11, 2021, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt and tracking information from the United States Postal Service are attached as Exhibit 2.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: May 26, 2021                 */s/ Jennifer Sperline*
                                     Jennifer Sperline

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF), and served by mail on the following recipients on May 26, 2021.

    Janet Yellen
    Secretary of the Treasury
    1500 Pennsylvania Avenue NW
    Washington, D.C. 20220

    Richard K. Delmar
    Acting Inspector General of the Department of Treasury
    1500 Pennsylvania Avenue NW
    Washington, D.C. 20220

U.S. Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

U.S. Attorney for the Northern District of Texas
U.S. Attorney's Office
1100 Commerce Street, Third Floor
Dallas, Texas 75242

              */s/ Jennifer Sperline*_____
               Jennifer Sperline