IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § § § |
| v. | §  2:21-CV-079-Z |
| JANET YELLEN, *et al.*, | § § |
| Defendants. | § § |

## ORDER

Before the Court is the parties' Joint Motion for Entry of a Scheduling Order (ECF No. 21). After consideration of the Joint Motion and the applicable law, the Court finds the Joint Motion should be and is hereby **GRANTED**. It is hereby **ORDERED** that:

1. Plaintiffs shall file their Combined Motion for Partial Summary Judgment on Counts I-III and Response to Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) on or before **Monday, August 30, 2021**;

2. Defendants shall file their Combined Reply in Support of Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6), Response to Plaintiffs' Motion for Partial Summary Judgment on Counts I-III, and Cross-Motion for Summary Judgment on or before **Monday, September 27, 2021**; and

3. Plaintiffs shall file their Reply in Support of Plaintiffs' Motion for Partial Summary Judgment on Counts I-III and Response to Defendants' Cross-Motion for Summary Judgment on or before **Monday, October 11, 2021**.

4. A further scheduling order will be entered after the Court's ruling on the above-mentioned motions, if necessary.

**SO ORDERED.**

July 27, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE