IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-079-Z |
| | § | |
| JANET YELLEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Amend the Scheduling Order (ECF No. 23). After consideration of the Motion and the applicable law, the Court finds the Motion should be and is hereby **GRANTED**. It is hereby **ORDERED** that:

1. Plaintiffs shall file their Combined Motion for Partial Summary Judgment on Counts I-III and Response to Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) on or before **Monday, September 27, 2021**;

2. Defendants shall file their Combined Reply in Support of Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6), Response to Plaintiffs' Motion for Partial Summary Judgment on Counts I-III, and Cross-Motion for Summary Judgment on or before **Monday, October 25, 2021**; and

3. Plaintiffs shall file their Reply in Support of Plaintiffs' Motion for Partial Summary Judgment on Counts I-III and Response to Defendants' Cross-Motion for Summary Judgment on or before **Monday, November 8, 2021**.

4. A further scheduling order will be entered after the Court's ruling on the abovementioned motions, if necessary.

**SO ORDERED.**

August 20, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE