# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | Case No. 2:21-cv-00079-Z |
| v. | § § | |
| JANET YELLEN, in her official capacity as Secretary of the Treasury, et al., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### VOLUME I OF II

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| | § | |
| STATE OF TEXAS, STATE OF MISSISSIPPI, | § | |
| STATE OF LOUISIANA, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Case No. 2:21-cv-00079-Z |
| v. | § | |
| | § | |
| JANET YELLEN, in her official capacity as | § | |
| Secretary of the Treasury, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF JEFFREY M. WHITE**

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, in her official capacity as Secretary of the Treasury, et al., | § § § | |
| Defendants. | § § § | |

**DECLARATION OF JEFFREY M. WHITE IN SUPPORT OF**
**PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS'**
**MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY**
**JUDGMENT**

I, Jeffrey M. White, hereby declare as follows:

1.     I am over 18 years of age and am fully competent to make this declaration. I am

Special Counsel in the Special Litigation Unit at the Office of the Attorney General of Texas, I am

admitted to practice law in this Court, and I represent the State of Texas in the above-captioned

matter. I submit this Declaration in support of Plaintiffs' Combined Response to Defendants' Motion

to Dismiss and Motion for Partial Summary Judgment. I have personal knowledge of the facts stated

herein.

2.     Appended to Plaintiffs' Combined Response to Defendants' Motion to Dismiss and

Motion for Partial Summary Judgment are the following exhibits:

| Ex. No. | Title |
|---------|-------|
| 1 | The December 2020 – January 2021 issue of Fiscal Notes, published by Texas Comptroller of Public Accounts Glenn Hegar, which is publicly available at |

1

| | |
|---|---|
| | https://comptroller.texas.gov/economy/fiscal-notes/2021/jan/docs/fn.pdf. |
| 2 | The First Quarter 2021 issue of Southwest Economy, published by the Federal Reserve Bank of Dallas, which  is publicly available at https://www.dallasfed.org/~/media/documents/research/swe/2021/swe2101.pdf. |
| 3 | The January 2021 Biennial Revenue Estimate for the 2022 – 2023 Biennium for the 87th Texas Legislature, published by Texas Comptroller of Public Accounts Glenn Hegar, which is publicly available at https://comptroller.texas.gov/transparency/reports/biennial-revenue-estimate/2022-23/docs/96-402-BRE-2022-2023.pdf. |
| 4 | The U.S. Department of Treasury's publication titled "Allocation for States," which is publicly available at https://home.treasury.gov/system/files/136/fiscalrecoveryfunds-statefunding1-508A.pdf. |
| 5 | Excerpts from S.B. No. 1, General Appropriations Act, Eighty-seventh Legislature, which is publicly available at https://webservices.sos.state.tx.us/legbills/files/RS87/SB1.pdf. |
| 6 | The FY 21-22 Total Budget Summary for Louisiana prepared by the House Fiscal Division, which is publicly available at https://house.louisiana.gov/housefiscal/DOCS_APP_BDGT_MEETINGS/DOCS_APPBudgetMeetings2021/FY%202022%20State%20Budget%20Summary.pdf. |
| 7 | The March 16, 2021 Letter from twenty-one State Attorneys General to Secretary Janet L. Yellen, which is publicly available at https://ag.ky.gov/Press%20Release%20Attachments/Yellen%20Letter%203-16%20FINAL.pdf and https://www.oag.ok.gov/sites/g/files/gmc766/f/yellen_letter_3-16_final.pdf. |
| 8 | The March 23, 2021 Letter from Secretary Janet L. Yellen to Mark Brnovich and twenty other State Attorneys General, which is publicly available at https://home.treasury.gov/system/files/136/Response-to-State-Attorneys-General-Inquiries-on-Implementation-of-Section-9901-of-the-ARP-Act.pdf. |
| 9 | H.B. No. 1195, which is publicly available at https://webservices.sos.state.tx.us/legbills/files/RS87/HB1195.pdf. |

| 10 | The Fiscal Note for HB1195 published by the Legislative Budget Board, which is publicly available at https://capitol.texas.gov/tlodocs/87R/fiscalnotes/pdf/HB01195F.pdf. |
| 11 | S.B. No. 313, which is publicly available at https://webservices.sos.state.tx.us/legbills/files/RS87/SB313.pdf. |
| 12 | The Fiscal Note for SB313 published by the Legislative Budget Board, which is publicly available at https://capitol.texas.gov/tlodocs/87R/fiscalnotes/pdf/SB00313F.pdf. |
| 13 | S.B. No. 609, which is publicly available at https://webservices.sos.state.tx.us/legbills/files/RS87/SB609.pdf. |
| 14 | The Fiscal Note for SB609 published by the Legislative Budget Board, which is publicly available at https://capitol.texas.gov/tlodocs/87R/fiscalnotes/pdf/SB00609S.pdf. |
| 15 | S.B. No. 938, which is publicly available at https://webservices.sos.state.tx.us/legbills/files/RS87/SB938.pdf. |
| 16 | The Fiscal Note for SB938 published by the Legislative Budget Board, which is publicly available at https://capitol.texas.gov/tlodocs/87R/fiscalnotes/pdf/SB00938E.pdf. |
| 17 | S.B. No. 1524, which is publicly available at https://webservices.sos.state.tx.us/legbills/files/RS87/SB1524.pdf. |
| 18 | The Fiscal Note for SB1524 published by the Legislative Budget Board, which is publicly available at https://capitol.texas.gov/tlodocs/87R/fiscalnotes/pdf/SB01524E.pdf. |
| 19 | The July 7, 2021 Proclamation by the Governor of the State of Texas calling an extraordinary session of the 87th Legislature, which is publicly available at https://lrl.texas.gov/scanned/govdocs/Greg%20Abbott/2021/proc07072021.pdf. |
| 20 | The August 5, 2021 Proclamation by the Governor of the State of Texas calling an extraordinary session of the 87th Legislature, which is publicly available at |

3

| | |
|---|---|
| | https://lrl.texas.gov/scanned/govdocs/Greg%20Abbott/2021/proc08052021.pdf. |
| 21 | S.B. No. 12, which is publicly available at https://capitol.texas.gov/tlodocs/872/billtext/pdf/SB00012F.pdf. |
| 22 | The Fiscal Note for SB12 published by the Legislative Budget Board, which is publicly available at https://capitol.texas.gov/tlodocs/872/fiscalnotes/pdf/SB00012F.pdf. |
| 23 | Act No. 134, which is publicly available at https://www.legis.la.gov/legis/ViewDocument.aspx?d=1235025. |
| 24 | Excerpts from the Official Journal of the Senate of the State of Louisiana – Thirty-Fourth Day's Proceedings, which is publicly available at https://senate.la.gov/Journals/2021/RS/21RS%20-%20SJ%200610%2034.PDF. |
| 25 | Excerpts from Webster's New World College Dictionary (5th ed. 2016). |

3.      The exhibits listed above are true and correct copies of what they purport to be.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2021

*/s/ Jeffrey M. White*
Jeffrey M. White

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § § | |
| Defendants. | § § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

### DECLARATION OF JEFFREY M. WHITE

December 2020 - January 2021 Fiscal Notes – Weathering the Pandemic – Texas Industries and COVID-19

# EXHIBIT A-1

SPECIAL EDITION



DECEMBER 2020 · JANUARY 2021

# FISCAL NOTES

STATE REVENUE WATCH 15

A REVIEW OF THE TEXAS ECONOMY FROM THE OFFICE OF **GLENN HEGAR**, TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

# WEATHERING THE PANDEMIC

## TEXAS INDUSTRIES AND COVID-19

By Olga Garza, TJ Costello, Jessica Donald, Peggy Fikac, David Green, Spencer Grubbs, Shannon Halbrook and Lisa Minton



To slow the spread of COVID-19 last spring, schools, businesses and sports venues began closing across Texas and the rest of the nation. Texans prepared as if for a hurricane rather than a year-long event that would upend businesses and their everyday lives.

After a spike in July, new cases fell off dramatically in August and September only to mount again in late fall. By Jan. 11, 2021, the Texas Department of State Health Services had confirmed more than 1.7 million COVID-19 cases in the state — and nearly 30,000 deaths from the disease.

But the pandemic isn't only a health crisis; it's an economic crisis that continues to wreak havoc on both

CONTINUED ON PAGE 3

*Editor's Note: Details of the new federal stimulus legislation were emerging as we went to press. The Comptroller's office is monitoring the impact of the new stimulus package and its effect on Texas industries.*

# A Message from the Comptroller



As I write this, a truly disastrous year has just ended. According to Johns Hopkins University, about 1.8 million people have died due to COVID-19, nearly 375,000 of them in the U.S. Almost 30,000 Texans have succumbed to the disease.

Yet the devastation stretched well beyond this awful record. Many lost their jobs or saw their education disrupted. Lockdowns and layoffs altered consumer behavior radically. Thousands of businesses were forced to close — or to change.

We've looked at aspects of the coronavirus crisis in previous issues of *Fiscal Notes*. In this special issue, we examine how the pandemic hit some Texas industries that found themselves at the center of the year's disruptions.

Leisure and hospitality — including restaurants, bars, hotels and motels and recreational facilities and events, among others — experienced some of the most traumatic changes. Many businesses were forced to shut down for extended periods; even when they reopened, many customers stayed home. Some restaurants pivoted successfully to an emphasis on takeout and curbside pickup, but thousands closed their doors for good.

Retail sales evolved rapidly during the pandemic. Online sales continue to grow in importance and helped keep revenues coming in for large retailers, but smaller companies often are struggling to meet payrolls and lease payments.

Texas is home to two of the world's largest airlines — Southwest and American — and some of the nation's busiest airports. Air travel has been a large and high-paying employer for our state. But travel limitations and fear of the virus have sent airline revenues plummeting. 2020 will go down in the records as a "lost year" for air travel, although bookings for later in 2021 give some room for optimism.

Texas hospitals have had different troubles. Unprecedented demand for emergency services strained their resources enormously, while a decline in non-emergency procedures and an increase in the number of uninsured patients dented their finances.

It's been a very difficult year, not just for these industries but for all of us. But Texans have seen tough times before, and have repeatedly demonstrated their ability to find new ways to succeed and thrive.

I know you'll join me in hoping that 2021 is the beginning of a comeback for our state.

GLENN HEGAR

Texas Comptroller of Public Accounts

**Note:** This report contains estimates and projections that are based on available information, assumptions and estimates as of the date of the forecasts upon which they are based. Assumptions involve judgments about future economic and market conditions and events that are difficult to predict. Actual results could differ from those predicted, and the difference could be material.

If you would like to receive paper copies of *Fiscal Notes*, contact us at **fiscal.notes@cpa.texas.gov**

# WEATHERING THE PANDEMIC CONTINUED FROM PAGE 1

small firms and major industries. Closures, quarantines and other restrictions come with significant fiscal implications and, despite its strong and diverse economy, Texas isn't immune to the uncertainties of this unprecedented situation.

All Texas industry sectors have been affected by the pandemic to some degree, but some have struggled more than others, raising concerns over what some have called a "K-shaped recovery" — one in which different sectors, industries and employee groups fare differently, some recovering and others remaining in recession. In this special issue of *Fiscal Notes*, we take a closer look at some of the industries most affected by the pandemic: leisure and hospitality providers, restaurants and bars, retailers, passenger airlines and hospitals.

## EMPLOYMENT CHANGES DURING THE PANDEMIC

Initial job losses due to COVID-19 were staggering. Between February and April 2020, the U.S. lost 22.2 million jobs, more than 1.4 million of them in Texas. Texas' unemployment rate spiked at 13.5 percent in April 2020, up from 3.5 percent just two months earlier. By November, nearly 1.2 million Texans remained unemployed (**Exhibit 1**).

## THE STEEPEST DROP

The "steepest and fastest drop in Texas economic activity in modern history" — that's the Federal Reserve Bank of Dallas' description of the pandemic's effects. This crisis is unique compared to previous downturns, adversely singling out certain sectors and making the economic effects and recovery process uneven and hard to predict. Sales tax collections, buoyed by retail sales, have declined moderately, but other affected industries have suffered much more. As of December 2020, the effects were still evident in some major taxes:

- **Sales tax** — $2.86 billion, down 5.0% from December 2019
- **Oil production tax** — $197 million, down 45.5%
- **Natural gas production tax** — $86 million, down 25.0%
- **Alcoholic beverage taxes** — $84 million, down 28.5%
- **Hotel occupancy tax** — $26 million, down 48.5%

**EXHIBIT 1**



**TEXAS UNEMPLOYMENT, FEBRUARY-NOVEMBER 2020**
**(SEASONALLY ADJUSTED)**

| | FEB | MARCH | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV |
|---|---|---|---|---|---|---|---|---|---|---|
| UNEMPLOYMENT RATE | 3.5% | 5.1% | 13.5% | 13.0% | 8.4% | 8.0% | 6.8% | 8.3% | 6.9% | 8.1% |

*Source: Comptroller analysis of data from the Texas Workforce Commission*

# WEATHERING THE PANDEMIC

From mid-March through Jan. 2, 2021, Texans filed more than 4.1 million initial claims for unemployment insurance, 300,000 in the week ending April 4 alone. These have fallen significantly, but remain historically elevated.

The number of *continued* unemployment claims, which reflects those receiving benefits after an initial claim, peaked in Texas at 1.4 million in the week ending May 23, remained above 1 million through the week ending Aug. 29 and totaled 368,223 for the week ending Dec. 26.

Low-wage workers, disproportionately employed in service industries, bore the brunt of job losses. Many of these workers are women and minorities; in 2019, for instance, 58.7 percent of U.S. hotel and motel employees were women and 58.6 percent were members of ethnic minorities, according to the U.S. Bureau of Labor Statistics. Opportunity Insights, a Harvard-based research and policy institute, found that employment among Texans making less than $27,000 per year fell by 17 percent from January through Oct. 22, 2020. Employment for middle-wage workers ($27,000 to $60,000 per year) declined by just

> **Employment among Texans making less than $27,000 per year fell by 17 percent from January through Oct. 22, 2020.**

3.6 percent; for workers earning more than $60,000, employment actually rose, though only slightly (0.5 percent).

## HARDEST-HIT INDUSTRIES

A September analysis of federal labor data by the *Washington Post* found that nine out of the 10 U.S. industries with the biggest job losses during the pandemic were service providers, including hotels, performing arts venues and restaurants. Texas Workforce Commission data indicate employment in the arts, entertainment and recreation fell by *nearly half* from February to April 2020, and remained 27 percent lower in November (**Exhibit 2**). Employment at hotels, restaurants and bars fell by 12.5 percent during this period.

**EXHIBIT 2**



**PERCENT CHANGE IN TEXAS NONFARM EMPLOYMENT, SELECTED INDUSTRIES, FEBRUARY-NOVEMBER 2020 (SEASONALLY ADJUSTED)**

TRANSPORTATION, WAREHOUSING AND UTILITIES
RETAIL TRADE
TEXAS TOTAL
HEALTH CARE AND SOCIAL ASSISTANCE
ACCOMMODATION AND FOOD SERVICES
ARTS, ENTERTAINMENT AND RECREATION

*Source: Comptroller analysis of data from the Texas Workforce Commission*

Among these industries, the most significant shared characteristic is their inherent necessity to operate in close quarters with their customers; their profitability typically depends on face-to-face encounters or crowds, from restaurants to sports arenas. In addition, some businesses have been affected by the lack of consumer confidence and by a concern for individual health and safety. Many sectors are financially fragile, with little cash on hand to weather an economic downturn.

### LEISURE AND HOSPITALITY

According to the federal government's industrial classification scheme, leisure and hospitality is a "supersector," a wide-ranging category including restaurants, bars, hotels, tourism, performing arts, sporting events, amusement parks, gyms and other enterprises. The supersector includes two sectors, arts, entertainment and recreation and accommodation and food services. The latter, in turn, is divided into two subsectors, accommodation and food services and drinking places — or, in other words, restaurants and bars.

No part of the state economy was injured more deeply by the pandemic than these industries. For the past several decades, leisure and hospitality jobs have comprised an increasing share of Texas' employment base, accounting for 10.9 percent of the state's total

jobs in 2019. Between 2010 and 2019, employment growth in this sector outpaced statewide gains, rising by an annual average of 3.7 percent versus 2.4 percent for all Texas jobs (**Exhibit 3**). Restaurants and bars led employment growth, adding jobs at an average 3.8 percent per year.

But then the pandemic arrived. In November 2020, Texas leisure and hospitality employment was down by 13 percent from the same month in the previous year, a loss of 181,800 jobs and 37.2 percent of *all* Texas job losses during this period. Restaurants and bars suffered the heaviest total losses, falling by 10.1 percent or 112,500 jobs. Employment in the arts, entertainment and recreation industries experienced the greatest percentage decline at 29.6 percent or 42,800 jobs.

After a rebound in May and June, sector employment growth had improved only modestly through November (**Exhibit 4**).

The contribution of the arts, entertainment, recreation, accommodation and food services — a group defined by the U.S. Bureau of Economic Analysis — to the Texas gross state product (GSP) also slumped. In 2019, these industries contributed $63.5 billion to the Texas economy, or 3.4 percent of the state's $1.84 trillion GSP. Between the first and second quarters of 2020, their combined Texas GSP fell by more than $19 billion or 32 percent.



**EXHIBIT 3**

**TEXAS LEISURE AND HOSPITALITY SUPERSECTOR, ANNUAL NONFARM EMPLOYMENT CHANGE, 2010-2019**

*Source: Comptroller analysis of data from the Texas Workforce Commission*

EXHIBIT 4



**TEXAS LEISURE AND HOSPITALITY INDUSTRIES, YEAR-OVER-YEAR EMPLOYMENT CHANGE, 2019 VS. 2020**
(NOT SEASONALLY ADJUSTED)

**ACCOMMODATION** (ACCOMMODATION AND FOOD SERVICES SECTOR)
**ARTS, ENTERTAINMENT AND RECREATION SECTOR**
**FOOD SERVICES AND DRINKING PLACES** (ACCOMMODATION AND FOOD SERVICES SECTOR)
**LEISURE AND HOSPITALITY SUPERSECTOR**

*Source: Comptroller analysis of data from the Texas Workforce Commission*

Total output in the arts, entertainment and recreation industries declined by *more than half* (**Exhibit 5**).

Opportunity Insights' data describe the impacts on the sector in Texas:

- small business revenue in leisure and hospitality fell by 74.3 percent between January and Dec. 30, 2020, versus a 39.1 percent decline for all small businesses.

- the number of small businesses open fell by 57.7 percent during this period, versus a 31.5 percent decline for all small businesses.

- compared to January 2020, consumer spending at Texas restaurants and hotels was down 11.8 percent for the week ending Dec. 6, and down 45.6 percent at entertainment and recreation sites; total consumer spending fell by just 1.0 percent in this period.

### ACCOMMODATION

The accommodation industry includes businesses that provide overnight and short-term lodging for travelers. It plays a significant role in our economy by

EXHIBIT 5

**TEXAS ARTS, ENTERTAINMENT, RECREATION, ACCOMMODATION AND FOOD SERVICES INDUSTRIES, GROSS STATE PRODUCT BY QUARTER, 2020**



*Source: Comptroller analysis of data from the U.S. Bureau of Economic Analysis*

supporting tourism and hosting meetings and events. The sharp reduction in travel caused by the pandemic has forced many businesses in the accommodation industry to consider taking drastic steps to stay above water.

In Texas, most hotel and motel employees earn considerably less than $45,000 annually; the industry's top three occupations earn an average of less than $25,000 a year (**Exhibit 6**). This is an economically high-risk group; among maids and housekeeping employees, nearly 55 percent are between the ages of 34 and 55 and almost 79 percent have only a high school degree or less.

In 2019, the accommodation industry contributed an estimated $9.4 billion to Texas GSP (**Exhibit 7**);

this contribution showed a 5 percent compound annual growth rate between 2010 and 2019, slightly higher than the rate for all Texas industries.

As of November 2020, Texas' accommodation industry had lost 26,500 jobs in a year, a 19.5 percent decline. In April, the American Hotel and Lodging Association estimated that more than 296,000 Texas jobs directly and indirectly related to lodging were endangered by travel restrictions.



**JUSTIN BRAGIEL**

GENERAL COUNSEL, TEXAS HOTEL AND LODGING ASSOCIATION

According to Justin Bragiel, general counsel for the Texas Hotel and Lodging Association, the statewide hotel occupancy rate in November 2020 was at about 36 percent, 30 percent below average for that time of year. He cites examples of hotels that have created alternative revenue streams to help relieve financial pressures, such as leasing rooms for use as office space or contracting with local governments to provide quarantine space for COVID-positive employees.

"We believe difficult economic conditions will continue through 2021, [but] we're hopeful that the development and deployment of a successful vaccine will allow more travelers to return to normal conditions in late 2021 and beyond," Bragiel says.

**EXHIBIT 6**



**TOP OCCUPATIONS AND WAGES IN THE TEXAS ACCOMMODATION INDUSTRY, 2019**

- MAIDS AND HOUSEKEEPING CLEANERS
- HOTEL, MOTEL AND RESORT DESK CLERKS
- WAITERS AND WAITRESSES
- MAINTENANCE AND REPAIR WORKERS, GENERAL
- COOKS, RESTAURANT

$0   $10,000   $20,000   $30,000   $40,000

*Source: JobsEQ*

**EXHIBIT 7**



**TEXAS ACCOMMODATION INDUSTRY, CONTRIBUTIONS TO TEXAS GROSS STATE PRODUCT, 2019**

BILLIONS

$10   $8   $6   $4   $2   $0

2010   2011   2012   2013   2014   2015   2016   2017   2018   2019

*Source: U.S. Bureau of Economic Analysis*

App. 013

## TEXAS ALCOHOLIC BEVERAGE INDUSTRY

Large-scale beer, wine and liquor companies are showing strong year-over-year growth in the economic downturn, thanks to increased sales at grocery and liquor stores. Alcohol sales at restaurants and bars, where the mixed beverage tax is levied, have plunged due to social distancing (**Exhibit 8**). Craft breweries, distilleries and wineries, whose business models rely heavily on taprooms, tours and tasting rooms, also have seen significant sales declines.

**EXHIBIT 8**

**RECENT TRENDS IN TEXAS ALCOHOL TAXATION**



* State taxes levied on volume on alcoholic beverages.
*Source: Texas Comptroller of Public Accounts*

The Brewers Association reports that Texas ranks third in the nation for the economic impact of its craft breweries. In April, a Texas Craft Brewers Guild survey showed that its members had seen a 71 percent decline in revenue since COVID-19 restrictions began. While nearly 90 percent of these breweries have shifted at least in part to beer to go, the industry still relies heavily on in-person patronage at its taprooms.

Texas wineries also rely heavily on foot traffic; wineries in the Texas Hill Country alone claimed more than a million visitors annually before the pandemic. Pandemic restrictions on tasting rooms pose a significant hurdle for the industry.

For more on how wineries, distillers and craft brewers are coping with the pandemic, see this month's *Line Items* feature at **FiscalNotes.org**.

## RESTAURANTS AND BARS

In June, the National Restaurant Association estimated U.S. sales losses of $240 billion by the end of 2020. According to Open Table, the online restaurant-reservation service, reservations in Texas as of Nov. 6 were down by 25 percent from a year ago.

According to the Texas Restaurant Association (TRA), restaurants represented 51 percent of Texas' food spending before the pandemic. They're critical to the food supply chain, which includes farmers and ranchers, alcohol manufacturers, food distributors and trucking companies.

In the industry, the economic pain of the pandemic hasn't been distributed equally, although most have suffered. Large chain restaurants in particular are often better equipped to adjust; many employ models that fit well with pandemic restrictions, such as drive-throughs, carry-out and delivery. Dine-in restaurants, by contrast, often can't exceed 50 percent capacity due to social distancing restrictions. Large chains may also enjoy greater leverage on loan payments, royalty payments and lease terms. TRA estimates that 70 percent of Texas restaurants are independent operators that often lack access to these resources.

These advantages are reflected in recent company results. McDonald's, for instance, posted its best September sales in nearly a decade. By contrast, the review site Yelp reported that three-quarters of the 22,000 U.S. restaurant closures between March 1 and Sept. 10 represented companies with fewer than five locations.

During the pandemic, restaurants have found new ways to support this ecosystem — and their own bottom lines. With the state's permission and cooperation, many began selling bulk retail items directly to the public, boosting revenue while alleviating gaps in the supply chain. Restaurants also are embracing new product ideas such as family meal boxes and to-go alcohol orders, and

**In September, the Texas Restaurant Association estimated that 15 percent of the state's 50,000 restaurants have closed for good.**

nurturing new business models and partnerships with grocery stores, food trucks, bars, third-party delivery companies and alcohol manufacturers.

In September, TRA estimated that 15 percent of the state's 50,000 restaurants have closed for good, and that the share could increase to 40 percent without financial support. Most restaurants received only eight weeks of financial support through the federal Paycheck Protection Program (PPP), but had to endure months of required closures, reduced revenue and increased costs.

According to Kelsey Erickson Streufert, TRA's vice president of government relations and advocacy, about 200,000 Texans in the industry were still out of work in early December. "We do expect a full industry recovery eventually because we offer a product and a service that people want," she says. "The key questions for us are how long will the recovery take and how many restaurants — particularly the smaller, independent restaurants that are anchors to the community and local economy — can we help save in the process.

"Many of these businesses have anchored the community for decades," she says, "so we can't afford to lose them, and yet, they're often the most at risk because they're independent and local. These restaurants aren't looking for a bailout; they're simply asking for more time so they can outlast this pandemic, rebuild and continue to serve our communities."

### YEAR OVER YEAR

Year-over-year (YOY) comparisons, common in discussions of finance and revenue, compare the results in one period with those of the same period in the previous year. This method removes the effect of seasonal variations (for instance, the expected spike in retail sales prior to Christmas each year) and makes it easier to spot long-term trends.

### RETAIL SALES

Our state's retail sector is truly Texas-sized, accounting for 1.29 million jobs or about one in 10 of all Texas workers. In 2019, the sector contributed $97 billion to Texas GSP, $54.8 billion in wages and about $12 billion in sales tax revenue.



**KELSEY ERICKSON STREUFERT**

VICE PRESIDENT OF GOVERNMENT RELATIONS AND ADVOCACY, TEXAS RESTAURANT ASSOCIATION

Even before the pandemic, brick and mortar retailers faced steadily increasing competition from internet sales. COVID-19 accelerated the process. Many retailers considered non-essential were forced to close in March 2020. Even essential retailers such as grocery stores were subject to extreme uncertainty, often faced with conflicting orders by state, county and city governments.

As the crisis evolved, many retailers found success by expanding their online presence and offering curbside pickup. In Texas, retail reopenings generally began in late April. Since Sept. 21, Texas retailers have been permitted to open at 75 percent capacity. Customers still are required to wear face masks; many stores also have installed plastic shielding to protect checkers and instituted strict cleaning regimens.

As a result, Texas' in-state gross retail sales totaled about $107 billion in the second quarter of 2020, down 7.2 percent from the same quarter in the previous year. But the effects vary widely throughout the retail sector. Smaller retailers have suffered disproportionately, less able to meet payrolls and rent payments than their larger counterparts, although even some large retailers have entered bankruptcy, such as JCPenney and J.Crew. Similarly, specialty retailers have struggled more than general ones. The commercial real estate market also loses business when stores close or reduce their number of brick-and-mortar locations.

While the federal PPP and Pandemic Unemployment Assistance program certainly helped retailers retain employees, the Texas Retailers Association and other organizations have advocated for further support to help defray some of the costs of greater safety measures, unemployment insurance and liability protection.

# WEATHERING THE PANDEMIC



**GARY HUDDLESTON**
TEXAS RETAILERS
ASSOCIATION

"In many cases, the large retailer is the largest [private] employer in many small towns in Texas," says Gary Huddleston, a consultant for the association. "Small and main-street retailers are doing everything possible to serve customers and find some cash flow. [They] really need state and federal help."

While long-term effects on retail employment remain to be seen, the retail sector saw a huge number of furloughs and layoffs early in the crisis. The sector had nearly 114,000 fewer workers in April 2020 than in April 2019 (an 8.7 percent drop); as of November, the YOY gap had narrowed to 38,600 or 2.8 percent (**Exhibit 9**).

The exhibit lists the hardest-hit retail subsectors in terms of job losses; these include health, electronics, clothing and home furnishing stores. But again, the impacts have varied widely. More essential subsectors have seen surprising growth compared to last year. Food and grocery store employment, for example, rose by around 5 percent YOY during April and May 2020 before returning close to 2019 levels. Meanwhile, building material retailers are riding a construction boom, with November's employment more than 10 percent higher YOY.

Clothing retailers have seen particularly dramatic volatility during the pandemic. In April 2020, the subsector had shed more than half its jobs compared to a year earlier — around 60,600 workers. By October, it had recovered most of those jobs on a YOY basis, but November saw another sharp decline.

After big dips in March and April retail sales, the long-term trend reflects surprisingly little damage to retail sales since the pandemic began. In September, Texas' retail sales totaled $45.7 billion, down from a high of $46.4 billion in January — not an insignificant decrease, but less catastrophic than some expected.

Sales tax revenue as of December was about 5 percent lower YOY, a much smaller decline than other major taxes. This was due in large part to the Supreme Court's *Wayfair* decision, which required sales taxes collection on internet sales.

**EXHIBIT 9**



MONTHLY YEAR-OVER-YEAR JOB CHANGES, TOP FIVE TEXAS RETAIL SUBSECTORS, JANUARY-NOVEMBER 2020 (NOT SEASONALLY ADJUSTED)



Source: Texas Workforce Commission

App.016

## THE FEDERAL CARES ACT

The Coronavirus Aid, Relief, and Economic Security (CARES) Act, signed into law on March 27, 2020, was the third and largest of several federal emergency relief packages intended to address the economic fallout resulting from the COVID-19 pandemic.

A central component of the CARES Act was the U.S. Small Business Administration-administered Paycheck Protection Program, which initially expired on Aug. 8, 2020, but was revived on Dec. 21, 2020, after the passage of an additional federal stimulus bill. Under the CARES Act, the PPP provided 1 percent interest loans to small businesses to help keep their employees on payroll, with the stipulation that the federal government will forgive these loans entirely if the borrower uses the funds entirely for payroll costs (at least 60 percent), mortgage payments, rent and utilities. Loans made under the PPP from March to August 2020 averaged about $101,000.

The federal stimulus bill signed into law in late December totals roughly $900 billion and dedicates $325 billion in small business aid through the PPP. Other major spending provisions include an 11-week extension and $300 boost in unemployment benefits; direct payments of $600 for eligible individuals; and grants and funding for education, health care and transportation initiatives. The December bill also makes a number of changes to the PPP, such as expanding eligible expenses for loan funds, to better assist small businesses.

Under the CARES Act, Texas small businesses received a total of $41.3 billion in PPP loans from March to August 2020, more than any other state except California.

And while sales taxes are down overall, *retail* sales tax revenue for the second half of fiscal 2020 is up more than 10 percent YOY, with food and beverage and building material sales largely making up the increase, as well as a 153 percent increase YOY in online shopping tax revenue.

### AIRLINES

The passenger airline industry began 2020 at a high point. In 2019, U.S. airlines carried an all-time high of 1.1 billion passengers. Texas benefits greatly from air travel; it's home to 25 commercial airports and six of the nation's 50 busiest airports (**Exhibit 10**), including two of the world's busiest: Dallas-Fort Worth (DFW) and Houston's Bush Intercontinental Airport (IAH). Texas also is home base for two of the world's largest airlines, American Airlines and Southwest Airlines, both in the Dallas-Fort Worth area. A third large airline, United Airlines, has a significant presence at IAH. The passenger airline industry contributed an estimated $20.7 billion to Texas GSP in 2019. As 2020 began, more than 105,000 Texans were employed in directly related businesses. Workers employed in Texas' passenger airline industry earn an average annual wage of about $88,000, significantly higher than the state average of about $59,000.

In 2018, the Texas Department of Transportation estimated that Texas' commercial airports employed about 112,000 workers in various roles from operations to retail to cargo services, with upwards of 40,000 working at DFW and 34,000 at IAH. A 2018 report by the Airports Council International estimated



**EXHIBIT 10**

**TEXAS AIRPORTS' SCHEDULED ENPLANEMENTS ON U.S. AIRLINES, 2019**

U.S. RANK

| U.S. RANK | Airport | |
|---|---|---|
| 4 | **DALLAS/FORT WORTH** | (DFW) |
| 14 | **HOUSTON BUSH INTERCONTINENTAL** | (IAH) |
| 32 | **AUSTIN** | (AUS) |
| 33 | **DALLAS LOVE FIELD** | (DAL) |
| 36 | **HOUSTON HOBBY** | (HOU) |
| 44 | **SAN ANTONIO** | (SAT) |
| 76 | **EL PASO** | (ELP) |

MILLIONS

*Source: U.S. Bureau of Transportation*

# WEATHERING THE PANDEMIC

that Texas' commercial airports supported $41.8 billion in payrolls and contributed $130.4 billion annually to the state's economy.

Air passenger traffic declined steeply and immediately with the onset of the pandemic. Previous crises, such as the 9/11 terrorist attacks, have been financially disastrous to the airline industry, but COVID-19 was even more devastating in comparison. On March 1, 2020, more than 2.3 million passengers and employees were screened at U.S. airport checkpoints. By month's end the number was less than 150,000 and continued to drop until April 14 when less than 90,000 were screened.

For the first half of 2020, worldwide airport passenger numbers were down 58.4 percent compared to the previous year; DFW recorded a 48.2 percent decrease in this period. During summer 2020, the three largest airlines serving Texas all reported a high number of inactive aircraft and significant drops in the number of seats available on flights departing from the largest Texas airport each of them served (**Exhibit 11**).

International trade through Texas' airports declined by $8 billion for the first six months of 2020 compared to the first half of 2019. This is widely attributed to the grounding of passenger jets, which

**Air passenger traffic declined steeply and immediately with the onset of the pandemic.**

normally carry nearly half of all global air cargo freight. To make up for this loss in cargo capacity, some passenger airlines began flying cargo-only flights. Prior to the pandemic, the last cargo-only flight by American Airlines was in 1984, but between March and October 2020, the airline made more than 3,000 cargo-only flights to more than 30 different destinations, many through DFW.

Both Texas-based airlines suffered from COVID-related limitations on travel. American Airlines lost more than $2.2 billion in the first quarter of 2020 and at that time was burning through cash at a rate of $70 million a day. The airline reported a $2.4 billion net loss in the quarter ending in September, bringing its total losses for the first three quarters of 2020 to $6.7 billion. Southwest Airlines saw its first quarterly loss in almost 10 years in 2020, reporting a loss of $1.2 billion in the quarter ending in September 2020 compared to a $659 million profit in the same quarter of 2019. Southwest's losses for the first three quarters of 2020 have been reported at more than $2.2 billion.

In April 2020, the federal government's CARES Act included more than $50 billion in aid (including $25 billion in payroll support and $25 billion in loans) for passenger airlines to support the industry through summer and into the fall. These grants and loans contained provisions to protect workers and regional airports through furlough restrictions and minimum service guarantees through Sept. 30. American Airlines and Southwest Airlines received more than

**EXHIBIT 11**

| LARGEST AIRLINES OPERATING IN TEXAS AND LARGEST TEXAS AIRPORT USED BY AIRLINE, SUMMER 2020 | | | | | | |
|---|---|---|---|---|---|---|
| AIRLINE | TOTAL AIRPLANES IN COMPANY FLEET | | | LARGEST TEXAS AIRPORT USED BY AIRLINE | | |
| | GLOBAL RANKING (AVAILABLE SEATS) | AIRPLANES IN SERVICE | PARKED AIRPLANES (INACTIVE) | | SEATS AVAILABLE SUMMER 2020 | PERCENT CHANGE FROM SUMMER 2019 |
| SOUTHWEST | 1 | 634 | 105 | DALLAS LOVE FIELD | 3,911,146 | -13% |
| AMERICAN | 4 | 653 | 348 | DFW INTERNATIONAL AIRPORT | 9,135,748 | -48 |
| UNITED | 10 | 393 | 466 | GEORGE BUSH INTERNATIONAL AIRPORT | 2,187,712 | -41 |

Note: OAG's "summer" classification based on data for March 29 through October 30; 2020 figures represent estimates made as of Sept, 28, 2020.
*Source: OAG Aviation Worldwide Limited*

**Texas hospitals, like others across the country and around the world, have struggled to meet the unprecedented demand on their resources and capacity.**

$5.8 billion and $3.2 billion, respectively, from the CARES Act.

As the year came to a close, American Airlines employed fewer than 100,000 persons worldwide, nearly 30 percent less than at the start of the pandemic. And according to Southwest Airlines' Sherri Hull, a senior advisor for governmental affairs, the company shrank its workforce by nearly 25 percent in 2020 through concessions and voluntary leave programs; many of these jobs were located in Texas.

Yet there are some signs the worst may be over. Southwest Airlines announced that it reduced its daily cash burn to an average of $16 million in the third quarter of 2020 and anticipates it falling to about $12 million in the fourth quarter. American Airlines expects its fourth-quarter 2020 average daily cash burn to come in at the high end of its previously forecasted range of $25-$30 million per day.

In October 2020, the Transportation Security Administration screened more than 1 million U.S. passengers for the first time since March, although the number has fluctuated since then. During the Sunday after Thanksgiving — typically one of the busiest days for air travel — nearly 1.2 million passengers passed through U.S. airports' security, the highest figure seen in months but still down 59.2 percent YOY.

2021 will be a challenge for all carriers, according to John Grant, chief analyst at OAG, a leading air travel information consultancy. But advance bookings for May and June 2021 already appear "pretty good" versus previous years. Uncertainty keeps the industry in flux, however — ticket sales flattened as the virus spiked in late autumn 2020 and new travel restrictions were implemented. In early December, Southwest Airlines notified more than 6,800 employees of potential furloughs (mandatory but temporary leaves of absence) in early 2021. After passage of the recent

federal stimulus bill, however, the company said the furloughs wouldn't be needed at least through the end of 2021.

## HOSPITALS

Texas has more than 500 hospitals, more than any other state. In 2019, the Texas hospital industry employed nearly 470,000 and accounted for about $50.4 billion of Texas GSP.

These hospitals, like others across the country and around the world, have struggled to meet the unprecedented demand on their resources and capacity. Their financial pressures have increased significantly, and their staffs have been stretched to the limit.

They've lost significant revenue by being forced to cancel or curtail non-emergency services while at the same time having to boost pandemic-related staffing; increase supplies of personal protective equipment (PPE), pharmaceuticals and ventilators; and modify their operations and facilities to expand capacity safely. Widespread, pandemic-related job losses mean hospitals are treating more uninsured patients than ever before (see the October 2020 issue of *Fiscal Notes* for more).

In August 2020, the Harris Health System reported that its Houston-area public hospitals have lost an average of $10 million a month since the end of March. These losses reflected decreases in outpatient visits and increases in supply and labor costs.

Inpatient surgeries and emergency room visits also have decreased, not only due to state or local orders but also because many patients are postponing care to avoid the risk of contracting the virus. According to a June 2020 survey conducted by the U.S. Centers for Disease Control and Prevention, 41 percent of U.S. adults avoided medical care during the pandemic because of concerns about COVID-19, including 12 percent who didn't go in for emergency care and another 32 percent who delayed routine visits.

In addition to these diminishing revenue streams, many staff members are experiencing financial pressure, as hospitals have been forced to resort to pay cuts, reduced hours, furloughs and even layoffs to stay afloat.

App. 119

**While most supply chains have resumed and many Texans are getting back to business, not all industries have bounced back.**

As of August 2020, according to Becker's Hospital CFO Report, more than 260 hospitals and health systems in the U.S. had furloughed workers during the pandemic, and dozens of others have implemented layoffs. In June, Texas' Baylor Scott & White Health laid off about 930 employees and introduced pay cuts for 300 senior managers; in early December, the system announced it was laying off a further 102 finance and accounting employees and outsourcing their duties to India. In August, the University of Texas Medical Branch in Galveston announced it would lay off 200 employees as it faced a budget shortfall of $174 million.

From March 1 to June 30, 2020, the American Hospital Association (AHA) studied four financial challenges U.S. hospitals face:

- the effect of COVID-19 hospitalizations on hospital costs;

- the effect of canceled and forgone services (such as elective surgeries) on hospital revenue;

- additional costs associated with purchasing PPE as well as establishing additional COVID-19 wards, testing centers, etc.; and

- the costs of the additional supports some hospitals are providing to their workers.

Using these measures, the AHA estimated a total four-month financial impact of $202.6 billion in losses for U.S. hospitals and health systems — an average of $50.7 billion per month. The losses were expected to increase to $323 billion by the end of 2020.

The CARES Act and other recently enacted federal legislation allocated $175 billion to the Provider Relief Fund for U.S. hospitals and other healthcare providers. Texas providers received almost $3 billion in general funding. An additional $602.7 million was sent to 58 Texas hospitals located in COVID-19 high-impact areas and $1.2 billion was provided to Texas safety-net hospitals. Texas' rural health care providers (including hospitals) received another $725.7 million.

Texas' hospitals have stepped up in heroic and unprecedented ways to save lives and minimize the virus' spread. When they resume normal operations, some of the lessons learned and strategies improvised during the pandemic — such as telehealth services — may endure. (See our May 2020 *Line Items* article on telemedicine at **FiscalNotes.org**.)

### AN UNCERTAIN YEAR TO COME

The COVID-19 crisis has changed life as we knew it last February. It may be a long time before pre-pandemic life returns — if it ever truly returns. One bright spot in these times is the way the public, businesses, schools and others have risen to the occasion by restructuring their workplace practices and accelerating their use of technology.

When everything paused last spring, nearly all Texas businesses saw a decline in commerce. While most supply chains have resumed and many Texans are getting back to business, not all industries have bounced back. Some industries and some people have been more affected than others, and that disparity will make our recovery more challenging.

But Texans are known for their resiliency, and our businesses and industries are working hard to adapt, meeting the economic chaos with creativity, agility and ingenuity. When the crisis passes, these innovations will remain. Amid the disruption, we will grow stronger. **FN**

**State Revenue Watch**

This table presents data on net state revenue collections by source. It includes most recent monthly collections, year-to-date (YTD) totals for the current fiscal year and a comparison of current YTD totals with those in the equivalent period of the previous fiscal year.

These numbers were current at press time. For the most current data as well as downloadable files, visit **comptroller.texas.gov/ transparency.**

Note: Texas' fiscal year begins on Sept. 1 and ends on Aug. 31.

| NET STATE REVENUE — All Funds Excluding Trust | | | |
|---|---|---|---|
| (AMOUNTS IN THOUSANDS) | | | |
| Monthly and Year-to-Date Collections: Percent Change From Previous Year | | | |
| **Tax Collections by Major Tax** | DECEMBER 2020 | YEAR TO DATE: TOTAL | YEAR TO DATE: CHANGE FROM PREVIOUS YEAR |
| **SALES TAX** | $2,860,349 | $11,136,802 | -5.27% |
| PERCENT CHANGE FROM DECEMBER 2019 | -5.05% | | |
| **MOTOR VEHICLE SALES AND RENTAL TAXES** | 438,937 | 1,762,433 | -0.39% |
| PERCENT CHANGE FROM DECEMBER 2019 | 2.72% | | |
| **MOTOR FUEL TAXES** | 277,658 | 1,182,927 | -7.25% |
| PERCENT CHANGE FROM DECEMBER 2019 | -10.63% | | |
| **FRANCHISE TAX** | -53,229 | 1,742 | -101.25% |
| PERCENT CHANGE FROM DECEMBER 2019 | -60.59% | | |
| **OIL PRODUCTION TAX** | 197,462 | 824,029 | -40.61% |
| PERCENT CHANGE FROM DECEMBER 2019 | -45.53% | | |
| **INSURANCE TAXES** | 32,813 | 108,722 | -2.72% |
| PERCENT CHANGE FROM DECEMBER 2019 | 45.40% | | |
| **CIGARETTE AND TOBACCO TAXES** | 126,031 | 468,726 | 20.20% |
| PERCENT CHANGE FROM DECEMBER 2019 | 11.19% | | |
| **NATURAL GAS PRODUCTION TAX** | 85,543 | 289,244 | -30.57% |
| PERCENT CHANGE FROM DECEMBER 2019 | -24.96% | | |
| **ALCOHOLIC BEVERAGES TAXES** | 84,107 | 346,287 | -26.37% |
| PERCENT CHANGE FROM DECEMBER 2019 | -28.52% | | |
| **HOTEL OCCUPANCY TAX** | 25,570 | 125,583 | -41.39% |
| PERCENT CHANGE FROM DECEMBER 2019 | -48.54% | | |
| **UTILITY TAXES[1]** | 1,601 | 122,680 | -6.18% |
| PERCENT CHANGE FROM DECEMBER 2019 | 143.26% | | |
| **OTHER TAXES[2]** | 9,792 | 39,986 | -48.62% |
| PERCENT CHANGE FROM DECEMBER 2019 | -37.51% | | |
| **TOTAL TAX COLLECTIONS** | **$4,086,635** | **$16,409,160** | **-8.13%** |
| PERCENT CHANGE FROM DECEMBER 2019 | **-7.36%** | | |
| **Revenue By Source** | DECEMBER 2020 | YEAR TO DATE: TOTAL | YEAR TO DATE: CHANGE FROM PREVIOUS YEAR |
| **TOTAL TAX COLLECTIONS** | $4,086,635 | $16,409,160 | -8.13% |
| PERCENT CHANGE FROM DECEMBER 2019 | -7.36% | | |
| **FEDERAL INCOME** | 4,459,167 | 19,573,494 | 35.12% |
| PERCENT CHANGE FROM DECEMBER 2019 | 40.81% | | |
| **LICENSES, FEES, FINES AND PENALTIES** | 438,529 | 2,074,255 | -2.17% |
| PERCENT CHANGE FROM DECEMBER 2019 | -0.93% | | |
| **STATE HEALTH SERVICE FEES AND REBATES[3]** | 327,483 | 1,656,480 | -26.84% |
| PERCENT CHANGE FROM DECEMBER 2019 | 106.81% | | |
| **NET LOTTERY PROCEEDS[4]** | 252,033 | 897,489 | 26.11% |
| PERCENT CHANGE FROM DECEMBER 2019 | 40.46% | | |
| **LAND INCOME** | 135,924 | 516,500 | -33.19% |
| PERCENT CHANGE FROM DECEMBER 2019 | -35.12% | | |
| **INTEREST AND INVESTMENT INCOME** | 58,557 | 465,941 | -56.93% |
| PERCENT CHANGE FROM DECEMBER 2019 | -83.42% | | |
| **SETTLEMENTS OF CLAIMS** | 422,096 | 452,543 | -0.29% |
| PERCENT CHANGE FROM DECEMBER 2019 | -2.77% | | |
| **ESCHEATED ESTATES** | 18,106 | 109,635 | 15.68% |
| PERCENT CHANGE FROM DECEMBER 2019 | 129.30% | | |
| **SALES OF GOODS AND SERVICES** | 21,946 | 95,502 | 5.31% |
| PERCENT CHANGE FROM DECEMBER 2019 | -12.45% | | |
| **OTHER REVENUE** | 216,974 | 885,346 | 110.48% |
| PERCENT CHANGE FROM DECEMBER 2019 | 118.18% | | |
| **TOTAL NET REVENUE** | **$10,437,450** | **$43,136,345** | **6.89%** |
| PERCENT CHANGE FROM DECEMBER 2019 | **10.01%** | | |

[1] Includes public utility gross receipts assessment, gas, electric and water utility tax and gas utility pipeline tax.

[2] Includes taxes not separately listed, such as taxes on oil well services, coin-operated amusement machines, cement and combative sports admissions as well as refunds to employers of certain welfare recipients.

[3] Includes various health-related service fees and rebates that were previously in "license, fees, fines and penalties" or in other non-tax revenue categories.

[4] Gross sales less retailer commission and the smaller prizes paid by retailers.

Notes: Totals may not add due to rounding.
Excludes local funds and deposits by certain semi-independent agencies.
Includes certain state revenues that are deposited in the State Treasury but not appropriated.



# FISCAL NOTES

Texas Comptroller of Public Accounts
Communications and Information Services Division
111 E. 17th St., Suite 301, Austin, TX 78774-0100

FIRST-CLASS MAIL
PRESORTED
US POSTAGE PAID
AUSTIN TX
PERMIT NO. 1411

GLENN HEGAR

## Texas Comptroller of Public Accounts

*Fiscal Notes* is one of the ways the Comptroller's office strives to assist taxpayers and the people of Texas. The newsletter is a by-product of the Comptroller's constitutional responsibilities to monitor the state's economy and to estimate state government revenues.

*Fiscal Notes* also provides a periodic summary of the financial statements for the state of Texas.

Articles and analysis appearing in *Fiscal Notes* do not necessarily represent the policy or endorsement of the Texas Comptroller of Public Accounts. Space is devoted to a wide variety of topics of Texas interest and general government concern.

*Fiscal Notes* is not copyrighted and may be reproduced. The Texas Comptroller of Public Accounts would appreciate credit for material used and a copy of the reprint.

**FIELD OFFICES**
Find a list of all Comptroller field offices at
comptroller.texas.gov/about/contact/locations.php.

**ONLINE SUBSCRIPTIONS, RENEWALS OR CANCELLATIONS**
of *Fiscal Notes* may be entered at
comptroller.texas.gov/economy/fiscal-notes
Send questions or comments to fiscal.notes@cpa.texas.gov

**HOW TO REACH US**
Contact the Communications and Information Services Division at
800-252-5555 (VOICE), 512-463-4226 (FAX).

**OR WRITE** *Fiscal Notes,* Texas Comptroller of Public Accounts
Communications and Information Services Division
111 E. 17th St., Suite 301, Austin, TX 78774-0100

In compliance with the Americans with Disabilities Act, this document is available in a reader-friendly format at comptroller.texas.gov/economy/fiscal-notes.

Texas Comptroller of Public Accounts
Publication #96-369,
**SPECIAL EDITION –December 2020 - January 2021**

App.022

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| | § | Case No. 2:21-cv-00079-Z |
| v. | § § | |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

Southwest Economy – First Quarter 2021

# EXHIBIT A-2



Federal Reserve
Bank of Dallas

FIRST QUARTER 2021

# Southwest Economy

## ► COVID-19 Slammed into Texas, Leaving Long-Lasting Impacts

### *PLUS*

► **COVID-19 Poses Stubborn Challenge to Economic Growth in Mexico**

► **On the Record: Value-Added Tax Could Restrain Long-Term Federal Debt**

► **Spotlight: Pandemic Pushes Texas Minority Unemployment Beyond Highs Reached During Great Recession**

► **Go Figure: Collapsing Fuel Demand Tanks Texas Exports During Pandemic's Peak**



# President's Perspective

Rob Kaplan, president and CEO of the Dallas Fed, regularly speaks and writes on the factors that affect economic growth in the nation and Eleventh District. Here are some of his recent thoughts on key issues:

## On the Stance of Monetary Policy

"My forecast has improved meaningfully. … Having said that, we are still in the middle of a pandemic, and I want to see more than a forecast, and I want to see actual evidence that that forecast is going to unfold. As we do, and as we make substantial further progress on meeting our dual-mandate goals [stable prices and maximum sustainable employment], I for one am going to be an advocate of beginning the process of removing some of these extraordinary monetary measures, and doing it sooner rather than later. But I need to see outcomes, not just a strong forecast."

*CNBC Interview with Steve Liesman—March 23, 2021*

## On the Importance of the Vaccine Rollout

"The most important thing is how we manage the virus, and these variants, and getting people vaccinated and speeding the vaccinations so we head off the potential impact of these variants. That's still the No. 1 thing I'm watching."

*Interview with Reuters—Feb. 17, 2021*

## On the Outlook for Inflation

"It wouldn't be surprising to see the cyclical elements of inflation build, and I think that you will see some supply outages. We are already seeing evidence of it [in] semiconductors, metals, wood products, maybe even in oil markets. But I don't think those are going to be persistent, I don't think those are going to be long term.

"I think there is no question that the cyclical forces will build, and over time, the question for me is how strong are the accelerating forces of technology and technology-enabled disruption which have been muting inflationary pressures for some time. How do those cyclical and structural forces play out over time? That's what I am going to be watching for. The temporary jump up or rise in inflation won't surprise me. The question for me will be how persistent is it, and I think the jury is still out on that right now."

*Bloomberg TV Interview with Mike McKee—Feb. 9, 2021*



# COVID-19 Slammed into Texas, Leaving Long-Lasting Impacts

By Emily Kerr, Judy Teng and Keith Phillips

**ABSTRACT:** The economic road from the COVID-19 recession in Texas will likely feature a steeper, more rapid climb than the usual gradual rise associated with most recoveries. Some structural changes that the pandemic wrought will take longer to resolve, including those that will make work from home a longer-term occupational reality for some.

The economic downturn that began with the arrival of COVID-19 in March 2020 has greater resemblance to a natural disaster than a typical recession.

Most recessions begin with slowing growth that transitions into declining jobs and output. At the time, the process may appear so gradual that analysts often miss it until many months later.

By comparison, when a hurricane occurs—for example, Hurricane Katrina striking Louisiana in 2005—the economy suddenly halts, and jobs and output fall sharply. A quick return to growth follows just a couple months later, although a full recovery can take a year or more.

The pattern of job growth in Texas at the beginning of the pandemic resembles that of Louisiana following Katrina rather than past Texas recessions (*Chart 1*). The speed with which the state achieves prepandemic levels of output and jobs will depend on how quickly COVID-19 cases and hospitalizations decline and the long-lasting structural changes left behind.

## Expecting a Slow Return

The pandemic fundamentally disrupted Texas business. Despite the economic recovery that began in May 2020, roughly 60 percent of firms in the Dallas Fed Texas Business Outlook Surveys (TBOS) reported that their January 2021 revenues remained below



**CHART 1** 2020 Texas Downturn Looks Much Like Impact from Large Natural Disaster

Percent of peak employment

Legend:
1982
1986
2001
2008
2020
Louisiana jobs when Hurricane Katrina hit

Months after business-cycle peak

NOTES: Solid lines refer to Texas nonfarm payroll employment. Recessions are indexed to peak employment: March 1982, January 1986, March 2001, August 2008 and February 2020. Dotted line refers to Louisiana nonfarm payroll employment indexed to peak employment in August 2005.
SOURCE: Bureau of Labor Statistics.



| CHART 2 | When Do You Expect Your Firm's Revenues and Head Counts to Return to Pre-COVID Levels? |

Revenues

Head count

- Less than six months
- 6–12 months
- More than a year
- Never

NOTES: This question was only posed to those indicating January revenues or head counts that were below normal (60 and 48 percent of all firms, respectively). Data were collected Jan. 12-20. There were 220 responses for revenues and 176 for head count.

SOURCE: Federal Reserve Bank of Dallas Texas Business Outlook Surveys, January 2021.

normal. When these responding executives were asked when they expected a return to pre-COVID-19 levels, 30 percent said within six months, and 63 percent said within a year (*Chart 2*). The vast majority—96 percent—anticipate full recovery, though nearly one-third said it will take more than 12 months.

Restoring normal employment may take longer than reviving revenues. Among the 48 percent of firms reporting January 2021 head counts below prepandemic levels, nearly 20 percent said they do not expect them to ever return to pre-COVID-19 numbers. These businesses point to increased efficiency and productivity or streamlining due to technology adoption. Several companies said that they were overstaffed leading up to the pandemic.

These pandemic-spurred productivity improvements allow firms to generate more revenue per employee going forward. This wouldn't be uncommon, as aggregate productivity tends to rise during economic downturns. A National Bureau of Economic Research

study found that output per worker rose by more than 5 percent during the Great Recession.[1]

In the long run, productivity gains are a main source in a country's standard of living. They spur both strong output growth and full employment.

However, in the short run, they can lead to slower job growth, particularly if there is a mismatch between the skills demanded by the new jobs and the skills of unemployed workers.

For example, the large number of workers displaced from the leisure and



| CHART 3 | Texas Businesses Report on COVID-19 Structural Changes |

NOTES: There were 369 respondents. Firms were asked, "Are there structural changes your firm has made or plans to make as a result of the COVID-19 pandemic that you expect to be permanent? If yes, please specify any changes and whether it is an increase or decrease." Those not responding to a specific category are not shown, thus the percentages do not total 100.

SOURCE: Federal Reserve Bank of Dallas Texas Business Outlook Surveys, December 2020.

hospitality sector likely won't readily transition to growing sectors such as information technology and financial services. They may more easily find employment related to e-commerce, such as in warehousing and parcel delivery services.

## Long-Term Pandemic Impacts

TBOS respondents reported at year-end 2020 whether they expected the structural changes instituted because of the pandemic to be permanent. Nearly 30 percent anticipated a permanent increase in telecommuting and technology adoption relative to pre-COVID-19 levels (*Chart 3*).

A quarter of firms expected a permanent reduction in business travel, and 14 percent said they likely won't need as much office space.

These structural shifts portend changes in where people desire to live and work and also affect commuting. The impacts will affect business travel and the oil and gas sector.

## More Remote Work Likely

During the pandemic, the dynamics of high-density mostly urban living changed—the potential of virus

| TABLE 1 | Share of Work-from-Home Employees to Remain Elevated |
| --- | --- |

| | Average (percent) |
| --- | --- |
| Pre-COVID-19 | 8.3 |
| Current | 35.0 |
| Post-COVID-19 | 20.6 |

NOTES: Respondents were asked, "What share of your employees were working remotely in February 2020 (pre-COVID-19), and what share are currently (August 2020) working remotely? What share do you expect to work remotely after the pandemic ends?" There were 390 responses. Data were collected Aug. 18–26, 2020.
SOURCE: Federal Reserve Bank of Dallas Texas Business Outlook Surveys, August 2020.

spread increased costs, while the benefits of leisure opportunities such as restaurants and entertainment fell. This, along with historically low interest rates, likely prompted a significant shift in Texas from city centers to suburban regions and larger homes.[2]

Moreover, the desire to work from home increased sharply due to early government "stay at home" orders and a fear of viral spread. During the initial outbreak, the average share of employees working remotely increased by 26.7 percentage points to more than a third of all workers (*Table 1*).

With numerous telecommuting platforms available to facilitate remote job activity, collaboration and even

large-scale business transactions, work-from-home efficiency surprised many in a variety of industries.

The success of remote work likely will reduce demand for office space over the next few years from what it would have been absent COVID-19. TBOS contacts indicated that on average, they expect about 21 percent of their employees to continue working from home after the pandemic.

Office vacancy rates have increased across the state's major metro areas. The fourth quarter 2020 office vacancy rate reached 23.4 percent in Dallas–Fort Worth and 22.3 percent in Houston, surpassing Great Recession peaks.[3]

| CHART 4 | Texas 2020 Population Growth Suggests Strong Migration from Other States |
| --- | --- |



**Percent change (2019–20)**
- Less than -0.5
- -0.5 to <-0.25
- -0.25 to 0
- 0 to 0.75
- >0.75 to 1.5
- Over 1.5

SOURCE: Census Bureau.



**CHART 5** Texas Exposure to Leisure and Hospitality Similar to U.S.; Varies Across Metros

SOURCE: Texas Workforce Commission, adjustments by the Federal Reserve Bank of Dallas.

With fewer workers commuting to urban centers, restaurants and retail in those areas may experience a slower recovery, and demand for gasoline (and thus, oil) will increase more slowly than would otherwise be the case following a downturn.

### Still Moving to Texas

Some recent studies have found the pandemic not only resulted in some movement to the suburbs but may also have increased the desire of people to live in less-dense and more-inexpensive cities nationally, which would benefit states such as Texas.[4]

Data on population growth, U-Haul rental truck movements and a national builders survey all suggest that net in-migration into Texas from other states remained high last year.

Texas' population increased 1.3 percent in 2020—about the same pace as in 2019 and the fastest rate of growth of the 10 largest states (*Chart 4*). While a breakdown of the sources of the increase is not yet available, average growth rates of births, deaths and international migration to the state over the past five years provide an indicator. These estimates along with census data imply that Texas net domestic migra-

tion increased by about 20 percent last year—to around 151,700.

The strength in net domestic migration to Texas is supported by data from U-Haul, which measures movements of one-way moving truck rentals. Last year, Texas ranked second in net trucks coming into the state—behind only Tennessee and ahead of Florida.

Interestingly, the top three states for net positive moves were three of only nine states that do not have a state income tax.[5] California was at the bottom of the list as the state with the greatest net outflow of moving trucks.

Also supporting strong net domestic migration, a Zonda research survey of builders in November 2020 found that 60 percent of 45 builders with operations in Texas said that out-of-market/out-of-state home purchases had increased in Texas, while 4.4 percent said they had decreased.[6]

Six out of the 10 builders that posted comments mentioned people moving from California or the West Coast, with one citing a "huge influx from California still continuing."

Firms recently announcing relocation of major operations or headquarters to the state included Tesla, Hewlett Packard Enterprise, Oracle and CBRE.

### Business Travel Impacts

Telecommunications technology, and in particular web conferencing, has gained new prominence—digital platforms such as Skype, Lifesize, Zoom, GoToMeeting and Cisco WebEx. While their development generally began in the mid-1990s, their use accelerated during the pandemic.

As employees shifted to working from home, they were forced to learn about these platforms and began appreciating their ease of use. Many internal and external conferences were converted from in-person events to digital, and business travel declined dramatically in 2020. How fast and how far business travel rebounds remains subject to debate, though experts in the field predict a slow recovery to prepandemic levels.

In a survey of meeting planners in January 2021, only 22 percent anticipated resuming face-to-face meetings in the first half of the year, with 25 percent seeing a third-quarter resumption, 27 percent anticipating a return at year-end and 18 percent suggesting a resumption in 2022.[7] When asked about what percentage of 2019 events activity they foresee coming back, just 7 percent reported returning to 2019

levels this year, 32 percent by 2022 and 71 percent by 2023.

If meetings and conferences are slow to return, then industries relying on business travel, such as airlines, hotels, restaurants, retail and convention centers will feel the effects. Nationally, hotel occupancy averaged just 44 percent last year, and revenue per available room was down 48 percent from 2019, according to hospitality analytics firm STR, a unit of CoStar Group Inc.[8]

Luxury hotels performed far worse, with 21 percent occupancy in December 2020 versus 68 percent in 2019, while economy hotel occupancy was 45 percent in December compared with 48 percent in December 2019. STR forecasts that overall room demand will rebound to 2019 levels by 2023, and it won't be until 2024 before revenue per available room fully recovers.

How will reduced business travel affect the jobs recovery in Texas? While detailed data on business travel are difficult to obtain, broader measures of the sector's size provide insight regarding the potential outline of a rebound.

About 11 percent of jobs in Texas and the U.S. were in leisure and hospitality in 2019, though the figure was much higher in metros such as San Antonio and Corpus Christi (*Chart 5*). Given the sector's size, especially in certain areas, its slow return may depress job growth this year, even as other sectors and certain portions of the industry—such as leisure travel and local spending on restaurants—grow strongly.

## Oil and Gas Sector Impact

Texas accounted for 41 percent of U.S. oil production and 25 percent of U.S. natural gas production in 2019. With the rise in working remotely and the declines in air travel and leisure and hospitality activity, worldwide fuel demand plummeted in the first half of 2020.

Gasoline consumption fell by nearly half and jet fuel by 70 percent nationally.[9] The reduced demand for oil products played a major role in a large decline in the monthly average price of West Texas Intermediate Crude (WTI)—from $59.88 per barrel in

December 2019 to $16.55 in April 2020. Prices subsequently recovered to an average of $59.05 per barrel by February 2021.

Although contacts in the first-quarter Dallas Fed Energy Survey reported increased activity and an improved outlook, commuter and business travel won't likely return to pre-COVID-19 levels over the next several years.

Survey respondents expected the price of WTI to be $61 in fourth quarter 2021, slightly above the average breakeven price the survey reported in first quarter 2021. Despite higher oil prices, slightly over half—53 percent—of executives expect their head count to remain unchanged from December 2020 to December 2021.

## Vaccinations Remain Key

Assuming there is COVID-19 vaccine efficacy and a high percentage of the population is vaccinated or immune by the third quarter, the Texas economy should grow strongly in the second half of 2021.

Structural changes and frictions in the labor market might impact the pace of job gains and a return to pre-COVID-19 employment levels in Texas. Shifting demand toward less dense, lower cost of living areas, such as those in Texas, should support economic growth.

Overall, the changes suggest that Texas will continue to see stronger job growth than the national average and employment will return to pre-COVID-19 levels before the end of the year. However, jobs will still be below the trend level suggested before COVID-19. Jobs in Texas will likely grow a strong 6.0 percent this year, according to the Dallas Fed Texas Employment Forecast.[10]

Households that have pent up demand and built up savings should return to restaurants and vacation destinations and even some high-contact events such as concerts and sporting events. At a growth rate of 6.0 percent, however, jobs in December 2021 would still be about 0.9 percent (116,000 jobs) above the peak level reached in February 2020, but below the previous trend by 2.7 percent (359,000 jobs).

*Kerr is a senior business economist in the Research Department at the Federal Reserve Bank of Dallas.*

*Teng is a research analyst in the San Antonio Branch of the Federal Reserve Bank of Dallas.*

*Phillips is an assistant vice president and senior economist in the San Antonio Branch of the Federal Reserve Bank of Dallas.*

**Notes**

[1] "Making Do with Less: Working Harder During Recessions," by Edward P. Lazear, Kathryn L. Shaw and Christopher Stanton, National Bureau of Economic Research, Working Paper no. 19328, August 2013, www.nber.org/system/files/working_papers/w19328/w19328.pdf.

[2] "COVID-19 Fuels Sudden, Surging Demand for Suburban Housing," by Laila Assanie and Yichen Su, Federal Reserve Bank of Dallas *Southwest Economy*, Fourth Quarter 2020.

[3] From CBRE Research.

[4] "The Impact of the COVID-19 Pandemic on the Demand for Density: Evidence from the U.S. Housing Market," by Sitian Liu and Yichen Su, Federal Reserve Bank of Dallas Working Paper no. 2024, revised October 2020; "Emerging Trends in Real Estate 2021," Urban Land Institute and PwC, accessed Feb. 22, 2021.

[5] Tennessee and New Hampshire are among the nine states, although they collect taxes on interest and dividend income.

[6] Survey from Zonda advisory of homebuilders operating in Texas and their assessment of the impact of COVID-19. Results presented Jan. 27, 2021, www.surveymonkey.com/results/SM-X3H6DDP67/.

[7] i-Meet Planner Confidence Index, "2021 Planner Confidence Index–Phase 3," a weekly survey of trends and evolving opinions of meeting professionals.

[8] "STR, TE Slightly Downgrade Latest U.S. Hotel Forecast," STR Global, Jan. 26, 2021, https://str.com/press-release/str-te-slightly-downgrade-latest-us-hotel-forecast.

[9] "Lower U.S. Crude Oil Production Decreases Output, Raises Price of Natural Gas," by Jesse Thompson and Camila Holm, Federal Reserve Bank of Dallas *Southwest Economy*, Fourth Quarter 2020.

[10] "Texas Employment Forecast," Federal Reserve Bank of Dallas, March 26, 2021, www.dallasfed.org/research/forecast/2021/emp210326.aspx.

*A Conversation with Alan D. Viard*

# Value-Added Tax Could Restrain Long-Term Federal Debt

*Alan D. Viard, a resident scholar at the American Enterprise Institute, studies tax and budget policy. A former senior economist at the Federal Reserve Bank of Dallas, Viard discusses how to address the U.S. budget deficit in the aftermath of the COVID-19 pandemic.*

**Q. How large is the long-run fiscal imbalance and what is driving it? How much has the COVID-19 pandemic added to the imbalance?**

In June 2019, the Congressional Budget Office (CBO) projected that the federal government's debt under current law would rise from 78 percent of annual gross domestic product (GDP) in 2019 to 144 percent in 2049.

The fiscal imbalance further widened during the recession accompanying the pandemic in 2020, as tax revenue fell and Congress adopted large spending increases and tax cuts to provide income support and economic stimulus. On March 5, 2021, the CBO projected that the debt would grow to 202 percent of annual GDP in 2051.

That estimate does not include the costs of the $1.9 trillion stimulus and relief plan that became law in March 2021. Congressional action to respond to the pandemic was likely necessary but has added to the government's debt.

The underlying cause of the long-run fiscal imbalance is that spending on Social Security and the major health care programs (Medicare, Medicaid and Affordable Care Act health insurance premium subsidies) is growing much more rapidly than revenue, due to population aging and rising medical costs.

The CBO projects that, under current law, noninterest spending will rise from 19.2 percent of GDP in 2019 to 23.1

percent in 2051, while revenue will only grow from 16.3 percent of GDP to 18.5 percent. The projected spending increase is highly uneven; spending on Social Security and the major health care programs will surge from 10.2 percent of GDP to 15.7 percent, while all other noninterest spending will shrink from 9.0 percent of GDP to 7.4 percent.

Addressing the fiscal imbalance will require reductions in Social Security and health care spending, revenue increases or both.

**Q. Why is the growth of the national debt concerning?**

The CBO has explained that higher debt will slow long-run economic growth by crowding out private investment and pushing up interest payments to foreigners who hold Treasuries. It may also increase the risk of a crisis in which investors demand higher interest rates for federal debt. Higher debt may also lead to higher inflation expectations and may reduce flexibility to respond to unforeseen events.

When addressing the fiscal imbalance, time is not on our side. Delay will only make the necessary responses more painful. The CBO estimated in September 2020 that holding the 2050 debt to its 2019 share of GDP would require permanent tax increases or spending cuts equal to 3.6 percent of GDP, if those measures took effect in 2025. The required mag-

nitude of the tax increases or spending cuts would rise to 4.4 percent of GDP if action were delayed to 2030 and to 5.9 percent if action were put off to 2035.

Although it would be unwise to implement major tax increases or spending cuts while the economy is still weakened by the pandemic, action should be taken as soon as possible after the economy regains its strength.

**Q. You have proposed implementing a national value-added tax (VAT) to boost revenue. What is a VAT and how does it differ from a retail sales tax?**

The VAT is a consumption tax that is used in 160 countries, including all Organization for Economic Cooperation and Development (OECD) countries other than the United States. A VAT is economically similar to a retail sales tax but is collected in a different manner.

While the retail sales tax is collected entirely from the retailer, part of the VAT is collected at each stage of production. The multistage collection ensures that the entire revenue cannot be lost through tax evasion at a single stage of production.

Suppose that a manufacturer sells its output for $500 to a wholesaler, which sells its output for $800 to a retailer, which sells a final product to consumers for $1,000. Of the $1,000 value of the final product, $500 is added at the manufacturing stage, $300 at the wholesale stage and $200 at the retail stage.

Under a retail sales tax, the retailer remits tax on the $1,000 of sales to consumers. Under a VAT, the manufacturer remits tax on its $500 of value added, the wholesaler remits tax on its $300 of value added, and the retailer remits tax on its $200 of value added, yielding the same combined tax payment as the retail sales tax.

**Q. A VAT would raise taxes on the middle class. Could this be avoided by relying instead on tax increases that target corporations and high-income households? What about benefit cuts?**

Although tax increases on corporations and high-income households as well as benefit cuts could be part of a debt-reduction package, they cannot



> *Although it would be unwise to implement major tax increases or spending cuts while the economy is still weakened by the pandemic, action should be taken as soon as possible after the economy regains its strength.*

provide a full solution to the long-term fiscal imbalance.

High-income tax increases would reduce inequality and place fiscal burdens on those with the greatest ability to pay, but they would also induce economic distortions, thus threatening long-run growth. The individual income tax and the estate and gift tax penalize saving. The corporate income tax distorts decisions about business organization and financing and penalizes investment in the United States. None of those penalties arise under a VAT.

Also, such tax increases would have limited revenue potential. Even commentators who support these kind of measures recognize that they would not raise enough revenue to fully address the fiscal imbalance and would have to be accompanied by other measures.

Restraining the rapid projected growth of Social Security and the major health care programs could significantly narrow the fiscal imbalance and could even promote long-run economic growth by encouraging additional saving.

However, benefit cuts would be severely regressive, placing far larger burdens relative to income on lower-income households than higher-income households. For example, the burden imposed by across-the-board Social Security benefit cuts would be approximately 100 times larger as a share of income for the bottom 20 percent of the income distribution than for the top 1 percent.

Significant benefit cuts would also face formidable political challenge. Most Democrats oppose benefit cuts, and many of them support benefit increases. Although Republicans often support benefit cuts in the abstract, they generally refrain from proposing

specific cuts. Benefit reductions may be even harder to achieve in the wake of the pandemic, which may have permanently increased public support for a generous safety net.

## Q. Aren't consumption taxes regressive? Wouldn't a VAT hurt low-income families who save less and spend more of their income?

In isolation, the VAT is regressive. The Urban-Brookings Tax Policy Center has estimated that a 5 percent broad-based VAT would reduce after-tax income by 3.9 percent for households in the bottom 20 percent of the income distribution, 3.6 percent for households in the middle 20 percent and 2.5 percent for households in the top 1 percent.

Nevertheless, the VAT is far less regressive than benefit cuts. Under a VAT, the burden on the bottom 20 percent as a share of income would be less than double the burden on the top 1 percent, not 100 times greater as under across-the-board Social Security benefit cuts. Rejecting a VAT based on its regressivity would be a pyrrhic victory if it caused the fiscal imbalance to instead be addressed through benefit cuts that were vastly more regressive.

Moreover, a VAT should—and undoubtedly would—be accompanied by rebates to offset the tax burden on low-income households. The Tax Policy Center estimated that a 7.7 percent VAT with rebates, which would raise the same net revenue as a 5 percent VAT without rebates, would generally be progressive. It would reduce after-tax income by 0.6 percent for the bottom 20 percent, 2.9 percent for the middle 20 percent and 3.6 percent for the top 1 percent.

Finally, it is important to remember that the VAT would be only one component of the federal tax system. Individual and corporate income taxes would continue to add progressivity to the overall federal tax system.

## Q. What do you tell voters who are concerned that additional revenue will prompt the government to spend more rather than shrink the national debt?

Some have argued that a VAT would fuel the growth of government spending because it would be a relatively invisible tax. That concern could be addressed by requiring that the tax be listed as a separate item on customer receipts, as is normally done for state and local retail sales taxes.

The VAT would then likely be at least as visible as employee payroll taxes and individual income tax withholding, which are displayed as line items on paycheck stubs and would be much more visible than corporate income taxes and employer payroll taxes, which are largely hidden from public view.

To be sure, even if the VAT is listed on customer receipts, its enactment could reduce pressure for benefit cuts. Those who believe that benefit cuts are the best debt-reduction strategy may thus be tempted to delay or avert the adoption of a VAT. However, they should consider the political and economic limitations of benefit cuts and weigh any possible gains against the costs of delaying action on the fiscal imbalance.

App.032

# COVID-19 Poses Stubborn Challenge to Economic Growth in Mexico

By Jesus Cañas and Chloe Smith

**ABSTRACT:** Mexico, confronting a high rate of COVID-19 infection and an ineffectual medical response, recorded the largest decline in gross domestic product in a quarter century last year. While manufacturing trade with the U.S. provided economic support, the large and hard to reach off-the-books informal sector proved more troublesome and will play an important role in the nation's performance in 2021.

With COVID-19 sweeping across the world, Mexico's gross domestic product (GDP) contracted the most in a quarter century in 2020.

The Mexican economy has since proceeded along two tracks—external trade-related sectors performing well, and the service sector struggling. Workers have been especially hard hit in the informal sector—where activity is not reported to the government and whose participants do not pay employment taxes or receive government-mandated benefits and pensions. They have suffered the largest job losses.

Insufficient fiscal stimulus from the government has likely contributed to shrinking GDP.

While COVID-19 cases have dropped sharply since hitting a postholiday peak in January, strict social-distancing measures will be needed to minimize the likelihood of another infection wave given that a national vaccine program is proceeding very slowly.

Testing for the virus remains an ongoing challenge. Mexico has not followed the World Health Organization's testing recommendation, arguing that the country lacks proper infrastructure. Mexico tests only the sickest patients who seek medical attention. There are few prevention measures and little contact tracing.

## Recent Economic Developments

The Mexican economy shrank 4.5 percent in 2020 as the pandemic ravaged factories, businesses and households. It was the greatest contraction since the 1994 Tequila Crisis that followed a peso devaluation.[1] The latest decline compared with the downturn in Chile (-5.0 percent) and was more severe than the ones in the U.S. (-2.4 percent) and in Brazil (-1.2 percent), the largest economy in Latin America.

Output in service-related activities (including trade and transportation) dropped 5.2 percent in Mexico, while goods-producing industries (including manufacturing, construction and utilities) fell 0.5 percent. Agricultural output increased 4.4 percent.

As in other countries, COVID-19 disproportionately affected the service industry, particularly leisure and hospitality—businesses such as hotels and restaurants. While e-commerce thrives, brick-and-mortar retail has suffered. Because e-commerce is tiny in Mexico by developed-country standards, it has provided little offset for the decline in the traditional service sector.

Additionally, the government has provided scant fiscal support for the economy. Mexico's stimulus plan—which includes a mix of loans and tax credits, tax payment deferrals and job training—amounts to 1.1 percent of GDP compared with plans in Brazil (8.4 percent) and Chile (4.7 percent).

Mexico's real retail sales index remains 5.5 percent below levels seen in February 2020, while Chile's retail sales are 4.3 percent above its pre-COVID-19 performance as the country regained prepandemic levels in August. Brazil's sales began rebounding in June 2020 and expanded during third quarter 2020, recovering to levels seen before the pandemic despite a resurgence of the virus.

Although Mexico's lack of fiscal stimulus has hurt households and businesses, it has helped the government avoid large deficits and accompanying inflation that could depress the currency. The peso regained much of its strength relative to the dollar in the second half of 2020 after sliding with

App.033



**CHART 1**

Mexico's Manufacturing Production, Export Growth
Return to Prepandemic Levels



Percent change, year/year

--- Mexico manufacturing exports
— Mexico manufacturing industrial production index
— U.S. manufacturing industrial production index

SOURCES: Mexico's National Institute of Statistics and Geography (INEGI); Banco de México; Federal Reserve Board.

the onset of the pandemic. The peso averaged 19.9 per dollar in December, a net depreciation of 1.1 pesos for the year.

Inflation finished 2020 at 3.1 percent in December (12-month change), firmly within the central bank's target range.[2] Mexico's refusal to boost public spending to mitigate COVID-19's economic impact will likely result in the lowest budget deficit among Latin America's major economies in 2020, though its recovery is likely to lag behind the region.

**Strong Manufacturing Output**

Mexico's manufacturing production and manufacturing exports are above pre-COVID-19 levels, reflecting a strong correlation with what has been a resilient U.S. manufacturing sector *(Chart 1)*.[3] These ties between the two countries, largely involving intra-industry trade, took root and grew with the 1994 North American Free Trade Agreement, which was recently supplanted by the United States–Mexico–Canada Agreement (USMCA).

Manufacturing exports represent 90 percent of total exports, and Mexico sends 81 percent of its total exports to the U.S. Thus, U.S. economic stimulus bolsters Mexico's manufacturing export sector. Higher global oil prices are a tailwind for Mexico's recovery, with the price of Mexican mix at around $50 per barrel, up from $17 per barrel in April. Crude oil production in Mexico is down 50 percent in the past 10 years, however.

Normalization of trade flows between the United States and Mexico has helped speed a sectoral manufacturing recovery.

Meanwhile, the performance of Mexico's service sector has not recovered, although the extent of progress varies by industry *(Chart 2)*. Revenue in health care services, real estate, education, and professional and business services has been the most resilient. However, output in entertainment (down 49 percent from prepandemic levels), leisure and hospitality (off 32 percent) and transportation services (down 22 percent) have proven the most vulnerable.

Mexico's large informal sector challenges economic recovery as well as efforts to contain the virus' spread. Mexico's national employment survey pegged total employment at 53.3 million in December 2020, with formal employment representing 44 percent of the total and informal employment 56 percent.

The majority of informal work is in high-contact industries such as retail trade, miscellaneous services (temporary workers and gig labor) and construction. Informal work produces 23 percent of GDP, according to Mexico's National Statistics Institute (INEGI).

**CHART 2**

Recovery in Mexico's Service Sector Stalls Under Weight of COVID-19 Infection



Service revenue index (real), February 2020 = 100

Health services | Professional and business services
Real estate | Transportation
Education services | Leisure and hospitality
Total | Entertainment

NOTE: Seasonally adjusted by authors.
SOURCE: Mexico's National Institute of Statistics and Geography (INEGI).

App.034

Unlike workers in the formal economy, who benefit from legal and social protections, informal workers lack such a safety net. They are mostly self-employed, working in street vending, domestic work and transportation. Some also work as off-the-books day laborers in factories, farms and other formal businesses that don't extend full rights or protections to all employees.

Pandemic control measures, such as sheltering in place and social distancing, achieved more inconsistent adoption in the informal sector relative to the formal sector. The informal sector's behavior and its likely ties to recurring waves of COVID-19 infections could be key to the introduction of any future national government-mandated restrictions—ones that might well slow an economic recovery.

### Disproportionate COVID-19 Impact

Total Mexico employment fell 3.7 percent from March 2020 to December 2020. Formal employment dropped 2.6

percent (626,000 jobs) and informal employment fell 4.5 percent (1.4 million jobs) *(Table 1)*. The most-affected sector was leisure and hospitality, followed by miscellaneous services.

The largest employment base within the informal sector is in trade, agriculture and miscellaneous services (55 percent), while the highest concentration of formal jobs is in manufacturing, trade and social services (56 percent).

More women—particularly in the informal sector—have lost their jobs during the pandemic in developing economies such as Mexico, according to the World Bank. While men represent 61 percent of informal jobs, their employment only fell 2.4 percent. Among women—who account for 39 percent of informal jobs—employment dropped 7.6 percent.

### Continued COVID-19 Outbreak

Mexico's first confirmed COVID-19 case was reported on Feb. 28, 2020, ultimately prompting public health

measures that included travel restrictions, social distancing, school closures and the shutdown of nonessential activities.

The government announced plans to begin normalization of economic activities in mid-May, including a green-yellow-orange-red color system to represent the extent of activities allowed in individual states. For example, states with the most active cases were designated as red and would remain in forced quarantine. Officials also added construction, mining and transport equipment manufacturing to the list of essential activities.

Mexico's COVID-19 cases spiked first in early August before reaching a second peak in December and an all-time high in late January. Recently, cases per 100,000 people have fallen in Mexico, while a new surge has begun in Chile and Brazil *(Chart 3)*.

Mexico isn't performing widespread COVID-19 tests of its population—just 12 tests per 100,000 people. Mexico's

| TABLE 1 | Mexico's Total Employment Shows Strains of Recurring Pandemic Surges | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Economic sector | Total employment (millions of workers) | Dec/Mar chg (%) | Share (%) | Formal employment (millions of workers) | Dec/Mar chg (%) | Share (%) | Informal employment (millions of workers) | Dec/Mar chg (%) | Share (%) |
| **Total** | **53.3** | **-3.7** | **100.0** | **23.7** | **-2.6** | **100.0** | **29.6** | **-4.5** | **100.0** |
| Leisure and hospitality | 3.7 | -17.5 | 6.9 | 1.0 | -23.5 | 4.3 | 2.6 | -15.0 | 8.9 |
| Miscellaneous services | 5.2 | -8.6 | 9.8 | 1.0 | -8.0 | 4.1 | 4.3 | -8.8 | 14.4 |
| Oil, mining and electricity generation | 0.4 | -4.8 | 0.7 | 0.3 | -8.1 | 1.3 | 0.1 | 17.3 | 0.2 |
| Transportation, communications and warehousing | 2.7 | -4.4 | 5.1 | 1.4 | 2.6 | 6.1 | 1.3 | -11.1 | 4.4 |
| Manufacturing | 8.7 | -4.3 | 16.3 | 5.4 | -4.8 | 23.0 | 3.3 | -3.5 | 11.0 |
| Professional and financial services | 3.8 | -3.9 | 7.1 | 2.7 | -1.1 | 11.4 | 1.1 | -10.3 | 3.6 |
| Trade | 10.6 | -1.4 | 19.9 | 4.3 | 0.7 | 18.2 | 6.3 | -2.8 | 21.3 |
| Construction | 4.3 | -1.0 | 8.0 | 0.9 | -9.3 | 3.7 | 3.4 | 1.3 | 11.5 |
| Social services | 4.4 | -0.3 | 8.3 | 3.6 | 2.0 | 15.3 | 0.8 | -9.5 | 2.7 |
| Agriculture | 6.7 | 1.6 | 12.5 | 0.9 | -2.0 | 3.6 | 5.8 | 2.2 | 19.6 |
| Government | 2.5 | 2.8 | 4.8 | 2.1 | 2.7 | 8.9 | 0.4 | 3.2 | 1.5 |
| Other | 0.3 | -9.0 | 0.6 | 0.0 | 38.4 | 0.2 | 0.3 | -14.5 | 0.8 |

NOTE: Rank is in terms of total employment losses.
SOURCE: National employment survey, December 2020, Mexico's National Institute of Statistics and Geography (INEGI).

App.035



**CHART 3**

**COVID-19 Cases Falling in Mexico After Spiking in January**

Cases per 100,000, 7-day moving avg.                    Cases per 100,000, 7-day moving avg.

NOTE: Data are through March 21, 2021.
SOURCES: Johns Hopkins University; United Nations.

46 percent positivity rate—second only to Paraguay worldwide—is an indication that only the sickest patients seeking medical attention are tested. Absent contact tracing or widely administered medical treatment, detecting a new wave of infections is difficult.

Governments should see positivity rates below 5 percent for at least 14 days before relaxing social-distancing measures, according to the World Health Organization. Nevertheless, restrictions in Mexico were lessened as the holiday wave waned.

In the March 1-14, 2021, monitoring report, none of the Mexican states were in red for the first time since late September/early October 2020. Ten states were in orange, the second-most restrictive tier; 20 states were in yellow; and two states were in green, the point at which activities are allowed without restriction.

Vaccinations began in late December, when Mexico became the first Latin American country to receive a vaccine shipment. The inoculation effort has since stalled due to mismanagement and a global vaccine shortage. Just 0.5 percent of the population was fully vaccinated as of mid-March, according to the Johns Hopkins Coronavirus Resource Center.

**Challenging Economic Outlook**

Mexico's economic recovery is largely confined to its manufacturing sector, which is filling production orders from its northern neighbor. Manufactur-

ing has dealt with comparatively few restrictions and largely avoided disruption in North American supply chains, a situation unlikely to change.

By comparison, a service sector recovery is hindered by suppressed domestic demand, social-distancing measures and little government assistance. The lack of fiscal stimulus has left many households and businesses with significant income loss that will remain a headwind to the recovery.

The consensus forecast compiled by Banco de México for 2021 GDP growth is 3.9 percent, with a projected exchange rate of 20.3 pesos per dollar and year-end inflation of 3.9 percent.[4] However, the pandemic remains far from controlled, and supply and logistical issues have slowed vaccination progress. Additionally, the dearth of testing will complicate the timely detection of future COVID-19 incidents, impeding an economic recovery.

*Cañas is a senior business economist in the Research Department at the Federal Reserve Bank of Dallas.*

*Smith is a research analyst in the Research Department at the Federal Reserve Bank of Dallas.*

**Notes**

[1] GDP growth is calculated comparing fourth quarter 2020 with fourth quarter 2019. If the estimation is computed as Mexico's National Institute of Statistics and Geography (INEGI) officially calculates growth—the averaging of year-over-year quarterly growth throughout the year—GDP fell 8.7 percent.

[2] For a more complete Mexico economic update, see www.dallasfed.org/research/update/mex.

[3] "Intra-Industry Trade with Mexico May Aid U.S. Global Competitiveness," by Jesus Cañas, Aldo Heffner and Jorge Herrera Hernández, Federal Reserve Bank of Dallas *Southwest Economy*, Second Quarter, 2017.

[4] Communiqué on Economic Expectations, Banco de México, February 2021. The survey period was Feb. 24–26, 2021.

# Pandemic Pushes Texas Minority Unemployment Beyond Highs Reached During Great Recession

By Carlee Crocker and Pia Orrenius

**R**ecessions are hardest on minorities; the COVID-19 downturn is no different in that regard. Texas is a majority minority state—more than half of Texas' population is Hispanic or Black—and the consequences are far-reaching if those groups lag behind economically.

Once the pandemic hit, the state lost 1.4 million jobs from February to April 2020, and the unemployment rate shot up to 12.9 percent. The recovery that began in May has been slow, hampered by the repeated resurgence of the virus. Texas' unemployment rate of 6.9 percent at year-end was well above what it was before COVID-19 hit (3.7 percent), and more than 625,000 jobs were lost.

One year into the pandemic, Texas' labor market disparities are glaring (*Chart 1*). About 9.3 percent of Hispanic workers were unemployed in February, 4.6 percentage points above prior-year levels. Roughly 12.4 percent of non-Hispanic Black workers were unemployed, 7.6 percentage points higher.

Unemployment among Black workers in Texas was more than twice that for non-Hispanic white workers, whose jobless rate was 5.1 percent in February, 2.6 percentage points above February 2020.

Early in the pandemic, as the government imposed lockdowns and only essential businesses remained open, the disparate impact on workers became clear. White-collar workers operating from home largely escaped job cuts, while blue-collar workers in essential businesses such as grocery stores remained on payrolls but were exposed to the risk of COVID-19 infection.

Jobs vanished for restaurant, bar and hotel workers and for businesses linked to arts and recreation, transportation and personal care.

Minorities are disproportionately employed in many of these generally lower-paying, face-to-face service industries,



**CHART 1** Unemployment Rates Diverge, Minorities Fall Behind



NOTE: Texas data are through February 2021.
SOURCE: Current Population Survey.

partly because they have less education on average than non-Hispanic white workers. These workers also tend to be younger. And within all groups, women have been especially affected because they are disproportionately employed in the service sector and frequently must deal with parental duties.

## Great Recession Comparison

At the height of the pandemic recession last spring, all groups' unemployment rates surpassed their Great Recession peaks. Black unemployment reached 16.4 percent; Hispanic joblessness hit 13.3 percent. However, most layoffs were temporary, and minority unemployment fell through the summer and fall as workers were called back. That trend reversed course in the fourth quarter when a second COVID-19 wave took hold, even as white unemployment continued to decline.

Workers dropping out of the labor force poses another pandemic-era concern. Black labor force participation fell dramatically in first quarter 2020 with the onset of COVID-19; non-Hispanic white worker declines occurred largely in the second quarter, a period that

included stay-at-home orders. By comparison, Hispanic labor force participation was little changed during the year.

Through February 2021, overall labor force participation rates remained below prepandemic levels.

In addition to direct stimulus payments, unemployed workers in the pandemic have received supplemental unemployment benefits and extended unemployment benefits. The benefits have also gone to the self-employed and other groups typically ineligible for unemployment insurance.

The initial provision of $600 per week in supplemental benefits boosted earnings to such a degree that many beneficiaries earned more while unemployed than while working. The payments expired in the fall and were last renewed in March to run into early September at $300 per week.

Thus, despite record-high unemployment rates, many who lost jobs during the pandemic could make ends meet because of governmental support. After federal assistance ends, a large number of Texans—many of them minorities—will need job opportunities if they are to get back to work.

GO FIGURE

# Collapsing Fuel Demand Tanks Texas Exports During Pandemic's Peak

Design: Justin Chavira; Content: Emma Marshall, Pia Orrenius

## The COVID-19 pandemic wreaked havoc on Texas energy exports.

U.S. energy exports excluding Texas were dramatically less affected.

**Texas Energy Exports Fell**

# 53%

February to May 2020

**16%**

U.S. (minus Texas) Energy Exports Fell

## Texas energy exports make up half of total Texas exports.

Texas energy exports include: crude oil, natural gas, petroleum products and petrochemicals.



**U.S. (minus Texas) Total Exports Fell**

**29%**

**Texas Total Exports Fell**

# 45%

February to May 2020

## The decrease in Texas energy exports was a big factor in the drastic drop in total exports for the state.

In comparison, the drop in U.S. total exports excluding Texas was less severe.

## As of December 2020, Texas energy exports and total exports are recovering to prepandemic levels.

**Texas Energy Exports Recovered to**

# 78%

of prepandemic levels as of December 2020

**Texas Total Exports**
**Recovered to 85%**

NOTES: Natural gas prices refers to the Henry Hub spot price for natural gas. Leaderboard rankings are based on country refining capacity for Jan. 1, 2015, and Jan. 1, 2018.
SOURCES: Energy Information Administration; *Oil and Gas Journal*, Worldwide Refining Survey.

App.038

Federal Reserve Bank of Dallas
P.O. Box 655906
Dallas, TX 75265-5906

PRSRT STD
U.S. POSTAGE
PAID
DALLAS, TEXAS
PERMIT #1851

## SNAPSHOT   Dining Out Picks Up in Texas, Houston

The number of patrons dining at restaurants surged in Texas and Houston after the state thawed from a deep freeze in February and COVID-19 constraints on restaurants and bars were lifted March 10. The uptick also reflected improving COVID-19 statistics and the arrival of spring break.

The number of reservations relative to the same time in 2019 suggests restaurant dining is approaching more normal levels. In Houston, restaurant demand climbed to 6 percent below the base level during the seven days ended March 23, according to OpenTable data (*Chart 1*). Texas was up 1 percent, while the nation overall was off 28 percent.

During the first spring break weekend, March 13–14, restaurant reservations statewide rose 12 percent compared with the same weekend in 2019. The following weekend, March 20–21, reservations were up 16 percent.

*—Adapted from Houston Economic Indicators,*
March 22, 2021



**CHART 1** Restaurants Seating More Diners as State Eases Restrictions

NOTES: Data refer to the percent change in seated diners at restaurants from the corresponding day in 2019 on the OpenTable network across all channels: online reservations, phone reservations and walk-ins. Numbers at right are the values on March 23, 2021.
SOURCE: OpenTable.



## Southwest Economy

is published by the Federal Reserve Bank of Dallas. The views expressed are those of the authors and should not be attributed to the Federal Reserve Bank of Dallas or the Federal Reserve System.

Articles may be reprinted on the condition that the source is credited to the Federal Reserve Bank of Dallas.

*Southwest Economy* is available on the Dallas Fed website, www.dallasfed.org.

**Marc P. Giannoni,** *Senior Vice President and Director of Research*
**Pia Orrenius, Keith R. Phillips,** *Executive Editors*
**Michael Weiss,** *Editor*
**Kathy Thacker,** *Associate Editor*
**Dianne Tunnell,** *Associate Editor*
**Justin Chavira,** *Digital Designer*
**Olumide Eseyin,** *Digital Designer*
**Emily Rogers,** *Digital Designer*
**Darcy Taj,** *Digital Designer*

Federal Reserve Bank of Dallas
2200 N. Pearl St., Dallas, TX 75201

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

Biennial Revenue Estimate – 2022 - 2023 Biennium – 87th Texas Legislature – January 2021

# EXHIBIT A-3

2022-2023 Biennium

# BIENNIAL

87th Texas Legislature

# REVENUE

January 2021

# ESTIMATE



## GLENN HEGAR
### Texas Comptroller of Public Accounts



App.041

**Glenn Hegar**   Texas Comptroller of Public Accounts

January 11, 2021

The Honorable Greg Abbott, Governor
The Honorable Dan Patrick, Lieutenant Governor
Speaker of the House
Members of the 87th Legislature

Ladies and Gentlemen:

In accordance with Article III, Section 49a of the Texas Constitution, I present my revenue estimate for the remainder of fiscal 2021 and the upcoming 2022-23 biennium.

For 2022-23, the state can expect to have $112.5 billion in funds available for general-purpose spending, a 0.4 percent decrease from the corresponding amount of funds available for the 2020-21 biennium.

We project $119.6 billion in total collections of general revenue-related (GR-R) funds. These collections are offset by an expected 2020-21 ending GR-R balance of *negative* $946 million. In addition, $5.8 billion must be reserved from oil and natural gas taxes for 2022-23 transfers to the Economic Stabilization Fund (ESF) and the State Highway Fund (SHF); another $271 million must be set aside to cover a shortfall in the Texas Guaranteed Tuition Plan, also known as the Texas Tomorrow Fund.

The projected negative ending balance in 2020-21 is a direct result of the COVID-19 pandemic, which caused revenue collections to fall well short of what was expected when the 86th Legislature approved the 2020-21 budget. The projected shortfall does not account for any GR-R expenditure reductions resulting from the state leadership's instructions for most state agencies to reduce spending by 5 percent of their 2020-21 GR-R appropriations. Nor does it incorporate the effects of substituting federal funds provided as pandemic-related assistance for some GR-R pandemic-related expenditures. Official action on either of those items could eliminate the projected shortfall.

Conversely, the projected balance does not include any GR-R spending authorized for a supplemental appropriations bill, which would increase the size of the shortfall. The final ending balance for this biennium, and thus the beginning balance for the next, will be determined by actions taken in the 87th legislative session and by actual revenue collections during the remainder of this fiscal year.

Tax revenues account for approximately 87 percent of the estimated $119.6 billion in total GR-R revenue for 2022-23. Sixty-two percent of GR-R tax revenue will come from net collections of sales taxes, after $5 billion is allocated to the SHF, as authorized by the Texas Constitution. Other significant sources of general revenue include motor vehicle sales and rental taxes; oil and natural gas production taxes; the franchise tax; insurance taxes; collections from licenses, fees, fines and penalties; interest and investment income; and lottery proceeds.



Comptroller.Texas.Gov        512-463-4444
P.O. Box 13528               Toll Free: 1-800-531-5441  ext: 3-4444
Austin, Texas 78711-3528     Fax: 512-463-4902

January 11, 2021
Page 2

In addition to GR-R funds, we expect the state to collect $98.2 billion in federal income as well as $52.7 billion in other revenues dedicated for specific purposes and therefore unavailable for general-purpose spending. We project that revenue collections from all sources and for all purposes will total $270.5 billion.

Absent any new appropriations by the Legislature, we project the ESF balance to be $11.6 billion at the end of the 2022-23 biennium, below the ESF constitutional limit of an estimated $19.7 billion.

The COVID-19 pandemic and a collapse in oil prices resulted in a severe contraction of the Texas economy over the first and second quarters of calendar 2020. Economic growth subsequently rebounded sharply but gross state product (GSP) and employment remain well below their pre-pandemic levels. Rising COVID-19 case counts have increased the chances of a "double-dip" recession with a second economic contraction in late 2020 and early 2021. Whether that happens or economic growth merely slows from the robust rates seen in the initial rebound from spring will depend on how consumers and businesses behave in the face of the recent surge in positive cases. In any case, this estimate assumes that economic output will not return to pre-pandemic levels until 2022.

We project that Texas' economic growth in the 2022-23 biennium, as measured by real GSP, will average 4.2 percent annually. We expect personal income in 2022-23 to increase by an average of 4.8 percent annually, compared to an annual average of 1.2 percent for 2020-21. After falling in the 2020-21 biennium as a result of the pandemic, we expect employment growth in 2022-23 to average 2.7 percent annually.

The U.S. and Texas economies have performed better than expected since we released a revised Certification Revenue Estimate in July 2020. Sales tax revenues, buoyed by strong online sales and spending on building materials, home furnishings and sporting goods in particular, have exceeded our expectations. Oil prices and production also rebounded after collapsing in the spring. As a result, the projected GR-R shortfall for 2020-21 is substantially improved from our July forecast.

Even so, risks remain, particularly given the recent surge in COVID-19 cases in Texas and across the nation.

This forecast assumes continued but moderating economic impacts from the COVID-19 pandemic and from decreased oil production and prices. It does not incorporate any possible impacts of additional, unanticipated one-time or unusual events that could affect economic performance and revenue collections.

Several things could cause actual revenue collections to fall short of this forecast's expectations, including an increased spread of the COVID-19 virus and the possibility of a significant reduction in consumer activity as a result. A reversal of job gains and a renewed rise in unemployment rates, combined with ongoing increases in the number of long-term unemployed, could drag economic growth back down. Oil and natural gas prices remain volatile and a return to lockdowns in the U.S. or elsewhere could result in a further drop in prices and production.



January 11, 2021
Page 3

On the other hand, there is a possibility that economic growth and revenue collections could exceed this forecast's projections. Effective COVID-19 vaccines, combined with household savings that have risen during the pandemic as some consumer debt has declined, could support a substantial boost in consumer spending. Business investment and spending could increase as a result of an improved outlook due to effective vaccines. A new round of federal assistance for individuals, businesses, cities and states, signed into law in late December, also could stimulate economic activity. It is possible, therefore, that economic growth could rebound more strongly and sooner than this forecast assumes, and there is some potential for revenue collections in 2022-23 to outpace our expectations, perhaps substantially.

In summary, while uncertainty remains high, our Texas economic forecast for the 2022-23 biennium is based on an expectation of growth rates somewhat higher than those experienced over the last decade. In the event of significant changes in economic conditions or other relevant factors, this estimate will be updated to ensure that your deliberations are based on the most accurate and timely information available.

Sincerely,

Glenn Hegar
Texas Comptroller of Public Accounts

cc: Jerry McGinty, Legislative Budget Board



**2022-2023 Biennium**

# BIENNIAL REVENUE ESTIMATE

# Table of Contents

Revenue Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

Texas Economic Outlook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3

Available Revenue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   11

Summary Tables (A-1 to A-19) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   23

Fund Detail (Schedules I to III) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   43

**FIGURES**

1 – Flow of Major Revenues for the 2022-23 Biennium . . . . . . . . . . . . . . . . . . . . .   2

**TABLES**

1 – Texas Economic History and Outlook for Fiscal Years 2017 to 2023 . . . . . . . . . .   4

2 – General Revenue-Related Funds, by Source and Biennium . . . . . . . . . . . . . . . .   12

A-1 – Estimated General Revenue-Related Balances, Revenue, Disbursements,
and Appropriation Authority . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   24

A-2 – Estimated General Revenue-Related Revenue and Balances Available
for Certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   25

A-3 – Estimated General Revenue-Related Funds Revenue . . . . . . . . . . . . . . . . . . .   26

A-4 – Estimated General Revenue-Dedicated Accounts Revenue . . . . . . . . . . . . . . .   27

A-5 – Estimated Federal Income, by Fund or Account . . . . . . . . . . . . . . . . . . . . . . .   28

A-6 – Estimated Other Funds Revenue, by Fund or Account . . . . . . . . . . . . . . . . . . .   29

A-7 – Estimated All Funds Revenue, Excluding Trust Funds . . . . . . . . . . . . . . . . . . .   30

A-8 – Estimated Allocations and Transfers from the General Revenue Fund . . . . . . . .   31

A-9 – Available School Fund and State Technology and Instructional Materials Fund,
Estimated Balances, Revenues and Expenditures . . . . . . . . . . . . . . . . . . . . . . . .   32

A-10 – Sources of Property Tax Relief Fund Revenue . . . . . . . . . . . . . . . . . . . . . . . . .    33

A-11 – Sources of State Highway Fund Revenue . . . . . . . . . . . . . . . . . . . . . . . . . . . .    34

A-12 – State Revenue, by Source and Fiscal Year, General Revenue-Related . . . . . . . .    35

A-13 – Percent Change in State Revenue, by Source and Fiscal Year,
         General Revenue-Related . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    36

A-14 – State Revenue, by Source and Biennium, General Revenue-Related . . . . . . . .    37

A-15 – Percent Change in State Revenue, by Source and Biennium,
         General Revenue-Related . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    38

A-16 – State Revenue, by Source and Fiscal Year, All Funds, Excluding Trust Funds. .    39

A-17 – Percent Change in State Revenue, by Source and Fiscal Year,
         All Funds, Excluding Trust Funds. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    40

A-18 – State Revenue, by Source and Biennium, All Funds, Excluding Trust Funds. .    41

A-19 – Percent Change in State Revenue, by Source and Biennium,
         All Funds, Excluding Trust Funds. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    42

Note: This report contains estimates and projections that are based on available information, assumptions and estimates as of the date of the forecasts upon which they are based. Assumptions involve judgments about future economic and market conditions and events that are difficult to predict. Actual results could differ from those predicted, and the difference could be material.

The spreadsheets in this report are available in accessible data form (Excel) at https://comptroller.texas.gov/transparency/reports/biennial-revenue-estimate/2022-23/docs/bre-2022-23.xlsx.

# Revenue Overview

The state of Texas will have an estimated $112.5 billion available for general-purpose spending in the 2022-23 biennium. This figure represents the sum of the 2020-21 ending deficit, 2022-23 tax revenue and 2022-23 non-tax receipts, less estimated transfers to the Economic Stabilization Fund (ESF), State Highway Fund (SHF) and Texas Tomorrow Fund, as well as adjustments to general revenue dedicated account balances.

Aside from certain fund balances, only five funds affect the discretionary spending detailed in the General Appropriations Act. These funds, referred to as "general revenue-related funds" (GR-R), are the General Revenue Fund, the Available School Fund, the State Technology and Instructional Materials Fund, the Foundation School Account and the Tobacco Settlement Account. While not technically "general revenue-related funds," both the Property Tax Relief Fund and the Tax Reduction and Excellence in Education Fund, which receive a portion of collections from franchise, cigarette and sales taxes, offset the need for general revenue to fund appro-

priations for public education. The remaining funds depend upon federal receipts or revenues that are dedicated by the Texas Constitution or state law; a prime example is the constitutionally dedicated Permanent University Fund.

The state's tax system is the main source of GR-R funding. Tax collections in 2022-23 will generate an estimated $103.93 billion while non-tax revenues will produce an additional $15.65 billion. Factoring in the estimated $946 million ending deficit carried forward from 2020-21, the total of these three sources is $118.63 billion. Against this amount, $5.83 billion must be placed in reserve for future transfers to the ESF and SHF, and an additional $271 million must be set aside for constitutionally guaranteed payments to the state's original prepaid tuition plan, the Texas Tomorrow Fund. This is expected to result in a net $112.53 billion available for general-purpose spending in the 2022-23 biennium, 0.4 percent less than in 2020-21.

Taking all state revenue sources into account, the state is expected to collect $270.47 billion in revenue for all state funds in 2022-23 (see **Figure 1**). ✿

FIGURE 1
## Flow of Major Revenues for the 2022-23 Biennium



Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

**2022-2023 Biennium**

# BIENNIAL REVENUE ESTIMATE

# Texas Economic Outlook

The Comptroller's Fall 2020 economic forecast, as reported in this Biennial Revenue Estimate (BRE), projects that Texas economic output will be lower in fiscal 2021 than in fiscal 2020. Though growth resumed following a steep drop in the first and second quarters of calendar 2020, and economic output at the end of fiscal 2021 is expected to be higher than it was at the end of fiscal 2020, average output and employment across all of fiscal 2021 is projected to fall short of the averages achieved in fiscal 2020, during the first half of which output and employment peaked. The COVID-19 pandemic and a steep drop in oil prices and production caused a record collapse in output and employment; many months will elapse before a return to pre-pandemic levels.

As a result of the economic impact of the COVID-19 pandemic, as well as a drop in oil prices, Texas real gross state product (GSP) fell by an estimated 1.0 percent in fiscal 2020, after growth of 3.9 and 4.4 percent in 2018 and 2019, respectively.

From August 2019 to August 2020, the Texas economy lost 611,500 nonfarm jobs. This employment decrease of 4.8 percent was the second-smallest percentage loss during this period among the 10 most populous states (behind Georgia at 4.0 percent) and the 17th-smallest loss among U.S. states. Private-sector employment fell by 5.4 percent, while government employment (federal, state and local) fell by 1.2 percent.

The Comptroller forecasts a further employment loss of 26,700 (on an annual average basis) in fiscal 2021. Employment growth is projected to resume in 2022, with estimated gains of 269,000 in that year and

421,600 in 2023. Texas real GSP is expected to follow a similar pattern, with a decline of 1.3 percent in 2021 followed by growth of 3.7 and 4.6 percent in 2022 and 2023, respectively (see **Table 1**).

## Texas Employment

After 113 consecutive months of employment growth, the U.S. economy lost 1,373,000 jobs in March 2020, the largest decrease seen since September 1945, when post-war employment fell by 1,959,000. U.S. employment then fell by a further 20,787,000 in April 2020. Although employment has risen in every month since, total U.S. nonfarm employment in August was still 11.4 million below the February 2020 peak.

During the lengthy period of U.S. employment expansion, Texas saw five months with employment losses; prior to 2020, the most recent (and largest) was 13,100 in July 2017. In March 2020, Texas employment declined by 89,900, followed by a loss of 1,322,000 jobs in April. As with the U.S., job growth resumed in May, but August total employment was still more than 792,000 below the February peak.

In August 2020, the Texas unemployment rate was 6.8 percent, up from 3.5 percent in August 2019. The U.S. unemployment rate rose from 3.7 percent to 8.4 percent over that period. August 2020 unemployment rates in the state's metropolitan areas ranged from a low of 4.1 percent in Amarillo to a high of 10.7 percent in Odessa. As of November 2020, the Texas unemployment rate was 8.1 percent and the national rate was 6.7 percent. Total employment in Texas as of November remained 569,000 below its February 2020 peak.

## Texas Industry Performance

Ten of Texas' 11 major nonfarm industries experienced net job losses from August 2019 to August 2020. Employment in the goods-producing industries fell by 7.1 percent, while employment in service-providing industries fell by 4.3 percent. Employment decreased in all three goods-producing industries (mining and log-ging, manufacturing and construction), led by a 59,300 decrease in mining and logging employment, which also saw the largest rate of contraction (23.9 percent) among all major industries. The only industry to experience employment growth was in the service sector; employment in financial activities rose by 0.2 percent, because gains in the finance and insurance sector were slightly

TABLE 1
# Texas Economic History and Outlook for Fiscal Years 2017 to 2023
Fall 2020 State Economic Forecast

| | 2017 | 2018 | 2019 | 2020* | 2021* | 2022* | 2023* |
|---|---|---|---|---|---|---|---|
| **TEXAS ECONOMY** | | | | | | | |
| Real Gross State Product (Billions, 2012 $) | 1,630.9 | 1,695.3 | 1,770.2 | 1,752.7 | 1,729.6 | 1,793.6 | 1,876.4 |
| *Annual Percent Change* | *2.0* | *3.9* | *4.4* | *-1.0* | *-1.3* | *3.7* | *4.6* |
| Gross State Product (Billions, Current $) | 1,635.9 | 1,770.4 | 1,868.1 | 1,844.3 | 1,833.3 | 1,922.1 | 2,037.2 |
| *Annual Percent Change* | *5.1* | *8.2* | *5.5* | *-1.3* | *-0.6* | *4.8* | *6.0* |
| Personal Income (Billions, Current $) | 1,343.3 | 1,442.4 | 1,516.7 | 1,597.0 | 1,550.6 | 1,612.0 | 1,702.5 |
| *Annual Percent Change* | *5.6* | *7.4* | *5.2* | *5.3* | *-2.9* | *4.0* | *5.6* |
| Nonfarm Employment (Thousands) | 12,168.4 | 12,436.9 | 12,733.1 | 12,478.8 | 12,452.1 | 12,721.1 | 13,142.6 |
| *Annual Percent Change* | *1.6* | *2.2* | *2.4* | *-2.0* | *-0.2* | *2.2* | *3.3* |
| Resident Population (Thousands) | 28,244.7 | 28,589.1 | 28,950.2 | 29,293.5 | 29,631.4 | 29,994.8 | 30,378.3 |
| *Annual Percent Change* | *1.4* | *1.2* | *1.3* | *1.2* | *1.2* | *1.2* | *1.3* |
| Unemployment Rate (Percent) | 4.5 | 3.9 | 3.6 | 6.7 | 7.2 | 6.0 | 4.6 |
| NYMEX Oil Price ($ per Barrel) | 48.77 | 60.58 | 59.62 | 45.46 | 44.00 | 49.00 | 55.00 |
| NYMEX Natural Gas Price ($ per Million BTUs) | 3.04 | 2.88 | 2.99 | 2.09 | 2.60 | 2.75 | 2.65 |
| **U.S. ECONOMY** | | | | | | | |
| Gross Domestic Product (Billions, 2012 $) | 18,023.3 | 18,574.2 | 18,981.7 | 18,537.8 | 18,894.9 | 19,329.2 | 19,819.2 |
| *Annual Percent Change* | *2.2* | *3.1* | *2.2* | *-2.3* | *1.9* | *2.3* | *2.5* |
| Consumer Price Index (1982-84=100) | 243.8 | 249.7 | 254.4 | 258.1 | 263.2 | 270.1 | 276.4 |
| *Annual Percent Change* | *2.1* | *2.4* | *1.9* | *1.5* | *2.0* | *2.7* | *2.3* |
| Personal Consumption Expenditures Deflator (2012=100) | 105.5 | 107.7 | 109.4 | 110.8 | 112.7 | 115.2 | 117.5 |
| *Annual Percent Change* | *1.7* | *2.1* | *1.6* | *1.3* | *1.7* | *2.2* | *2.0* |
| Prime Interest Rate (Percent) | 3.9 | 4.7 | 5.4 | 3.9 | 3.3 | 3.3 | 3.3 |

\* Estimated or Projected
SOURCES: Glenn Hegar, Texas Comptroller of Public Accounts; and IHS Markit.

greater than losses in the real estate and leasing sector. Leisure and hospitality experienced the largest employment drop among all major industries.

## Manufacturing

The Texas manufacturing industry lost 40,900 jobs in fiscal 2020, a decline of 4.5 percent. Durable goods employment fell by 35,100, with the largest losses seen in the fabricated metals (16,800) and machinery (10,500) manufacturing sectors. Both sectors are closely associated with oil and natural gas exploration and production, and employment in those sectors has been falling along with that of the mining industry. In all, durable goods employment fell by 6.0 percent in fiscal 2020. Nondurable-goods manufacturing employment fell by 5,800 or 1.8 percent. Texas manufacturing employment in August 2020 totaled 868,100.

In 2014, the value of Texas exports reached a record $289 billion, 3.3 percent more than in 2013. Those exports provided a substantial boost to manufacturing, notably for companies producing chemicals, computers and electronics, petroleum products, industrial machinery and transportation equipment. In 2015, the value of Texas exports fell sharply (to $251 billion, down 13.1 percent), hurt by falling oil prices and a stronger dollar. Texas exports continued to fall in 2016, down another 7.4 percent. In 2017, however, Texas exports rose by 13.5 percent from 2016's level, and by another 19.4 percent in 2018. In November 2019, for the first time since October 2016, monthly Texas exports decreased on a year-over-year basis; total 2019 exports were still 4.8 percent higher than 2018 exports. But exports have fallen sharply since March. For the period from January to August 2020, the value of Texas exports was 16.5 percent lower than that of the corresponding period in 2019. Texas nonetheless remains the nation's leading exporting state, as it has been for more than a decade. Texas exports comprised 20 percent of total U.S. exports in 2019.

In 2020, each manufacturing industry employee produced an estimated average gross product of $279,000, almost twice the per-employee average for all industries. GSP attributable to Texas manufacturing activity was estimated at $248 billion in fiscal 2020, up 1.2 percent from the 2019 total of $245 billion.

Average manufacturing employment across fiscal 2021 is expected to be 3.1 percent lower than in fiscal 2020. It is expected to rise by 0.5 percent in 2022 and 1.7 percent in 2023.

## Mining and Logging

Texas mining industry employment peaked at 321,900 in December 2014 and then declined to a low of 204,300 in September 2016. Industry employment then grew consistently for more than two years, reaching 256,200 in January 2019. Since that time, mining employment has fallen by 26 percent. From August 2019 to August 2020, mining employment fell by 59,300 with most (45,100) of that loss occurring since March 2020.

In addition to substantial exploration activities within the state and in the Gulf of Mexico, Texas is headquarters for many of the nation's largest oil and natural gas refining and distribution companies and has a large number of energy-related jobs in other industries. As in the mining industry, employment in those industries and sectors experienced significant declines during the year.

Average mining and logging employment is projected to be 20.9 percent lower in 2021 than in 2020. Industry employment growth is expected to resume in the coming biennium, with projected growth rates of 1.2 and 8.7 percent in 2022 and 2023, respectively.

## Construction

Construction employment fell by 37,600 (4.8 percent) in fiscal 2020, reaching 741,500 in August 2020. Employment in the utility system construction sector fell by 12.2 percent (14,100), the highest rate of any construction sector.

Total housing construction activity, on the other hand, rose in fiscal 2020. Texas saw 134,013 single-family building permits issued in the year, up 15.3 percent from fiscal 2019. Building permits for multi-family units rose by 1.9 percent. According to Multiple Listing Service data from the Texas A&M Real Estate Center, the median sales price for an existing Texas single-family home rose by 8.2 percent, from $245,000 in August 2019 to $265,000 in August 2020. In August 2020, Texas had a 2.4 month inventory of existing homes for sale, which at the time was the lowest level seen since at least 1990. By November, inventory had fallen further, to 2 months.

Construction employment is expected to decline by 7.1 percent in fiscal 2021 and to rise by 1.8 and 3.3 percent in 2022 and 2023, respectively.

## Service-Providing Industries

Texas' service-providing industries, which account for 85 percent of the state's total nonfarm employment, saw job declines of 4.3 percent in fiscal 2020. Seven of the eight service-providing industries saw job losses, with the highest rate of loss in leisure and hospitality services.

### Professional and Business Services

Employment in the professional and business services industry fell by 25,000 jobs or 1.4 percent in fiscal 2020. Employment changes varied considerably among industry sectors, with the largest increases in management, scientific and technical consulting services (5.4 percent) and accounting and bookkeeping services (5.3 percent). The employment services sector, which includes temporary help agencies in which many jobs are temporary and/or part-time positions, saw both the largest absolute and largest percentage decreases in employment, falling by 29,500 or 9.8 percent. Total professional and business services employment was 1,776,500 in August 2020.

Industry employment is projected to fall by 1.1 percent in 2021 and to grow by an average 7.4 percent annually in the 2022-23 biennium.

### Education and Health Services

Texas' education and health services industry, comprising the educational services and health care and social assistance sectors, lost 68,900 jobs in fiscal 2020, a decrease of 3.9 percent. The relatively small educational services sector saw a decrease of 14,800 jobs (6.8 percent). Employment in the much larger health care and social assistance sector fell by 3.5 percent (54,100 jobs). In all, Texas education and health services employment fell to 1,676,400 in August 2020.

Industry employment is projected to grow by 0.9 percent in 2021, and by an average of 2.5 percent per year in the 2020-21 biennium.

### Financial Activities

In fiscal 2020, Texas employment in the financial activities industry rose by 0.2 percent or 1,400 jobs. Employment in the finance and insurance sector rose by 10,700 (1.9 percent) while real estate and rental and leasing employment fell by 9,300 (4.0 percent). Credit intermediation (which includes financial institutions such as banks) is the industry's largest sector, employing 274,400 as of August 2020. Total Texas financial activities industry employment reached 807,500 in August 2020.

Industry employment is projected to fall by 2.5 percent in 2021 and to grow at an average of 3.6 percent annually in the 2022-23 biennium.

### Trade, Transportation and Utilities

The trade, transportation and utilities industry, the state's largest employer with 20 percent of total nonfarm jobs in August 2020, lost 73,100 jobs (2.9 percent) during fiscal 2020. Employment in all three industry sectors — retail trade, wholesale trade and transportation,

warehousing and utilities — fell during the year. Whole-sale trade employment fell by 6.6 percent (40,500); transportation, warehousing and utilities employment fell by 2,700 (0.5 percent); and employment in retail trade fell by 29,900 (2.3 percent). In all, the trade, transportation and utilities industry provided 2,439,700 Texas jobs in August 2020.

Trade, transportation and utilities employment is projected to grow by 0.5 percent in 2020 and by an average of 0.3 percent annually in the 2022-23 biennium.

### Information

The information industry is diverse, representing established sectors of the economy (newspaper publishing, data processing, television broadcasting and wired telephone services) as well as newer ones (cell phone service providers, internet providers and software publishers). The publishing sector saw the largest percentage fall in employment over the year (7.8 percent or 3,000 jobs). Total industry employment fell by 6.6 percent (13,700) to reach 195,300 in August 2020.

Industry employment is projected to grow by 4.9 percent in 2021 and by an average of 0.3 percent annually in the 2022-23 biennium.

### Leisure and Hospitality

Texas employment in the leisure and hospitality industry fell by 246,800 (17.7 percent) during the fiscal year. The majority of the industry's job losses occurred in the food services and drinking places sector, which lost 167,000 jobs (14.9 percent). The largest percentage loss was in the amusement, gambling and recreation sector, which fell by 32.6 percent (37,700). Leisure and hospitality employment totaled 1,148,300 in August 2020, representing about 9 percent of total Texas employment.

Industry employment is projected to grow by 8.2 percent in 2021 and by an average of 3.5 percent per year in the 2022-23 biennium.

### Other Services

The other services industry is a varied mix of business activities including repair and maintenance services; laundry services; religious, political and civic organizations; funeral services; parking garages; beauty salons; and a wide range of personal services. Personal and laundry services employment fell by 15.5 percent (18,700), the highest rate of decline among the other services sectors. In all, other services industry employment fell by 24,400 (5.5 percent) to 422,300 in August 2020.

Other services employment is projected to decline by 2.4 percent in 2021 and to grow at an average 4.0 percent annually during the 2022-23 biennium.

## Government

Government employment in Texas decreased by 1.2 percent (23,200) in fiscal 2020. Federal employment rose by 27,600, largely on the strength of temporary census hiring. Local government employment decreased by 27,000 and state government employment fell by 23,800. Total government employment in Texas was 1,959,900 in August 2020.

Government employment is projected to rise by 0.5 percent in 2021 and by an average of 1.5 percent per year in the 2022-23 biennium.

## The Economic Outlook for 2021 and the 2022-23 Biennium

Texas possesses inherent advantages — relatively low living costs, an attractive business climate, a central Sunbelt location and a balanced mix of industries — that have enabled its economy to grow faster than the nation's for many years. During the past 10 years, Texas real GSP rose by an average annual rate of 3.1 percent, while the economy of the nation as a whole grew by an

average 1.8 percent annually. The U.S. economy is projected to grow by 1.9 percent in fiscal 2021, however, while Texas' real GSP is projected to fall by 1.3 percent. The Texas economy should resume growing faster than that of the U.S. in 2022 and 2023, with projected growth rates of 3.7 and 4.6 percent, respectively, compared to 2.3 and 2.5 percent for the U.S.

Texas personal income rose by 7.4 percent in fiscal 2018, 5.2 percent in 2019 and an estimated 5.3 percent in 2020. It is expected to fall by 2.9 percent in 2021, with less federal economic support related to the pandemic. Growth should resume in 2022, averaging 4.8 percent annually in the coming biennium. Underlying these expected gains is population growth that has been and will continue to be fueled by net migration and a relatively high birth rate. Recent estimates by the U.S. Census Bureau show that six Texas cities were among the nation's 15 most rapidly growing large cities from 2010 through 2019, and three were among the top four: Frisco (1), New Braunfels (3) and McKinney (4). Texas' population is projected to grow by an average 361,600 annually from fiscal 2021 to 2023, reaching 30.4 million.

Texas' unemployment rate averaged 6.7 percent in fiscal 2020, and is expected to increase to 7.2 percent in 2021 before falling to 6.0 percent in 2022 and 4.6 percent in 2023. The U.S. unemployment rate averaged 7.3 percent in 2020 and is expected to average 5.1 percent over 2021 through 2023.

Average Texas nonfarm employment fell by 2.0 percent in fiscal 2020, with goods-producing industries employment decreasing by 3.8 percent and service-providing industries employment falling by 1.7 percent. For 2021, goods-producing employment is expected to fall by a further 10.1 percent. Thereafter, growth is expected to resume and to average 3.0 percent in the 2022-23 biennium.

Service-providing industries are expected to see employment growth of 1.6 percent in 2021 and to average 2.7 percent annually in the 2022-23 biennium. In all, nonfarm employment is forecast to fall by 0.2 percent in 2021, followed by growth of 2.2 percent in 2022 and 3.3 percent in 2023. Goods-producing employment growth in 2022-23 is expected to be led by gains in the mining industry, while employment growth in the service-providing industries is expected to be led by professional and business services.

## Forecast Summary and Concerns

Texas' economic growth in the 2022-23 biennium, as measured by real GSP, is expected to average 4.2 percent annually. Personal income in 2022-23 is forecast to increase by an average of 4.8 percent annually, compared to an annual average 1.2 percent for 2020-21. The nation's inflation rate, as measured by the change in the Personal Consumption Expenditures deflator, is expected to average 2.1 percent annually during 2022-23, higher than the 2020-21 average of 1.5 percent but still low by historical standards. Texas population growth in 2022-23 is expected to average 1.3 percent per year, about the same as that in 2020-21. In current dollar terms, the state's GSP is expected to increase from $1.844 trillion in 2020 to $2.037 trillion in 2023, an average annual increase of 3.4 percent.

This forecast envisions continued but moderating economic impacts from the COVID-19 pandemic. It does not incorporate the possible impacts of further unanticipated one-time or unusual events that could affect economic performance and revenue collections.

Several items must be watched, including the spread of the COVID-19 virus and the possibility of renewed reduction in customer-facing economic activity. Oil and natural gas prices remain volatile and a return to lockdowns in the U.S. or elsewhere could result in a further drop in prices and production. Conversely, household savings have increased during the pandemic while credit card debt has declined; this could support increased consumer spending once people feel safe to return to

pre-pandemic activity. Federal legislation passed in late December 2020 aimed at providing financial assistance for individuals, businesses, and local and state governments also could stimulate the Texas economy beyond this forecast's assumptions.

In summary, while there are numerous potential concerns, the Comptroller's Texas economic forecast assumes further moderate decline in economic activity in fiscal 2021, followed by a return to growth in the 2022-23 biennium at rates somewhat higher than those experienced over the last decade. ✪

App.057

# BIENNIAL REVENUE ESTIMATE

# Available Revenue

The 87th Texas Legislature will have an estimated $112.53 billion available for general-purpose spending in the 2022-23 biennium, 0.4 percent less than the corresponding amount estimated for 2020-21 (see **Table 2**). This figure represents the 2020-21 ending deficit of $946 million plus 2022-23 tax revenue of $103.93 billion and 2022-23 non-tax receipts of $15.65 billion, less an estimated reserve of $5.83 billion from oil and natural gas taxes for future transfer to the Economic Stabilization Fund (ESF) and State Highway Fund (SHF), as well as an estimated reserve of $271 million for transfer to the Texas Tomorrow Fund.

## The 2020-21 Ending Deficit

The estimated ending certification deficit for the 2020-21 biennium will be $946 million after setting aside $2.05 billion from fiscal 2021 crude oil and natural gas production tax collections to be evenly distributed to the ESF and SHF during 2022 (see **Table A-1**). Note that the unencumbered balance in the General Revenue Fund (GR) on August 31, 2021, is not projected to rise to the level such that the constitutional provision requiring one-half of that balance be reserved for transfer to the ESF would come into effect.

## Transfers from Severance Taxes

The ESF and SHF each should receive transfers of $3.51 billion from oil production tax and natural gas production tax revenue over the three-year period from 2021 to 2023 (see **Table A-8**). As required by the Texas Constitution, estimated transfers to the ESF and SHF have been deducted from available revenues and bal-

ances. In addition to the fiscal 2021 transfer of $1.13 billion to each fund from 2020 tax collections, this estimate anticipates that an additional $2.38 billion each will be transferred to the ESF and SHF in 2022-23 (associated with 2021 and 2022 collections). After the 2023 transfer, and accounting for interest earnings, the ESF balance should reach $11.55 billion at the end of the 2022-23 biennium, absent any additional appropriations from the fund. The constitutional limit on the ESF balance, estimated at $19.65 billion during the course of the 2022-23 biennium, will not be reached.

## Tax Revenue

The state's tax system is the main source of general revenue-related (GR-R) funding. Taxes are expected to yield $103.93 billion during the upcoming biennium, contributing 87 percent of total net revenues. Compared with the $97.41 billion collected in 2020-21, total GR-R tax collections in 2022-23 are expected to increase by 6.7 percent.

State sales tax revenues have accounted for more than half of all state GR-R tax collections in each year since fiscal 1988. In the 2022-23 biennium, sales tax collections are expected to total $64.11 billion, or 62 percent of all tax collections. The next largest sources of general revenue in 2022-23 will be motor vehicle sales and rental taxes ($10.12 billion), oil production tax ($6.5 billion), franchise tax ($6.3 billion) and insurance taxes ($5.7 billion). Note that some franchise tax revenue is dedicated to the Property Tax Relief Fund, bringing the total deposited from that tax for all funds to $9 billion.

TABLE 2

# General Revenue-Related Funds, by Source and Biennium

(In Millions of Dollars)

| | 2020-21 | 2022-23 | Percent Change |
|---|---|---|---|
| **TAX COLLECTIONS** | | | |
| Sales Taxes | $  60,985 | $  64,106 | 5.1  % |
| Motor Vehicle Sales and Rental Taxes | 9,625 | 10,116 | 5.1 |
| Motor Fuel Taxes | 1,865 | 1,959 | 5.0 |
| Franchise Tax | 5,992 | 6,298 | 5.1 |
| Oil Production Tax | 5,901 | 6,499 | 10.1 |
| Insurance Taxes | 5,500 | 5,700 | 3.6 |
| Cigarette and Tobacco Taxes | 1,121 | 1,074 | (4.2) |
| Natural Gas Production Tax | 2,120 | 3,538 | 66.9 |
| Alcoholic Beverages Taxes | 2,213 | 2,520 | 13.9 |
| Hotel Occupancy Tax | 925 | 948 | 2.5 |
| Utility Taxes | 956 | 1,000 | 4.6 |
| Other Taxes | 205 | 167 | (18.5) |
| **Total Tax Collections** | **$  97,408** | **$103,926** | **6.7  %** |
| | | | |
| **NON-TAX COLLECTIONS** | | | |
| Licenses, Fees, Fines, and Penalties | $   2,567 | $   2,548 | (0.7) % |
| State Health Service Fees and Rebates | 1,961 | 2,025 | 3.3 |
| Net Lottery Proceeds | 3,273 | 3,077 | (6.0) |
| Land Income | 9 | 9 | (4.0) |
| Interest and Investment Income | 3,436 | 4,318 | 25.7 |
| Settlements of Claims | 1,092 | 962 | (11.9) |
| Escheated Estates | 1,414 | 1,461 | 3.3 |
| Sales of Goods and Services | 250 | 251 | 0.4 |
| Other Revenue | 1,031 | 1,001 | (2.9) |
| **Total Non-Tax Collections** | **$  15,034** | **$  15,652** | **4.1  %** |
| | | | |
| **TOTAL NET REVENUE** | **$112,442** | **$119,578** | **6.3  %** |
| | | | |
| **BALANCES AND ADJUSTMENTS** | | | |
| Beginning Balance in Fund 1 | $   4,290 | $   (1,273) | |
| Beginning Balances in Funds 2 and 3 | 431 | 327 | |
| Change in GR-Dedicated Account Balances | 120 | 0 | |
| Reserve for Transfers to the Economic Stabilization and State Highway Funds | (4,319) | (5,830) | |
| Reserve for Transfers to the Texas Tomorrow Fund | N/A | (271) | |
| **Total Balances and Adjustments** | **$      522** | **$   (7,048)** | |
| | | | |
| **TOTAL GENERAL REVENUE-RELATED FUNDS AVAILABLE FOR CERTIFICATION** | **$112,965** | **$112,530** | **(0.4) %** |

Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

## Sales and Use Taxes

The state's largest source of tax revenue is the limited sales and use tax, imposed at a rate of 6.25 percent of the price of a broad range of items purchased within or brought into the state. The tax is paid both by businesses and consumers and applies generally to purchases of goods unless specifically exempted and to selected services.

The limited sales and use tax is deposited to GR and is available for general-purpose spending with some exceptions. Each fiscal year, after sales tax collections have reached $28 billion, up to $2.5 billion is allocable to the SHF. Taxes collected from the sales of motor lubricants also are allocated to the SHF. Beginning in fiscal 2022, pursuant to Article VIII, Section 7-d of the Texas Constitution (as added by Proposition 5, a constitutional amendment approved by voters in November 2019), the net revenue from sales taxation of sporting goods is dedicated and automatically appropriated to the Parks and Wildlife Department and the Texas Historical Commission, subject to allocation as provided by statute; this amount is projected to total $405 million in the 2022-23 biennium. Also, an amount sufficient to compensate for repeal of a surcharge on fireworks is allocated to the Volunteer Fire Department Assistance Account. Finally, collections associated with certain hotel projects and special events are allocated to trust funds.

Other sales taxes include the boat and boat motor sales and use tax, levied at a rate of 6.25 percent, and a 1.5 percent surcharge on off-road diesel equipment dedicated to the Texas Emissions Reduction Plan Account (TERP). Beginning on September 1, 2021, this surcharge no longer will be deposited into the TERP account; instead, it will be allocated to a trust fund outside the State Treasury.

Total sales tax collections for all funds excluding trusts (of which more than 99 percent represented the limited sales and use tax) reached a new high of $34.1 billion in fiscal 2020, an increase of only 0.2 percent from 2019. The principal factor inhibiting growth in fiscal 2020 was the coronavirus pandemic, which led to significant declines in business activity beginning halfway through the fiscal year, especially in the leisure and hospitality sector and in oil and gas-related sectors. Ongoing consequences of the pandemic will continue to curb growth in economic activity and sales tax collections.

While all-funds sales tax revenue is forecast to decline by 1.4 percent to $33.62 billion in fiscal 2021, growth is projected to resume at 3.9 percent in fiscal 2022 and 4.4 percent in 2023.

GR-R sales tax revenue is expected to increase by 3.7 percent in 2022, to $31.31 billion, and by 4.7 percent in 2023, to $32.8 billion. GR-R sales tax revenue is forecast to reach $64.11 billion in the 2022-23 biennium, an increase of 5.1 percent from the 2020-21 estimate of $60.98 billion.

## Franchise Tax

The franchise tax, Texas' primary business tax, is levied on businesses' taxable margin. To determine taxable margin, businesses first calculate their total revenue and then may subtract from that one of four deductions: cost of goods sold; 30 percent of total revenue; total compensation; or $1 million. Businesses then apportion their margin to Texas according to the share of their total business conducted in the state as measured by their gross receipts.

Depending on the firm's industry, a tax rate of either 0.75 percent or 0.375 percent is applied to the apportioned margin to arrive at the amount of tax due. Most businesses use the 0.75 percent rate; those primarily engaged in wholesale or retail trade (including food service) use the 0.375 percent rate. Businesses with total annual revenues of less than $20 million may elect to file an EZ report and pay a reduced rate of 0.331 percent.

During the 2015 legislative session, the Legislature approved HB 32, which made permanent reductions

to all franchise tax rates, among other changes. The tax rate applicable to businesses in wholesale and retail trade was reduced by 25 percent, from 0.5 percent to 0.375 percent of taxable margin. The 25 percent reduction also applied to businesses formerly taxed at 1.0 percent of taxable margin; the rate is now 0.75 percent.

HB 32 also amended the E-Z tax computation method in two ways: the total revenue threshold for a business to qualify for the E-Z calculation was raised to $20 million from $10 million; and the tax rate applicable to apportioned revenue was reduced by 42 percent, from 0.575 percent to 0.331 percent. The new rates became effective for reports due on or after January 1, 2016.

Franchise tax revenue is split between GR and the Property Tax Relief Fund (PTRF). The PTRF portion is the amount by which the total revenues collected under the current tax structure exceeds the amount that would have been collected under the tax as it existed on August 31, 2007. The portion deposited to GR is the amount projected to have been collected had the former tax structure remained in place. Franchise tax revenue deposited into the PTRF is projected at $2.62 billion for the 2020-21 biennium. The GR allocation is estimated to be $5.99 billion.

Total franchise tax revenue for the 2022-23 biennium is estimated to be $9 billion, an increase of $383 million (4.4 percent) from 2020-21. The amount projected for GR is $6.3 billion, while the PTRF projection is $2.7 billion.

The pandemic and associated drop in crude oil price caused a sharp decline in Texas economic activity in the second quarter of 2020, with the degree of recovery thereafter expected to leave economic output for the year lower than 2019's. Since 2021 franchise tax reports will be based on 2020 economic activity, franchise tax revenue is expected to fall in 2021, with growth resuming thereafter.

### Motor Vehicle Taxes

The Texas motor vehicle sales and use tax (including seller-financed sales) applies to the retail sales of new and used motor vehicles at a rate of 6.25 percent of the sale's total consideration. Also included in this group of related taxes are the motor vehicle rental tax (10 percent of gross receipts on rentals of 30 days or less, or 6.25 percent of gross receipts on rentals of 31 to 180 days) and the manufactured housing sales and use tax (5 percent of 65 percent of the sales price of a new manufactured home).

GR-R motor vehicle sales tax collections totaled $4.48 billion in fiscal 2020, 3.4 percent lower than fiscal 2019's as a result of the pandemic. Motor vehicle sales tax collections are expected to increase compared to fiscal 2020 collections for the remainder of the 2020-21 biennium as people make vehicle purchases that had been delayed due to the pandemic, with low interest rates providing an additional tailwind.

GR-R motor vehicle sales tax collections are expected to rise to $4.64 billion in fiscal 2021, $4.8 billion in 2022 and $4.88 billion in 2023. Collections in 2022-23 are expected to reach $9.68 billion, an increase of 6.1 percent from 2020-21 collections of $9.12 billion. The PTRF and the Emissions Reduction Plan Account also receive small amounts from motor vehicle sales taxes. Beginning in fiscal year 2022, the portion currently deposited to the Emissions Reduction Plan Account will instead be deposited to the Emissions Reduction Plan Trust Fund, outside the State Treasury, created by HB 3745 in the 86th Legislature.

Motor vehicle *rental* tax collections, the other major element in this tax category, are driven by business travel and consumer demand for vacation travel and temporary vehicle needs. As such, motor vehicle rental tax collections have been greatly affected by the COVID-19 pandemic. Collections came in at an all-time high of $330 million in fiscal 2019 but fell by nearly 11.5 percent in fiscal 2020. Business and per-

sonal travel are expected to be significantly affected for the near future, resulting in a decrease in projected collections for fiscal 2021 to $211 million. Collections are projected to slowly increase to $217 million in fiscal 2022 and $222 million in fiscal 2023. For the 2022-23 biennium, rental taxes are expected to generate $439 million, down 12.6 percent from 2020-21 expected collections of $503 million.

Manufactured housing tax collections in fiscal 2020 totaled $28 million, 5.6 percent more than the $26 million collected in 2019. Collections in 2020-21 are projected to be $56 million and are expected to remain nearly flat at $56 million for the 2022-23 biennium. All collections from this tax are deposited to GR.

In 2015, the Legislature passed and voters approved a constitutional amendment that required, starting in fiscal 2020, a transfer to the SHF of that portion of motor vehicle sales tax revenue collected in excess of $5 billion in any fiscal year. We project that the threshold will be met for the first time in fiscal 2022 and then again in fiscal 2023, and that $61 million will be transferred to the SHF from motor vehicle sales tax collections in the 2022-23 biennium.

GR-R collections from the entire group of motor vehicle-related taxes, including sales, rental, and manufactured housing taxes, are expected to reach $9.63 billion in the 2020-21 biennium, 2.8 percent less than in 2018-19. For the 2022-23 biennium, tax collections are expected to reach $10.12 billion, up 5.1 percent from 2020-21.

### Oil and Natural Gas Severance Taxes

The taxes in this group consist of the oil production tax, levied at 4.6 percent of value, and the natural gas production tax, levied at 7.5 percent of value.

Severance tax collections are the product of two factors: price and production. The price of oil during the past two decades is a study in volatility. The average New York Mercantile Exchange (NYMEX) market price in January 2002 was less than $20 per barrel; in June 2008, it spiked to an all-time monthly high of more than $134 before quickly declining to $39 in February 2009. Prices gradually increased to around $100 in summer 2014 before again dropping sharply and eventually retreating below $31 in February 2016. As global demand strengthened and excess global inventories dissipated, prices recovered to more than $70 in July 2018 before plunging to a record low of negative $37.63 on April 20, 2020, in response to the COVID-19 pandemic. Prices then recovered and approached $50 in December.

Texas' total oil production first peaked in 1972, when calendar-year production reached 1.26 billion barrels. After a decades-long decline in production volumes, reaching a low of 343 million barrels in 2007, the trend reversed and reached a new all-time record of 1.58 billion barrels in 2019, due largely to the development in the Eagle Ford shale formation and increased production in the Permian Basin.

In fiscal 2014, rising production and higher prices increased oil production tax collections to $3.87 billion, a record at the time. Despite higher production in 2015, sharply lower prices pushed tax collections down to $2.88 billion. Collections in 2016 dropped further to $1.7 billion, with lower production and further price declines. As prices recovered, production started to rise. Collections increased to $2.11 billion in 2017, $3.39 billion in 2018 and $3.89 billion in 2019, a new all-time record, before falling back to $3.23 billion in 2020. Looking ahead, prices are expected to average $44 in 2021 and increase to $49 in 2022 and $55 in 2023. Total Texas oil production is expected to remain relatively stable through 2023 as prices continue to recover and demand returns toward pre-pandemic levels. Oil production tax collections are expected to generate $6.5 billion in the 2022-23 biennium compared to $5.9 billion in 2020-21, a 10.1 percent increase.

Natural gas market prices remained stable — and low — throughout the 1980s and 1990s, at around $2 per

million BTUs. In 2002, NYMEX market prices began a long upward trend, reaching an all-time monthly average high of $13.45 in October 2005, and after further fluctuation stood at $12.78 in June 2008. Record high prices during this period helped accelerate the shale drilling boom that began in the Barnett Shale and was followed by shale plays in other parts of the country such as the Marcellus and Haynesville formations. The consequent boom created a nationwide glut, halted the upward price trend and brought prices down to $2.05 by April 2012. Unlike oil prices, rebounds in natural gas prices were short-lived. They continued a downward path to sub-$2 levels by March 2016, when inventories reached record levels.

In response to lower prices, the number of active Texas natural gas drilling rigs began to fall, from a peak of 756 in September 2008 to 14 in September 2016. Associated oil-well gas (casinghead gas) production, however, has more than tripled since 2010 and today is a driving factor, accounting for 38 percent of total gas production in 2020 versus only 12.2 percent 10 years prior.

COVID-19 reduced natural gas demand starting during the second quarter of fiscal 2020. The average NYMEX price for the third quarter of fiscal 2020 was $1.87; it continued to drop to $1.75 in the fourth quarter.

Total natural gas production is expected to rise because of increasing prices at the start of fiscal 2021. Market prices are expected to average $2.60 in 2021, $2.75 in 2022 and $2.65 in 2023. Natural gas tax collections in the 2022-23 biennium are expected to be $3.54 billion, 66.9 percent more than the $2.12 billion collected in 2020-21.

### Insurance Taxes

Most of the insurance purchased in Texas is subject to two types of taxes: insurance premium taxes and insurance maintenance taxes. While the tax base for each generally is the value of gross premiums received, the rates vary depending upon the type of insurance.

Insurance maintenance taxes are used to fund the Texas Department of Insurance's (TDI's) regulatory costs and are levied at rates adjusted annually based on TDI's appropriation and unexpended balance from the previous year. Revenue collected from maintenance taxes is deposited to TDI's operating account.

Insurance premium tax collections are deposited into the General Revenue Fund. The rate for life, accident and health insurance is 1.75 percent of the value of gross premiums written; for property and casualty insurance, 1.6 percent; for title insurance, 1.35 percent; for captive insurance companies, 0.5 percent; and the rate for unauthorized, surplus lines and independently procured insurance is 4.85 percent.

Beginning in fiscal 2009, premium tax collections have been reduced by two temporary factors: Texas Windstorm Insurance Association (TWIA) assessment credits and Certified Capital Company (CAPCO) investment premium tax credits. After claims related to hurricanes Dolly in July 2008 and Ike in September 2008 exceeded available reserves, TWIA imposed assessments of $460 million on insurers, $230 million of which was made available as premium tax credits. A maximum of 20 percent of these assessment credits ($46 million) could be taken in any fiscal year. TWIA assessment credits of $2.2 million are still available; a projected $80,000 will be redeemed in 2021, with a further $80,000 redeemed in both 2022 and 2023. CAPCO investment premium tax credits, initially available at a maximum rate of $50 million per year, will continue through 2023 at an estimated $1.0 million per year.

In fiscal 2020, insurance tax revenue (from all taxes for all funds) rose by 5.5 percent from 2019, due primarily to increases in premium tax collections. Collections in 2021 are expected to be reduced by pandemic effects on calendar 2020 economic activity. Collections are projected to exceed 2020 levels, but by only

App.064

0.7 percent, the lowest annual increase since 2009. Total tax collections for the 2020-21 biennium are projected to be $5.5 billion, 7.7 percent more than in 2018-19. The growth rate of insurance tax revenue is expected to decrease over the 2022-23 biennium, with collections reaching $5.7 billion, 3.6 percent more than in 2020-21.

### Tobacco Taxes

Effective January 1, 2007, the 79th Legislature increased the cigarette tax rate by one dollar to a total of $1.41 per pack of 20 cigarettes. The additional revenue attributable to that increase was dedicated to the PTRF, while the revenue from the cigarette tax at the former rate ($0.41 per pack) remains dedicated to GR.

Cigarette distributors are entitled to 2.5 percent of the face value of the cigarette tax stamps purchased as an allowance for the service they provide in fixing a tax stamp to each pack of 20 cigarettes. That allowance was reduced from 3.0 percent by the 82nd Legislature in 2011. Distributors remitting the cigarette fee created by the 83rd Legislature (2013) on sales of nonsettling manufacturer cigarettes, however, can claim the full 3.0 percent stamping allowance for all of the cigarettes they stamp.

For tobacco products other than cigarettes and cigars (i.e., snuff, chewing tobacco, pipe tobacco and roll-your-own tobacco), the 79th Legislature increased the tax rate from 35.213 percent to 40 percent of the manufacturer's list price. The additional revenue attributable to that rate increase was dedicated to the PTRF, while the revenue from the tax at the former rate remains dedicated to GR.

As of September 1, 2009, the Legislature converted the tax on non-cigarette and non-cigar tobacco from an assessment based on value to one based on the manufacturer's list weight. The tax rate in fiscal 2010 was set at $1.10 per ounce, while the prior ad valorem rate was 40 percent of the manufacturer's list price. The new weight-based rate increased by 3 cents per ounce every September through 2013 to reach the current and final rate of $1.22 per ounce.

A share of the additional revenue attributable to the weight-based taxation method initially was dedicated to the Physician Education Loan Repayment Program (PELRP) account in GR, while the remaining revenue was dedicated to unrestricted GR. The PELRP account received a 15 percent share in fiscal 2010, 25 percent in 2011 and 50 percent thereafter. In 2015, the Legislature changed that allocation method to deposit the entire amount into GR if the PELRP account has a sufficient unencumbered beginning balance to fund appropriations and other costs during the current fiscal biennium, or to deposit the entire amount to the PELPR account if the beginning balance is not sufficient.

Cigars are taxed at four rates that vary by weight, factory list price and ingredients. Those tax rates, ranging from one cent per 10 small cigars to $15 per 1,000 large cigars, have not changed since 1977. All revenue collected from cigar taxes is dedicated to GR.

Cigarette tax collections for all funds totaled $1.06 billion in fiscal 2020, 10.3 percent less than in 2019. Cigar and tobacco product tax collections for all funds were $238 million in 2020, a 4.7 percent increase from 2019. In the 2020-21 biennium, collections from the cigarette and cigar and tobacco products taxes are expected to total $2.67 billion for all funds, 2.1 percent below 2018-19 collections. For 2022-23, collections are expected to decline by 5.4 percent to $2.53 billion. Of this amount, $1.07 billion will be deposited to GR and $1.45 billion will be dedicated to the PTRF; there will be no allocation to the PELRP account.

### Alcoholic Beverage Taxes

Texas imposes six taxes on alcoholic beverages. The taxes on beer ($6 per 31-gallon barrel), liquor ($2.40 per gallon), wine (from 20.4 cents to 51.6 cents per gallon) and malt liquor or ale (19.8 cents per gallon)

are based on the volume sold. The two taxes levied on mixed beverage sales — 6.7 percent on the beverage vendor's gross receipts and an 8.25 percent sales tax on the consumer's purchase — are value-based. As of September 1, 2021, the 86th Legislature (2019) eliminated the distinction between the malt liquor (ale) tax and the beer tax by combining them into a new malt beverage category. The lower beer excise tax rate will be applied to malt liquor. The change is reflected in the 2022-23 biennium estimate for both taxes with the inclusion of the estimated malt liquor (ale) collections in the beer tax estimate.

In fiscal 2020, collections for all Texas alcoholic beverage taxes were $1.13 billion, a 17.8 percent decrease from collections in 2019. In the 2020-21 biennium, collections are expected to total $2.21 billion, 16.8 percent below 2018-19 collections. For 2022-23, collections are expected to increase by 13.9 percent, to $2.52 billion.

Alcoholic beverage tax revenue fell sharply in fiscal 2020 due largely to the significant drop in activity at restaurants, bars and similar establishments. With the advent of the pandemic, the leisure and hospitality sectors experienced heavy revenue losses with the decrease in travel and cancelation of many revenue-generating events during which alcoholic beverages typically are sold. As COVID-19 cases and hospitalizations rose in the state, bars were recognized as virus-spreading locations and were ordered closed. Bars were subsequently allowed to reopen with restrictions. The imposition of various occupancy limits and bar closures throughout fiscal 2020 shifted some alcohol purchases from restaurants and bars to grocery and package liquor stores. The two mixed-beverage taxes accounted for 78 percent of total alcoholic beverage tax revenue in fiscal 2020. Mixed-beverage tax collections for the 2020-21 biennium are expected to reach $1.72 billion, 21.6 percent less than 2018-19 collections of $2.2 billion. In the 2022-23 biennium, collections are expected to rise to $2.03 billion, a 17.9 percent increase from 2020-21.

The excise taxes on liquor, beer, wine and malt liquor (ale), which represent a smaller portion of the alcoholic beverage category, saw an overall increase in collections from fiscal 2019 to fiscal 2020. Collections from these taxes for 2020-21 are expected to reach $491 million, 5.8 percent more than in 2018-19. In the 2022-23 biennium, collections are estimated to total $489 million, a decrease of 0.4 percent from 2020-21.

### Motor Fuel Taxes

Texas taxes the three major fossil fuels used to propel motor vehicles on public roads. The tax rate on gasoline and diesel fuel is 20 cents per gallon, while liquefied and compressed gas are taxed at 15 cents per gallon.

The pandemic caused motor fuels tax collections to decline in fiscal 2020. Gasoline tax collections fell by 6.6 percent from 2019, 8.3 percentage points lower than the compounded annual growth rate of 1.7 percent from fiscal 2008 to fiscal 2019. Similarly, diesel fuel tax collections fell by 3.6 percent from fiscal 2019, compared to a compounded annual growth rate of 1.7 percent from fiscal 2008 to fiscal 2019.

After deducting for transfers to the SHF, motor fuel tax revenues available for general-purpose spending in the 2020-21 biennium are expected to fall by 6.2 percent to $1.86 billion, then increase by 5.0 percent in 2022-23, to $1.96 billion.

### Utility Taxes

Texas levies three utility taxes on utility companies: the gas, electric and water utility tax; the public utility gross receipts assessments; and the gas utility pipeline tax.

The gas, electric and water utility tax, which accounts for approximately 82 percent of utility tax collections, is levied on investor-owned electric utility gross receipts at rates ranging from 0.581 percent to 1.997 percent, depending on the population of the city served. The tax does not apply to receipts from

sales of utility services in unincorporated areas; sales in municipalities with populations of no more than 1,000; sales by municipally owned utilities; or sales by electric cooperatives. In 2020, GR-R collections from this source totaled $386 million, down by 1.0 percent from 2019 collections of $390 million. After adjusting for deposit errors, collections in fiscal 2020 totaled $391 million, 1.3 percent more than adjusted fiscal 2019 collections of $386 million. Decreasing electricity demand seen in recent years, due mostly to the replacement of less efficient end-use equipment with newer, more efficient equipment, has tapered off and demand has resumed a slow increase. The increase in electricity demand, along with higher retail electricity prices and increased natural gas usage in the industrial sector, contributed to the increase in 2020 revenues. Collections in the 2022-23 biennium are expected to reach $821 million, an increase of 5.7 percent from $777 million in 2020-21.

Public utility gross receipts assessments, comprising roughly 12 percent of total utility tax revenues, are paid by electric and telecommunications utilities at the rate of one-sixth of 1 percent of gross receipts. GR-R collections from this source were $60 million in fiscal 2020, or $55 million after adjusting for deposit errors. Collections during the 2022-23 biennium are expected to rise by 2.5 percent, to $114 million, versus 2020-21 adjusted collections estimated at $111 million.

Revenues from the gas utility pipeline tax, the smallest source of utility tax revenue, are levied at the rate of one-half of 1 percent of gross receipts and totaled $32 million in fiscal 2020. Collections in the 2022-23 biennium are expected to reach $66 million, 3.2 percent more than the estimated $63 million collected in 2020-21.

In fiscal 2020, the state's net collections from all utility taxes totaled $478 million, up 1.4 percent from $471 million in 2019. As electricity and natural gas consumption increase slightly, and the average retail prices of electricity and natural gas continue to rise, total utility tax revenue collections are expected to reach $1 billion in the 2022-23 biennium, up 4.6 percent from an estimated $956 million in 2020-21.

### Hotel Occupancy Tax

The state hotel occupancy tax is imposed on a person who pays for a hotel room (or sleeping accommodations in similar facilities) costing $15 or more each day, at a rate of 6 percent of the price paid for the room. Local taxing authorities are authorized to impose an additional local hotel tax that they collect.

Fiscal 2020 collections from the state hotel occupancy tax totaled $471 million, a decrease of 26 percent from 2019 collections of $636 million, attributable to reduced business and leisure travel from the global pandemic.

For the 2020-21 biennium, collections are expected to reach $925 million, 25.3 percent below 2018-19 collections of $1.24 billion. In 2022-23 gross hotel tax receipts should increase by an estimated 4.8 percent. But with more hotel projects becoming eligible for refunds of state hotel occupancy tax revenue, net collections will rise by just 2.5 percent, to $948 million.

### Other Taxes

The remaining state taxes include those on oil well services, coin-operated amusement machines, cement and combative sports admissions. In fiscal 2020, net GR-R collections for this category totaled $138 million, 35.2 percent less than 2019 collections of $213 million. Most of this decrease, more than $74 million, is attributable to a reduction in the oil well services tax.

Collections from the other taxes category are expected to generate $167 million for general-purpose spending in the 2022-23 biennium, a decrease of 18.5 percent from an estimated $205 million in collections in 2020-21.

## Non-Tax Revenue

In addition to the $103.93 billion in tax revenue estimated for the 2022-23 biennium, the state's GR-R funds are expected to receive $15.65 billion in non-tax revenue, a 4.1 percent increase from the $15.03 billion in non-tax revenue collected in 2020-21.

The major non-tax revenue sources, accounting for 92 percent of collections in the 2022-23 biennium, are licenses, fees, fines and penalties; state lottery proceeds; interest and investment income, particularly distributions from the Permanent School Fund (PSF) to the Available School Fund (ASF) to public education spending; the Medicaid vendor drug program; unclaimed property and escheated estates; and tobacco settlement claims payments. This revenue category also includes the sales of goods and services, land income and a wide variety of other sources.

## Licenses, fees, fines and penalties

Texas collects revenue from charges levied on a wide variety of business and personal activities. Examples include transportation (vehicle registrations and inspections and drivers licenses); business regulation (professional licenses); natural resources (environmental permits); parks and wildlife (parks fees and fishing/hunting licenses); education (university tuition); and court charges. GR-R collections in the 2022-23 biennium are expected to reach $2.55 billion, 0.7 percent less than the $2.57 billion collected in 2020-21.

## Lottery Proceeds

Since 1992, the Texas Lottery Commission has administered a lottery to raise revenue benefiting public schools. Through the years, its portfolio of games has expanded considerably and now includes multi-state draw games such as Powerball and Mega Millions.

Gross sales for all Texas lottery games rose from $6.25 billion in fiscal 2019 to $6.7 billion in fiscal 2020, a growth rate of 7.2 percent. This growth was largely driven by increased scratch-ticket sales, which rose by 14.7 percent to $5.56 billion. Of this amount, 66.3 percent of gross sales was returned to players as prizes, while the lottery's administrative costs, which are legally capped at 7 percent of gross sales, totaled approximately $216 million, or 3.2 percent of sales. Retailers receive a 5 percent sales commission as well as a bonus for tickets they sell that are redeemed for large jackpots and other incentive payments if certain sales targets are met.

After prizes, administrative costs, retailer commissions and other costs are paid, the remaining money is transferred to the Foundation School Fund (FSF) to support public schools throughout the state. In fiscal 2020, this transfer totaled $1.66 billion. The Legislature also approved a scratch ticket game to generate revenue specifically for the benefit of Texas veterans beginning in fiscal 2009. In fiscal 2020, this resulted in a $19 million transfer to the Texas Veterans Commission (TVC).

The transfer of lottery revenue to the FSF is projected to decline by 6 percent during the 2022-23 biennium, to $3.08 billion. This forecast assumes a decline from record scratch-ticket sales in fiscal 2020, which occurred as a result of COVID-19 causing area casino operations to shut down temporarily. Revenue transferred to the TVC is expected to total $36 million in the 2022-23 biennium, 5.1 percent less than in the preceding biennium.

Unclaimed lottery game prizes topped $87 million in 2020. Legislation passed in 2013 redirected the majority of unclaimed prize money, formerly deposited to the General Revenue Fund, to the FSF. For the 2022-23 biennium, transfers of unclaimed prizes to the FSF are projected to decline by 5 percent, to $159 million. Transfers of unclaimed prizes to TVC are expected to total $5 million during the 2022-23 biennium.

## Interest and Investment Income

This revenue category includes interest earnings on state deposits, investment income and income distri-

App.068

butions from the PSF to the ASF. GR-R interest and investment income in the 2022-23 biennium is expected to total $4.32 billion, 25.7 percent more than the $3.44 billion collected in 2020-21.

The biggest contributor to the increase in this category for the 2022-23 biennium is a projected increase in PSF income, which traditionally produces most of the investment income accruing to GR-R funds. The increase in distributions from the PSF to the ASF during the 2022-23 biennium results from decisions by the State Board of Education and the School Land Board, which jointly manage the PSF. Combined distributions from both boards are expected to send $2.13 billion to the ASF in fiscal 2022 and $2.18 billion in fiscal 2023, a biennial increase of $906 million or 26.6 percent from 2020-21.

### State Health Service Fees and Rebates

Revenue from the federally mandated and state-supplemental Medicaid vendor drug programs consists of rebates the state collects from drug manufacturers for drugs covered by state Medicaid programs. State and non-state hospitals that provide health care services to indigent patients receive adjustments through the Medicaid Uncompensated Care and Disproportionate Share Hospital programs; net revenue after hospitals receive these payments is considered general revenue. Together with premium credits from the Medicaid program, these funds and rebates comprise state revenue to this category. Based on revenue estimates from the Texas Health and Human Services Commission and the Legislative Budget Board (LBB), the GR portion of these funds and rebates is expected to total $2.02 billion in the 2022-23 biennium, an increase of 3.3 percent from the $1.96 billion expected in 2020-21. The 2022-23 estimate is based on the LBB's assumptions for future Federal Medical Assistance Percentages as of October 2020.

### Unclaimed Property and Escheated Estates

The category's revenues represent proceeds from abandoned personal property such as checking accounts, savings accounts, certificates of deposit, safe deposit boxes, stocks, bonds, mutual funds, mineral proceeds and other types of property. For this revenue category, which includes unclaimed property submitted to the state, GR-R collections are expected to be $1.46 billion in the 2022-23 biennium, a 3.3 percent increase from 2020-21 collections of $1.41 billion.

### Tobacco Settlement Claim Payments

In fiscal 1999, Texas began receiving regularly scheduled court settlement payments from tobacco product manufacturers. Beginning in the 2000-01 biennium, these payments were adjusted for changes in the national consumer price index, the settling tobacco companies' U.S. cigarette sales and their domestic operating profits. In the 2020-21 biennium, Texas tobacco settlement receipts are expected to total $895 million, a 1.6 percent decline from the $938 million collected in 2018-19. For 2022-23, these receipts are expected to reach $881 million, 4.6 percent less than in 2020-21. Tobacco settlement payments have been affected negatively by cigarette tax increases imposed by federal, state and local governments. The resulting higher consumer prices have accelerated the decline in cigarette consumption, reducing the sales volume of the settling cigarette manufacturers and thereby lowering settlement payments.

### Revenue to All Funds

Revenue to all funds will total $270.47 billion in the 2022-23 biennium, a 6.5 percent decrease from the $289.42 billion expected in 2020-21. In 2022-23, GR-R receipts will total $119.58 billion, 6.3 percent more than the $112.44 billion in 2020-21 collections that were affected significantly by the pandemic.

Dedicated federal income in 2022-23 will account for $98.18 billion, $26.6 billion or 21.3 percent less than the $124.78 billion expected in 2020-21, during which the state received a substantial increase in federal revenue to cover costs associated with COVID-19. Estimates of state revenue attributable to federal COVID-19 relief legislation passed in late December 2020 are based on the best available data at the time of publication; as such, those estimates are preliminary and subject to change as more information is made available.

Another large source of all-funds revenue is the SHF's share of motor fuels tax revenue. This revenue is constitutionally dedicated to activities associated with the state highway system.

Total estimated revenues include certain funds that are deposited in the State Treasury but not appropriated, such as royalties deposited to the PSF. Excluded are local funds that are appropriated but not deposited into the State Treasury and deposits by certain semi-independent agencies. ✿

App.070

**2022-2023 Biennium**

# BIENNIAL REVENUE ESTIMATE

# Summary Tables

TABLE A-1
# Estimated General Revenue-Related Balances, Revenue, Disbursements, and Appropriation Authority

| | Thousands of Dollars | | |
| | 2021 | 2022 | 2023 |
|---|---|---|---|
| **REVENUE AND BEGINNING FUND BALANCES** | | | |
| General Revenue-Related Adjusted Fund Balance* | $ 4,868,679 | $ (946,452) | $ 54,682,974 |
| General Revenue-Related Revenue** | 55,459,224 | 58,444,355 | 61,133,151 |
| Adjustment to Dedicated Account Balances | (319,294) | 0 | 0 |
| **Total Revenue and Beginning Fund Balances** | **$ 60,008,609** | **$ 57,497,903** | **$ 115,816,125** |
| | | | |
| **PROBABLE DISBURSEMENTS AND OTHER ADJUSTMENTS** | | | |
| Disbursements for Foundation School Programs | $ 18,197,062 | $ 0 | $ 0 |
| State Technology and Instructional Materials Disbursements | 374,112 | 0 | 0 |
| Other Probable Disbursements | 40,332,393 | 0 | 0 |
| Reserve for Transfers to the Economic Stabilization and State Highway Funds | 2,051,495 | 2,701,334 | 3,128,989 |
| Reserve for Transfers to the Texas Tomorrow Fund | N/A | 113,596 | 157,580 |
| **Total Probable Disbursements and Other Adjustments** | **$ 60,955,061** | **$ 2,814,930** | **$ 3,286,569** |
| | | | |
| **ESTIMATED ENDING CERTIFICATION BALANCE, AUGUST 31** | **$ (946,452)** | **$ 54,682,974** | **$ 112,529,555** |
| | | | |
| **APPROPRIATION AUTHORITY** | | | |
| Prior-Year Authority | | $ 2,859,024 | |
| Current-Year Authority | | 58,903,567 | |
| | | | |
| **TOTAL APPROPRIATION AUTHORITY** | | **$ 61,762,590** | |

\* Excludes constitutionally restricted accounts, dedicated lottery proceeds, oil overcharge and other general revenue-dedicated account balances that are not available for certification.

\*\* Excludes constitutionally restricted motor fuel, sales and motor vehicle sales taxes transfers to the State Highway Fund.

Note: Totals may not sum because of rounding.

SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-2

# Estimated General Revenue-Related Revenue and Balances Available for Certification

| | Thousands of Dollars | |
|---|---|---|
| | 2020-21 | 2022-23 |
| **BEGINNING FUND BALANCES** | | |
| Consolidated General Revenue Fund Adjusted Balance | $ 4,289,697 | $ (1,273,341) |
| Available School Fund Balance | 58,188 | 35,000 |
| State Technology and Instructional Materials Fund Balance | 372,930 | 291,889 |
| **Total Beginning Fund Balances** | **$ 4,720,816** | **$ (946,452)** |
| | | |
| **REVENUE** | | |
| General Revenue Fund | $ 105,586,138 | $ 112,028,724 |
| Available School Fund | 3,407,283 | 4,311,197 |
| State Technology and Instructional Materials Fund | 8,551 | 2,342 |
| Foundation School Account | 3,440,400 | 3,235,243 |
| **Total Revenue** | **$ 112,442,372** | **$ 119,577,506** |
| | | |
| **OTHER ADJUSTMENTS** | | |
| Change in General Revenue-Dedicated Account Balances | $ 120,466 | $ 0 |
| Reserve for Transfers to the Economic Stabilization and State Highway Funds | (4,318,871) | (5,830,322) |
| Reserve for Transfers to the Texas Tomorrow Fund | N/A | (271,177) |
| **Total Other Adjustments** | **$ (4,198,404)** | **$ (6,101,499)** |
| | | |
| **TOTAL GENERAL REVENUE-RELATED REVENUE AND BALANCES** | **$ 112,964,783** | **$ 112,529,555** |

Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-3
# Estimated General Revenue-Related Funds Revenue

| Object Code | Description | Thousands of Dollars | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **GENERAL REVENUE FUND** | | | | |
| 3004 | Motor Vehicle Sales and Use Tax | $ 4,455,732 | $ 4,622,237 | $ 4,734,239 |
| 3005 | Motor Vehicle Rental Tax | 210,797 | 217,373 | 221,721 |
| 3007 | Gasoline Tax | 2,629,338 | 2,655,262 | 2,682,552 |
| 3008 | Diesel Fuel Tax | 901,925 | 934,077 | 975,596 |
| 3016 | Motor Vehicle Sales and Use Tax–Seller Financed Motor Vehicles | 157,125 | 161,839 | 164,267 |
| 3027 | Driver Record Information Fees | 3,390 | 3,556 | 3,738 |
| 3102 | Limited Sales and Use Tax | 32,609,500 | 33,928,400 | 35,420,600 |
| 3111 | Boat and Boat Motor Sales and Use Tax | 75,800 | 78,700 | 83,200 |
| 3114 | Escheated Estates | 698,823 | 719,788 | 741,381 |
| 3130 | Franchise/Business Margins Tax | 2,936,700 | 3,045,200 | 3,252,300 |
| 3139 | Hotel Occupancy Tax | 453,877 | 466,102 | 481,964 |
| 3175 | Professional Fees | 62,006 | 64,559 | 64,732 |
| 3186 | Securities Fees | 140,000 | 140,000 | 140,000 |
| 3201 | Insurance Premium Taxes | 2,638,111 | 2,655,246 | 2,749,332 |
| 3219 | Insurance Maintenance Tax–Workers' Compensation Division and OIEC | 48,748 | 51,185 | 53,744 |
| 3230 | Public Utility Gross Receipts Assessment | 55,704 | 56,539 | 57,104 |
| 3233 | Gas, Electric and Water Utility Tax | 390,321 | 404,037 | 416,825 |
| 3250 | Mixed Beverage Gross Receipts Tax | 379,407 | 443,765 | 468,667 |
| 3251 | Mixed Beverage Sales Tax | 466,586 | 544,065 | 574,623 |
| 3253 | Liquor Tax | 104,016 | 105,200 | 106,400 |
| 3258 | Beer Tax | 105,501 | 118,900 | 120,100 |
| 3275 | Cigarette Tax | 360,700 | 312,700 | 341,600 |
| 3278 | Cigar and Tobacco Products Tax | 213,722 | 210,838 | 209,212 |
| 3290 | Oil Production Tax | 2,672,076 | 3,037,430 | 3,461,722 |
| 3291 | Natural Gas ProductionTax | 1,194,898 | 1,695,996 | 1,841,911 |
| 3849 | Tobacco Suit Settlement Receipts | 456,900 | 445,800 | 435,100 |
| 3854 | Interest Other - General, Non-Program | 1,556 | 1,556 | 1,556 |
| 3950 | Allocations to General Revenue from Special Funds | 12,705 | 20,292 | 20,292 |
| 3952 | Allocation of Uncompensated Care and Disproportionate Share Revenues | 199,310 | 198,149 | 198,149 |
| | Other General Revenue Fund Revenue | 2,504,842 | 2,689,292 | 2,745,700 |
| 3901 | Less: Motor Fuel Taxes Allocation to State Highway Fund | (2,586,246) | (2,625,914) | (2,675,686) |
| 3924 | Less: Sporting Goods Taxes Allocation to the TPWD and THC | N/A | (196,900) | (207,900) |
| 3925 | Less: Sales Taxes Allocation to State Highway Fund | (2,500,000) | (2,500,000) | (2,500,000) |
| 3928 | Less: Motor Vehicle Sales Taxes Allocation to State Highway Fund | 0 | (9,745) | (51,541) |
| | Subtotal, General Revenue Fund | $ 52,053,870 | $ 54,695,524 | $ 57,333,200 |
| | | | | |
| **SCHOOL FUNDS\*** | | | | |
| 3851 | Interest on State Deposits/Investments - General, Non-Program | $ 2,723 | $ 2,943 | $ 1,596 |
| 3910 | Allocation from Permanent School Fund to Available School Fund | 1,701,670 | 2,132,000 | 2,177,000 |
| 3922 | State Gain from Lottery Proceeds | 1,617,708 | 1,534,623 | 1,542,090 |
| | Other School Funds Revenue | 83,253 | 79,265 | 79,265 |
| | Subtotal, School Funds | $ 3,405,354 | $ 3,748,831 | $ 3,799,951 |
| | | | | |
| **TOTAL ESTIMATED NET GENERAL REVENUE-RELATED FUNDS** | | $ 55,459,224 | $ 58,444,355 | $ 61,133,151 |

\* Includes net revenue for the Available School Fund, the State Technology and Instructional Materials Fund, and the Foundation School Account.
Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-4
# Estimated General Revenue-Dedicated Accounts Revenue

| Account Number | Account | Thousands of Dollars | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| 9 | Game, Fish, and Water Safety | $ 147,294 | $ 148,595 | $ 148,831 |
| 27 | Coastal Protection | 15,193 | 15,529 | 10,481 |
| 64 | State Parks | 48,984 | 237,471 | 247,701 |
| 151 | Clean Air | 69,236 | 68,068 | 68,605 |
| 153 | Water Resource Management | 84,055 | 86,282 | 87,746 |
| 225 | University of Houston Current | 78,446 | 78,446 | 78,446 |
| 238 | University of Texas at Dallas Current | 52,093 | 53,632 | 54,688 |
| 242 | Texas A&M University Current | 112,482 | 113,282 | 113,782 |
| 244 | University of Texas at Arlington Current | 66,962 | 68,142 | 68,706 |
| 248 | University of Texas at Austin Current | 113,667 | 113,667 | 113,667 |
| 249 | University of Texas at San Antonio Current | 43,919 | 45,065 | 45,516 |
| 250 | University of Texas at El Paso Current | 31,223 | 31,435 | 32,016 |
| 255 | Texas Tech University Current | 58,372 | 58,372 | 58,372 |
| 258 | University of North Texas Current | 47,802 | 48,754 | 49,724 |
| 259 | Sam Houston State University Current | 27,299 | 27,368 | 27,574 |
| 421 | Criminal Justice Planning | 16,115 | 17,034 | 16,281 |
| 469 | Compensation to Victims of Crime | 63,729 | 66,505 | 64,601 |
| 549 | Waste Management | 36,204 | 36,449 | 36,697 |
| 550 | Hazardous and Solid Waste Remediation Fees | 28,771 | 28,898 | 29,015 |
| 655 | Petroleum Storage Tank Remediation | 16,883 | 17,161 | 17,490 |
| 5000 | Solid Waste Disposal Fees | 11,493 | 11,606 | 11,720 |
| 5007 | Commission on State Emergency Communications | 18,355 | 18,355 | 18,355 |
| 5025 | Lottery* | 552,115 | 525,804 | 525,804 |
| 5050 | 9-1-1 Service Fees | 32,511 | 32,511 | 32,449 |
| 5064 | Volunteer Fire Department Assistance | 22,626 | 21,652 | 21,642 |
| 5071 | Emissions Reduction Plan** | 101,490 | 0 | 0 |
| 5073 | Fair Defense | 37,019 | 39,380 | 37,809 |
| 5080 | Quality Assurance | 60,057 | 60,057 | 60,057 |
| 5094 | Operating Permit Fees | 39,425 | 39,757 | 40,093 |
| 5111 | Designated Trauma Facility and EMS | 107,900 | 105,565 | 103,918 |
| 5155 | Oil and Gas Regulation and Cleanup | 67,339 | 71,046 | 73,432 |
| | Other Accounts | 856,938 | 883,477 | 889,169 |
| | **TOTAL ESTIMATED GENERAL REVENUE-DEDICATED ACCOUNTS** | **$3,065,997** | **$3,169,365** | **$3,184,387** |

\* Net of proceeds to the Foundation School Account and other dedicated accounts.
\*\* Revenue collections do not include transfers from the State Highway Fund. Beginning on September 1, 2021,
all revenue that was deposited into the TERP account will be allocated to a trust fund outside the State Treasury.
Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-5
# Estimated Federal Income, by Fund or Account

| Fund/ Account Number | Fund or Account | Thousands of Dollars | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| 1 | General Revenue Fund | $33,631,501 | $35,659,490 | $32,818,467 |
| 6 | State Highway Fund | 5,853,758 | 4,329,196 | 3,963,289 |
| 9 | Game, Fish, and Water Safety Account | 58,019 | 58,019 | 58,019 |
| 37 | Federal Child Welfare Service Account | 509,161 | 513,469 | 519,060 |
| 92 | Federal Disaster Account | 202,788 | 172,645 | 156,103 |
| 127 | Community Affairs Federal Account | 280,153 | 280,726 | 282,887 |
| 148 | Federal Health, Education and Welfare Account | 3,364,884 | 3,341,116 | 3,341,116 |
| 171 | Federal School Lunch Account | 2,246,334 | 1,979,337 | 1,979,337 |
| 222 | Department of Public Safety Federal Account | 1,900 | 1,850 | 1,850 |
| 224 | Governor's Office Federal Projects Account | 108,383 | 115,591 | 123,278 |
| 273 | Federal Health and Health Lab Funding Excess Revenue Account | 301,277 | 301,277 | 301,277 |
| 325 | Coronavirus Relief Fund | 17,757,385 | 2,867,176 | 497,106 |
| 421 | Criminal Justice Planning Account | 218,818 | 218,678 | 218,539 |
| 449 | Texas Military Federal Account | 66,794 | 68,797 | 67,864 |
| 469 | Compensation to Victims of Crime Account | 31,853 | 20,511 | 21,249 |
| 549 | Waste Management Account | 6,750 | 6,750 | 6,750 |
| 5026 | Workforce Commission Federal Account | 1,741,995 | 1,673,774 | 1,667,827 |
| 5091 | Office of Rural Community Affairs Federal Account | 68,166 | 67,777 | 67,777 |
| | Other Funds and Accounts | 208,467 | 206,722 | 203,009 |
| | **TOTAL ESTIMATED FEDERAL INCOME** | **$66,658,386** | **$51,882,901** | **$46,294,804** |

Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-6
## Estimated Other Funds Revenue, by Fund or Account

| Fund/ Account Number | Fund or Account | Thousands of Dollars | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| 6 | State Highway Fund | $ 7,162,536 | $ 7,184,081 | $ 7,320,137 |
| 11 | Available University Fund | 1,173,292 | 1,220,037 | 1,278,669 |
| 193 | Foundation School Account/Local Recapture – Attendance Credits | 2,814,010 | 2,796,200 | 3,031,800 |
| 304 | Property Tax Relief Fund | 2,084,728 | 2,028,444 | 2,180,666 |
| 365 | Texas Mobility Fund | 523,785 | 518,048 | 524,912 |
| 573 | Judicial Fund | 77,789 | 72,347 | 67,468 |
| | Disproportionate Share Revenue/State & Local Hospitals | 5,026,129 | 5,408,844 | 3,215,099 |
| | Appropriated Receipts | 675,622 | 701,482 | 620,373 |
| | Other Funds | 3,119,620 | 3,869,475 | 4,319,715 |
| | **TOTAL ESTIMATED OTHER FUNDS REVENUE** | **$ 22,657,511** | **$ 23,798,958** | **$ 22,558,839** |

Note: Excludes certain local funds that are appropriated but not deposited in the State Treasury, and deposits by semi-independent agencies.
Includes certain state revenue deposited in the State Treasury but not appropriated. Excludes federal income.
Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-7

# Estimated All Funds Revenue, Excluding Trust Funds

| Source | Thousands of Dollars | | |
|---|---|---|---|
| | **2021** | **2022** | **2023** |
| General Revenue-Related | $ 55,459,224 | $ 58,444,355 | $ 61,133,151 |
| General Revenue-Dedicated | 3,065,997 | 3,169,365 | 3,184,387 |
| Federal Income | 66,658,386 | 51,882,901 | 46,294,804 |
| Other Funds | 22,657,511 | 23,798,958 | 22,558,839 |
| **TOTAL ESTIMATED ALL FUNDS REVENUE** | **$ 147,841,118** | **$ 137,295,579** | **$ 133,171,181** |

Note: Excludes local funds and deposits by semi-independent agencies. Includes certain state revenue deposited in the State Treasury
        but not appropriated.
Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-8
# Estimated Allocations and Transfers from the General Revenue Fund

| | Thousands of Dollars | | |
| | 2021 | 2022 | 2023 |
| --- | --- | --- | --- |
| **ALLOCATIONS AND TRANSFERS TO OTHER FUNDS** | | | |
| Available School Fund–Motor Fuel Taxes | $    868,483 | $    881,847 | $    898,620 |
| State Highway Fund–Motor Fuel Taxes | 2,586,246 | 2,625,914 | 2,675,686 |
| State Highway Fund–Severance Taxes | 1,133,688 | 1,025,747 | 1,350,667 |
| State Highway Fund–Sales Taxes | 2,500,000 | 2,500,000 | 2,500,000 |
| State Highway Fund–Motor Vehicle Sales Taxes | 0 | 9,745 | 51,541 |
| County and Road District Highway Fund–Motor Fuel Taxes | 7,300 | 7,300 | 7,300 |
| Economic Stabilization Fund–Severance Taxes | 1,133,688 | 1,025,747 | 1,350,667 |
| Teacher Retirement System Trust Fund (excl. health insurance) | 2,315,411 | 2,462,444 | 2,616,168 |
| **Total Allocations and Transfers to Other Funds** | **$ 10,544,816** | **$ 10,538,744** | **$ 11,450,649** |
| | | | |
| **ALLOCATIONS AND TRANSFERS TO GENERAL REVENUE-DEDICATED ACCOUNTS** | | | |
| Motor Fuel Allocation to Parks and Wildlife | $      18,720 | $      18,904 | $      19,097 |
| Motor Fuel Enforcement Allocation | 31,802 | 32,318 | 32,977 |
| State Parks Account–Sporting Goods Sales Tax (SGST) | 127,701 | 183,117 | 193,347 |
| Texas Recreation and Parks Account–SGST | 10,668 | 0 | 0 |
| Parks and Wildlife Conservation Capital Account–SGST | 58,150 | 0 | 0 |
| Large County & Municipal Recreation and Parks Account–SGST | 5,198 | 0 | 0 |
| Historic Sites Account–SGST | 15,183 | 13,783 | 14,553 |
| Foundation School Account–Occupation Taxes | 1,740,298 | 1,967,825 | 2,139,299 |
| Hotel Occupancy Tax–Economic Development | 37,823 | 38,842 | 40,164 |
| Hotel Occupancy Tax–Coastal Erosion | N/A | 17,004 | 17,956 |
| Texas Department of Insurance Operating Account–Insurance Maintenance Taxes | 143,485 | 145,877 | 148,046 |
| Rural Volunteer Fire Department Insurance Account–Sales Tax | 2,120 | 2,160 | 2,280 |
| **Total Allocations and Transfers to General Revenue-Dedicated Accounts** | **$ 2,191,148** | **$ 2,419,830** | **$ 2,607,719** |
| | | | |
| **TOTAL ALLOCATIONS AND TRANSFERS FROM GENERAL REVENUE** | **$ 12,735,964** | **$ 12,958,574** | **$ 14,058,367** |
| | | | |
| **DETAILS OF THE ECONOMIC STABILIZATION FUND – CASH BASIS REPORTING** | | | |
| | | | |
| **TOTAL BEGINNING BALANCE*** | $ 9,996,515 | $ 8,947,194 | $ 10,073,639 |
| | | | |
| **TRANSFERS, INTEREST AND INVESTMENT INCOME** | | | |
| Oil Production Tax Transfer | 1,011,552 | 802,577 | 939,584 |
| Natural Gas Production Tax Transfer | 122,136 | 223,171 | 411,082 |
| Unencumbered Balance Transfer | 0 | 0 | 0 |
| Interest Income | 20,503 | 16,886 | 12,142 |
| Investment Income | 59,501 | 83,812 | 118,139 |
| **Total Transfers and Interest Income** | **$ 1,213,692** | **$ 1,126,445** | **$ 1,480,948** |
| | | | |
| **APPROPRIATIONS** | 2,263,014 | 0 | 0 |
| | | | |
| **TOTAL ENDING BALANCE OF ESF** | **$ 8,947,194** | **$ 10,073,639** | **$ 11,554,587** |

* The total beginning balance includes the cash balance in the State Treasury and the invested balance with the Texas Treasury Safekeeping Trust Company.
  The invested balance and gain on those investments are based on the projected earnings as of October 16, 2021.

Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-9
# Available School Fund and State Technology and Instructional Materials Fund Estimated Balances, Revenues and Expenditures

| | Thousands of Dollars | | |
|---|---|---|---|
| | **2021** | **2022** | **2023** |
| **Beginning Cash Balances** | | | |
| Available School Fund | $ 13,458 | $ 35,000 | $ 18,476 |
| State Technology and Instructional Materials Fund | 666,415 | 291,889 | 293,745 |
| **Total Beginning Cash Balances** | **$ 679,874** | **$ 326,889** | **$ 312,221** |
| | | | |
| **ESTIMATED REVENUE** | | | |
| *Available School Fund* | | | |
| Total Return Allocation from Permanent School Fund | $1,701,670 | $2,132,000 | $2,177,000 |
| Interest on State Deposits/Investments - General, Non-Program | 867 | 1,087 | 1,110 |
| Allocation from General Revenue Fund | 868,483 | 881,847 | 898,620 |
| **Total Estimated Available School Fund Revenue** | **$2,571,020** | **$3,014,934** | **$3,076,730** |
| | | | |
| *State Technology and Instructional Materials Fund* | | | |
| Sale of Textbooks | $ 0 | $ 0 | $ 0 |
| Interest on State Deposits/Investments - General, Non-Program | 1,856 | 1,856 | 486 |
| Other Revenue | 0 | 0 | 0 |
| **Total Estimated State Technology and Instructional Materials Fund Revenue** | **$ 1,856** | **$ 1,856** | **$ 486** |
| | | | |
| **TOTAL ESTIMATED REVENUE AND BEGINNING CASH BALANCES** | **$3,252,750** | **$3,343,679** | **$3,389,437** |
| | | | |
| **ESTIMATED EXPENDITURES** | | | |
| State Technology and Instructional Materials* | $ 374,112 | $1,035,439 | $ 10,000 |
| Administration–State Technology and Instructional Materials Fund | 2,271 | 2,271 | 2,271 |
| Administration–Available School Fund | 0 | 0 | 0 |
| Per Capita Apportionment | | | |
| 5,059,590  (prior year ADA)  @  $504 | 2,549,478 | | |
| 5,095,199  (prior year ADA)  @  $391 | | 1,993,748 | |
| 5,131,468  (prior year ADA)  @  $609 | | | 3,124,064 |
| **Total Estimated Expenditures** | **$2,925,861** | **$3,031,458** | **$3,136,335** |
| | | | |
| **ENDING CASH BALANCE** | **$ 326,889** | **$ 312,221** | **$ 253,102** |

\* Represents only state revenue.
Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts, Legislative Budget Board.

App.080

TABLE A-10
## Sources of Property Tax Relief Fund Revenue

| | | Thousands of Dollars | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **BEGINNING CASH BALANCE** | | $ 0 | $ 0 | $ 2,028,444 |
| **REVENUE** | | | | |
| 3004 | Motor Vehicle Sales and Use Tax | 25,442 | 26,393 | 27,033 |
| 3130 | Franchise/Business Margins Tax | 1,258,600 | 1,305,100 | 1,393,800 |
| 3275 | Cigarette Tax | 780,300 | 676,400 | 738,900 |
| 3278 | Cigar and Tobacco Products Tax | 18,877 | 19,062 | 19,388 |
| 3851 | Interest on State Deposits/Investments - General, Non-Program | 1,509 | 1,489 | 1,545 |
| | Total Revenue | **$ 2,084,728** | **$ 2,028,444** | **$ 2,180,666** |
| **NET TRANSFERS** | | $ 0 | $ 0 | $ 0 |
| **APPROPRIATIONS** | | $ 2,084,728 | $ 0 | $ 0 |
| **ENDING CASH BALANCE** | | $ 0 | $ 2,028,444 | $ 4,209,110 |

Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-11
# Sources of State Highway Fund Revenue

| Object Code | Description | Thousands of Dollars | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **STATE REVENUE** | | | | |
| 3010 | Motor Fuel Lubricants Sales Tax | $ 37,000 | $ 37,500 | $ 38,000 |
| 3014 | Motor Vehicle Registration Fees | 1,644,027 | 1,685,128 | 1,727,256 |
| 3018 | Special Vehicle Permits Fees | 122,729 | 125,119 | 127,557 |
| 3752 | Sale of Publications/Advertising | 4,636 | 4,683 | 4,729 |
| 3767 | Supplies/Equipment/Services–Federal/Other | 20,271 | 20,474 | 20,679 |
| 3851 | Interest on State Deposits/Investments - General, Non-Program | 19,905 | 13,013 | 12,411 |
| 3901 | Motor Fuel Taxes Allocation | 2,586,246 | 2,625,914 | 2,675,686 |
| 3969 | Severance Taxes Allocation | 1,133,688 | 1,025,747 | 1,350,667 |
| 3925 | Sales Taxes Allocation | 2,500,000 | 2,500,000 | 2,500,000 |
| 3928 | Motor Vehicle Sales Taxes Allocation | 0 | 9,745 | 51,541 |
| | Other Revenue | 227,722 | 162,505 | 162,278 |
| | **Total State Revenue** | **$ 8,296,224** | **$ 8,209,828** | **$ 8,670,804** |
| | | | | |
| **FEDERAL INCOME** | | | | |
| 3001 | Federal Receipts Matched–Transportation Programs* | $ 5,853,758 | $ 4,329,196 | $ 3,963,289 |
| 3701 | Federal Receipts Not Matched–Other Programs | 0 | 0 | 0 |
| | **Total Federal Income** | **$ 5,853,758** | **$ 4,329,196** | **$ 3,963,289** |
| | | | | |
| | **TOTAL STATE HIGHWAY FUND REVENUE** | **$14,149,982** | **$12,539,024** | **$12,634,093** |

\* The estimate for Federal Income is based on the Texas Department of Transportation's October cash forecast.
Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

Texas Biennial Revenue Estimate

TABLE A-12
# State Revenue, by Source and Fiscal Year
# General Revenue-Related

|  | Thousands of Dollars | | | |
|---|---|---|---|---|
|  | 2020 Actual | 2021 Estimated | 2022 Estimated | 2023 Estimated |
| **TAX COLLECTIONS** | | | | |
| Sales Taxes | $30,799,500 | $30,185,300 | $31,310,200 | $32,795,900 |
| Motor Vehicle Sales and Rental Taxes | 4,773,615 | 4,851,684 | 5,019,733 | 5,096,715 |
| Motor Fuel Taxes | 913,780 | 951,177 | 969,772 | 989,003 |
| Franchise Tax | 3,055,377 | 2,936,700 | 3,045,200 | 3,252,300 |
| Oil Production Tax | 3,229,347 | 2,672,076 | 3,037,430 | 3,461,722 |
| Insurance Taxes | 2,740,586 | 2,759,697 | 2,802,069 | 2,898,371 |
| Cigarette and Tobacco Taxes | 546,724 | 574,422 | 523,538 | 550,812 |
| Natural Gas Production Tax | 925,473 | 1,194,898 | 1,695,996 | 1,841,911 |
| Alcoholic Beverages Taxes | 1,125,322 | 1,088,010 | 1,231,530 | 1,288,890 |
| Hotel Occupancy Tax | 470,703 | 453,877 | 466,102 | 481,964 |
| Utility Taxes | 478,155 | 477,475 | 492,703 | 507,306 |
| Other Taxes | 138,326 | 66,210 | 78,980 | 87,733 |
| **Total Tax Collections** | **$49,196,907** | **$48,211,526** | **$50,673,253** | **$53,252,627** |
| | | | | |
| **REVENUE BY SOURCE** | | | | |
| Tax Collections | $49,196,907 | $48,211,526 | $50,673,253 | $53,252,627 |
| Licenses, Fees, Fines, and Penalties | 1,439,320 | 1,127,545 | 1,270,291 | 1,278,204 |
| State Health Service Fees and Rebates | 985,540 | 975,402 | 992,427 | 1,032,449 |
| Net Lottery Proceeds | 1,655,764 | 1,617,708 | 1,534,623 | 1,542,090 |
| Land Income | 6,389 | 2,983 | 4,397 | 4,599 |
| Interest and Investment Income | 1,729,079 | 1,706,620 | 2,137,030 | 2,180,589 |
| Settlements of Claims | 594,637 | 497,267 | 486,167 | 475,467 |
| Escheated Estates | 715,456 | 698,823 | 719,788 | 741,381 |
| Sales of Goods and Services | 125,203 | 124,939 | 125,628 | 125,628 |
| Other Revenue | 534,852 | 496,411 | 500,751 | 500,117 |
| **Total Net Revenue** | **$56,983,148** | **$55,459,224** | **$58,444,355** | **$61,133,151** |

Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-13

# Percent Change in State Revenue, by Source and Fiscal Year
## General Revenue-Related

| | 2020 Actual | 2021 Estimated | 2022 Estimated | 2023 Estimated |
|---|---|---|---|---|
| **TAX COLLECTIONS** | | | | |
| Sales Taxes | 3.2 % | (2.0) % | 3.7 % | 4.7 % |
| Motor Vehicle Sales and Rental Taxes | (3.9) | 1.6 | 3.5 | 1.5 |
| Motor Fuel Taxes | (9.4) | 4.1 | 2.0 | 2.0 |
| Franchise Tax | 3.1 | (3.9) | 3.7 | 6.8 |
| Oil Production Tax | (16.9) | (17.3) | 13.7 | 14.0 |
| Insurance Taxes | 5.5 | 0.7 | 1.5 | 3.4 |
| Cigarette and Tobacco Taxes | (8.0) | 5.1 | (8.9) | 5.2 |
| Natural Gas Production Tax | (45.1) | 29.1 | 41.9 | 8.6 |
| Alcoholic Beverages Taxes | (17.8) | (3.3) | 13.2 | 4.7 |
| Hotel Occupancy Tax | (26.0) | (3.6) | 2.7 | 3.4 |
| Utility Taxes | 1.4 | (0.1) | 3.2 | 3.0 |
| Other Taxes | (35.2) | (52.1) | 19.3 | 11.1 |
| **Total Tax Collections** | **(2.1) %** | **(2.0) %** | **5.1 %** | **5.1 %** |
| | | | | |
| **REVENUE BY SOURCE** | | | | |
| Tax Collections | (2.1) % | (2.0) % | 5.1 % | 5.1 % |
| Licenses, Fees, Fines, and Penalties | 1.7 | (21.7) | 12.7 | 0.6 |
| State Health Service Fees and Rebates | (6.9) | (1.0) | 1.7 | 4.0 |
| Net Lottery Proceeds | 8.7 | (2.3) | (5.1) | 0.5 |
| Land Income | (18.6) | (53.3) | 47.4 | 4.6 |
| Interest and Investment Income | 2.5 | (1.3) | 25.2 | 2.0 |
| Settlements of Claims | (3.7) | (16.4) | (2.2) | (2.2) |
| Escheated Estates | 3.2 | (2.3) | 3.0 | 3.0 |
| Sales of Goods and Services | (5.7) | (0.2) | 0.6 | 0.0 |
| Other Revenue | 6.7 | (7.2) | 0.9 | (0.1) |
| **Total Net Revenue** | **(1.5) %** | **(2.7) %** | **5.4 %** | **4.6 %** |

SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-14
# State Revenue, by Source and Biennium
## General Revenue-Related

| | Thousands of Dollars | | |
|---|---|---|---|
| | 2018-19 Actual | 2020-21 Estimated | 2022-23 Estimated |
| **TAX COLLECTIONS** | | | |
| Sales Taxes | $ 60,727,319 | $ 60,984,800 | $ 64,106,100 |
| Motor Vehicle Sales and Rental Taxes | 9,897,902 | 9,625,299 | 10,116,448 |
| Motor Fuel Taxes | 1,988,997 | 1,864,957 | 1,958,775 |
| Franchise Tax | 5,791,958 | 5,992,077 | 6,297,500 |
| Oil Production Tax | 7,278,341 | 5,901,423 | 6,499,152 |
| Insurance Taxes | 5,105,102 | 5,500,283 | 5,700,440 |
| Cigarette and Tobacco Taxes | 1,155,971 | 1,121,146 | 1,074,350 |
| Natural Gas Production Tax | 3,116,787 | 2,120,371 | 3,537,907 |
| Alcoholic Beverages Taxes | 2,661,391 | 2,213,332 | 2,520,420 |
| Hotel Occupancy Tax | 1,237,354 | 924,580 | 948,066 |
| Utility Taxes | 923,753 | 955,630 | 1,000,009 |
| Other Taxes | 419,005 | 204,536 | 166,713 |
| **Total Tax Collections** | **$ 100,303,880** | **$ 97,408,433** | **$ 103,925,880** |
| | | | |
| **REVENUE BY SOURCE** | | | |
| Tax Collections | $ 100,303,880 | $ 97,408,433 | $ 103,925,880 |
| Licenses, Fees, Fines, and Penalties | 2,827,193 | 2,566,865 | 2,548,495 |
| State Health Service Fees and Rebates | 2,317,376 | 1,960,942 | 2,024,876 |
| Net Lottery Proceeds | 2,907,636 | 3,273,472 | 3,076,713 |
| Land Income | 3,834 | 9,372 | 8,996 |
| Interest and Investment Income | 2,933,745 | 3,435,699 | 4,317,619 |
| Settlements of Claims | 1,135,150 | 1,091,904 | 961,634 |
| Escheated Estates | 1,329,612 | 1,414,279 | 1,461,169 |
| Sales of Goods and Services | 260,803 | 250,142 | 251,256 |
| Other Revenue | 1,002,958 | 1,031,263 | 1,000,868 |
| **Total Net Revenue** | **$ 115,022,186** | **$ 112,442,372** | **$ 119,577,506** |

Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-15
## Percent Change in State Revenue, by Source and Biennium
## General Revenue-Related

| | 2018-19 Actual | 2020-21 Estimated | 2022-23 Estimated |
|---|---|---|---|
| **TAX COLLECTIONS** | | | |
| Sales Taxes | 6.7 % | 0.4 % | 5.1 % |
| Motor Vehicle Sales and Rental Taxes | 9.1 | (2.8) | 5.1 |
| Motor Fuel Taxes | 5.4 | (6.2) | 5.0 |
| Franchise Tax | 3.9 | 3.5 | 5.1 |
| Oil Production Tax | 91.0 | (18.9) | 10.1 |
| Insurance Taxes | 11.0 | 7.7 | 3.6 |
| Cigarette and Tobacco Taxes | (2.6) | (3.0) | (4.2) |
| Natural Gas Production Tax | 99.6 | (32.0) | 66.9 |
| Alcoholic Beverages Taxes | 10.9 | (16.8) | 13.9 |
| Hotel Occupancy Tax | 17.6 | (25.3) | 2.5 |
| Utility Taxes | 5.7 | 3.5 | 4.6 |
| Other Taxes | 135.5 | (51.2) | (18.5) |
| **Total Tax Collections** | **12.5 %** | **(2.9) %** | **6.7 %** |
| | | | |
| **REVENUE BY SOURCE** | | | |
| Tax Collections | 12.5 % | (2.9) % | 6.7 % |
| Licenses, Fees, Fines, and Penalties | (1.9) | (9.2) | (0.7) |
| State Health Service Fees and Rebates | (12.6) | (15.4) | 3.3 |
| Net Lottery Proceeds | 16.1 | 12.6 | (6.0) |
| Land Income | (86.8) | 144.5 | (4.0) |
| Interest and Investment Income | 35.3 | 17.1 | 25.7 |
| Settlements of Claims | 3.3 | (3.8) | (11.9) |
| Escheated Estates | (12.9) | 6.4 | 3.3 |
| Sales of Goods and Services | 6.2 | (4.1) | 0.4 |
| Other Revenue | 21.3 | 2.8 | (2.9) |
| **Total Net Revenue** | **11.6 %** | **(2.2) %** | **6.3 %** |

SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-16
# State Revenue, by Source and Fiscal Year
# All Funds, Excluding Trust Funds

| | Thousands of Dollars | | | |
|---|---|---|---|---|
| | 2020 Actual | 2021 Estimated | 2022 Estimated | 2023 Estimated |
| **TAX COLLECTIONS** | | | | |
| Sales Taxes | $ 34,099,115 | $ 33,623,996 | $ 34,918,812 | $ 36,461,248 |
| Motor Vehicle Sales and Rental Taxes | 4,815,240 | 4,893,369 | 5,055,871 | 5,175,289 |
| Motor Fuel Taxes | 3,524,712 | 3,537,423 | 3,595,686 | 3,664,689 |
| Franchise Tax | 4,418,420 | 4,195,300 | 4,350,300 | 4,646,100 |
| Oil Production Tax | 3,229,347 | 2,672,076 | 3,037,430 | 3,461,722 |
| Insurance Taxes | 2,741,653 | 2,760,758 | 2,803,252 | 2,899,444 |
| Cigarette and Tobacco Taxes | 1,299,014 | 1,373,599 | 1,219,000 | 1,309,100 |
| Natural Gas Production Tax | 925,473 | 1,194,898 | 1,695,996 | 1,841,911 |
| Alcoholic Beverages Taxes | 1,125,322 | 1,088,010 | 1,231,530 | 1,288,890 |
| Hotel Occupancy Tax | 470,703 | 453,877 | 466,102 | 481,964 |
| Utility Taxes | 478,155 | 477,475 | 492,703 | 507,306 |
| Other Taxes | 252,664 | 179,198 | 191,968 | 200,721 |
| **Total Tax Collections** | **$ 57,379,818** | **$ 56,449,979** | **$ 59,058,650** | **$ 61,938,384** |
| | | | | |
| **REVENUE BY SOURCE** | | | | |
| Tax Collections | $ 57,379,818 | $ 56,449,979 | $ 59,058,650 | $ 61,938,384 |
| Federal Income | 58,116,754 | 66,658,386 | 51,882,901 | 46,294,804 |
| Licenses, Fees, Fines, and Penalties | 6,241,256 | 6,218,588 | 6,446,651 | 6,426,975 |
| State Health Service Fees and Rebates | 7,497,445 | 6,988,056 | 7,536,138 | 5,445,452 |
| Net Lottery Proceeds | 2,391,653 | 2,463,540 | 2,566,046 | 2,566,046 |
| Land Income | 1,809,261 | 1,400,548 | 2,011,094 | 2,406,944 |
| Interest and Investment Income | 2,529,037 | 1,926,245 | 2,143,170 | 2,186,675 |
| Settlements of Claims | 624,354 | 527,043 | 516,423 | 506,006 |
| Escheated Estates | 715,456 | 698,823 | 719,788 | 741,381 |
| Sales of Goods and Services | 254,791 | 259,529 | 261,705 | 262,032 |
| Other Revenue | 4,016,497 | 4,250,381 | 4,153,013 | 4,396,482 |
| **Total Net Revenue** | **$141,576,323** | **$147,841,118** | **$137,295,579** | **$133,171,181** |

Note: Excludes local funds and deposits by semi-independent agencies. Includes certain state revenues deposited in the State Treasury but not appropriated.
Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-17

# Percent Change in State Revenue, by Source and Fiscal Year
## All Funds, Excluding Trust Funds

| | 2020 Actual | 2021 Estimated | 2022 Estimated | 2023 Estimated |
|---|---|---|---|---|
| **TAX COLLECTIONS** | | | | |
| Sales Taxes | 0.2 % | (1.4) % | 3.9 % | 4.4 % |
| Motor Vehicle Sales and Rental Taxes | (3.9) | 1.6 | 3.3 | 2.4 |
| Motor Fuel Taxes | (5.8) | 0.4 | 1.6 | 1.9 |
| Franchise Tax | 4.8 | (5.0) | 3.7 | 6.8 |
| Oil Production Tax | (16.9) | (17.3) | 13.7 | 14.0 |
| Insurance Taxes | 5.5 | 0.7 | 1.5 | 3.4 |
| Cigarette and Tobacco Taxes | (7.9) | 5.7 | (11.3) | 7.4 |
| Natural Gas Production Tax | (45.1) | 29.1 | 41.9 | 8.6 |
| Alcoholic Beverages Taxes | (17.8) | (3.3) | 13.2 | 4.7 |
| Hotel Occupancy Tax | (26.0) | (3.6) | 2.7 | 3.4 |
| Utility Taxes | 1.4 | (0.1) | 3.2 | 3.0 |
| Other Taxes | (22.6) | (29.1) | 7.1 | 4.6 |
| **Total Tax Collections** | **(3.4) %** | **(1.6) %** | **4.6 %** | **4.9 %** |
| | | | | |
| **REVENUE BY SOURCE** | | | | |
| Tax Collections | (3.4) % | (1.6) % | 4.6 % | 4.9 % |
| Federal Income | 38.7 | 14.7 | (22.2) | (10.8) |
| Licenses, Fees, Fines, and Penalties | (4.6) | (0.4) | 3.7 | (0.3) |
| State Health Service Fees and Rebates | 5.8 | (6.8) | 7.8 | (27.7) |
| Net Lottery Proceeds | (4.7) | 3.0 | 4.2 | 0.0 |
| Land Income | (19.6) | (22.6) | 43.6 | 19.7 |
| Interest and Investment Income | 1.0 | (23.8) | 11.3 | 2.0 |
| Settlements of Claims | (3.4) | (15.6) | (2.0) | (2.0) |
| Escheated Estates | 3.2 | (2.3) | 3.0 | 3.0 |
| Sales of Goods and Services | (8.6) | 1.9 | 0.8 | 0.1 |
| Other Revenue | (3.0) | 5.8 | (2.3) | 5.9 |
| **Total Net Revenue** | **10.7 %** | **4.4 %** | **(7.1) %** | **(3.0) %** |

SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-18
# State Revenue, by Source and Biennium
# All Funds, Excluding Trust Funds

| | Thousands of Dollars | | |
|---|---|---|---|
| | 2018-19 Actual | 2020-21 Estimated | 2022-23 Estimated |
| **TAX COLLECTIONS** | | | |
| Sales Taxes | $ 65,961,151 | $ 67,723,111 | $ 71,380,060 |
| Motor Vehicle Sales and Rental Taxes | 9,984,033 | 9,708,609 | 10,231,160 |
| Motor Fuel Taxes | 7,418,001 | 7,062,135 | 7,260,375 |
| Franchise Tax | 7,903,809 | 8,613,720 | 8,996,400 |
| Oil Production Tax | 7,278,341 | 5,901,423 | 6,499,152 |
| Insurance Taxes | 5,107,459 | 5,502,411 | 5,702,696 |
| Cigarette and Tobacco Taxes | 2,730,930 | 2,672,613 | 2,528,100 |
| Natural Gas Production Tax | 3,116,787 | 2,120,371 | 3,537,907 |
| Alcoholic Beverages Taxes | 2,661,391 | 2,213,332 | 2,520,420 |
| Hotel Occupancy Tax | 1,237,354 | 924,580 | 948,066 |
| Utility Taxes | 923,753 | 955,630 | 1,000,009 |
| Other Taxes | 642,488 | 431,862 | 392,689 |
| **Total Tax Collections** | **$ 114,965,497** | **$ 113,829,797** | **$ 120,997,034** |
| | | | |
| **REVENUE BY SOURCE** | | | |
| Tax Collections | $ 114,965,497 | $ 113,829,797 | $ 120,997,034 |
| Federal Income | 81,523,043 | 124,775,140 | 98,177,705 |
| Licenses, Fees, Fines, and Penalties | 13,019,467 | 12,459,844 | 12,873,626 |
| State Health Service Fees and Rebates | 14,686,818 | 14,485,501 | 12,981,590 |
| Net Lottery Proceeds | 4,738,922 | 4,855,193 | 5,132,092 |
| Land Income | 4,312,293 | 3,209,809 | 4,418,038 |
| Interest and Investment Income | 4,353,442 | 4,455,282 | 4,329,845 |
| Settlements of Claims | 1,190,673 | 1,151,397 | 1,022,429 |
| Escheated Estates | 1,329,612 | 1,414,279 | 1,461,169 |
| Sales of Goods and Services | 564,011 | 514,320 | 523,737 |
| Other Revenue | 7,423,243 | 8,266,878 | 8,549,495 |
| **Total Net Revenue** | **$ 248,107,022** | **$ 289,417,441** | **$ 270,466,760** |

Note: Excludes local funds and deposits by semi-independent agencies. Includes certain state revenue deposited in
the State Treasury but not appropriated.
Note: Totals may not sum because of rounding.
SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

TABLE A-19

## Percent Change in State Revenue, by Source and Biennium
## All Funds, Excluding Trust Funds

| | 2018-19 Actual | | 2020-21 Estimated | 2022-23 Estimated |
|---|---|---|---|---|
| **TAX COLLECTIONS** | | | | |
| Sales Taxes | 15.4 | % | 2.7  % | 5.4  % |
| Motor Vehicle Sales and Rental Taxes | 9.1 | | (2.8) | 5.4 |
| Motor Fuel Taxes | 4.5 | | (4.8) | 2.8 |
| Franchise Tax | 11.0 | | 9.0 | 4.4 |
| Oil Production Tax | 91.0 | | (18.9) | 10.1 |
| Insurance Taxes | 11.0 | | 7.7 | 3.6 |
| Cigarette and Tobacco Taxes | (6.2) | | (2.1) | (5.4) |
| Natural Gas Production Tax | 99.6 | | (32.0) | 66.9 |
| Alcoholic Beverages Taxes | 10.9 | | (16.8) | 13.9 |
| Hotel Occupancy Tax | 17.6 | | (25.3) | 2.5 |
| Utility Taxes | 5.7 | | 3.5 | 4.6 |
| Other Taxes | 64.2 | | (32.8) | (9.1) |
| **Total Tax Collections** | **17.2** | **%** | **(1.0) %** | **6.3  %** |
| | | | | |
| **REVENUE BY SOURCE** | | | | |
| Tax Collections | 17.2 | % | (1.0) % | 6.3  % |
| Federal Income | 4.7 | | 53.1 | (21.3) |
| Licenses, Fees, Fines, and Penalties | 5.1 | | (4.3) | 3.3 |
| State Health Service Fees and Rebates | (0.6) | | (1.4) | (10.4) |
| Net Lottery Proceeds | 10.9 | | 2.5 | 5.7 |
| Land Income | 52.2 | | (25.6) | 37.6 |
| Interest and Investment Income | 42.6 | | 2.3 | (2.8) |
| Settlements of Claims | 0.9 | | (3.3) | (11.2) |
| Escheated Estates | (12.9) | | 6.4 | 3.3 |
| Sales of Goods and Services | (6.2) | | (8.8) | 1.8 |
| Other Revenue | 26.0 | | 11.4 | 3.4 |
| **Total Net Revenue** | **11.5** | **%** | **16.7  %** | **(6.5) %** |

SOURCE: Glenn Hegar, Texas Comptroller of Public Accounts.

# Fund Detail

Schedule I

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund | | Fiscal Year | | |
|---|---|---|---|---|
| No. | | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE**
**0001  General Revenue Fund**
    Account: 0001 General Revenue Fund

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3003 | Motor Vehicle Sales and Use Tax – Motor Carrier | $ 1 | $ 0 | $ 0 |
| 3004 | Motor Vehicle Sales and Use Tax | 4,455,732 | 4,622,237 | 4,734,239 |
| 3005 | Motor Vehicle Rental Tax | 210,797 | 217,373 | 221,721 |
| 3007 | Gasoline Tax | 2,629,338 | 2,655,262 | 2,682,552 |
| 3008 | Diesel Fuel Tax | 901,925 | 934,077 | 975,596 |
| 3011 | Liquefied and Compressed Natural Gas Tax | 6,160 | 6,347 | 6,541 |
| 3012 | Motor Vehicle Certificates | 34,399 | 35,405 | 36,440 |
| 3014 | Motor Vehicle Registration Fees | 17,201 | 17,458 | 17,721 |
| 3016 | Motor Vehicle Sales and Use Tax – Seller Financed Motor Vehicles | 157,125 | 161,839 | 164,267 |
| 3018 | Special Vehicle Permits | 45,156 | 51,930 | 53,488 |
| 3020 | Motor Vehicle Inspection Fees | 625 | 628 | 641 |
| 3026 | Voluntary Driver License Fee for Blindness, Screening and Treatment | 500 | 500 | 500 |
| 3027 | Driver Record Information Fees | 3,390 | 3,556 | 3,738 |
| 3030 | Commercial Driver Training School Fees | 1,605 | 1,605 | 1,605 |
| 3031 | Automobile Clubs Registration | 30 | 30 | 30 |
| 3032 | School Fund Benefit Fee on Diesel Fuel | 162 | 168 | 175 |
| 3035 | Commercial Transportation Fees | 13,468 | 13,599 | 13,667 |
| 3038 | Motor Carrier – Proof of Insurance Filing Fee | 990 | 1,029 | 1,050 |
| 3045 | Railroad Commission Service Fees | 1 | 1 | 1 |
| 3050 | Abandoned Motor Vehicles | 1 | 1 | 1 |
| 3055 | Excess Fines from Speeding Violations | 139 | 139 | 139 |
| 3056 | Motor Vehicle Safety Responsibility Violations | 7,525 | 7,525 | 7,525 |
| 3057 | Motor Carrier Act Penalties | 1,101 | 1,145 | 1,168 |
| 3062 | Rail Safety Program Fees | 1,629 | 1,634 | 1,639 |
| 3080 | Petroleum Product Delivery Fees | 345 | 350 | 357 |
| 3102 | Limited Sales and Use Tax | 32,609,500 | 33,928,400 | 35,420,600 |
| 3104 | Manufactured Housing Sales and Use Tax | 28,029 | 28,029 | 28,029 |
| 3106 | City Sales Tax Service Fees | 125,000 | 130,000 | 135,800 |
| 3107 | Local MTA Sales Tax Service Fees | 41,900 | 43,600 | 45,600 |
| 3108 | County Sales Tax Service Fees | 12,100 | 12,600 | 13,100 |
| 3109 | Local SPD Sales Tax Service Fees | 15,100 | 15,700 | 16,400 |
| 3111 | Boat and Boat Motor Sales and Use Tax | 75,800 | 78,700 | 83,200 |
| 3114 | Escheated Estates | 698,823 | 719,788 | 741,381 |
| 3123 | Volatile Chemical Sales Permit | 738 | 738 | 738 |
| 3126 | License to Carry a Handgun Fees | 12,900 | 11,810 | 11,810 |
| 3130 | Franchise/Business Margins Tax | 2,936,700 | 3,045,200 | 3,252,300 |
| 3133 | General Business Filing Fees | 104,700 | 109,800 | 116,300 |
| 3134 | Private Sector Prison Industries Oversight Receipts | 434 | 434 | 434 |
| 3136 | Cement Tax | 10,152 | 10,416 | 10,687 |
| 3137 | Racing Association ATM Receipts | 100 | 100 | 100 |
| 3139 | Hotel Occupancy Tax | 453,877 | 466,102 | 481,964 |
| 3142 | Food Service Worker Training | 36 | 49 | 36 |
| 3146 | Combative Sports Admissions Tax | 510 | 510 | 510 |
| 3147 | Combative Sports Licenses | 88 | 88 | 88 |
| 3150 | Coin-Operated Amusement Machine Tax | 8,190 | 7,881 | 7,583 |
| 3151 | Coin-Operated Machine Business License Fee | 727 | 705 | 684 |
| 3152 | Bingo Operators/Lessors | 559 | 559 | 559 |
| 3153 | Bingo Equipment | 62 | 62 | 62 |
| 3157 | Loan Administration Fees | 11 | 9 | 9 |
| 3160 | Manufactured and Industrialized Housing Registration License Fees | 1,299 | 1,299 | 1,299 |
| 3161 | Manufactured and Industrialized Housing Inspection Fees | 2,025 | 2,025 | 2,025 |
| 3164 | Boiler Inspection Fees | 2,643 | 2,643 | 2,643 |
| 3170 | Bingo Prize Fees | 14,030 | 14,030 | 14,030 |

Texas Biennial Revenue Estimate

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE (continued)**
**0001  General Revenue Fund (continued)**
**Account: 0001 General Revenue Fund (continued)**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3173 | Credit Service and Charitable Organizations Registration | $ 41 | $ 41 | $ 41 |
| 3175 | Professional Fees | 62,006 | 64,559 | 64,732 |
| 3186 | Securities Fees | 140,000 | 140,000 | 140,000 |
| 3201 | Insurance Premium Taxes | 2,638,111 | 2,655,246 | 2,749,332 |
| 3203 | Insurance Maintenance Taxes | 94,737 | 94,692 | 94,302 |
| 3205 | Office of Public Insurance Counsel (OPIC) Assessment | 2,643 | 2,643 | 2,643 |
| 3206 | Insurance Company Fees | 42,428 | 42,996 | 43,573 |
| 3210 | Insurance Agents Licenses | 675 | 703 | 734 |
| 3214 | Insurance Maintenance Tax – Comptroller | (22,800) | 0 | 0 |
| 3215 | Insurance Department Fees – Miscellaneous | 224 | 224 | 224 |
| 3219 | Insurance Maintenance Tax – Workers' Compensation Division and Office of Injured Employee Counsel | 48,748 | 51,185 | 53,744 |
| 3220 | Insurance Maintenance Tax – Workers' Compensation Research and Oversight Division | 901 | 946 | 993 |
| 3221 | Insurance Penalties | 44,745 | 44,745 | 44,745 |
| 3222 | Insurance Administrative Penalties and Fines in Lieu of Suspension or Cancellation | 7,545 | 8,935 | 8,935 |
| 3230 | Public Utility Gross Receipts Assessment | 55,704 | 56,539 | 57,104 |
| 3233 | Gas, Electric and Water Utility Tax | 390,321 | 404,037 | 416,825 |
| 3234 | Gas Utility Pipeline Tax | 31,450 | 32,127 | 33,377 |
| 3236 | Automatic Dial Announcing Devices | 5 | 5 | 5 |
| 3245 | Compressed Natural Gas Training and Examinations | 47 | 47 | 47 |
| 3246 | Compressed Natural Gas Licenses | 44 | 44 | 44 |
| 3250 | Mixed Beverage Gross Receipts Tax | 379,407 | 443,765 | 468,667 |
| 3251 | Mixed Beverage Sales Tax | 466,586 | 544,065 | 574,623 |
| 3253 | Liquor Tax | 104,016 | 105,200 | 106,400 |
| 3256 | Liquor Permit Fees | 33,300 | 57,047 | 58,188 |
| 3257 | License/Permit Surcharges – General | 30,500 | 0 | 0 |
| 3258 | Beer Tax | 105,501 | 118,900 | 120,100 |
| 3259 | Wine Tax | 17,700 | 18,400 | 19,100 |
| 3261 | Wine and Beer Permit Fees | 5,600 | 16,186 | 16,543 |
| 3263 | Brew Pub Licenses | 145 | 248 | 253 |
| 3265 | Malt Liquor (Ale) Tax | 14,800 | 1,200 | 0 |
| 3266 | Temporary Charitable Auction Permit Fees – Alcoholic Beverages | 7 | 12 | 13 |
| 3268 | Alcoholic Beverage Code Money Penalty in Lieu of Cancellation or Suspension | 1,200 | 1,200 | 1,200 |
| 3271 | Alcoholic Beverage Import Fee | 4,448 | 4,900 | 4,900 |
| 3272 | Alcoholic Beverage Seller Training Programs | 790 | 790 | 806 |
| 3273 | Alcoholic Beverage Samples and Labels Certificate of Approval | 519 | 519 | 530 |
| 3274 | Alcoholic Beverage Commission Administrative Fees | 18 | 18 | 18 |
| 3275 | Cigarette Tax | 360,700 | 312,700 | 341,600 |
| 3276 | Cigarette Fee | 31,100 | 30,600 | 30,100 |
| 3278 | Cigar and Tobacco Products Tax | 213,722 | 210,838 | 209,212 |
| 3280 | Tobacco Product Related Fines | 104 | 104 | 104 |
| 3281 | Tobacco Product Advertising Fees | 41 | 41 | 41 |
| 3282 | Cigarette, Cigar and Tobacco Combination Permits | 662 | 5,977 | 662 |
| 3290 | Oil Production Tax | 2,672,076 | 3,037,430 | 3,461,722 |
| 3291 | Natural Gas Production Tax | 1,194,898 | 1,695,996 | 1,841,911 |
| 3296 | Oil Well Service Tax | 47,438 | 60,293 | 69,133 |
| 3301 | Land Office Fees | 980 | 1,100 | 1,100 |
| 3314 | Oil and Gas Violations | 1,000 | 1,000 | 1,000 |
| 3321 | Oil Royalties from Other State Lands for State Departments, Boards, Agencies | 1,238 | 1,442 | 1,644 |
| 3326 | Gas Royalties from Other State Lands for State Departments, Boards, Agencies | 12 | 12 | 12 |

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE (continued)**
**0001  General Revenue Fund (continued)**
   **Account: 0001 General Revenue Fund (continued)**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3327 | Outer Continental Shelf Settlement Monies | $ 600 | $ 600 | $ 600 |
| 3329 | Surface Mining Permits | 2,678 | 2,700 | 2,700 |
| 3340 | Land Easements | 265 | 1,466 | 1,466 |
| 3342 | Land Lease | 56 | 65 | 65 |
| 3344 | Sand, Shell, Gravel, Timber Sales | 12 | 12 | 12 |
| 3366 | Business Fees – Natural Resources | 486 | 486 | 486 |
| 3372 | Quarry Pit Safety Fees | 6 | 6 | 6 |
| 3390 | Purchase of Dry Cleaning Solvent Fees | 0 | 395 | 345 |
| 3396 | Deepwater Horizon Incident, Economic Damages | 6,667 | 6,667 | 6,667 |
| 3400 | Business Fees – Agriculture | 6,244 | 6,244 | 6,244 |
| 3402 | Weighing and Measuring Device Service Licenses | 67 | 67 | 67 |
| 3404 | Citrus Budwood and Grove Certification Fees | 6 | 6 | 6 |
| 3410 | Agriculture Registration Fees | 4,446 | 5,946 | 4,446 |
| 3414 | Agriculture Inspection Fees | 17,877 | 17,877 | 17,877 |
| 3420 | Livestock Export/Import Processing Fees | 770 | 745 | 745 |
| 3422 | Agricultural Administrative Penalties | 250 | 250 | 250 |
| 3428 | Texas Certified Retirement Community Program Application Fees | 5 | 0 | 5 |
| 3435 | Game, Fish and Equipment Fees – Commercial | 10 | 10 | 10 |
| 3436 | Oyster Fees | 6 | 6 | 6 |
| 3449 | Game and Fish, Water Safety, and Parks Violations | 3 | 3 | 3 |
| 3462 | Boater Education Exam Fees | 302 | 302 | 302 |
| 3463 | Marine Safety Enforcement Officer Certification Fees | 4 | 4 | 4 |
| 3464 | Floating Cabin Permit, Application, Renewal and Transfer | 1 | 1 | 1 |
| 3510 | High School Equivalency Certificate | 650 | 657 | 661 |
| 3511 | Teacher Certification Fees | 28,183 | 25,683 | 25,683 |
| 3530 | School Bond Guarantee Fees | 448 | 448 | 448 |
| 3554 | Food and Drug Fees | 3,093 | 4,153 | 2,987 |
| 3555 | Hazardous Substance Manufacture | 269 | 269 | 269 |
| 3557 | Health Care Facilities Fees | 7,039 | 7,039 | 7,039 |
| 3560 | Medical Examination and Registration | 42,507 | 43,428 | 43,763 |
| 3562 | Health Related Professional Fees | 34,969 | 34,803 | 35,039 |
| 3565 | Vendor Drug Rebates, Medicaid Program – Supplemental | 46,119 | 47,293 | 49,665 |
| 3570 | Peer Assistance Program Fees | 1,601 | 1,579 | 1,558 |
| 3573 | Health Licenses for Camps | 193 | 193 | 193 |
| 3579 | Vital Statistics Certification and Service Fees | 1,814 | 1,814 | 1,814 |
| 3582 | Controlled Substances Act Forfeited Property Sales | 64 | 64 | 64 |
| 3583 | Controlled Substances Act Forfeited Money | 3,000 | 3,000 | 3,000 |
| 3589 | Radioactive Materials and Devices for Equipment Regulation | 13,351 | 13,351 | 13,351 |
| 3592 | Waste Disposal Facilities, Generators, and Transporters | 22 | 22 | 22 |
| 3595 | Medical Assistance Cost Recovery | 82,484 | 82,484 | 82,484 |
| 3598 | Battery Sales Fee | 987 | 1,024 | 1,037 |
| 3602 | Earned Federal Funds, SNAP Recoupment | 6,194 | 6,320 | 6,669 |
| 3611 | Private Institutions License Fees | 1,858 | 1,874 | 1,865 |
| 3616 | Social Worker Regulation | 1,512 | 1,515 | 1,518 |
| 3618 | Welfare/MHMR Service Fees | 24,472 | 24,409 | 24,409 |
| 3622 | Child Support Collections – State, Title IV-D | 101,922 | 101,598 | 101,598 |
| 3625 | Court Costs Awarded Parent/Child Cases | 243 | 227 | 227 |
| 3628 | Dormitory, Cafeteria and Merchandise Sales | 119,000 | 119,000 | 119,000 |
| 3632 | Elderly Housing Set-Aside | 415 | 415 | 415 |
| 3634 | Medicare Reimbursements | 39,464 | 39,464 | 39,464 |
| 3636 | Inmate Fee for Health Care | 1,000 | 2,000 | 2,000 |
| 3638 | Vendor Drug Rebates, Medicaid Program – Mandated | 710,919 | 727,399 | 763,907 |

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: GENERAL REVENUE (continued)** | | | | |
| **0001  General Revenue Fund (continued)** | | | | |
| **Account: 0001 General Revenue Fund (continued)** | | | | |
| 3639 | Premium Credits – Medicaid Program | $ 8,744 | $ 8,263 | $ 8,280 |
| 3640 | Vendor Drug Rebates – Non-Medicaid Programs | 6,048 | 6,048 | 6,048 |
| 3642 | Residential Aftercare Participant Fees | 9 | 9 | 9 |
| 3643 | Premium Co-payments | 5,140 | 5,653 | 5,653 |
| 3649 | Vendor Drug and HMO Experience Rebates, CHIP Program | 4,262 | 5,275 | 6,400 |
| 3694 | Educator Preparation Program Accreditation Fee | 1,584 | 1,584 | 1,584 |
| 3702 | Federal Receipts – Earned Credits | 55,933 | 56,019 | 56,011 |
| 3704 | Court Costs | 5,000 | 4,000 | 3,000 |
| 3705 | State Parking Violations | 44 | 44 | 44 |
| 3706 | Arrest Fees | 1,024 | 1,024 | 1,024 |
| 3707 | Marriage License Fees | 1,677 | 1,612 | 1,549 |
| 3708 | Judge's Retirement Contributions | 17 | 17 | 17 |
| 3710 | Court Fines | 50,030 | 50,030 | 50,030 |
| 3714 | Judgments and Settlements | 30,700 | 30,700 | 30,700 |
| 3716 | Lien Fees | 375 | 375 | 375 |
| 3717 | Civil Penalties | 5,000 | 5,000 | 5,000 |
| 3720 | Expedited Handling Charges, Secretary of State | 1,800 | 1,800 | 1,800 |
| 3723 | Fees for Examinations and Audits | 12,164 | 10,879 | 10,795 |
| 3724 | Insurance Notification of HIV Related Test Fees | 1 | 1 | 1 |
| 3726 | Federal Receipts – Indirect Cost Recoveries | 38,014 | 37,621 | 37,687 |
| 3727 | Fees for Administrative Services | (45,267) | 64,240 | 60,272 |
| 3731 | Controlled Substance Reimbursement of Related Costs | 2,100 | 2,200 | 2,200 |
| 3733 | Workers' Compensation Administrative Penalties | 849 | 849 | 849 |
| 3735 | Recovery of Parole Costs | 6,606 | 6,937 | 6,937 |
| 3746 | Rental of Lands/Miscellaneous Land Income | 800 | 800 | 800 |
| 3748 | Royalties | 59 | 75 | 75 |
| 3749 | Use of Great Seal of Texas – Licenses | 3 | 3 | 3 |
| 3753 | Sale of Surplus Property Fee | 713 | 713 | 713 |
| 3755 | Commemorative Sales/Gift Shop and Museum Revenues | 88 | 88 | 88 |
| 3756 | Prison Industries Sales | 3,516 | 4,205 | 4,205 |
| 3763 | Sale of Operating Supplies | 3 | 3 | 3 |
| 3770 | Administrative Penalties | 15,693 | 15,655 | 15,699 |
| 3771 | Tax Refunds to Employers of TANF Recipients | (80) | (120) | (180) |
| 3775 | Returned Check Fees | 476 | 533 | 522 |
| 3776 | Fingerprint Record Fees | 100 | 100 | 100 |
| 3777 | Warrants Voided by Statute of Limitation – Default Fund | 10,000 | 10,000 | 10,000 |
| 3782 | Repayments from Political Subdivisions/Other of Loans/Advances | 8,125 | 7,375 | 6,682 |
| 3793 | Political Subdivision Administrative Fees, Failure to Appear | 35 | 0 | 0 |
| 3795 | Other Miscellaneous Governmental Revenue | 4,279 | 4,461 | 4,461 |
| 3796 | Interest Received/Paid to Federal Government | (3,000) | (3,000) | (3,000) |
| 3799 | Local Account Balances Brought into Treasury | 766 | 811 | 834 |
| 3801 | Time Payment Plan for Court Costs/Fees | 24 | 0 | 0 |
| 3839 | Sale of Vehicles, Boats and Aircraft | 2,420 | 2,420 | 2,420 |
| 3848 | Public/Private Revenue Sharing – State Receipts (State Electronic Internet Portal) | 32,074 | 32,246 | 31,875 |
| 3849 | Tobacco Suit Settlement Receipts | 456,900 | 445,800 | 435,100 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 3,015 | 3,015 | 3,015 |
| 3854 | Interest Other – General, Non-Program | 1,556 | 1,556 | 1,556 |
| 3875 | Interest Income, Other Operating Revenue – Operating Grants and Contributions | 656 | 516 | 422 |
| 3901 | Allocations to GR 0001 (Unapp Undyed Diesel), Fund 0002, Fund 0006 and Fund 0057 from Fund 0001 (Motor Fuels Tax) | (2,586,246) | (2,625,914) | (2,675,686) |

App.096

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: GENERAL REVENUE (concluded)** | | | | |
| **0001** | **General Revenue Fund (concluded)** | | | |
| | **Account: 0001 General Revenue Fund (concluded)** | | | |
| 3924 | Allocations to GRD Accounts 0064, 0467, 5004 and 5150 (Parks and Wildlife) from Fund 0001 (Sporting Goods Sales Tax) | $ 0 | $ (183,117) | $ (193,347) |
| 3924 | Allocations to GRD Account 5139 (Historic Site) from Fund 0001 (Sporting Goods Sales Tax) | 0 | (13,783) | (14,553) |
| 3925 | Allocations to Fund 0006 (State Highway) from Fund 0001 (Sales and Use Tax) | (2,500,000) | (2,500,000) | (2,500,000) |
| 3928 | Allocations to Fund 0006 (State Highway) from Fund 0001 (Motor Vehicle Tax) | 0 | (9,745) | (51,541) |
| 3950 | Allocations to Fund 0001/Other Funds from Special Funds – UB | 12,705 | 20,292 | 20,292 |
| 3952 | Transfer to Unappropriated GR 0001 from Disproportionate Share Funds | 199,310 | 198,149 | 198,149 |
| 3953 | Unappropriated GR 0001 Reimbursement for Statewide Cost Allocation Plan (SWCAP) | 12,012 | 12,012 | 12,012 |
| | Total Estimated Account 0001 Receipts | 52,053,870 | 54,695,524 | 57,333,200 |
| | **ACCOUNT: 0193 GR ACCOUNT – FOUNDATION SCHOOL** | | | |
| 3922 | Transfers to GR Account – Foundation School 0193 from GR Account – Lottery 5025 (Education) | 1,617,708 | 1,534,623 | 1,542,090 |
| 3963 | Transfer to GR Account – State Owned Multicategorical Teaching Hospital 5049 and Unappropriated GR 0001 from GR Account – Lottery 5025 (Other) | 83,253 | 79,265 | 79,265 |
| | Total Estimated Account 0193 Receipts | 1,700,961 | 1,613,888 | 1,621,355 |
| | Total Estimated Fund 0001 Receipts | 53,754,831 | 56,309,412 | 58,954,555 |
| **0002** | **Available School Fund** | | | |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 867 | 1,087 | 1,110 |
| 3910 | Transfers to Available Education Funds from Permanent Education Funds | 1,701,670 | 2,132,000 | 2,177,000 |
| | Total Estimated Fund 0002 Receipts | 1,702,537 | 2,133,087 | 2,178,110 |
| **0003** | **State Technology and Instructional Materials Fund** | | | |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 1,856 | 1,856 | 486 |
| | Total Estimated Fund 0003 Receipts | 1,856 | 1,856 | 486 |
| | **Total Estimated General Revenue** | **55,459,224** | **58,444,355** | **61,133,151** |
| **SOURCE: GENERAL REVENUE DEDICATED** | | | | |
| **0001** | **General Revenue Fund** | | | |
| | **Account: 0009 GR Account – Game, Fish, and Water Safety** | | | |
| 3111 | Boat and Boat Motor Sales and Use Tax | 4,050 | 4,212 | 4,448 |
| 3319 | Oil Royalties from Parks and Wildlife Lands | 101 | 155 | 155 |
| 3324 | Gas Royalties from Parks and Wildlife Lands | 43 | 68 | 68 |
| 3340 | Land Easements | 2 | 2 | 2 |
| 3341 | Grazing Lease Rental | 286 | 286 | 286 |
| 3344 | Sand, Shell, Gravel, Timber Sales | 89 | 89 | 89 |
| 3433 | Lake Texoma Fishing License Fees | 304 | 304 | 304 |
| 3434 | Game, Fish and Equipment Fees – Non-Commercial | 105,248 | 105,248 | 105,248 |
| 3435 | Game, Fish and Equipment Fees – Commercial | 5,593 | 5,593 | 5,593 |
| 3437 | Public Hunting/Fishing/Other Participation Fees | 1,837 | 1,837 | 1,837 |
| 3445 | Oyster Bed Location Rental | 48 | 48 | 48 |
| 3446 | Wildlife Value Recovery | 776 | 776 | 776 |
| 3447 | Sale of Confiscated Pelts, Marine Life, Vessels, Contraband | 14 | 14 | 14 |
| 3448 | Parks and Wildlife, Sale of Forfeited Property | 14 | 14 | 14 |
| 3449 | Game and Fish, Water Safety, and Parks Violations | 1,666 | 1,666 | 1,666 |
| 3452 | Wildlife Management Permits | 3,376 | 4,390 | 4,390 |

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE DEDICATED (continued)**
**0001  General Revenue Fund (continued)**
Account: 0009 GR Account – Game, Fish, and Water Safety (concluded)

| | | | | |
|---|---|---|---|---|
| 3455  Vessel Registration Fees | $ 14,904 | $ 14,904 | $ 14,904 |
| 3456  Vessel or Outboard Motor Title Certificate | 4,662 | 4,662 | 4,662 |
| 3464  Floating Cabin Permit, Application, Renewal and Transfer | 42 | 42 | 42 |
| 3468  Parks and Wildlife Publication Sales | 871 | 871 | 871 |
| 3714  Judgments and Settlements | 423 | 423 | 423 |
| 3727  Fees for Administrative Services | 1,563 | 1,588 | 1,588 |
| 3755  Commemorative Sales/Gift Shop and Museum Revenues | 123 | 144 | 144 |
| 3839  Sale of Vehicles, Boats and Aircraft | 709 | 709 | 709 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 550 | 550 | 550 |
| Total Estimated Account 0009 Receipts | 147,294 | 148,595 | 148,831 |

**Account: 0019 GR Account – Vital Statistics**

| | | | |
|---|---|---|---|
| 3579  Vital Statistics Certification and Service Fees | 4,769 | 4,530 | 4,530 |
| 3624  Adoption Registry Fees | 130 | 130 | 130 |
| Total Estimated Account 0019 Receipts | 4,899 | 4,660 | 4,660 |

**Account: 0027 GR Account – Coastal Protection**

| | | | |
|---|---|---|---|
| 3378  Coastal Protection Fee | 15,016 | 15,334 | 10,271 |
| 3379  Oil Spill Prevention and Response Act Violations | 117 | 117 | 117 |
| 3839  Sale of Vehicles, Boats and Aircraft | 5 | 5 | 5 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 55 | 73 | 88 |
| Total Estimated Account 0027 Receipts | 15,193 | 15,529 | 10,481 |

**Account: 0028 GR Account – Appraiser Registry**

| | | | |
|---|---|---|---|
| 3175  Professional Fees | 166 | 1,003 | 166 |
| Total Estimated Account 0028 Receipts | 166 | 1,003 | 166 |

**Account: 0036 GR Account – Texas Department of Insurance Operating**

| | | | |
|---|---|---|---|
| 3149  Amusement Ride Inspection | 246 | 209 | 179 |
| 3175  Professional Fees | 3,292 | 3,346 | 3,403 |
| 3206  Insurance Company Fees | 339 | 321 | 306 |
| 3210  Insurance Agents Licenses | 24,260 | 25,126 | 25,113 |
| 3212  Texas Workers' Compensation Self-Insurance Regulatory Fees | 521 | 482 | 445 |
| 3213  Catastrophe Property Insurance Pool Fees | 1 | 1 | 1 |
| 3215  Insurance Department Fees – Miscellaneous | 805 | 787 | 772 |
| 3216  Insurance Department Examination and Audit Fees | 3,362 | 4,346 | 4,346 |
| 3219  Insurance Maintenance Tax – Workers' Compensation Division and Office of Injured Employee Counsel | 1,050 | 1,161 | 1,051 |
| 3220  Insurance Maintenance Tax – Workers' Compensation Research and Oversight Division | 11 | 22 | 22 |
| 3727  Fees for Administrative Services | 139 | 93 | 56 |
| Total Estimated Account 0036 Receipts | 34,026 | 35,894 | 35,694 |

**Account: 0064 GR Account – State Parks**

| | | | |
|---|---|---|---|
| 3319  Oil Royalties from Parks and Wildlife Lands | 244 | 270 | 270 |
| 3324  Gas Royalties from Parks and Wildlife Lands | 785 | 979 | 979 |
| 3340  Land Easements | 9 | 9 | 9 |
| 3341  Grazing Lease Rental | 7 | 7 | 7 |
| 3342  Land Lease | 32 | 32 | 32 |
| 3344  Sand, Shell, Gravel, Timber Sales | 9 | 10 | 10 |
| 3349  Land Sales | 49 | 0 | 0 |
| 3449  Game and Fish, Water Safety, and Parks Violations | 96 | 96 | 96 |
| 3461  State Park Fees | 46,782 | 51,980 | 51,980 |

App.098

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: GENERAL REVENUE DEDICATED** (continued) | | | | |
| **0001 General Revenue Fund** (continued) | | | | |
| **Account: 0064 GR Account – State Parks** (concluded) | | | | |
| 3468 Parks and Wildlife Publication Sales | | $ 932 | $ 932 | $ 932 |
| 3883 Issuance of Parks and Wildlife Gift Cards | | 39 | 39 | 39 |
| 3924 Allocations to GRD Account 0064 from Fund 0001 (Sporting Goods Sales Tax) | | 0 | 183,117 | 193,347 |
| Total Estimated Account 0064 Receipts | | 48,984 | 237,471 | 247,701 |
| | | | | |
| **Account: 0088 GR Account – Low-Level Radioactive Waste** | | | | |
| 3589 Radioactive Materials and Devices for Equipment Regulation | | 450 | 450 | 450 |
| 3590 Low-Level Radioactive Waste Disposal Fees | | 250 | 250 | 250 |
| Total Estimated Account 0088 Receipts | | 700 | 700 | 700 |
| | | | | |
| **Account: 0116 GR Account – Texas Commission on Law Enforcement** | | | | |
| 3175 Professional Fees | | 130 | 130 | 130 |
| 3704 Court Costs | | 6,496 | 6,837 | 6,535 |
| 3727 Fees for Administrative Services | | 30 | 25 | 25 |
| 3839 Sale of Vehicles, Boats and Aircraft | | 5 | 0 | 0 |
| Total Estimated Account 0116 Receipts | | 6,661 | 6,992 | 6,690 |
| | | | | |
| **Account: 0127 GR Account – Community Affairs Federal** | | | | |
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | | 600 | 630 | 662 |
| Total Estimated Account 0127 Receipts | | 600 | 630 | 662 |
| | | | | |
| **Account: 0129 GR Account – Hospital Licensing** | | | | |
| 3557 Health Care Facilities Fees | | 2,542 | 2,542 | 2,542 |
| Total Estimated Account 0129 Receipts | | 2,542 | 2,542 | 2,542 |
| | | | | |
| **Account: 0151 GR Account – Clean Air** | | | | |
| 3020 Motor Vehicle Inspection Fees | | 53,660 | 52,480 | 53,005 |
| 3375 Air Pollution Control Fees | | 15,576 | 15,588 | 15,600 |
| Total Estimated Account 0151 Receipts | | 69,236 | 68,068 | 68,605 |
| | | | | |
| **Account: 0153 GR Account – Water Resource Management** | | | | |
| 3242 Water/Sewer Utility Service Regulatory Assessments/Penalties | | 11,263 | 11,601 | 11,949 |
| 3364 Water Use Permits | | 6,213 | 6,299 | 6,389 |
| 3366 Business Fees – Natural Resources | | 26,732 | 26,876 | 27,281 |
| 3370 Boat Sewage Disposal Device Certificate | | 8 | 30 | 8 |
| 3371 Waste Treatment Inspection Fee | | 36,240 | 37,809 | 38,380 |
| 3373 Injection Well Regulation | | 11 | 11 | 11 |
| 3592 Waste Disposal Facilities, Generators, Transporters | | 700 | 711 | 724 |
| 3596 Automotive Oil Sales Fee | | 2,888 | 2,945 | 3,004 |
| Total Estimated Account 0153 Receipts | | 84,055 | 86,282 | 87,746 |
| | | | | |
| **Account: 0158 GR Account – Watermaster Administration** | | | | |
| 3364 Water Use Permits | | 2,680 | 2,680 | 2,680 |
| 3592 Waste Disposal Facilities, Generators, Transporters | | (24) | 0 | 0 |
| Total Estimated Account 0158 Receipts | | 2,656 | 2,680 | 2,680 |
| | | | | |
| **Account: 0165 GR Account – Unemployment Compensation Special Administration** | | | | |
| 3716 Lien Fees | | 4 | 4 | 4 |
| 3732 Unemployment Compensation Penalties | | 16,221 | 16,221 | 16,221 |
| 3770 Administrative Penalties | | 211 | 211 | 211 |
| Total Estimated Account 0165 Receipts | | 16,436 | 16,436 | 16,436 |

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE DEDICATED (continued)**
**0001  General Revenue Fund (continued)**

**Account: 0221 GR Account – Federal Civil Defense and Disaster Relief**

| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | $ 1 | $ 1 | $ 1 |
| Total Estimated Account 0221 Receipts | 1 | 1 | 1 |

**Account: 0222 GR Account – Department of Public Safety Federal**

| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 15 | 15 | 15 |
| Total Estimated Account 0222 Receipts | 15 | 15 | 15 |

**Account: 0224 GR Account – Governor's Office Federal Projects**

| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 146 | 146 | 146 |
| Total Estimated Account 0224 Receipts | 146 | 146 | 146 |

**Account: 0225 GR Account – University of Houston Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 77,839 | 77,839 | 77,839 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 607 | 607 | 607 |
| Total Estimated Account 0225 Receipts | 78,446 | 78,446 | 78,446 |

**Account: 0227 GR Account – Angelo State University Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 10,878 | 10,891 | 10,923 |
| 3522  Higher Education, Sales/Services of Educational and Research Activities | 120 | 120 | 120 |
| 3527  Administrative Fees – Higher Education | 155 | 155 | 155 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 35 | 35 | 35 |
| Total Estimated Account 0227 Receipts | 11,188 | 11,201 | 11,233 |

**Account: 0228 GR Account – University of Texas at Tyler Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 13,377 | 13,736 | 14,111 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 65 | 65 | 65 |
| Total Estimated Account 0228 Receipts | 13,442 | 13,801 | 14,176 |

**Account: 0229 GR Account – University of Houston - Clear Lake Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 12,672 | 12,672 | 12,925 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 41 | 41 | 41 |
| Total Estimated Account 0229 Receipts | 12,713 | 12,713 | 12,966 |

**Account: 0230 GR Account – Texas A&M University - Corpus Christi Current**

| | | | |
|---|---|---|---|
| 3503  Higher Education, Other Fees | 4 | 0 | 0 |
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 16,475 | 16,650 | 16,827 |
| 3506  Higher Education, Laboratory Fees | 68 | 64 | 70 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 56 | 56 | 56 |
| Total Estimated Account 0230 Receipts | 16,603 | 16,770 | 16,953 |

**Account: 0231 GR Account – Texas A&M International University Current**

| | | | |
|---|---|---|---|
| 3503  Higher Education, Other Fees | 146 | 146 | 146 |
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 10,853 | 11,103 | 11,359 |
| 3506  Higher Education, Laboratory Fees | 179 | 181 | 183 |
| 3527  Administrative Fees – Higher Education | 30 | 30 | 30 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 78 | 78 | 78 |
| Total Estimated Account 0231 Receipts | 11,286 | 11,538 | 11,796 |

**Account: 0232 GR Account – Texas A&M University - Texarkana Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 1,930 | 2,027 | 2,087 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 10 | 10 | 10 |
| Total Estimated Account 0232 Receipts | 1,940 | 2,037 | 2,097 |

App.100

Texas Biennial Revenue Estimate

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: GENERAL REVENUE DEDICATED (continued)** | | | | |
| **0001  General Revenue Fund (continued)** | | | | |
| **Account: 0233 GR Account – University of Houston - Victoria Current** | | | | |
| 3505  Higher Education, Tuition and Fees – Non-Pledged | $ | 5,237 | $ 5,237 | $ 5,237 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | | 11 | 11 | 11 |
| Total Estimated Account 0233 Receipts | | 5,248 | 5,248 | 5,248 |
| | | | | |
| **Account: 0236 GR Account – University of Texas System Cancer Center Current** | | | | |
| 3505  Higher Education, Tuition and Fees – Non-Pledged | | 734 | 748 | 763 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | | 6 | 6 | 6 |
| Total Estimated Account 0236 Receipts | | 740 | 754 | 769 |
| | | | | |
| **Account: 0237 GR Account – Texas State Technical College System Current** | | | | |
| 3688  Higher Education, Tuition and Fees – Pledged | | 5,458 | 5,622 | 5,790 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | | 57 | 57 | 57 |
| Total Estimated Account 0237 Receipts | | 5,515 | 5,679 | 5,847 |
| | | | | |
| **Account: 0238 GR Account – University of Texas at Dallas Current** | | | | |
| 3505  Higher Education, Tuition and Fees – Non-Pledged | | 51,919 | 53,458 | 54,514 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | | 174 | 174 | 174 |
| Total Estimated Account 0238 Receipts | | 52,093 | 53,632 | 54,688 |
| | | | | |
| **Account: 0239 GR Account – Texas Tech University Health Sciences Center Current** | | | | |
| 3505  Higher Education, Tuition and Fees – Non-Pledged | | 16,646 | 16,646 | 16,646 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | | 55 | 55 | 55 |
| Total Estimated Account 0239 Receipts | | 16,701 | 16,701 | 16,701 |
| | | | | |
| **Account: 0242 GR Account – Texas A&M University Current** | | | | |
| 3505  Higher Education, Tuition and Fees – Non-Pledged | | 112,000 | 112,800 | 113,300 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | | 482 | 482 | 482 |
| Total Estimated Account 0242 Receipts | | 112,482 | 113,282 | 113,782 |
| | | | | |
| **Account: 0243 GR Account – Tarleton State University Current** | | | | |
| 3505  Higher Education, Tuition and Fees – Non-Pledged | | 16,263 | 16,588 | 16,920 |
| 3506  Higher Education, Laboratory Fees | | 177 | 160 | 144 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | | 21 | 21 | 21 |
| Total Estimated Account 0243 Receipts | | 16,461 | 16,769 | 17,085 |
| | | | | |
| **Account: 0244 GR Account – University of Texas at Arlington Current** | | | | |
| 3505  Higher Education, Tuition and Fees – Non-Pledged | | 66,744 | 67,924 | 68,488 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | | 218 | 218 | 218 |
| Total Estimated Account 0244 Receipts | | 66,962 | 68,142 | 68,706 |
| | | | | |
| **Account: 0245 GR Account – Prairie View A&M University Current** | | | | |
| 3505  Higher Education, Tuition and Fees – Non-Pledged | | 14,875 | 15,061 | 15,249 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | | 114 | 114 | 114 |
| Total Estimated Account 0245 Receipts | | 14,989 | 15,175 | 15,363 |
| | | | | |
| **Account: 0246 GR Account – University of Texas Medical Branch at Galveston Current** | | | | |
| 3503  Higher Education, Other Fees | | 320 | 327 | 333 |
| 3505  Higher Education, Tuition and Fees – Non-Pledged | | 10,214 | 10,418 | 10,627 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | | 15 | 15 | 15 |
| Total Estimated Account 0246 Receipts | | 10,549 | 10,760 | 10,975 |

App.101

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE DEDICATED (continued)**
**0001  General Revenue Fund (continued)**

**Account: 0247 GR Account – Texas Southern University Current**

| | | | | |
|---|---|---|---|---|
| 3503  Higher Education, Other Fees | $ 80 | $ 39 | $ 39 |
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 22,930 | 23,801 | 23,801 |
| 3506  Higher Education, Laboratory Fees | 424 | 170 | 170 |
| 3507  Higher Education, Student Fees | 1,111 | 535 | 535 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 80 | 80 | 80 |
| Total Estimated Account 0247 Receipts | 24,625 | 24,625 | 24,625 |

**Account: 0248 GR Account – University of Texas at Austin Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 112,950 | 112,950 | 112,950 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 717 | 717 | 717 |
| Total Estimated Account 0248 Receipts | 113,667 | 113,667 | 113,667 |

**Account: 0249 GR Account – University of Texas at San Antonio Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 43,778 | 44,924 | 45,375 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 141 | 141 | 141 |
| Total Estimated Account 0249 Receipts | 43,919 | 45,065 | 45,516 |

**Account: 0250 GR Account – University of Texas at El Paso Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 31,184 | 31,396 | 31,977 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 39 | 39 | 39 |
| Total Estimated Account 0250 Receipts | 31,223 | 31,435 | 32,016 |

**Account: 0251 GR Account – University of Texas of the Permian Basin Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 8,132 | 8,299 | 8,469 |
| 3506  Higher Education, Laboratory Fees | 20 | 20 | 20 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 71 | 71 | 71 |
| Total Estimated Account 0251 Receipts | 8,223 | 8,390 | 8,560 |

**Account: 0252 GR Account – University of Texas Southwestern Medical Center Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 6,501 | 6,455 | 6,455 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 130 | 130 | 130 |
| Total Estimated Account 0252 Receipts | 6,631 | 6,585 | 6,585 |

**Account: 0253 GR Account – Texas Woman's University Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 20,935 | 20,958 | 20,979 |
| 3687  Tuition Set-Aside for Dental Hygiene Education Loan Repayments | 18 | 18 | 18 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 35 | 35 | 35 |
| Total Estimated Account 0253 Receipts | 20,988 | 21,011 | 21,032 |

**Account: 0254 GR Account – Texas A&M University - Kingsville Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 12,367 | 12,487 | 12,606 |
| 3506  Higher Education, Laboratory Fees | 84 | 86 | 86 |
| 3527  Administrative Fees – Higher Education | 240 | 240 | 240 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 23 | 23 | 23 |
| Total Estimated Account 0254 Receipts | 12,714 | 12,836 | 12,955 |

**Account: 0255 GR Account – Texas Tech University Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 57,293 | 57,293 | 57,293 |
| 3527  Administrative Fees – Higher Education | 575 | 575 | 575 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 504 | 504 | 504 |
| Total Estimated Account 0255 Receipts | 58,372 | 58,372 | 58,372 |

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund | | Fiscal Year | |
|---|---|---|---|
| No. | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE DEDICATED (continued)**
**0001  General Revenue Fund (continued)**

**Account: 0256 GR Account – Lamar University Current**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3505 | Higher Education, Tuition and Fees – Non-Pledged | $    17,000 | $    17,000 | $    17,000 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 38 | 38 | 38 |
| | Total Estimated Account 0256 Receipts | 17,038 | 17,038 | 17,038 |

**Account: 0257 GR Account – Texas A&M University - Commerce Current**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 15,631 | 15,579 | 15,564 |
| 3506 | Higher Education, Laboratory Fees | 86 | 86 | 86 |
| 3527 | Administrative Fees – Higher Education | 100 | 100 | 100 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 23 | 23 | 23 |
| | Total Estimated Account 0257 Receipts | 15,840 | 15,788 | 15,773 |

**Account: 0258 GR Account – University of North Texas Current**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 47,448 | 48,397 | 49,364 |
| 3506 | Higher Education, Laboratory Fees | 137 | 140 | 143 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 217 | 217 | 217 |
| | Total Estimated Account 0258 Receipts | 47,802 | 48,754 | 49,724 |

**Account: 0259 GR Account – Sam Houston State University Current**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 26,642 | 26,703 | 26,903 |
| 3507 | Higher Education, Student Fees | 442 | 450 | 456 |
| 3527 | Administrative Fees – Higher Education | 112 | 112 | 112 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 103 | 103 | 103 |
| | Total Estimated Account 0259 Receipts | 27,299 | 27,368 | 27,574 |

**Account: 0260 GR Account – Texas State University Current**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 42,524 | 42,524 | 42,524 |
| 3506 | Higher Education, Laboratory Fees | 80 | 80 | 80 |
| 3522 | Higher Education, Sales/Services of Educational and Research Activities | 1,065 | 1,065 | 1,065 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 103 | 103 | 103 |
| | Total Estimated Account 0260 Receipts | 43,772 | 43,772 | 43,772 |

**Account: 0261 GR Account – Stephen F. Austin State University Current**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 15,725 | 15,800 | 15,850 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 19 | 19 | 19 |
| | Total Estimated Account 0261 Receipts | 15,744 | 15,819 | 15,869 |

**Account: 0262 GR Account – Sul Ross State University Current**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 1,660 | 1,648 | 1,644 |
| 3527 | Administrative Fees – Higher Education | 8 | 8 | 8 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 11 | 11 | 11 |
| | Total Estimated Account 0262 Receipts | 1,679 | 1,667 | 1,663 |

**Account: 0263 GR Account – West Texas A&M University Current**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 12,698 | 12,657 | 12,678 |
| 3527 | Administrative Fees – Higher Education | 35 | 14 | 12 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 10 | 10 | 10 |
| | Total Estimated Account 0263 Receipts | 12,743 | 12,681 | 12,700 |

**Account: 0264 GR Account – Midwestern State University Current**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 5,276 | 5,225 | 5,181 |
| 3506 | Higher Education, Laboratory Fees | 50 | 48 | 48 |

App.103

**Texas Biennial Revenue Estimate**

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE DEDICATED (continued)**
**0001  General Revenue Fund (continued)**

Account: 0264 GR Account – Midwestern State University Current (concluded)

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3687 | Tuition Set-Aside for Dental Hygiene Education Loan Repayments | $  1 | $  1 | $  1 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 11 | 11 | 11 |
| | Total Estimated Account 0264 Receipts | 5,338 | 5,285 | 5,241 |

Account: 0268 GR Account – University of Houston Downtown Current

| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 17,404 | 17,752 | 18,107 |
|---|---|---|---|---|
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 22 | 22 | 22 |
| | Total Estimated Account 0268 Receipts | 17,426 | 17,774 | 18,129 |

Account: 0271 GR Account – University of Texas Health Science Center at Houston Current

| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 23,572 | 23,689 | 23,808 |
|---|---|---|---|---|
| 3506 | Higher Education, Laboratory Fees | 150 | 150 | 150 |
| 3684 | Dental School Set-Aside, Loan Repayments | 45 | 45 | 45 |
| 3687 | Tuition Set-Aside for Dental Hygiene Education Loan Repayments | 2 | 2 | 2 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 222 | 222 | 222 |
| | Total Estimated Account 0271 Receipts | 23,991 | 24,108 | 24,227 |

Account: 0275 GR Account – Texas A&M University at Galveston Current

| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 3,051 | 3,112 | 3,175 |
|---|---|---|---|---|
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 19 | 19 | 19 |
| | Total Estimated Account 0275 Receipts | 3,070 | 3,131 | 3,194 |

Account: 0279 GR Account – University of Texas Health Science Center at San Antonio Current

| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 12,003 | 12,140 | 12,284 |
|---|---|---|---|---|
| 3684 | Dental School Set-Aside, Loan Repayments | 48 | 48 | 48 |
| 3687 | Tuition Set-Aside for Dental Hygiene Education Loan Repayments | 2 | 2 | 2 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 33 | 33 | 33 |
| | Total Estimated Account 0279 Receipts | 12,086 | 12,223 | 12,367 |

Account: 0280 GR Account – University of North Texas Health Science Center at Fort Worth Current

| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 10,076 | 10,126 | 10,227 |
|---|---|---|---|---|
| 3506 | Higher Education, Laboratory Fees | 24 | 24 | 25 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 17 | 17 | 17 |
| | Total Estimated Account 0280 Receipts | 10,117 | 10,167 | 10,269 |

Account: 0282 GR Account – University of Texas Health Center at Tyler Current

| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 382 | 387 | 464 |
|---|---|---|---|---|
| 3506 | Higher Education, Laboratory Fees | 5 | 2 | 3 |
| | Total Estimated Account 0282 Receipts | 387 | 389 | 467 |

Account: 0285 GR Account – Lamar State College Orange Current

| 3505 | Higher Education, Tuition and Fees – Non-Pledged | 1,931 | 1,951 | 1,970 |
|---|---|---|---|---|
| 3506 | Higher Education, Laboratory Fees | 23 | 23 | 24 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 15 | 15 | 15 |
| | Total Estimated Account 0285 Receipts | 1,969 | 1,989 | 2,009 |

Texas Biennial Revenue Estimate

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE DEDICATED (continued)**
**0001  General Revenue Fund (continued)**

**Account: 0286 GR Account – Lamar State College Port Arthur Current**

| | 2021 | 2022 | 2023 |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | $        1,827 | $        1,857 | $        1,876 |
| 3506  Higher Education, Laboratory Fees | 15 | 15 | 16 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 11 | 11 | 11 |
| Total Estimated Account 0286 Receipts | 1,853 | 1,883 | 1,903 |

**Account: 0287 GR Account – Lamar Institute of Technology Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 2,080 | 2,080 | 2,080 |
| 3506  Higher Education, Laboratory Fees | 11 | 11 | 11 |
| 3687  Tuition Set-Aside for Dental Hygiene Education Loan Repayments | 1 | 1 | 1 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 10 | 10 | 10 |
| Total Estimated Account 0287 Receipts | 2,102 | 2,102 | 2,102 |

**Account: 0289 GR Account – Texas A&M University System Health Science Center Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 16,671 | 16,966 | 17,136 |
| 3684  Dental School Set-Aside, Loan Repayments | 42 | 42 | 42 |
| 3687  Tuition Set-Aside for Dental Hygiene Education Loan Repayments | 2 | 2 | 2 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 141 | 141 | 141 |
| Total Estimated Account 0289 Receipts | 16,856 | 17,151 | 17,321 |

**Account: 0290 GR Account – Texas A&M University - San Antonio Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 6,796 | 6,855 | 6,915 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 58 | 58 | 58 |
| Total Estimated Account 0290 Receipts | 6,854 | 6,913 | 6,973 |

**Account: 0291 GR Account – Texas A&M University - Central Texas Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 2,397 | 2,395 | 2,382 |
| 3506  Higher Education, Laboratory Fees | 8 | 8 | 8 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 7 | 7 | 7 |
| Total Estimated Account 0291 Receipts | 2,412 | 2,410 | 2,397 |

**Account: 0292 GR Account – University of North Texas - Dallas Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 7,098 | 7,453 | 7,825 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 15 | 15 | 15 |
| Total Estimated Account 0292 Receipts | 7,113 | 7,468 | 7,840 |

**Account: 0293 GR Account – University of Texas - Rio Grande Valley Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 34,765 | 34,765 | 34,765 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 226 | 226 | 226 |
| Total Estimated Account 0293 Receipts | 34,991 | 34,991 | 34,991 |

**Account: 0294 GR Account – Texas Tech University Health Sciences Center El Paso Current**

| | | | |
|---|---|---|---|
| 3505  Higher Education, Tuition and Fees – Non-Pledged | 2,992 | 3,586 | 4,424 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 27 | 27 | 27 |
| Total Estimated Account 0294 Receipts | 3,019 | 3,613 | 4,451 |

**Account: 0341 GR Account – Food and Drug Retail Fees**

| | | | |
|---|---|---|---|
| 3554  Food and Drug Fees | 2,621 | 2,684 | 2,490 |
| Total Estimated Account 0341 Receipts | 2,621 | 2,684 | 2,490 |

App.105

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE DEDICATED (continued)**
**0001  General Revenue Fund (continued)**

**Account: 0412 GR Account – Midwestern State University Special Mineral**

| | 2021 | 2022 | 2023 |
|---|---|---|---|
| 3320   Oil Royalties from Lands Owned by Educational Institutions | $        2 | $        2 | $        2 |
| Total Estimated Account 0412 Receipts | 2 | 2 | 2 |

**Account: 0421 GR Account – Criminal Justice Planning**

| | | | |
|---|---|---|---|
| 3704   Court Costs | 16,115 | 17,034 | 16,281 |
| Total Estimated Account 0421 Receipts | 16,115 | 17,034 | 16,281 |

**Account: 0449 GR Account – Texas Military Federal**

| | | | |
|---|---|---|---|
| 3795   Other Miscellaneous Governmental Revenue | 18 | 18 | 18 |
| Total Estimated Account 0449 Receipts | 18 | 18 | 18 |

**Account: 0450 GR Account – Coastal Public Lands Management Fee**

| | | | |
|---|---|---|---|
| 3302   Land Office Administrative Fees | 312 | 312 | 312 |
| Total Estimated Account 0450 Receipts | 312 | 312 | 312 |

**Account: 0468 GR Account – TCEQ Occupational Licensing**

| | | | |
|---|---|---|---|
| 3175   Professional Fees | 428 | 414 | 474 |
| 3366   Business Fees – Natural Resources | 1,152 | 1,089 | 1,186 |
| 3386   Engineer Registration Program Fees | 25 | 13 | 21 |
| 3562   Health Related Professional Fees | 140 | 96 | 128 |
| 3592   Waste Disposal Facilities, Generators, Transporters | 792 | 741 | 790 |
| Total Estimated Account 0468 Receipts | 2,537 | 2,353 | 2,599 |

**Account: 0469 GR Account – Compensation to Victims of Crime**

| | | | |
|---|---|---|---|
| 3704   Court Costs | 46,377 | 49,008 | 46,841 |
| 3727   Fees for Administrative Services | 15,999 | 16,231 | 16,494 |
| 3734   Recoveries from Crime Victim Restitution | 910 | 910 | 910 |
| 3777   Warrants Voided by Statute of Limitation – Default Fund | 181 | 94 | 94 |
| 3801   Time Payment Plan for Court Costs/Fees | 7 | 7 | 7 |
| 3851   Interest on State Deposits and Treasury Investments – General, Non-Program | 255 | 255 | 255 |
| Total Estimated Account 0469 Receipts | 63,729 | 66,505 | 64,601 |

**Account: 0492 GR Account – Business Enterprise Program**

| | | | |
|---|---|---|---|
| 3628   Dormitory, Cafeteria and Merchandise Sales | 666 | 666 | 666 |
| Total Estimated Account 0492 Receipts | 666 | 666 | 666 |

**Account: 0494 GR Account – Compensation to Victims of Crime Auxiliary**

| | | | |
|---|---|---|---|
| 3736   Unclaimed Compensation to Crime Victims | 500 | 500 | 500 |
| 3851   Interest on State Deposits and Treasury Investments – General, Non-Program | 45 | 45 | 45 |
| Total Estimated Account 0494 Receipts | 545 | 545 | 545 |

**Account: 0501 GR Account – Motorcycle Education**

| | | | |
|---|---|---|---|
| 3025   Driver's License Fees | 1,412 | 1,412 | 1,412 |
| Total Estimated Account 0501 Receipts | 1,412 | 1,412 | 1,412 |

**Account: 0506 GR Account – Non-Game and Endangered Species Conservation**

| | | | |
|---|---|---|---|
| 3435   Game, Fish and Equipment Fees – Commercial | 23 | 23 | 23 |
| 3452   Wildlife Management Permits | 9 | 9 | 9 |
| 3469   Parks and Wildlife Publication Royalties and Commissions | 1 | 1 | 1 |
| Total Estimated Account 0506 Receipts | 33 | 33 | 33 |

App.106

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE DEDICATED (continued)**
**0001  General Revenue Fund (continued)**

**Account: 0512 GR Account – Bureau of Emergency Management**

| | | | | |
|---|---|---|---|---|
| 3557 | Health Care Facilities Fees | $ 134 | $ 133 | $ 133 |
| 3560 | Medical Examination and Registration | 2,505 | 2,480 | 2,480 |
| | Total Estimated Account 0512 Receipts | 2,639 | 2,613 | 2,613 |

**Account: 0524 GR Account – Public Health Services Fee**

| | | | | |
|---|---|---|---|---|
| 3595 | Medical Assistance Cost Recovery | 24,571 | 23,343 | 23,343 |
| 3727 | Fees for Administrative Services | 90 | 90 | 90 |
| | Total Estimated Account 0524 Receipts | 24,661 | 23,433 | 23,433 |

**Account: 0540 GR Account – Judicial and Court Personal Training Fund**

| | | | | |
|---|---|---|---|---|
| 3704 | Court Costs | 6,270 | 6,600 | 6,308 |
| 3711 | Judicial Fees | 6,000 | 6,000 | 6,000 |
| | Total Estimated Account 0540 Receipts | 12,270 | 12,600 | 12,308 |

**Account: 0543 GR Account – Texas Capital Trust**

| | | | | |
|---|---|---|---|---|
| 3315 | Oil and Gas Lease Bonus | 50 | 50 | 50 |
| 3316 | Oil and Gas Lease Rental | 5 | 5 | 5 |
| 3321 | Oil Royalties from Other State Lands for State Departments, Boards, Agencies | 1,549 | 831 | 723 |
| 3326 | Gas Royalties from Other State Lands for State Departments, Boards, Agencies | 265 | 201 | 182 |
| 3340 | Land Easements | 17 | 17 | 17 |
| 3349 | Land Sales | 1,836 | 1,836 | 1,836 |
| 3746 | Rental of Lands /Miscellaneous Land Income | 80 | 80 | 80 |
| | Total Estimated Account 0543 Receipts | 3,802 | 3,020 | 2,893 |

**Account: 0544 GR Account – Lifetime License Endowment**

| | | | | |
|---|---|---|---|---|
| 3434 | Game, Fish and Equipment Fees – Non-Commercial | 1,372 | 1,372 | 1,372 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 140 | 140 | 140 |
| | Total Estimated Account 0544 Receipts | 1,512 | 1,512 | 1,512 |

**Account: 0549 GR Account – Waste Management**

| | | | | |
|---|---|---|---|---|
| 3374 | Underground and Above Ground Storage Tank Fees | 1 | 1 | 1 |
| 3571 | Hazardous Waste Clean Up Application Fees | 1,000 | 1,000 | 1,000 |
| 3585 | Toxic Chemical Release Form Reporting Fees | 131 | 131 | 131 |
| 3589 | Radioactive Materials and Devices for Equipment Regulation | 1,054 | 1,054 | 1,054 |
| 3592 | Waste Disposal Facilities, Generators, Transporters | 33,993 | 34,238 | 34,486 |
| 3727 | Fees for Administrative Services | 25 | 25 | 25 |
| | Total Estimated Account 0549 Receipts | 36,204 | 36,449 | 36,697 |

**Account: 0550 GR Account – Hazardous and Solid Waste Remediation Fees**

| | | | | |
|---|---|---|---|---|
| 3571 | Hazardous Waste Clean Up Application Fees | 80 | 85 | 85 |
| 3592 | Waste Disposal Facilities, Generators, Transporters | 5,415 | 5,420 | 5,420 |
| 3598 | Battery Sales Fee | 23,276 | 23,393 | 23,510 |
| | Total Estimated Account 0550 Receipts | 28,771 | 28,898 | 29,015 |

**Account: 0570 GR Account – Federal Surplus Property Service Charge**

| | | | | |
|---|---|---|---|---|
| 3753 | Sale of Surplus Property Fee | 1,226 | 1,260 | 1,260 |
| 3839 | Sale of Vehicles, Boats and Aircraft | 10 | 0 | 0 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 34 | 34 | 34 |
| | Total Estimated Account 0570 Receipts | 1,270 | 1,294 | 1,294 |

App.107

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE DEDICATED (continued)**
**0001   General Revenue Fund (continued)**

**Account: 0581 GR Account – Bill Blackwood Law Enforcement Management Institute**

| | 2021 | 2022 | 2023 |
|---|---|---|---|
| 3704   Court Costs | $   2,779 | $   2,928 | $   2,799 |
| Total Estimated Account 0581 Receipts | 2,779 | 2,928 | 2,799 |

**Account: 0597 GR Account – Texas Racing Commission**

| | | | |
|---|---|---|---|
| 3188   Race Track Licenses – Horse | 1,550 | 1,389 | 1,244 |
| 3189   Racing and Wagering Licenses | 796 | 796 | 796 |
| 3190   Race Track Licenses – Greyhound | 635 | 581 | 532 |
| 3196   Racing Pool – State Share – Greyhound, Simulcast Pari-Mutuel | 400 | 400 | 400 |
| 3200   Racing Pool – State Share – Horse, Simulcast Pari-Mutuel | 1,800 | 1,800 | 1,800 |
| Total Estimated Account 0597 Receipts | 5,181 | 4,966 | 4,772 |

**Account: 0655 GR Account – Petroleum Storage Tank Remediation**

| | | | |
|---|---|---|---|
| 3080   Petroleum Product Delivery Fees | 16,883 | 17,161 | 17,490 |
| Total Estimated Account 0655 Receipts | 16,883 | 17,161 | 17,490 |

**Account: 0664 GR Account – Texas Preservation Trust**

| | | | |
|---|---|---|---|
| 3855   Interest on Investments, Obligations and Securities – General, Non-Program | 249 | 249 | 249 |
| Total Estimated Account 0664 Receipts | 249 | 249 | 249 |

**Account: 0679 GR Account – Artificial Reef**

| | | | |
|---|---|---|---|
| 3851   Interest on State Deposits and Treasury Investments – General, Non-Program | 70 | 70 | 70 |
| Total Estimated Account 0679 Receipts | 70 | 70 | 70 |

**Account: 5000 GR Account – Solid Waste Disposal Fees**

| | | | |
|---|---|---|---|
| 3592   Waste Disposal Facilities, Generators, Transporters | 11,493 | 11,606 | 11,720 |
| Total Estimated Account 5000 Receipts | 11,493 | 11,606 | 11,720 |

**Account: 5005 GR Account – Oil Overcharge**

| | | | |
|---|---|---|---|
| 3782   Repayments from Political Subdivisions/Other of Loans/Advances | 9,851 | 10,713 | 9,614 |
| 3785   Interest on Oil Overcharge Loans | 1,372 | 1,566 | 1,288 |
| 3851   Interest on State Deposits and Treasury Investments – General, Non-Program | 461 | 461 | 461 |
| Total Estimated Account 5005 Receipts | 11,684 | 12,740 | 11,363 |

**Account: 5006 GR Account – Attorney General Law Enforcement**

| | | | |
|---|---|---|---|
| 3583   Controlled Substances Act Forfeited Money | 328 | 527 | 527 |
| 3851   Interest on State Deposits and Treasury Investments – General, Non-Program | 15 | 15 | 14 |
| Total Estimated Account 5006 Receipts | 343 | 542 | 541 |

**Account: 5007 GR Account – Commission on State Emergency Communications**

| | | | |
|---|---|---|---|
| 3563   Equalization Surcharges, 9-1-1 Emergencies | 18,355 | 18,355 | 18,355 |
| Total Estimated Account 5007 Receipts | 18,355 | 18,355 | 18,355 |

**Account: 5010 GR Account – Sexual Assault Program**

| | | | |
|---|---|---|---|
| 3175   Professional Fees | 13,500 | 17,200 | 19,700 |
| 3710   Court Fines | 204 | 207 | 211 |
| 3727   Fees for Administrative Services | 244 | 248 | 253 |
| Total Estimated Account 5010 Receipts | 13,948 | 17,655 | 20,164 |

**Account: 5012 GR Account – Crime Stoppers Assistance**

| | | | |
|---|---|---|---|
| 3704   Court Costs | 473 | 482 | 461 |
| Total Estimated Account 5012 Receipts | 473 | 482 | 461 |

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |
| **SOURCE: GENERAL REVENUE DEDICATED (continued)** | | | |
| **0001  General Revenue Fund (continued)** | | | |
| **Account: 5013 GR Account – Breath Alcohol Testing** | | | |
| 3704  Court Costs | $      738 | $      775 | $      740 |
| Total Estimated Account 5013 Receipts | 738 | 775 | 740 |
| | | | |
| **Account: 5017 GR Account – Asbestos Removal Licensure** | | | |
| 3175  Professional Fees | 3,769 | 3,769 | 3,769 |
| Total Estimated Account 5017 Receipts | 3,769 | 3,769 | 3,769 |
| | | | |
| **Account: 5018 GR Account – Home Health Services** | | | |
| 3557  Health Care Facilities Fees | 6,307 | 6,826 | 6,307 |
| 3770  Administrative Penalties | 1,697 | 1,697 | 1,697 |
| Total Estimated Account 5018 Receipts | 8,004 | 8,523 | 8,004 |
| | | | |
| **Account: 5020 GR Account – Workplace Chemicals List** | | | |
| 3577  Tier Two Forms Filing Fees | 1,218 | 1,310 | 1,415 |
| Total Estimated Account 5020 Receipts | 1,218 | 1,310 | 1,415 |
| | | | |
| **Account: 5021 GR Account – Certification of Mammography Systems** | | | |
| 3557  Health Care Facilities Fees | 1,341 | 1,328 | 1,328 |
| Total Estimated Account 5021 Receipts | 1,341 | 1,328 | 1,328 |
| | | | |
| **Account: 5022 GR Account – Oyster Sales** | | | |
| 3436  Oyster Fees | 291 | 277 | 277 |
| Total Estimated Account 5022 Receipts | 291 | 277 | 277 |
| | | | |
| **Account: 5024 GR Account – Food and Drug Registration** | | | |
| 3554  Food and Drug Fees | 10,254 | 9,705 | 10,254 |
| Total Estimated Account 5024 Receipts | 10,254 | 9,705 | 10,254 |
| | | | |
| **Account: 5025 GR Account – Lottery** | | | |
| 3176  Lottery License Application Fees | 311 | 311 | 311 |
| 3177  Lottery Ticket Sales | 551,744 | 525,433 | 525,433 |
| 3178  Lottery Security Proceeds | 60 | 60 | 60 |
| Total Estimated Account 5025 Receipts | 552,115 | 525,804 | 525,804 |
| | | | |
| **Account: 5026 GR Account – Workforce Commission Federal** | | | |
| 3321  Oil Royalties from Other State Lands for State Departments, Boards, Agencies | 2 | 2 | 2 |
| 3349  Land Sales | 225 | 782 | 1,633 |
| 3716  Lien Fees | 55 | 55 | 55 |
| 3751  Sale of Buildings | 1,201 | 1,975 | 3,236 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 16 | 16 | 16 |
| Total Estimated Account 5026 Receipts | 1,499 | 2,830 | 4,942 |
| | | | |
| **Account: 5029 GR Account – Center for Study and Prevention of Juvenile Crime and Delinquency** | | | |
| 3704  Court Costs | 1,615 | 1,696 | 1,621 |
| Total Estimated Account 5029 Receipts | 1,615 | 1,696 | 1,621 |
| | | | |
| **Account: 5044 GR Account – Permanent Fund for Health and Tobacco Education and Enforcement** | | | |
| 3873  Interest on Investments, Obligations and Securities, Operating Revenue – Operating Grants and Contributions | 425 | 118 | 98 |
| Total Estimated Account 5044 Receipts | 425 | 118 | 98 |

Texas Biennial Revenue Estimate

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE DEDICATED (continued)**
**0001  General Revenue Fund (continued)**

**Account: 5045 GR Account – Permanent Fund for Children and Public Health**

| | | | |
|---|---|---|---|
| 3873  Interest on Investments, Obligations and Securities, Operating Revenue – Operating Grants and Contributions | $ 213 | $ 58 | $ 47 |
| Total Estimated Account 5045 Receipts | 213 | 58 | 47 |

**Account: 5046 GR Account – Permanent Fund for Emergency Medical Services and Trauma Care**

| | | | |
|---|---|---|---|
| 3873  Interest on Investments, Obligations and Securities, Operating Revenue – Operating Grants and Contributions | 213 | 56 | 44 |
| Total Estimated Account 5046 Receipts | 213 | 56 | 44 |

**Account: 5047 GR Account – Permanent Fund for Rural Health Facility Capital Improvement**

| | | | |
|---|---|---|---|
| 3873  Interest on Investments, Obligations and Securities, Operating Revenue – Operating Grants and Contributions | 1,701 | 1,746 | 1,786 |
| Total Estimated Account 5047 Receipts | 1,701 | 1,746 | 1,786 |

**Account: 5048 GR Account – Permanent Hospital Fund for Capital Improvements and the Texas Center for Infectious Disease**

| | | | |
|---|---|---|---|
| 3873  Interest on Investments, Obligations and Securities, Operating Revenue – Operating Grants and Contributions | 850 | 873 | 893 |
| Total Estimated Account 5048 Receipts | 850 | 873 | 893 |

**Account: 5049 GR Account – State Owned Multicategorical Teaching Hospital**

| | | | |
|---|---|---|---|
| 3963  Transfer to GR Account – State Owned Multicategorical Teaching Hospital 5049 and Unappropriated GR 0001 from GR Account – Lottery 5025 (Other) | 439 | 439 | 439 |
| Total Estimated Account 5049 Receipts | 439 | 439 | 439 |

**Account: 5050 GR Account – 9-1-1 Service Fees**

| | | | |
|---|---|---|---|
| 3647  9-1-1 Emergency Service Fees | 6,025 | 6,025 | 5,619 |
| 3981  Transfers to 9-1-1 Service Fee 5050 from 0875 | 26,486 | 26,486 | 26,830 |
| Total Estimated Account 5050 Receipts | 32,511 | 32,511 | 32,449 |

**Account: 5064 GR Account – Volunteer Fire Department Assistance**

| | | | |
|---|---|---|---|
| 3208  Insurance Assessment for Volunteer Fire Departments | 22,563 | 21,613 | 21,613 |
| 3782  Repayments from Political Subdivisions/Other of Loans/Advances | 57 | 36 | 27 |
| 3854  Interest Other – General, Non-Program | 6 | 3 | 2 |
| Total Estimated Account 5064 Receipts | 22,626 | 21,652 | 21,642 |

**Account: 5065 GR Account – Environmental Trust Lab Accreditation**

| | | | |
|---|---|---|---|
| 3557  Health Care Facilities Fees | 831 | 831 | 831 |
| Total Estimated Account 5065 Receipts | 831 | 831 | 831 |

**Account: 5071 GR Account – Emissions Reduction Plan**

| | | | |
|---|---|---|---|
| 3004  Motor Vehicle Sales and Use Tax | 16,212 | 0 | 0 |
| 3014  Motor Vehicle Registration Fees | 11,689 | 0 | 0 |
| 3016  Motor Vehicle Sales and Use Tax – Seller Financed Motor Vehicles | 31 | 0 | 0 |
| 3020  Motor Vehicle Inspection Fees | 5,912 | 0 | 0 |
| 3102  Limited Sales and Use Tax | 67,646 | 0 | 0 |
| Total Estimated Account 5071 Receipts | 101,490 | 0 | 0 |

App.110

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: GENERAL REVENUE DEDICATED (continued)** | | | | |
| **0001  General Revenue Fund (continued)** | | | | |
| **Account: 5073 GR Account – Fair Defense** | | | | |
| 3195 | Additional Legal Services Fee | $        2,000 | $        2,000 | $        2,000 |
| 3704 | Court Costs | 33,169 | 35,530 | 33,959 |
| 3858 | Bail Bond Surety Fees | 1,850 | 1,850 | 1,850 |
| | Total Estimated Account 5073 Receipts | 37,019 | 39,380 | 37,809 |
| **Account: 5080 GR Account – Quality Assurance** | | | | |
| 3557 | Health Care Facilities Fees | 60,000 | 60,000 | 60,000 |
| 3770 | Administrative Penalties | 57 | 57 | 57 |
| | Total Estimated Account 5080 Receipts | 60,057 | 60,057 | 60,057 |
| **Account: 5083 GR Account – Correctional Management Institute and Criminal Justice Center** | | | | |
| 3704 | Court Costs | 1,612 | 1,693 | 1,618 |
| | Total Estimated Account 5083 Receipts | 1,612 | 1,693 | 1,618 |
| **Account: 5085 GR Account – Child Abuse Neglect and Prevention Trust** | | | | |
| 3707 | Marriage License Fees | 3,500 | 3,364 | 3,232 |
| | Total Estimated Account 5085 Receipts | 3,500 | 3,364 | 3,232 |
| **Account: 5093 GR Account – Dry Cleaner Facility Release** | | | | |
| 3175 | Professional Fees | 2,705 | 0 | 0 |
| 3390 | Purchase of Dry Cleaning Solvent Fees | 452 | 0 | 0 |
| 3770 | Administrative Penalties | 4 | 0 | 0 |
| | Total Estimated Account 5093 Receipts | 3,161 | 0 | 0 |
| **Account: 5094 GR Account – Operating Permit Fees** | | | | |
| 3375 | Air Pollution Control Fees | 39,425 | 39,757 | 40,093 |
| | Total Estimated Account 5094 Receipts | 39,425 | 39,757 | 40,093 |
| **Account: 5095 GR Account – Election Improvement** | | | | |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 90 | 50 | 25 |
| | Total Estimated Account 5095 Receipts | 90 | 50 | 25 |
| **Account: 5096 GR Account – Perpetual Care** | | | | |
| 3589 | Radioactive Materials and Devices for Equipment Regulation | 424 | 424 | 424 |
| | Total Estimated Account 5096 Receipts | 424 | 424 | 424 |
| **Account: 5101 GR Account – Subsequent Injury** | | | | |
| 3869 | Workers' Compensation Insurance – Death Benefits to the State | 11,398 | 11,398 | 11,398 |
| | Total Estimated Account 5101 Receipts | 11,398 | 11,398 | 11,398 |
| **Account: 5105 GR Account – Public Assurance** | | | | |
| 3572 | Health Related Professional Fees, Doctor Surcharge | 3,599 | 3,646 | 3,693 |
| | Total Estimated Account 5105 Receipts | 3,599 | 3,646 | 3,693 |
| **Account: 5106 GR Account – Economic Development Bank** | | | | |
| 3727 | Fees for Administrative Services | 150 | 150 | 150 |
| 3782 | Repayments from Political Subdivisions/Other of Loans/Advances | 864 | 882 | 567 |
| 3852 | Interest on Local Deposits – State Agencies | 1 | 1 | 1 |
| 3875 | Interest Income, Other Operating Revenue – Operating Grants and Contributions | 113 | 89 | 65 |
| | Total Estimated Account 5106 Receipts | 1,128 | 1,122 | 783 |

App.111

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |
| **SOURCE: GENERAL REVENUE DEDICATED (continued)** | | | |
| **0001  General Revenue Fund (continued)** | | | |
| **Account: 5107 GR Account – Texas Enterprise** | | | |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | $ 1,081 | $ 996 | $ 911 |
| Total Estimated Account 5107 Receipts | 1,081 | 996 | 911 |
| **Account: 5108 GR Account – EMS, Trauma Facilities, Trauma Care Systems** | | | |
| 3704  Court Costs | 688 | 661 | 661 |
| 3710  Court Fines | 1,523 | 1,462 | 1,462 |
| Total Estimated Account 5108 Receipts | 2,211 | 2,123 | 2,123 |
| **Account: 5109 GR Account – Medicaid Recovery 42 U.S.C. § 1396p** | | | |
| 3595  Medical Assistance Cost Recovery | 2,300 | 2,300 | 2,300 |
| Total Estimated Account 5109 Receipts | 2,300 | 2,300 | 2,300 |
| **Account: 5111 GR Account – Designated Trauma Facility and EMS** | | | |
| 3206  Insurance Company Fees | 60,619 | 61,772 | 62,637 |
| 3710  Court Fines | 41,281 | 41,281 | 41,281 |
| 3717  Civil Penalties | 6,000 | 2,512 | 0 |
| Total Estimated Account 5111 Receipts | 107,900 | 105,565 | 103,918 |
| **Account: 5114 GR Account – Texas Military Value Revolving Loan** | | | |
| 3782  Repayments from Political Subdivisions/Other of Loans/Advances | 1,396 | 1,450 | 1,505 |
| 3875  Interest Income, Other Operating Revenue – Operating Grants and Contributions | 743 | 686 | 627 |
| Total Estimated Account 5114 Receipts | 2,139 | 2,136 | 2,132 |
| **Account: 5125 GR Account – Childhood Immunization** | | | |
| 3579  Vital Statistics Certification and Service Fees | 68 | 68 | 68 |
| Total Estimated Account 5125 Receipts | 68 | 68 | 68 |
| **Account: 5128 GR Account – Employment and Training Investment Holding** | | | |
| 3728  Unemployment Assessments | 112,988 | 112,988 | 112,988 |
| Total Estimated Account 5128 Receipts | 112,988 | 112,988 | 112,988 |
| **Account: 5139 GR Account – Historic Site** | | | |
| 3340  Land Easements | 10 | 10 | 10 |
| 3344  Sand, Shell, Gravel, Timber Sales | 12 | 12 | 12 |
| 3461  State Park Fees | 520 | 567 | 567 |
| 3727  Fees for Administrative Services | 49 | 49 | 49 |
| 3755  Commemorative Sales/Gift Shop and Museum Revenues | 234 | 234 | 234 |
| 3924  Allocations to GRD Account 5139 from Fund 0001 (Sporting Goods Sales Tax) | 0 | 13,783 | 14,553 |
| Total Estimated Account 5139 Receipts | 825 | 14,655 | 15,425 |
| **Account: 5152 GR Account – Alamo Complex** | | | |
| 3748  Royalties | 0 | 2 | 2 |
| 3755  Commemorative Sales/Gift Shop and Museum Revenues | 1,030 | 4,120 | 4,120 |
| 3770  Administrative Penalties | 2 | 7 | 7 |
| 3833  Cash Receipt – Capital Contributions/Capital Grants and Contributions – Other Grant Revenue | 6 | 24 | 24 |
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 24 | 24 | 24 |
| Total Estimated Account 5152 Receipts | 1,062 | 4,177 | 4,177 |

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |

**SOURCE: GENERAL REVENUE DEDICATED (continued)**
**0001  General Revenue Fund (continued)**
    Account: 5153 GR Account – Emergency Radio Infrastructure

| | 2021 | 2022 | 2023 |
|---|---|---|---|
| 3704  Court Costs | $ 6,942 | $ 7,333 | $ 7,009 |
| Total Estimated Account 5153 Receipts | 6,942 | 7,333 | 7,009 |

    **Account: 5155 GR Account – Oil and Gas Regulation and Cleanup**

| | | | |
|---|---|---|---|
| 3310  Oil and Gas Regulation and Cleanup Fee Surcharge | 16,164 | 18,028 | 19,197 |
| 3313  Oil and Gas Well Drilling Permit | 4,034 | 5,057 | 5,682 |
| 3314  Oil and Gas Violations | 11,968 | 11,968 | 11,968 |
| 3338  Organization Report Fees | 3,750 | 3,750 | 3,750 |
| 3339  Railroad Commission Voluntary Cleanup Application Fees | 10 | 10 | 10 |
| 3369  Reimbursement for Well Plugging Costs | 1,475 | 1,475 | 1,475 |
| 3373  Injection Well Regulation | 51 | 57 | 60 |
| 3381  Oil Field Cleanup Regulatory Fee on Oil | 8,998 | 9,038 | 9,158 |
| 3382  Railroad Commission Rule Exceptions | 1,262 | 1,352 | 1,449 |
| 3383  Oil Field Cleanup Regulatory Fee on Gas | 5,911 | 6,384 | 6,617 |
| 3384  Oil and Gas Compliance Certification Reissue Fee | 433 | 557 | 612 |
| 3393  Abandoned Well Site Equipment Disposal | 997 | 1,084 | 1,168 |
| 3553  Pipeline Safety Inspection Fees | 11,050 | 11,050 | 11,050 |
| 3592  Waste Disposal Facilities, Generators, Transporters | 190 | 190 | 190 |
| 3727  Fees for Administrative Services | 1,046 | 1,046 | 1,046 |
| Total Estimated Account 5155 Receipts | 67,339 | 71,046 | 73,432 |

    **Account: 5157 GR Account – Statewide Electronic Filing System**

| | | | |
|---|---|---|---|
| 3704  Court Costs | 1,419 | 1,090 | 1,041 |
| 3711  Judicial Fees | 23,755 | 24,279 | 24,814 |
| Total Estimated Account 5157 Receipts | 25,174 | 25,369 | 25,855 |

    **Account: 5158 GR Account – Environmental Radiation and Perpetual Care**

| | | | |
|---|---|---|---|
| 3589  Radioactive Materials and Devices for Equipment Regulation | 45 | 45 | 45 |
| 3590  Low-Level Radioactive Waste Disposal Fees | 1,500 | 1,550 | 1,550 |
| Total Estimated Account 5158 Receipts | 1,545 | 1,595 | 1,595 |

    **Account: 5161 GR Account – Governor's University Research Initiative**

| | | | |
|---|---|---|---|
| 3782  Repayments from Political Subdivisions/Other of Loans/Advances | 880 | 907 | 934 |
| 3875  Interest Income, Other Operating Revenue – Operating Grants and Contributions | 827 | 801 | 773 |
| Total Estimated Account 5161 Receipts | 1,707 | 1,708 | 1,707 |

    **Account: 5164 GR Account – Truancy Prevention and Diversion**

| | | | |
|---|---|---|---|
| 3704  Court Costs | 4,935 | 5,156 | 4,928 |
| Total Estimated Account 5164 Receipts | 4,935 | 5,156 | 4,928 |

    **Account: 5168 GR Account – Cancer Prevention and Research Interest and Sinking**

| | | | |
|---|---|---|---|
| 3748  Royalties | 350 | 350 | 350 |
| Total Estimated Account 5168 Receipts | 350 | 350 | 350 |

    **Account: 5173 GR Account – Texas Forensic Science Commission**

| | | | |
|---|---|---|---|
| 3562  Health Related Professional Fees | 157 | 45 | 157 |
| Total Estimated Account 5173 Receipts | 157 | 45 | 157 |

    **Account: 5178 GR Account – State Hemp Program**

| | | | |
|---|---|---|---|
| 3400  Business Fees – Agriculture | 712 | 712 | 712 |
| Total Estimated Account 5178 Receipts | 712 | 712 | 712 |

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |
| **SOURCE: GENERAL REVENUE DEDICATED (concluded)** | | | |
| **0001   General Revenue Fund (concluded)** | | | |
| Account: 5184 GR Account – Specialty Court | | | |
| 3704   Court Costs | $        1,806 | $        2,061 | $        1,970 |
| Total Estimated Account 5184 Receipts | 1,806 | 2,061 | 1,970 |
| | | | |
| Account: 5185 GR Account – DNA Testing | | | |
| 3704   Court Costs | 243 | 277 | 265 |
| Total Estimated Account 5185 Receipts | 243 | 277 | 265 |
| | | | |
| Account: 5186 GR Account – Transportation Administrative Fee | | | |
| 3704   Court Costs | 7,549 | 8,614 | 8,233 |
| Total Estimated Account 5186 Receipts | 7,549 | 8,614 | 8,233 |
| | | | |
| Total Estimated Fund 0001 Receipts | 3,065,997 | 3,169,365 | 3,184,387 |
| | | | |
| **Total Estimated General Revenue Dedicated** | $   3,065,997 | $   3,169,365 | $   3,184,387 |
| | | | |
| **SOURCE: FEDERAL FUNDS** | | | |
| **0001   General Revenue Fund** | | | |
| Account: 0001 General Revenue Fund | | | |
| 3500   Federal Receipts, Matched – Education Programs | 398 | 120 | 0 |
| 3501   Federal Receipts, Not Matched – Education Programs | 43 | 0 | 0 |
| 3550   Federal Receipts, Matched – Health Programs | 1,217 | 1,217 | 1,217 |
| 3551   Federal Receipts, Not Matched – Health Programs | 672,870 | 672,870 | 672,870 |
| 3600   Federal Receipts, Matched – Medicaid, TANF, Other Health Programs | 30,386,328 | 31,516,942 | 28,756,000 |
| 3601   Federal Receipts, Not Matched – Medicaid Standards/Mental Health | 85,287 | 85,287 | 85,287 |
| 3700   Federal Receipts, Matched – Other Programs | 552,695 | 547,459 | 547,257 |
| 3701   Federal Receipts, Not Matched – Other Programs | 1,932,663 | 2,835,595 | 2,755,836 |
| Total Estimated Account 0001 Receipts | 33,631,501 | 35,659,490 | 32,818,467 |
| | | | |
| Account: 0009 GR Account – Game, Fish, and Water Safety | | | |
| 3430   Federal Receipts, Matched – Parks and Wildlife | 55,697 | 55,697 | 55,697 |
| 3431   Federal Receipts, Not Matched – Parks and Wildlife | 2,322 | 2,322 | 2,322 |
| Total Estimated Account 0009 Receipts | 58,019 | 58,019 | 58,019 |
| | | | |
| Account: 0027 GR Account – Coastal Protection | | | |
| 3700   Federal Receipts, Matched – Other Programs | 2,531 | 2,531 | 2,531 |
| 3701   Federal Receipts, Not Matched – Other Programs | 524 | 524 | 524 |
| Total Estimated Account 0027 Receipts | 3,055 | 3,055 | 3,055 |
| | | | |
| Account: 0036 GR Account – Texas Department of Insurance Operating | | | |
| 3700   Federal Receipts, Matched – Other Programs | 2,784 | 2,820 | 2,820 |
| Total Estimated Account 0036 Receipts | 2,784 | 2,820 | 2,820 |
| | | | |
| Account: 0037 GR Account – Federal Child Welfare Service | | | |
| 3600   Federal Receipts, Matched – Medicaid, TANF, Other Health Programs | 477,072 | 479,988 | 477,654 |
| 3601   Federal Receipts, Not Matched – Medicaid Standards/Mental Health | 31,385 | 32,812 | 40,771 |
| 3621   Child Support Collections – Federal | 704 | 669 | 635 |
| Total Estimated Account 0037 Receipts | 509,161 | 513,469 | 519,060 |
| | | | |
| Account: 0064 GR Account – State Parks | | | |
| 3430   Federal Receipts, Matched – Parks and Wildlife | 129 | 129 | 129 |
| Total Estimated Account 0064 Receipts | 129 | 129 | 129 |

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | | Fiscal Year | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |

**SOURCE: FEDERAL FUNDS (continued)**
**0001  General Revenue Fund (continued)**

**Account: 0092 GR Account – Federal Disaster**

| | | | |
|---|---|---|---|
| 3701  Federal Receipts, Not Matched – Other Programs | $    202,788 | $    172,645 | $    156,103 |
| Total Estimated Account 0092 Receipts | 202,788 | 172,645 | 156,103 |

**Account: 0118 GR Account – Federal Public Library Service**

| | | | |
|---|---|---|---|
| 3700  Federal Receipts, Matched – Other Programs | 11,834 | 11,834 | 11,834 |
| Total Estimated Account 0118 Receipts | 11,834 | 11,834 | 11,834 |

**Account: 0127 GR Account – Community Affairs Federal**

| | | | |
|---|---|---|---|
| 3701  Federal Receipts, Not Matched – Other Programs | 280,153 | 280,726 | 282,887 |
| Total Estimated Account 0127 Receipts | 280,153 | 280,726 | 282,887 |

**Account: 0148 GR Account – Federal Health, Education and Welfare**

| | | | |
|---|---|---|---|
| 3501  Federal Receipts, Not Matched – Education Programs | 3,364,884 | 3,341,116 | 3,341,116 |
| Total Estimated Account 0148 Receipts | 3,364,884 | 3,341,116 | 3,341,116 |

**Account: 0151 GR Account – Clean Air**

| | | | |
|---|---|---|---|
| 3700  Federal Receipts, Matched – Other Programs | 6,750 | 6,750 | 6,750 |
| 3701  Federal Receipts, Not Matched – Other Programs | 3,500 | 3,500 | 3,500 |
| Total Estimated Account 0151 Receipts | 10,250 | 10,250 | 10,250 |

**Account: 0153 GR Account – Water Resource Management**

| | | | |
|---|---|---|---|
| 3700  Federal Receipts, Matched – Other Programs | 13,500 | 13,500 | 13,500 |
| 3701  Federal Receipts, Not Matched – Other Programs | 5,500 | 5,500 | 5,500 |
| Total Estimated Account 0153 Receipts | 19,000 | 19,000 | 19,000 |

**Account: 0171 GR Account – Federal School Lunch**

| | | | |
|---|---|---|---|
| 3501  Federal Receipts, Not Matched – Education Programs | 2,246,334 | 1,979,337 | 1,979,337 |
| Total Estimated Account 0171 Receipts | 2,246,334 | 1,979,337 | 1,979,337 |

**Account: 0221 GR Account – Federal Civil Defense and Disaster Relief**

| | | | |
|---|---|---|---|
| 3701  Federal Receipts, Not Matched – Other Programs | 281 | 0 | 0 |
| Total Estimated Account 0221 Receipts | 281 | 0 | 0 |

**Account: 0222 GR Account – Department of Public Safety Federal**

| | | | |
|---|---|---|---|
| 3701  Federal Receipts, Not Matched – Other Programs | 1,900 | 1,850 | 1,850 |
| Total Estimated Account 0222 Receipts | 1,900 | 1,850 | 1,850 |

**Account: 0224 GR Account – Governor's Office Federal Projects**

| | | | |
|---|---|---|---|
| 3701  Federal Receipts, Not Matched – Other Programs | 108,383 | 115,591 | 123,278 |
| Total Estimated Account 0224 Receipts | 108,383 | 115,591 | 123,278 |

**Account: 0273 GR Account – Federal Health and Health Lab Funding Excess Revenue**

| | | | |
|---|---|---|---|
| 3550  Federal Receipts, Matched – Health Programs | 160,900 | 160,900 | 160,900 |
| 3551  Federal Receipts, Not Matched – Health Programs | 140,377 | 140,377 | 140,377 |
| Total Estimated Account 0273 Receipts | 301,277 | 301,277 | 301,277 |

**Account: 0421 GR Account – Criminal Justice Planning**

| | | | |
|---|---|---|---|
| 3700  Federal Receipts, Matched – Other Programs | 12,338 | 12,198 | 12,059 |
| 3701  Federal Receipts, Not Matched – Other Programs | 206,480 | 206,480 | 206,480 |
| Total Estimated Account 0421 Receipts | 218,818 | 218,678 | 218,539 |

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |
| **SOURCE: FEDERAL FUNDS (continued)** | | | |
| **0001   General Revenue Fund (continued)** | | | |
| Account: 0449 GR Account – Texas Military Federal | | | |
| 3700   Federal Receipts, Matched – Other Programs | $      66,794 | $      68,797 | $      67,864 |
| Total Estimated Account 0449 Receipts | 66,794 | 68,797 | 67,864 |
| | | | |
| Account: 0467 GR Account – Texas Recreation and Parks | | | |
| 3430   Federal Receipts, Matched – Parks and Wildlife | 5,332 | 5,332 | 5,332 |
| Total Estimated Account 0467 Receipts | 5,332 | 5,332 | 5,332 |
| | | | |
| Account: 0469 GR Account – Compensation to Victims of Crime | | | |
| 3700   Federal Receipts, Matched – Other Programs | 31,853 | 20,511 | 21,249 |
| Total Estimated Account 0469 Receipts | 31,853 | 20,511 | 21,249 |
| | | | |
| Account: 0549 GR Account – Waste Management | | | |
| 3700   Federal Receipts, Matched – Other Programs | 6,000 | 6,000 | 6,000 |
| 3701   Federal Receipts, Not Matched – Other Programs | 750 | 750 | 750 |
| Total Estimated Account 0549 Receipts | 6,750 | 6,750 | 6,750 |
| | | | |
| Account: 0550 GR Account – Hazardous and Solid Waste Remediation Fees | | | |
| 3700   Federal Receipts, Matched – Other Programs | 225 | 225 | 225 |
| 3701   Federal Receipts, Not Matched – Other Programs | 425 | 425 | 425 |
| Total Estimated Account 0550 Receipts | 650 | 650 | 650 |
| | | | |
| Account: 0655 GR Account – Petroleum Storage Tank Remediation | | | |
| 3700   Federal Receipts, Matched – Other Programs | 4,000 | 4,000 | 4,000 |
| Total Estimated Account 0655 Receipts | 4,000 | 4,000 | 4,000 |
| | | | |
| Account: 5006 GR Account – Attorney General Law Enforcement | | | |
| 3700   Federal Receipts, Matched – Other Programs | 523 | 523 | 523 |
| Total Estimated Account 5006 Receipts | 523 | 523 | 523 |
| | | | |
| Account: 5007 GR Account – Commission on State Emergency Communications | | | |
| 3701   Federal Receipts, Not Matched – Other Programs | 4,755 | 3,380 | 0 |
| Total Estimated Account 5007 Receipts | 4,755 | 3,380 | 0 |
| | | | |
| Account: 5026 GR Account – Workforce Commission Federal | | | |
| 3550   Federal Receipts, Matched – Health Programs | 272,835 | 260,123 | 264,951 |
| 3551   Federal Receipts, Not Matched – Health Programs | 18,297 | 18,114 | 18,114 |
| 3700   Federal Receipts, Matched – Other Programs | 241,790 | 238,069 | 238,001 |
| 3701   Federal Receipts, Not Matched – Other Programs | 1,209,073 | 1,157,468 | 1,146,761 |
| Total Estimated Account 5026 Receipts | 1,741,995 | 1,673,774 | 1,667,827 |
| | | | |
| Account: 5041 GR Account – Railroad Commission Federal | | | |
| 3700   Federal Receipts, Matched – Other Programs | 1,400 | 1,460 | 1,460 |
| 3701   Federal Receipts, Not Matched – Other Programs | 1,640 | 1,640 | 1,640 |
| Total Estimated Account 5041 Receipts | 3,040 | 3,100 | 3,100 |
| | | | |
| Account: 5091 GR Account – Office of Rural Community Affairs Federal | | | |
| 3700   Federal Receipts, Matched – Other Programs | 1,076 | 1,076 | 1,076 |
| 3701   Federal Receipts, Not Matched – Other Programs | 67,090 | 66,701 | 66,701 |
| Total Estimated Account 5091 Receipts | 68,166 | 67,777 | 67,777 |

App.116

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |
| **SOURCE: FEDERAL FUNDS (concluded)** | | | |
| **0001  General Revenue Fund (concluded)** | | | |
| **Account: 5155 GR Account – Oil and Gas Regulation and Cleanup** | | | |
| 3700  Federal Receipts, Matched – Other Programs | $       5,700 | $       5,700 | $       5,700 |
| 3701  Federal Receipts, Not Matched – Other Programs | 120 | 120 | 120 |
| Total Estimated Account 5155 Receipts | 5,820 | 5,820 | 5,820 |
| Total Estimated Fund 0001 Receipts | $ 42,910,229 | $ 44,549,700 | $ 41,697,913 |
| **0006  State Highway Fund** | | | |
| 3001  Federal Receipts, Matched – Transportation Programs | 5,853,758 | 4,329,196 | 3,963,289 |
| Total Estimated Fund 0006 Receipts | 5,853,758 | 4,329,196 | 3,963,289 |
| **0008  State Highway Debt Service Fund** | | | |
| 3001  Federal Receipts, Matched – Transportation Programs | 36,629 | 36,372 | 36,014 |
| Total Estimated Fund 0008 Receipts | 36,629 | 36,372 | 36,014 |
| **0010  Texas Department of Motor Vehicles Fund** | | | |
| 3001  Federal Receipts, Matched – Transportation Programs | 744 | 744 | 744 |
| Total Estimated Fund 0010 Receipts | 744 | 744 | 744 |
| **0325  Coronavirus Relief Fund** | | | |
| 3001  Federal Receipts, Matched – Transportation Programs | 1,004,700 | 0 | 0 |
| 3501  Federal Receipts, Not Matched – Education Programs | 5,256,050 | 1,827,396 | 0 |
| 3551  Federal Receipts, Not Matched – Health Programs | 1,796,205 | 495,296 | 30,157 |
| 3600  Federal Receipts, Matched – Medicaid, TANF, Other Health Programs | 2,373,519 | 0 | 0 |
| 3601  Federal Receipts, Not Matched – Medicaid Standards/Mental Health | 3,518 | 1,173 | 0 |
| 3700  Federal Receipts, Matched – Other Programs | 1,634,380 | 1,818 | 0 |
| 3701  Federal Receipts, Not Matched – Other Programs | 3,105,771 | 541,493 | 466,949 |
| 3831  Federal Receipts – Proprietary Funds – Operating | 2,583,242 | 0 | 0 |
| Total Estimated Fund 0325 Receipts | 17,757,385 | 2,867,176 | 497,106 |
| **0365  Texas Mobility Fund** | | | |
| 3001  Federal Receipts, Matched – Transportation Programs | 21,945 | 21,955 | 21,918 |
| Total Estimated Fund 0365 Receipts | 21,945 | 21,955 | 21,918 |
| **0368  Fund for Veterans' Assistance** | | | |
| 3701  Federal Receipts, Not Matched – Other Programs | 30 | 30 | 30 |
| Total Estimated Fund 0368 Receipts | 30 | 30 | 30 |
| **0369  Federal American Recovery and Reinvestment Fund** | | | |
| 3701  Federal Receipts, Not Matched – Other Programs | 6,141 | 6,203 | 6,265 |
| Total Estimated Fund 0369 Receipts | 6,141 | 6,203 | 6,265 |
| **0374  Veterans Financial Assistance Program Fund** | | | |
| 3700  Federal Receipts, Matched – Other Programs | 5,566 | 5,566 | 5,566 |
| 3701  Federal Receipts, Not Matched – Other Programs | 3,215 | 3,215 | 3,215 |
| 3831  Federal Receipts – Proprietary Funds – Operating | 62,744 | 62,744 | 62,744 |
| Total Estimated Fund 0374 Receipts | 71,525 | 71,525 | 71,525 |
| **Total Estimated Federal Funds** | $ 66,658,386 | $ 51,882,901 | $ 46,294,804 |

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund | | Fiscal Year | | |
|---|---|---|---|---|
| No. | | 2021 | 2022 | 2023 |
| **SOURCE: APPROPRIATED RECEIPTS** | | | | |
| **0001  General Revenue Fund** | | | | |
| **Account: 0001 General Revenue Fund** | | | | |
| 3015 | Motor Fuel Mixture Testing Fee | $    1,625 | $    1,625 | $    1,625 |
| 3158 | Manufactured Housing Training Fees | 128 | 128 | 128 |
| 3159 | Manufactured Housing Statement of Ownership | 3,500 | 3,500 | 3,500 |
| 3180 | Health Regulation Fees | 4,081 | 4,092 | 4,092 |
| 3509 | Private Educational Institution Fees | 1,618 | 1,618 | 1,618 |
| 3517 | Repayment of College Student Loans | 3,476 | 3,298 | 3,136 |
| 3540 | Tax Discount Donation – Student Financial Assistance Grants | 3 | 3 | 3 |
| 3552 | Vendor Drug Rebates, HIV Program | 20,180 | 20,180 | 20,180 |
| 3591 | Transfers from State Hospitals/Agencies for Medicaid Match (UC, UPL, and DSRIP) | 67,401 | 88,284 | 5,086 |
| 3603 | Reimbursement for Telecommunications Assistance, Distance Learning and Other Advanced Services | 1,551 | 1,551 | 1,551 |
| 3606 | Support and Maintenance of Patients | 27,454 | 27,454 | 27,454 |
| 3718 | Court Costs/Attorney/OAG Authorized Collection Fees | 20,500 | 23,000 | 23,000 |
| 3719 | Fees for Copies or Filing of Records | 32,103 | 37,406 | 37,406 |
| 3722 | Conference, Seminars, and Training Registration Fees | 5,482 | 5,922 | 5,922 |
| 3738 | Grants – Cities/Counties | 3,000 | 3,000 | 3,000 |
| 3739 | Grants – Other Political Subdivisions | 70 | 70 | 70 |
| 3740 | Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – Operating Grants and Contributions | 6,600 | 6,600 | 6,600 |
| 3747 | Rental – Other | 925 | 997 | 1,033 |
| 3750 | Sale of Furniture and Equipment | 1,371 | 1,371 | 1,371 |
| 3752 | Sale of Publications/Advertising | 9,269 | 9,314 | 9,369 |
| 3754 | Other Surplus or Salvage Property/Materials Sales | 10,300 | 10,300 | 10,300 |
| 3759 | Telecommunications Service from Local Funds | 20,500 | 21,000 | 21,000 |
| 3766 | Supplies/Equipment/Services – Local Funds | 4,700 | 4,700 | 4,700 |
| 3767 | Supplies/Equipment/Services – Federal/Other | 7,797 | 7,797 | 7,797 |
| 3769 | Forfeitures | 353 | 353 | 353 |
| 3773 | Insurance Recovery In Subsequent Years | 16,000 | 16,000 | 16,000 |
| 3802 | Reimbursements – Third Party | 312,162 | 312,749 | 313,560 |
| 3803 | Reimbursements – Intra-Agency | 83 | 103 | 103 |
| 3805 | Subrogation Recoveries | 585 | 585 | 585 |
| 3806 | Rental of Housing to State Employees | 2,176 | 2,192 | 2,192 |
| 3879 | Credit Card and Electronic Services Related Fees | 47,760 | 50,960 | 52,347 |
| | Total Estimated Account 0001 Receipts | 632,753 | 666,152 | 585,081 |
| | | | | |
| | **Account: 0009 GR Account – Game, Fish, and Water Safety** | | | |
| 3719 | Fees for Copies or Filing of Records | 4 | 4 | 4 |
| 3722 | Conference, Seminars, and Training Registration Fees | 38 | 38 | 38 |
| 3740 | Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – Operating Grants and Contributions | 922 | 922 | 922 |
| 3747 | Rental – Other | 5 | 5 | 5 |
| 3750 | Sale of Furniture and Equipment | 26 | 26 | 26 |
| 3754 | Other Surplus or Salvage Property/Materials Sales | 68 | 68 | 68 |
| 3766 | Supplies/Equipment/Services – Local Funds | 10 | 10 | 10 |
| 3767 | Supplies/Equipment/Services – Federal/Other | 111 | 111 | 111 |
| 3802 | Reimbursements – Third Party | 1,866 | 1,866 | 1,866 |
| 3806 | Rental of Housing to State Employees | 70 | 70 | 70 |
| 3879 | Credit Card and Electronic Services Related Fees | 809 | 809 | 809 |
| | Total Estimated Account 0009 Receipts | 3,929 | 3,929 | 3,929 |

App.118

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: APPROPRIATED RECEIPTS (continued)** | | | | |
| **0001 General Revenue Fund (continued)** | | | | |
| **Account: 0019 GR Account – Vital Statistics** | | | | |
| 3802 Reimbursements – Third Party | | $ 7,851 | $ 7,851 | $ 7,851 |
| 3879 Credit Card and Electronic Services Related Fees | | 4,550 | 4,550 | 4,550 |
| Total Estimated Account 0019 Receipts | | 12,401 | 12,401 | 12,401 |
| | | | | |
| **Account: 0027 GR Account – Coastal Protection** | | | | |
| 3802 Reimbursements – Third Party | | 227 | 227 | 227 |
| Total Estimated Account 0027 Receipts | | 227 | 227 | 227 |
| | | | | |
| **Account: 0036 GR Account – Texas Department of Insurance Operating** | | | | |
| 3719 Fees for Copies or Filing of Records | | 52 | 71 | 71 |
| 3802 Reimbursements – Third Party | | 2,873 | 3,001 | 3,082 |
| Total Estimated Account 0036 Receipts | | 2,925 | 3,072 | 3,153 |
| | | | | |
| **Account: 0064 GR Account – State Parks** | | | | |
| 3722 Conference, Seminars, and Training Registration Fees | | 40 | 59 | 59 |
| 3740 Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – Operating Grants and Contributions | | 1,147 | 1,147 | 1,147 |
| 3767 Supplies/Equipment/Services – Federal/Other | | 20 | 20 | 20 |
| 3802 Reimbursements – Third Party | | 9,566 | 387 | 387 |
| 3806 Rental of Housing to State Employees | | 299 | 299 | 299 |
| 3879 Credit Card and Electronic Services Related Fees | | 1,537 | 1,537 | 1,537 |
| Total Estimated Account 0064 Receipts | | 12,609 | 3,449 | 3,449 |
| | | | | |
| **Account: 0116 GR Account – Texas Commission on Law Enforcement** | | | | |
| 3719 Fees for Copies or Filing of Records | | 250 | 250 | 250 |
| 3722 Conference, Seminars, and Training Registration Fees | | 0 | 195 | 200 |
| 3802 Reimbursements – Third Party | | 270 | 160 | 160 |
| 3879 Credit Card and Electronic Services Related Fees | | 4 | 5 | 5 |
| Total Estimated Account 0116 Receipts | | 524 | 610 | 615 |
| | | | | |
| **Account: 0127 GR Account – Community Affairs Federal** | | | | |
| 3767 Supplies/Equipment/Services – Federal/Other | | 670 | 690 | 711 |
| 3802 Reimbursements – Third Party | | 150 | 150 | 150 |
| Total Estimated Account 0127 Receipts | | 820 | 840 | 861 |
| | | | | |
| **Account: 0193 GR Account – Foundation School** | | | | |
| 3680 Recapture Receipts | | 2,814,010 | 2,796,200 | 3,031,800 |
| Total Estimated Account 0193 Receipts | | 2,814,010 | 2,796,200 | 3,031,800 |
| | | | | |
| **Account: 0225 GR Account – University of Houston Current** | | | | |
| 3754 Other Surplus or Salvage Property/Materials Sales | | 10 | 10 | 10 |
| Total Estimated Account 0225 Receipts | | 10 | 10 | 10 |
| | | | | |
| **Account: 0264 GR Account – Midwestern State University Current** | | | | |
| 3747 Rental – Other | | 1 | 1 | 1 |
| Total Estimated Account 0264 Receipts | | 1 | 1 | 1 |
| | | | | |
| **Account: 0334 GR Account – Commission of Arts Operating** | | | | |
| 3740 Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – Operating Grants and Contributions | | 152 | 152 | 152 |
| Total Estimated Account 0334 Receipts | | 152 | 152 | 152 |

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |

**SOURCE: APPROPRIATED RECEIPTS (continued)**

**0001  General Revenue Fund (continued)**

**Account: 0449 GR Account – Texas Military Federal**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3739  Grants – Other Political Subdivisions | $ | 10 | $ | 10 | $ | 10 |
| 3802  Reimbursements – Third Party | | 12 | | 12 | | 12 |
| Total Estimated Account 0449 Receipts | | 22 | | 22 | | 22 |

**Account: 0469 GR Account – Compensation to Victims of Crime**

| | | | |
|---|---|---|---|
| 3740  Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – | | | |
| Operating Grants and Contributions | 171 | 171 | 171 |
| 3802  Reimbursements – Third Party | 15 | 15 | 15 |
| 3805  Subrogation Recoveries | 516 | 516 | 516 |
| Total Estimated Account 0469 Receipts | 702 | 702 | 702 |

**Account: 0472 GR Account – Inaugural**

| | | | |
|---|---|---|---|
| 3740  Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – | | | |
| Operating Grants and Contributions | 0 | 0 | 12 |
| Total Estimated Account 0472 Receipts | 0 | 0 | 12 |

**Account: 0492 GR Account – Business Enterprise Program**

| | | | |
|---|---|---|---|
| 3747  Rental – Other | 783 | 633 | 482 |
| 3802  Reimbursements – Third Party | 27 | 27 | 27 |
| Total Estimated Account 0492 Receipts | 810 | 660 | 509 |

**Account: 0506 GR Account – Non-Game and Endangered Species Conservation**

| | | | |
|---|---|---|---|
| 3740  Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – | | | |
| Operating Grants and Contributions | 3 | 3 | 3 |
| Total Estimated Account 0506 Receipts | 3 | 3 | 3 |

**Account: 0524 GR Account – Public Health Services Fee**

| | | | |
|---|---|---|---|
| 3879  Credit Card and Electronic Services Related Fees | 6 | 6 | 6 |
| Total Estimated Account 0524 Receipts | 6 | 6 | 6 |

**Account: 0540 GR Account – Judicial and Court Personal Training Fund**

| | | | |
|---|---|---|---|
| 3719  Fees for Copies or Filing of Records | 1 | 1 | 1 |
| Total Estimated Account 0540 Receipts | 1 | 1 | 1 |

**Account: 0544 GR Account – Lifetime License Endowment**

| | | | |
|---|---|---|---|
| 3740  Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – | | | |
| Operating Grants and Contributions | 1 | 1 | 1 |
| Total Estimated Account 0544 Receipts | 1 | 1 | 1 |

**Account: 0550 GR Account – Hazardous and Solid Waste Remediation Fees**

| | | | |
|---|---|---|---|
| 3802  Reimbursements – Third Party | 500 | 500 | 500 |
| Total Estimated Account 0550 Receipts | 500 | 500 | 500 |

**Account: 0570 GR Account – Federal Surplus Property Service Charge**

| | | | |
|---|---|---|---|
| 3754  Other Surplus or Salvage Property/Materials Sales | 276 | 276 | 276 |
| 3802  Reimbursements – Third Party | 607 | 607 | 607 |
| Total Estimated Account 0570 Receipts | 883 | 883 | 883 |

**Account: 0597 GR Account – Texas Racing Commission**

| | | | |
|---|---|---|---|
| 3802  Reimbursements – Third Party | 12 | 12 | 12 |
| Total Estimated Account 0597 Receipts | 12 | 12 | 12 |

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: APPROPRIATED RECEIPTS (continued)** | | | | |
| **0001  General Revenue Fund (continued)** | | | | |
| **Account: 0679 GR Account – Artificial Reef** | | | | |
| 3740  Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – | | | | |
| Operating Grants and Contributions | | $      800 | $      800 | $      800 |
| Total Estimated Account 0679 Receipts | | 800 | 800 | 800 |
| | | | | |
| **Account: 5018 GR Account – Home Health Services** | | | | |
| 3879  Credit Card and Electronic Services Related Fees | | 87 | 87 | 87 |
| Total Estimated Account 5018 Receipts | | 87 | 87 | 87 |
| | | | | |
| **Account: 5025 GR Account – Lottery** | | | | |
| 3719  Fees for Copies or Filing of Records | | 5 | 5 | 5 |
| 3802  Reimbursements – Third Party | | 481 | 481 | 481 |
| Total Estimated Account 5025 Receipts | | 486 | 486 | 486 |
| | | | | |
| **Account: 5026 GR Account – Workforce Commission Federal** | | | | |
| 3719  Fees for Copies or Filing of Records | | 175 | 165 | 155 |
| 3747  Rental – Other | | 42 | 42 | 42 |
| 3752  Sale of Publications/Advertising | | 90 | 90 | 90 |
| 3767  Supplies/Equipment/Services – Federal/Other | | 500 | 500 | 500 |
| Total Estimated Account 5026 Receipts | | 807 | 797 | 787 |
| | | | | |
| **Account: 5059 GR Account – Peace Officer Flag** | | | | |
| 3740  Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – | | | | |
| Operating Grants and Contributions | | 7 | 5 | 7 |
| Total Estimated Account 5059 Receipts | | 7 | 5 | 7 |
| | | | | |
| **Account: 5093 GR Account – Dry Cleaner Facility Release** | | | | |
| 3802  Reimbursements – Third Party | | 3 | 0 | 0 |
| Total Estimated Account 5093 Receipts | | 3 | 0 | 0 |
| | | | | |
| **Account: 5107 GR Account – Texas Enterprise** | | | | |
| 3769  Forfeitures | | 1,100 | 1,100 | 1,100 |
| Total Estimated Account 5107 Receipts | | 1,100 | 1,100 | 1,100 |
| | | | | |
| **Account: 5136 GR Account – Cancer Prevention and Research** | | | | |
| 3802  Reimbursements – Third Party | | 40 | 40 | 40 |
| Total Estimated Account 5136 Receipts | | 40 | 40 | 40 |
| | | | | |
| **Account: 5139 GR Account – Historic Site** | | | | |
| 3806  Rental of Housing to State Employees | | 20 | 20 | 20 |
| Total Estimated Account 5139 Receipts | | 20 | 20 | 20 |
| | | | | |
| **Account: 5152 GR Account – Alamo Complex** | | | | |
| 3740  Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – | | | | |
| Operating Grants and Contributions | | 60 | 239 | 239 |
| 3747  Rental – Other | | 428 | 1,713 | 1,713 |
| 3802  Reimbursements – Third Party | | 24 | 95 | 95 |
| Total Estimated Account 5152 Receipts | | 512 | 2,047 | 2,047 |
| | | | | |
| **Account: 5155 GR Account – Oil and Gas Regulation and Cleanup** | | | | |
| 3802  Reimbursements – Third Party | | 5 | 5 | 5 |
| 3879  Credit Card and Electronic Services Related Fees | | 450 | 450 | 450 |
| Total Estimated Account 5155 Receipts | | 455 | 455 | 455 |

Texas Biennial Revenue Estimate

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |

**SOURCE: APPROPRIATED RECEIPTS (concluded)**
**0001  General Revenue Fund (concluded)**

**Account: 5170 GR Account – Evidence Testing**

| | | | | |
|---|---|---:|---:|---:|
| 3740 | Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – Operating Grants and Contributions | $ 800 | $ 800 | $ 800 |
| | Total Estimated Account 5170 Receipts | 800 | 800 | 800 |

**Account: 5173 GR Account – Texas Forensic Science Commission**

| | | | | |
|---|---|---:|---:|---:|
| 3879 | Credit Card and Electronic Services Related Fees | 2 | 0 | 2 |
| | Total Estimated Account 5173 Receipts | 2 | 0 | 2 |

**Account: 5177 GR Account – Identification Fee Exemption**

| | | | | |
|---|---|---:|---:|---:|
| 3740 | Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – Operating Grants and Contributions | 1,200 | 1,200 | 1,200 |
| | Total Estimated Account 5177 Receipts | 1,200 | 1,200 | 1,200 |

**Account: 5178 GR Account – State Hemp Program**

| | | | | |
|---|---|---:|---:|---:|
| 3879 | Credit Card and Electronic Services Related Fees | 12 | 12 | 12 |
| | Total Estimated Account 5178 Receipts | 12 | 12 | 12 |
| | Total Estimated Fund 0001 Receipts | 3,489,632 | 3,497,682 | 3,652,173 |
| | **Total Estimated Appropriated Receipts** | **$ 3,489,632** | **$ 3,497,682** | **$ 3,652,173** |

**SOURCE: OTHER FUNDS**
**0001  General Revenue Fund**

**Account: 0001 General Revenue Fund**

| | | | | |
|---|---|---:|---:|---:|
| 3564 | Disproportionate Share Revenues/State Hospitals | 322,455 | 322,455 | 322,455 |
| 3565 | Vendor Drug Rebates, Medicaid Program – Supplemental | 65,549 | 73,878 | 77,323 |
| 3568 | Disproportionate Share Revenues/Non-State Hospitals | 588,732 | 605,057 | 615,998 |
| 3569 | Receipt of Federal/State Disproportionate Share and Upper Payment Limit Program by State Hospitals | 296,369 | 297,086 | 296,049 |
| 3588 | Transfers from Urban and Rural Hospitals for Medicaid Match (UC, UPL, STAR+PLUS, and DSRIP) | 3,613,533 | 3,979,206 | 1,775,557 |
| 3597 | WIC (Women, Infants, and Children Program) Rebates | 205,040 | 205,040 | 205,040 |
| 3638 | Vendor Drug Rebates, Medicaid Program – Mandated | 1,075,759 | 1,211,298 | 1,267,761 |
| 3639 | Premium Credits – Medicaid Program | 12,428 | 12,908 | 12,891 |
| 3649 | Vendor Drug and HMO Experience Rebates, CHIP Program | 11,919 | 14,752 | 17,898 |
| 3950 | Allocations to Fund 0001/Other Funds from Special Funds – UB | (12,705) | (20,292) | (20,292) |
| 3952 | Transfer to Unappropriated GR 0001 from Disproportionate Share Funds | (199,310) | (198,149) | (198,149) |
| 3953 | Unappropriated GR 0001 Reimbursement for Statewide Cost Allocation Plan (SWCAP) | (12,012) | (12,012) | (12,012) |
| | Total Estimated Account 0001 Receipts | 5,967,757 | 6,491,227 | 4,360,519 |

**Account: 5025 GR Account – Lottery**

| | | | | |
|---|---|---:|---:|---:|
| 3177 | Lottery Ticket Sales | 275,073 | 487,863 | 480,396 |
| 3963 | Transfer to GR Account – State Owned Multicategorical Teaching Hospital 5049 and Unappropriated GR 0001 from GR Account – Lottery 5025 (Other) | (86,476) | (82,355) | (82,355) |
| | Total Estimated Account 5025 Receipts | 188,597 | 405,508 | 398,041 |
| | Total Estimated Fund 0001 Receipts | $ 6,156,354 | $ 6,896,735 | $ 4,758,560 |

**0006  State Highway Fund**

| | | | | |
|---|---|---:|---:|---:|
| 3010 | Motor Fuel Lubricants Sales Tax | 37,000 | 37,500 | 38,000 |
| 3012 | Motor Vehicle Certificates | 8,097 | 8,258 | 8,423 |
| 3014 | Motor Vehicle Registration Fees | 1,644,027 | 1,685,128 | 1,727,256 |

App.122

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |

**SOURCE: OTHER FUNDS (continued)**

**0006  State Highway Fund (concluded)**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3018 | Special Vehicle Permits | $ 122,729 | $ 125,119 | $ 127,557 |
| 3046 | State Highway Toll Project Revenue | 48,031 | 48,031 | 48,031 |
| 3047 | Concession Payments/Other Contractual Receipts from Comprehensive Development Agreements | 5,608 | 5,900 | 6,188 |
| 3049 | Upfront Payments – Service Concession Arrangements | 75 | 0 | 0 |
| 3052 | Highway Beautification Fees | 1,119 | 1,130 | 1,141 |
| 3053 | Logo, Major Shopping and Tourist-Oriented Signs | 11,398 | 11,512 | 11,627 |
| 3315 | Oil and Gas Lease Bonus | 817 | 825 | 833 |
| 3321 | Oil Royalties from Other State Lands for State Departments, Boards, Agencies | 10,585 | 10,691 | 10,798 |
| 3326 | Gas Royalties from Other State Lands for State Departments, Boards, Agencies | 3,000 | 3,031 | 3,060 |
| 3331 | Wind/Other Surface Lease Income from School Land | 5 | 5 | 5 |
| 3349 | Land Sales | 9,373 | 9,467 | 9,562 |
| 3704 | Court Costs | 152 | 154 | 156 |
| 3714 | Judgments and Settlements | 28,077 | 28,358 | 28,641 |
| 3719 | Fees for Copies or Filing of Records | 1 | 1 | 1 |
| 3727 | Fees for Administrative Services | 3 | 0 | 0 |
| 3740 | Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – Operating Grants and Contributions | 100 | 100 | 100 |
| 3746 | Rental of Lands/Miscellaneous Land Income | 5,421 | 5,475 | 5,530 |
| 3752 | Sale of Publications/Advertising | 4,636 | 4,683 | 4,729 |
| 3754 | Other Surplus or Salvage Property/Materials Sales | (687) | 0 | 0 |
| 3767 | Supplies/Equipment/Services – Federal/Other | 20,271 | 20,474 | 20,679 |
| 3777 | Warrants Voided by Statute of Limitation – Default Fund | 192 | 194 | 196 |
| 3782 | Repayments from Political Subdivisions/Other of Loans/Advances | 88,962 | 23,022 | 22,172 |
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 19,905 | 13,013 | 12,411 |
| 3854 | Interest Other – General, Non-Program | 7,386 | 6,344 | 5,807 |
| 3879 | Credit Card and Electronic Services Related Fees | 7 | 7 | 7 |
| 3901 | Allocations to GR 0001 (Unapp Undyed Diesel), Fund 0002, Fund 0006 and Fund 0057 from Fund 0001 (Motor Fuels Tax) | 2,586,246 | 2,625,914 | 2,675,686 |
| 3925 | Allocations to Fund 0006 from Fund 0001 (Sales and Use Tax) | 2,500,000 | 2,500,000 | 2,500,000 |
| 3928 | Allocations to Fund 0006 from Fund 0001 (Motor Vehicle Tax) | 0 | 9,745 | 51,541 |
| | Total Estimated Fund 0006 Receipts | 7,162,536 | 7,184,081 | 7,320,137 |

**0008  State Highway Debt Service Fund**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3851 | Interest on State Deposits and Treasury Investments – General, Non-Program | 1,465 | 1,465 | 1,465 |
| | Total Estimated Fund 0008 Receipts | 1,465 | 1,465 | 1,465 |

**0010  Texas Department of Motor Vehicles Fund**

| | | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 3012 | Motor Vehicle Certificates | 40,713 | 41,934 | 42,563 |
| 3014 | Motor Vehicle Registration Fees | 34,223 | 35,080 | 35,959 |
| 3018 | Special Vehicle Permits | 13,340 | 16,008 | 16,488 |
| 3022 | Assigned Vehicle Identification Number Fees | 4 | 4 | 4 |
| 3035 | Commercial Transportation Fees | 7,686 | 7,994 | 8,154 |
| 3036 | Motor Vehicle Complaints/Protests | 21 | 22 | 22 |
| 3050 | Abandoned Motor Vehicles | 14 | 14 | 14 |
| 3081 | Equipment Lease to County Automated Registration and Titling System | 245 | 245 | 245 |
| 3717 | Civil Penalties | 1,296 | 1,347 | 1,374 |
| 3719 | Fees for Copies or Filing of Records | 3 | 3 | 3 |
| 3727 | Fees for Administrative Services | 57,347 | 56,630 | 57,766 |
| 3775 | Returned Check Fees | 20 | 21 | 21 |
| 3777 | Warrants Voided by Statute of Limitation – Default Fund | 5 | 0 | 0 |

App.123

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: OTHER FUNDS (continued)** | | | | |
| **0010** | **Texas Department of Motor Vehicles Fund (concluded)** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | $          628 | $          590 | $          672 |
| | 3879  Credit Card and Electronic Services Related Fees | 4,433 | 4,611 | 4,703 |
| | Total Estimated Fund 0010 Receipts | 159,978 | 164,503 | 167,988 |
| **0011** | **Available University Fund** | | | |
| | 3301  Land Office Fees | 225 | 225 | 225 |
| | 3315  Oil and Gas Lease Bonus | 155 | 155 | 155 |
| | 3328  Surface Damages | 3,670 | 3,303 | 3,663 |
| | 3337  Brine and Water Receipts | 13,743 | 12,369 | 13,606 |
| | 3340  Land Easements | 31,218 | 28,097 | 30,906 |
| | 3341  Grazing Lease Rental | 5,000 | 5,000 | 5,000 |
| | 3344  Sand, Shell, Gravel, Timber Sales | 1,126 | 1,013 | 1,114 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 4,590 | 4,590 | 4,590 |
| | 3854  Interest Other – General, Non-Program | 1,300 | 1,300 | 1,300 |
| | 3855  Interest on Investments, Obligations and Securities – General, Non-Program | 1,112,265 | 1,163,985 | 1,218,110 |
| | Total Estimated Fund 0011 Receipts | 1,173,292 | 1,220,037 | 1,278,669 |
| **0044** | **Permanent School Fund** | | | |
| | 3302  Land Office Administrative Fees | 606 | 640 | 640 |
| | 3315  Oil and Gas Lease Bonus | 44,000 | 44,000 | 39,000 |
| | 3316  Oil and Gas Lease Rental | 3,500 | 7,564 | 7,564 |
| | 3318  Sale of Natural Gas – State Energy Marketing Program | 50,000 | 50,000 | 50,000 |
| | 3320  Oil Royalties from Lands Owned by Educational Institutions | 494,220 | 727,324 | 890,321 |
| | 3325  Gas Royalties from Lands Owned by Educational Institutions | 161,158 | 237,170 | 290,321 |
| | 3327  Outer Continental Shelf Settlement Monies | 1,200 | 1,200 | 1,200 |
| | 3328  Surface Damages | 6,300 | 7,300 | 7,300 |
| | 3330  Hard Mineral – Prospect and Lease | 400 | 480 | 480 |
| | 3331  Wind/Other Surface Lease Income from School Land | 130 | 202 | 202 |
| | 3335  Royalties – Other Hard Minerals | 938 | 938 | 938 |
| | 3340  Land Easements | 4,500 | 4,900 | 4,900 |
| | 3341  Grazing Lease Rental | 3,500 | 4,700 | 4,700 |
| | 3342  Land Lease | 1,750 | 1,800 | 1,800 |
| | 3344  Sand, Shell, Gravel, Timber Sales | 1,200 | 1,200 | 1,200 |
| | 3350  Interest on Land Sales, Public School Land | 7 | 7 | 7 |
| | 3714  Judgments and Settlements | 38 | 38 | 38 |
| | 3770  Administrative Penalties | 700 | 900 | 900 |
| | 3802  Reimbursements – Third Party | 180 | 180 | 180 |
| | 3828  Dividend Income | 8 | 8 | 8 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 5,294 | 5,294 | 5,294 |
| | 3854  Interest Other – General, Non-Program | 8,000 | 8,000 | 8,000 |
| | 3861  Gain on Sale of Investments, Obligations, and Securities | 120,000 | 135,000 | 135,000 |
| | 3864  Interest on State Deposits and Treasury Investments, Non-Operating Revenue – Operating Grants and Contributions | 18,856 | 18,856 | 18,856 |
| | 3873  Interest on Investments, Obligations and Securities, Operating Revenue – Operating Grants and Contributions | 78,000 | 83,000 | 83,000 |
| | 3910  Transfers to Available Education Funds from Permanent Education Funds | (1,701,670) | (2,132,000) | (2,177,000) |
| | Total Estimated Fund 0044 Receipts | (697,185) | (791,299) | (625,151) |
| **0045** | **Permanent University Fund** | | | |
| | 3315  Oil and Gas Lease Bonus | 5,000 | 25,000 | 10,000 |
| | 3316  Oil and Gas Lease Rental | 62 | 312 | 125 |
| | 3320  Oil Royalties from Lands Owned by Educational Institutions | 520,637 | 766,201 | 937,911 |

Texas Biennial Revenue Estimate

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: OTHER FUNDS (continued)** | | | | |
| **0045 Permanent University Fund (concluded)** | | | | |
| 3325 Gas Royalties from Lands Owned by Educational Institutions | $ | 69,170 | $ 101,795 | $ 124,607 |
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | | 49 | 49 | 49 |
| Total Estimated Fund 0045 Receipts | | 594,918 | 893,357 | 1,072,692 |
| **0047 Texas A&M University Available Fund** | | | | |
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | | 2,819 | 2,819 | 2,819 |
| Total Estimated Fund 0047 Receipts | | 2,819 | 2,819 | 2,819 |
| **0053 Charter District Bond Guarantee Reserve Fund** | | | | |
| 3530 School Bond Guarantee Fees | | 20,559 | 20,970 | 21,390 |
| 3864 Interest on State Deposits and Treasury Investments, Non-Operating Revenue – Operating Grants and Contributions | | 1 | 1 | 1 |
| Total Estimated Fund 0053 Receipts | | 20,560 | 20,971 | 21,391 |
| **0161 TexasSure Fund** | | | | |
| 3014 Motor Vehicle Registration Fees | | 5,074 | 5,074 | 5,074 |
| Total Estimated Fund 0161 Receipts | | 5,074 | 5,074 | 5,074 |
| **0175 Texas Infrastructure Resiliency Fund** | | | | |
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | | 2,912 | 2,884 | 2,659 |
| Total Estimated Fund 0175 Receipts | | 2,912 | 2,884 | 2,659 |
| **0179 Permanent Fund Supporting Graduate Education** | | | | |
| 3854 Interest Other – General, Non-Program | | 11,000 | 11,000 | 11,000 |
| Total Estimated Fund 0179 Receipts | | 11,000 | 11,000 | 11,000 |
| **0183 Texas Economic Development Fund** | | | | |
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | | 50 | 50 | 50 |
| Total Estimated Fund 0183 Receipts | | 50 | 50 | 50 |
| **0184 Transportation Infrastructure Fund** | | | | |
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | | 51 | 51 | 51 |
| Total Estimated Fund 0184 Receipts | | 51 | 51 | 51 |
| **0186 Pesticide Disposal Fund** | | | | |
| 3410 Agriculture Registration Fees | | 400 | 400 | 400 |
| Total Estimated Fund 0186 Receipts | | 400 | 400 | 400 |
| **0194 Flood Infrastructure Fund** | | | | |
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | | 3,323 | 2,598 | 1,593 |
| Total Estimated Fund 0194 Receipts | | 3,323 | 2,598 | 1,593 |
| **0211 University of Texas Interest and Sinking Fund** | | | | |
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | | 26 | 26 | 26 |
| Total Estimated Fund 0211 Receipts | | 26 | 26 | 26 |
| **0214 Available National Research University Fund** | | | | |
| 3777 Warrants Voided by Statute of Limitation – Default Fund | | 3 | 3 | 3 |
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | | 282 | 282 | 282 |
| Total Estimated Fund 0214 Receipts | | 285 | 285 | 285 |

App.125

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: OTHER FUNDS (continued)** | | | | |
| **0301** | **Rural Water Assistance Fund** | | | |
| | 3857  Interest on State Deposits and Treasury Investments, Operating Revenue – Operating Grants and Contributions | $         54 | $         54 | $         54 |
| | 3875  Interest Income, Other Operating Revenue – Operating Grants and Contributions | 2,646 | 2,646 | 2,570 |
| | Total Estimated Fund 0301 Receipts | 2,700 | 2,700 | 2,624 |
| **0302** | **Water Infrastructure Fund** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 1,740 | 1,444 | 1,158 |
| | 3854  Interest Other – General, Non-Program | 10,567 | 10,567 | 9,603 |
| | Total Estimated Fund 0302 Receipts | 12,307 | 12,011 | 10,761 |
| **0303** | **Assistant Prosecutor Supplement Fund** | | | |
| | 3858  Bail Bond Surety Fees | 3,000 | 3,000 | 3,000 |
| | Total Estimated Fund 0303 Receipts | 3,000 | 3,000 | 3,000 |
| **0304** | **Property Tax Relief Fund** | | | |
| | 3004  Motor Vehicle Sales and Use Tax | 25,442 | 26,393 | 27,033 |
| | 3130  Franchise/Business Margins Tax | 1,258,600 | 1,305,100 | 1,393,800 |
| | 3275  Cigarette Tax | 780,300 | 676,400 | 738,900 |
| | 3278  Cigar and Tobacco Products Tax | 18,877 | 19,062 | 19,388 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 1,509 | 1,489 | 1,545 |
| | Total Estimated Fund 0304 Receipts | 2,084,728 | 2,028,444 | 2,180,666 |
| **0305** | **Tax Reduction and Excellence in Education Fund** | | | |
| | 3102  Limited Sales and Use Tax | 830,000 | 870,000 | 915,000 |
| | Total Estimated Fund 0305 Receipts | 830,000 | 870,000 | 915,000 |
| **0325** | **Coronavirus Relief Fund** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 17,664 | 0 | 0 |
| | Total Estimated Fund 0325 Receipts | 17,664 | 0 | 0 |
| **0327** | **Texas-bred Incentive Fund** | | | |
| | 3193  Breakage – Horse Racing | 1,549 | 1,400 | 1,266 |
| | 3197  Breakage – Greyhound Racing | 300 | 300 | 300 |
| | Total Estimated Fund 0327 Receipts | 1,849 | 1,700 | 1,566 |
| **0328** | **Jury Service Fund** | | | |
| | 3704  Court Costs | 11,158 | 12,731 | 12,169 |
| | Total Estimated Fund 0328 Receipts | 11,158 | 12,731 | 12,169 |
| **0356** | **Economically Distressed Areas Clearance Fund** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 5 | 5 | 5 |
| | Total Estimated Fund 0356 Receipts | 5 | 5 | 5 |
| **0357** | **Economically Distressed Areas Clearance Interest and Sinking Fund** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 4 | 4 | 4 |
| | Total Estimated Fund 0357 Receipts | 4 | 4 | 4 |

App.126

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: OTHER FUNDS (continued)** | | | | |
| **0358** | **Agricultural Water Conservation Fund** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | $        20 | $        20 | $        20 |
| | 3857  Interest on State Deposits and Treasury Investments, Operating Revenue – Operating Grants and Contributions | 143 | 143 | 143 |
| | 3875  Interest Income, Other Operating Revenue – Operating Grants and Contributions | 31 | 31 | 23 |
| | Total Estimated Fund 0358 Receipts | 194 | 194 | 186 |
| **0361** | **State Water Implementation Fund** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 790 | 794 | 797 |
| | Total Estimated Fund 0361 Receipts | 790 | 794 | 797 |
| **0364** | **Permanent Endowment Fund for the Rural Community Health Care Investment Program** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 122 | 122 | 122 |
| | Total Estimated Fund 0364 Receipts | 122 | 122 | 122 |
| **0365** | **Texas Mobility Fund** | | | |
| | 3012  Motor Vehicle Certificates | 150,433 | 154,946 | 157,270 |
| | 3014  Motor Vehicle Registration Fees | 2 | 2 | 2 |
| | 3020  Motor Vehicle Inspection Fees | 97,752 | 95,603 | 96,559 |
| | 3025  Driver's License Fees | 203,120 | 193,260 | 196,159 |
| | 3027  Driver Record Information Fees | 68,436 | 70,130 | 70,832 |
| | 3057  Motor Carrier Act Penalties | 3,150 | 3,290 | 3,500 |
| | 3777  Warrants Voided by Statute of Limitation – Default Fund | 12 | 0 | 0 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 880 | 817 | 590 |
| | Total Estimated Fund 0365 Receipts | 523,785 | 518,048 | 524,912 |
| **0368** | **Fund for Veterans' Assistance** | | | |
| | 3740  Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – Operating Grants and Contributions | 2,753 | 2,753 | 2,753 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 182 | 182 | 182 |
| | 3922  Transfers to GR Account – Foundation School 0193 from GR Account – Lottery 5025 (Education) | 18,644 | 17,756 | 17,756 |
| | 3963  Transfer to GR Account – State Owned Multicategorical Teaching Hospital 5049 and Unappropriated GR 0001 from GR Account – Lottery 5025 (Other) | 2,784 | 2,651 | 2,651 |
| | Total Estimated Fund 0368 Receipts | 24,363 | 23,342 | 23,342 |
| **0369** | **Federal American Recovery and Reinvestment Fund** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 138 | 138 | 138 |
| | Total Estimated Fund 0369 Receipts | 138 | 138 | 138 |
| **0370** | **Texas Water Development Fund II Clearance Fund** | | | |
| | 3857  Interest on State Deposits and Treasury Investments, Operating Revenue – Operating Grants and Contributions | 2,000 | 2,000 | 2,000 |
| | Total Estimated Fund 0370 Receipts | 2,000 | 2,000 | 2,000 |
| **0371** | **Texas Water Development Fund II** | | | |
| | 3782  Repayments from Political Subdivisions/Other of Loans/Advances | 49,250 | 30,014 | 30,014 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 1 | 1 |
| | 3854  Interest Other – General, Non-Program | 600 | 600 | 600 |

App.127

Texas Biennial Revenue Estimate

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: OTHER FUNDS (continued)** | | | | |
| **0371** | **Texas Water Development Fund II (concluded)** | | | |
| | 3857   Interest on State Deposits and Treasury Investments, Operating Revenue – Operating Grants and Contributions | $        400 | $        400 | $        400 |
| | 3875   Interest Income, Other Operating Revenue – Operating Grants and Contributions | 50,000 | 50,000 | 50,000 |
| | Total Estimated Fund 0371 Receipts | 100,251 | 81,015 | 81,015 |
| **0372** | **Texas Water Development Fund II Interest and Sinking Fund** | | | |
| | 3857   Interest on State Deposits and Treasury Investments, Operating Revenue – Operating Grants and Contributions | 50 | 50 | 50 |
| | Total Estimated Fund 0372 Receipts | 50 | 50 | 50 |
| **0373** | **Freestanding Emergency Medical Care Facility Licensing Fund** | | | |
| | 3557   Health Care Facilities Fees | 1,013 | 1,013 | 1,013 |
| | Total Estimated Fund 0373 Receipts | 1,013 | 1,013 | 1,013 |
| **0374** | **Veterans Financial Assistance Program Fund** | | | |
| | 3634   Medicare Reimbursements | 7,806 | 7,806 | 7,806 |
| | 3740   Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – Operating Grants and Contributions | 62 | 62 | 62 |
| | 3777   Warrants Voided by Statute of Limitation – Default Fund | 20 | 20 | 20 |
| | 3802   Reimbursements – Third Party | 10 | 10 | 10 |
| | 3840   Veteran Home/Cemetery Payments from Residents, VA Reimbursements and Non-Veterans | 25,748 | 25,748 | 25,748 |
| | 3851   Interest on State Deposits and Treasury Investments – General, Non-Program | 115 | 115 | 115 |
| | Total Estimated Fund 0374 Receipts | 33,761 | 33,761 | 33,761 |
| **0383** | **Veterans Housing Program, Tax-Exempt Issues** | | | |
| | 3307   Repayment of Principal on Veterans Land/Housing Contracts | 180,973 | 180,973 | 180,973 |
| | 3308   Interest on Veterans Land/Housing Contracts | 48,643 | 48,643 | 48,643 |
| | 3770   Administrative Penalties | 6 | 6 | 6 |
| | 3851   Interest on State Deposits and Treasury Investments – General, Non-Program | 305 | 305 | 305 |
| | 3861   Gain on Sale of Investments, Obligations, and Securities | 7 | 7 | 7 |
| | Total Estimated Fund 0383 Receipts | 229,934 | 229,934 | 229,934 |
| **0384** | **Veterans Housing Program, Taxable Issues** | | | |
| | 3307   Repayment of Principal on Veterans Land/Housing Contracts | 63,561 | 63,561 | 63,561 |
| | 3308   Interest on Veterans Land/Housing Contracts | 16,223 | 16,223 | 16,223 |
| | 3770   Administrative Penalties | 2 | 2 | 2 |
| | 3851   Interest on State Deposits and Treasury Investments – General, Non-Program | 27 | 27 | 27 |
| | 3861   Gain on Sale of Investments, Obligations, and Securities | 13 | 13 | 13 |
| | Total Estimated Fund 0384 Receipts | 79,826 | 79,826 | 79,826 |
| **0385** | **Veterans Land Program, Tax-Exempt Issues** | | | |
| | 3307   Repayment of Principal on Veterans Land/Housing Contracts | 500 | 500 | 500 |
| | 3308   Interest on Veterans Land/Housing Contracts | 373 | 373 | 373 |
| | 3851   Interest on State Deposits and Treasury Investments – General, Non-Program | 22 | 22 | 22 |
| | Total Estimated Fund 0385 Receipts | 895 | 895 | 895 |
| **0388** | **Texas College Student Loan Bonds Interest and Sinking Fund** | | | |
| | 3517   Repayment of College Student Loans | 162,140 | 170,247 | 178,759 |
| | 3851   Interest on State Deposits and Treasury Investments – General, Non-Program | 1,570 | 1,570 | 1,570 |
| | Total Estimated Fund 0388 Receipts | 163,710 | 171,817 | 180,329 |

App.128

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: OTHER FUNDS (continued)** | | | | |
| **0480** | **Water Assistance Fund** | | | |
| | 3767  Supplies/Equipment/Services – Federal/Other | $      240 | $      240 | $      240 |
| | Total Estimated Fund 0480 Receipts | 240 | 240 | 240 |
| | | | | |
| **0482** | **Storage Acquisition Fund** | | | |
| | 3854  Interest Other – General, Non-Program | 23 | 23 | 23 |
| | Total Estimated Fund 0482 Receipts | 23 | 23 | 23 |
| | | | | |
| **0493** | **Endowment Fund for the Blind** | | | |
| | 3740  Gifts/Grants/Donations – Non-Operating Revenue/Program Revenue – Operating Grants and Contributions | 8 | 8 | 8 |
| | Total Estimated Fund 0493 Receipts | 8 | 8 | 8 |
| | | | | |
| **0522** | **Veterans Land Program Administration Fund** | | | |
| | 3802  Reimbursements – Third Party | 1 | 1 | 1 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 29 | 32 | 34 |
| | Total Estimated Fund 0522 Receipts | 30 | 33 | 35 |
| | | | | |
| **0529** | **Veterans Housing Assistance Series 1984A Fund** | | | |
| | 3307  Repayment of Principal on Veterans Land/Housing Contracts | 14,302 | 14,302 | 14,302 |
| | 3308  Interest on Veterans Land/Housing Contracts | 2,774 | 2,774 | 2,774 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 9 | 9 | 9 |
| | 3861  Gain on Sale of Investments, Obligations, and Securities | 1,318 | 1,318 | 1,318 |
| | Total Estimated Fund 0529 Receipts | 18,403 | 18,403 | 18,403 |
| | | | | |
| **0571** | **Veterans Land Bond Series 1986 Refunding Fund** | | | |
| | 3305  Veterans Land Board Service Fees | 502 | 502 | 502 |
| | 3307  Repayment of Principal on Veterans Land/Housing Contracts | (20,260) | (20,260) | (20,260) |
| | 3308  Interest on Veterans Land/Housing Contracts | 23,500 | 23,500 | 23,500 |
| | 3770  Administrative Penalties | 20 | 20 | 20 |
| | 3777  Warrants Voided by Statute of Limitation – Default Fund | 50 | 50 | 50 |
| | 3802  Reimbursements – Third Party | 37 | 37 | 37 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 34 | 34 | 34 |
| | 3861  Gain on Sale of Investments, Obligations, and Securities | 364 | 364 | 364 |
| | 3879  Credit Card and Electronic Services Related Fees | 4 | 4 | 4 |
| | Total Estimated Fund 0571 Receipts | 4,251 | 4,251 | 4,251 |
| | | | | |
| **0573** | **Judicial Fund** | | | |
| | 3014  Motor Vehicle Registration Fees | 9 | 9 | 9 |
| | 3195  Additional Legal Services Fee | 2,280 | 2,280 | 2,280 |
| | 3704  Court Costs | 52,497 | 47,055 | 42,176 |
| | 3709  District Court Suit Filing Fee | 13,070 | 13,070 | 13,070 |
| | 3711  Judicial Fees | 1,090 | 1,090 | 1,090 |
| | 3717  Civil Penalties | 8,842 | 8,842 | 8,842 |
| | 3719  Fees for Copies or Filing of Records | 1 | 1 | 1 |
| | Total Estimated Fund 0573 Receipts | 77,789 | 72,347 | 67,468 |
| | | | | |
| **0577** | **Tax and Revenue Anticipation Note Fund** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 295,182 | 471,470 | 471,470 |
| | Total Estimated Fund 0577 Receipts | 295,182 | 471,470 | 471,470 |

App.129

Schedule I (continued)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: OTHER FUNDS (continued)** | | | | |
| **0588** | **Small Business Incubator Fund** | | | |
| | 3782  Repayments from Political Subdivisions/Other of Loans/Advances | $          164 | $          164 | $          164 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 84 | 73 | 83 |
| | 3875  Interest Income, Other Operating Revenue – Operating Grants and Contributions | 86 | 89 | 82 |
| | Total Estimated Fund 0588 Receipts | 334 | 326 | 329 |
| **0589** | **Texas Product Development Fund** | | | |
| | 3782  Repayments from Political Subdivisions/Other of Loans/Advances | 1,148 | 1,148 | 1,148 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 46 | 49 | 51 |
| | Total Estimated Fund 0589 Receipts | 1,194 | 1,197 | 1,199 |
| **0590** | **Veterans Housing Assistance Bonds Series 1992 Fund** | | | |
| | 3307  Repayment of Principal on Veterans Land/Housing Contracts | 19,982 | 19,982 | 19,982 |
| | 3308  Interest on Veterans Land/Housing Contracts | 4,924 | 4,924 | 4,924 |
| | 3770  Administrative Penalties | 1 | 1 | 1 |
| | 3777  Warrants Voided by Statute of Limitation – Default Fund | 1 | 1 | 1 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 21 | 21 | 21 |
| | 3861  Gain on Sale of Investments, Obligations, and Securities | 28 | 28 | 28 |
| | Total Estimated Fund 0590 Receipts | 24,957 | 24,957 | 24,957 |
| **0599** | **Economic Stabilization Fund** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 20,503 | 16,886 | 12,142 |
| | Total Estimated Fund 0599 Receipts | 20,503 | 16,886 | 12,142 |
| **0626** | **Veterans Bonds Activity Series 1989 Fund** | | | |
| | 3307  Repayment of Principal on Veterans Land/Housing Contracts | 250 | 200 | 180 |
| | 3308  Interest on Veterans Land/Housing Contracts | 50 | 40 | 30 |
| | Total Estimated Fund 0626 Receipts | 300 | 240 | 210 |
| **0683** | **Texas Agricultural Fund** | | | |
| | 3042  Motor Vehicle Assessment – Young Farmer Program | 595 | 595 | 595 |
| | 3401  Repayment of Financial Assistance Loans/Agricultural Products | 140 | 140 | 140 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 90 | 90 | 90 |
| | 3855  Interest on Investments, Obligations and Securities – General, Non-Program | 45 | 45 | 45 |
| | Total Estimated Fund 0683 Receipts | 870 | 870 | 870 |
| **0733** | **T.P.F.A. Series B Master Lease Interest and Sinking Fund** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 23 | 23 | 23 |
| | Total Estimated Fund 0733 Receipts | 23 | 23 | 23 |
| **0735** | **T.P.F.A. Series B Master Lease Project Fund** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 6 | 4 | 4 |
| | Total Estimated Fund 0735 Receipts | 6 | 4 | 4 |
| **0827** | **Anthropogenic Carbon Dioxide Storage Trust Fund** | | | |
| | 3366  Business Fees – Natural Resources | 20 | 0 | 0 |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 1 | 1 |
| | Total Estimated Fund 0827 Receipts | 21 | 1 | 1 |
| **7048** | **T.P.F.A. G.O. Series 2010 Refunding Interest and Sinking Fund** | | | |
| | 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 1 | 0 |
| | Total Estimated Fund 7048 Receipts | 1 | 1 | 0 |

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |

**SOURCE: OTHER FUNDS (continued)**

**7049  T.P.F.A. G.O. Series 2011 Refunding Interest and Sinking Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | $        2 | $        2 | $        2 |
| Total Estimated Fund 7049 Receipts | 2 | 2 | 2 |

**7051  T.P.F.A. G.O. Taxable Series 2011 Refunding Interest and Sinking Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 1 | 1 |
| Total Estimated Fund 7051 Receipts | 1 | 1 | 1 |

**7056  T.P.F.A. G.O. Series 2014A Refunding Interest and Sinking Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 1 | 1 |
| Total Estimated Fund 7056 Receipts | 1 | 1 | 1 |

**7058  T.P.F.A. G.O. Taxable Series 2014B Refunding Interest and Sinking Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 1 | 1 |
| Total Estimated Fund 7058 Receipts | 1 | 1 | 1 |

**7059  T.P.F.A. G.O. Series 2015A Refunding Interest and Sinking Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 1 | 1 |
| Total Estimated Fund 7059 Receipts | 1 | 1 | 1 |

**7061  T.P.F.A. G.O. and Refunding Bonds (CPRIT), Series 2015C, Interest and Sinking Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 2 | 2 | 2 |
| Total Estimated Fund 7061 Receipts | 2 | 2 | 2 |

**7063  T.P.F.A. G.O. Refunding Bonds, Series 2016, Interest and Sinking Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 0 | 0 |
| Total Estimated Fund 7063 Receipts | 1 | 0 | 0 |

**7067  T.P.F.A. G.O. and Refunding Bonds (CPRIT),Series 2017, Interest and Sinking Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 2 | 2 | 2 |
| Total Estimated Fund 7067 Receipts | 2 | 2 | 2 |

**7069  T.P.F.A. G.O. Refunding Bonds, Series 2017A, Interest and Sinking Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 1 | 1 |
| Total Estimated Fund 7069 Receipts | 1 | 1 | 1 |

**7073  T.P.F.A. G.O. Refunding Bonds Taxable Series 2018 CPRIT Interest and Sinking Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 2 | 2 | 2 |
| Total Estimated Fund 7073 Receipts | 2 | 2 | 2 |

**7075  T.P.F.A. G.O. Refunding Bonds, Series 2018A, Interest and Sinking Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 2 | 2 |
| Total Estimated Fund 7075 Receipts | 1 | 2 | 2 |

**7077  T.P.F.A. G.O. and Refunding Bonds, Taxable Series 2020, Interest and Sinking Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 2 | 2 | 2 |
| Total Estimated Fund 7077 Receipts | 2 | 2 | 2 |

**7209  T.P.F.A. G.O. Series 2008A Refunding DPS Project Fund**
| | | | |
|---|---|---|---|
| 3851  Interest on State Deposits and Treasury Investments – General, Non-Program | 2 | 0 | 0 |
| Total Estimated Fund 7209 Receipts | 2 | 0 | 0 |

**Texas Biennial Revenue Estimate**

Schedule I (continued)
# Estimate of Revenue by Source, Fund, Account and Object
(Thousands of Dollars)

| Fund No. | Fiscal Year | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |

**SOURCE: OTHER FUNDS (continued)**

**7211 T.P.F.A. G.O. Series 2009B DPS Project Fund**

| | 2021 | 2022 | 2023 |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | $ 5 | $ 0 | $ 0 |
| Total Estimated Fund 7211 Receipts | 5 | 0 | 0 |

**7213 T.P.F.A. G.O. Series 2009B THC Project Fund**

| | | | |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 6 | 0 | 0 |
| Total Estimated Fund 7213 Receipts | 6 | 0 | 0 |

**7217 T.P.F.A. G.O. Series 2011 Refunding TFC Project Fund**

| | | | |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 0 | 0 |
| Total Estimated Fund 7217 Receipts | 1 | 0 | 0 |

**7352 T.P.F.A. Revenue Commercial Paper Series 2016 A&B TFC Interest and Sinking Fund**

| | | | |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 1 | 1 |
| Total Estimated Fund 7352 Receipts | 1 | 1 | 1 |

**7356 T.P.F.A. Lease Revenue and Refunding (TFC Project) Tax-Exempt Interest and Sinking Fund**

| | | | |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 1 | 1 |
| Total Estimated Fund 7356 Receipts | 1 | 1 | 1 |

**7516 T.P.F.A. Lease Revenue and Refunding (TFC Project) Tax-Exempt Project Fund**

| | | | |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 720 | 374 | 204 |
| Total Estimated Fund 7516 Receipts | 720 | 374 | 204 |

**7604 T.P.F.A. G.O. Commercial Paper Series 2002B Colonias Project Fund**

| | | | |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 3 | 0 | 0 |
| Total Estimated Fund 7604 Receipts | 3 | 0 | 0 |

**7629 T.P.F.A. G.O. Commercial Paper Series 2008 DPS Project 1A Fund**

| | | | |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 45 | 32 | 8 |
| Total Estimated Fund 7629 Receipts | 45 | 32 | 8 |

**7639 T.P.F.A. Cancer Prevention and Research Institute of Texas Project Fund**

| | | | |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 727 | 869 | 788 |
| Total Estimated Fund 7639 Receipts | 727 | 869 | 788 |

**7647 T.P.F.A. G.O. Commercial Paper Series 2008 TPWD Project 1B Fund**

| | | | |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 0 | 0 |
| Total Estimated Fund 7647 Receipts | 1 | 0 | 0 |

**7650 T.P.F.A. G.O. Commercial Paper Series 2008 THC Project 1C Fund**

| | | | |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 1 | 0 | 0 |
| Total Estimated Fund 7650 Receipts | 1 | 0 | 0 |

**7651 T.P.F.A. G.O. Commercial Paper Series 2008 DSHS Project 1C Fund**

| | | | |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 3 | 0 | 0 |
| Total Estimated Fund 7651 Receipts | 3 | 0 | 0 |

**7652 T.P.F.A. G.O. Commercial Paper Series 2008 TFC Project 1C Fund**

| | | | |
|---|---|---|---|
| 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 2 | 0 | 0 |
| Total Estimated Fund 7652 Receipts | 2 | 0 | 0 |

App.132

Schedule I (concluded)

# Estimate of Revenue by Source, Fund, Account and Object

(Thousands of Dollars)

| Fund No. | | Fiscal Year | | |
|---|---|---|---|---|
| | | 2021 | 2022 | 2023 |
| **SOURCE: OTHER FUNDS (concluded)** | | | | |
| **7654 T.P.F.A. G.O. Commercial Paper Series 2008 TPWD Project 1C Fund** | | | | |
| | 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | $ 11 | $ 2 | $ 0 |
| | Total Estimated Fund 7654 Receipts | 11 | 2 | 0 |
| **7656 T.P.F.A. G.O. Commercial Paper Series 2008 DPS Project 1C Fund** | | | | |
| | 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 5 | 0 | 0 |
| | Total Estimated Fund 7656 Receipts | 5 | 0 | 0 |
| **7657 T.P.F.A. G.O. Commercial Paper Series 2008 TFC Project 1D Fund** | | | | |
| | 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 2 | 0 | 0 |
| | Total Estimated Fund 7657 Receipts | 2 | 0 | 0 |
| **7658 T.P.F.A. G.O. Commercial Paper Series 2008 DADS Project 1C Fund** | | | | |
| | 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 7 | 4 | 0 |
| | Total Estimated Fund 7658 Receipts | 7 | 4 | 0 |
| **7659 T.P.F.A. G.O. Commercial Paper Series 2008 TPWD Project 1D Fund** | | | | |
| | 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 11 | 3 | 0 |
| | Total Estimated Fund 7659 Receipts | 11 | 3 | 0 |
| **7660 T.P.F.A. G.O. Commercial Paper Series 2008 DSHS Project 1D Fund** | | | | |
| | 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 4 | 1 | 0 |
| | Total Estimated Fund 7660 Receipts | 4 | 1 | 0 |
| **7800 T.P.F.A. Revenue Commercial Paper Series 2016 A&B TFC Project Fund** | | | | |
| | 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 26 | 0 | 0 |
| | Total Estimated Fund 7800 Receipts | 26 | 0 | 0 |
| **7802 T.P.F.A. Revenue Commercial Paper Series 2019A (HHSC Deferred Maintenance) Project Fund** | | | | |
| | 3851 Interest on State Deposits and Treasury Investments – General, Non-Program | 38 | 111 | 191 |
| | Total Estimated Fund 7802 Receipts | 38 | 111 | 191 |
| **Total Estimated Other Funds** | | **$ 19,167,879** | **$ 20,301,276** | **$ 18,906,666** |
| **Total Estimated All Funds** | | **$ 147,841,118** | **$ 137,295,579** | **$ 133,171,181** |

Texas Biennial Revenue Estimate

Schedule II
# Estimated Fund Balances for Fiscal Year 2021
(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Estimated Revenue | Estimated Net Transfers | Estimated Expenditures | Ending Balance |
|---|---|---|---|---|---|---|---|
| **GROUP 01: GENERAL STATE OPERATING AND DISBURSING FUNDS** | | | | | | | |
| 0001 | 0001 | General Revenue Fund | $ (160,062) | $ 96,941,713 | $ (26,494,330) | $ 75,114,003 | $ (4,826,682) |
| 0001 | 0009 | GR Account – Game, Fish, and Water Safety | 127,199 | 209,242 | (5,883) | 191,328 | 139,230 |
| 0001 | 0019 | GR Account – Vital Statistics | 19,066 | 17,300 | (565) | 17,282 | 18,519 |
| 0001 | 0027 | GR Account – Coastal Protection | 10,636 | 18,475 | (1,677) | 12,886 | 14,548 |
| 0001 | 0028 | GR Account – Appraiser Registry | 1 | 166 | 0 | 166 | 1 |
| 0001 | 0036 | GR Account – Texas Department of Insurance Operating | 177,782 | 39,735 | 130,000 | 187,000 | 160,517 |
| 0001 | 0064 | GR Account – State Parks | 66,168 | 61,722 | 88,413 | 147,255 | 69,048 |
| 0001 | 0088 | GR Account – Low-Level Radioactive Waste | 23,749 | 700 | (348) | 1,506 | 22,595 |
| 0001 | 0099 | GR Account – Operators and Chauffeurs License | 403 | 0 | 0 | 0 | 403 |
| 0001 | 0107 | GR Account – Comprehensive Rehabilitation | 1,642 | 0 | 0 | 0 | 1,642 |
| 0001 | 0108 | GR Account – Private Beauty Culture School Tuition Protection | 202 | 0 | 0 | 0 | 202 |
| 0001 | 0116 | GR Account – Texas Commission on Law Enforcement | 10,094 | 7,185 | (18) | 11,290 | 5,971 |
| 0001 | 0129 | GR Account – Hospital Licensing | 26,410 | 2,542 | 0 | 2,715 | 26,237 |
| 0001 | 0151 | GR Account – Clean Air | 289,985 | 79,486 | (8,907) | 48,322 | 312,242 |
| 0001 | 0153 | GR Account – Water Resource Management | 66,312 | 103,055 | (2,052) | 98,889 | 68,426 |
| 0001 | 0158 | GR Account – Watermaster Administration | 2,230 | 2,656 | (19) | 2,163 | 2,704 |
| 0001 | 0165 | GR Account – Unemployment Compensation Special Administration | 27,939 | 16,436 | 12,342 | 33,819 | 22,898 |
| 0001 | 0225 | GR Account – University of Houston Current | 104,481 | 78,456 | (2,015) | 17,083 | 163,839 |
| 0001 | 0227 | GR Account – Angelo State University Current | 2,891 | 11,188 | (334) | 10,865 | 2,880 |
| 0001 | 0228 | GR Account – University of Texas at Tyler Current | 9,761 | 13,442 | (400) | 11,307 | 11,496 |
| 0001 | 0229 | GR Account – University of Houston – Clear Lake Current | 10,852 | 12,713 | (426) | 14,798 | 8,341 |
| 0001 | 0230 | GR Account – Texas A&M University – Corpus Christi Current | 11,943 | 16,603 | (450) | 16,691 | 11,405 |
| 0001 | 0231 | GR Account – Texas A&M International University Current | 13,333 | 11,286 | (594) | 9,348 | 14,677 |
| 0001 | 0232 | GR Account – Texas A&M University – Texarkana Current | 2,343 | 1,940 | (138) | 3,375 | 770 |
| 0001 | 0233 | GR Account – University of Houston – Victoria Current | 841 | 5,248 | (199) | 5,666 | 224 |
| 0001 | 0236 | GR Account – University of Texas System Cancer Center Current | 1,178 | 740 | (475) | 475 | 968 |
| 0001 | 0237 | GR Account – Texas State Technical College System Current | 8,784 | 5,515 | (242) | 4,410 | 9,647 |
| 0001 | 0238 | GR Account – University of Texas at Dallas Current | 20,800 | 52,093 | (1,620) | 57,851 | 13,422 |
| 0001 | 0239 | GR Account – Texas Tech University Health Sciences Center Current | 17,943 | 16,701 | (512) | 16,259 | 17,873 |
| 0001 | 0242 | GR Account – Texas A&M University Current | 6,641 | 112,482 | (2,985) | 116,138 | 0 |
| 0001 | 0243 | GR Account – Tarleton State University Current | 3,076 | 16,461 | (613) | 17,522 | 1,402 |
| 0001 | 0244 | GR Account – University of Texas at Arlington Current | 24,870 | 66,962 | (1,875) | 69,732 | 20,225 |
| 0001 | 0245 | GR Account – Prairie View A&M University Current | 17,574 | 14,989 | (773) | 17,126 | 14,664 |
| 0001 | 0246 | GR Account – University of Texas Medical Branch at Galveston Current | 0 | 10,549 | 0 | 10,549 | 0 |
| 0001 | 0247 | GR Account – Texas Southern University Current | 17,029 | 24,625 | (919) | 24,601 | 16,134 |
| 0001 | 0248 | GR Account – University of Texas at Austin Current | 122,365 | 113,667 | (1,300) | 131,700 | 103,032 |
| 0001 | 0249 | GR Account – University of Texas at San Antonio Current | 12,970 | 43,919 | (1,387) | 45,587 | 9,915 |
| 0001 | 0250 | GR Account – University of Texas at El Paso Current | 4,337 | 31,223 | (845) | 31,938 | 2,777 |
| 0001 | 0251 | GR Account – University of Texas of the Permian Basin Current | 13,500 | 8,223 | (188) | 7,258 | 14,277 |
| 0001 | 0252 | GR Account – University of Texas Southwestern Medical Center Current | 24,764 | 6,631 | (201) | 4,785 | 26,409 |
| 0001 | 0253 | GR Account – Texas Woman's University Current | 4,949 | 20,988 | (704) | 21,339 | 3,894 |
| 0001 | 0254 | GR Account – Texas A&M University – Kingsville Current | 8,708 | 12,714 | (508) | 16,923 | 3,991 |
| 0001 | 0255 | GR Account – Texas Tech University Current | 15,396 | 58,372 | (1,800) | 54,943 | 17,025 |
| 0001 | 0256 | GR Account – Lamar University Current | 6,485 | 17,038 | (810) | 16,978 | 5,735 |
| 0001 | 0257 | GR Account – Texas A&M University – Commerce Current | 3,681 | 15,840 | (340) | 17,507 | 1,674 |
| 0001 | 0258 | GR Account – University of North Texas Current | 10,406 | 47,802 | (1,745) | 50,000 | 6,463 |
| 0001 | 0259 | GR Account – Sam Houston State University Current | 21,040 | 27,299 | (718) | 24,799 | 22,822 |
| 0001 | 0260 | GR Account – Texas State University Current | 20,061 | 43,772 | (1,623) | 42,037 | 20,173 |
| 0001 | 0261 | GR Account – Stephen F. Austin State University Current | 2,068 | 15,744 | (450) | 16,925 | 437 |

App.134

Schedule II (continued)
# Estimated Fund Balances for Fiscal Year 2021
(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Estimated Revenue | Estimated Net Transfers | Estimated Expenditures | Ending Balance |
|------|------|---------------------|------------------:|------------------:|------------------------:|-----------------------:|---------------:|
| **GROUP 01: GENERAL STATE OPERATING AND DISBURSING FUNDS (continued)** | | | | | | | |
| 0001 | 0262 | GR Account – Sul Ross State University Current | $ 1,845 | $ 1,679 | $ (139) | $ 1,690 | $ 1,695 |
| 0001 | 0263 | GR Account – West Texas A&M University Current | 1,614 | 12,743 | (600) | 13,393 | 364 |
| 0001 | 0264 | GR Account – Midwestern State University Current | 3,326 | 5,339 | (149) | 6,734 | 1,782 |
| 0001 | 0268 | GR Account – University of Houston Downtown Current | 999 | 17,426 | (589) | 17,835 | 1 |
| 0001 | 0271 | GR Account – University of Texas Health Science Center at Houston Current | 42,402 | 23,991 | (1,853) | 22,416 | 42,124 |
| 0001 | 0275 | GR Account – Texas A&M University at Galveston Current | 1,231 | 3,070 | (142) | 3,377 | 782 |
| 0001 | 0279 | GR Account – University of Texas Health Science Center at San Antonio Current | 8,464 | 12,086 | (460) | 15,875 | 4,215 |
| 0001 | 0280 | GR Account – University of North Texas Health Science Center at Fort Worth Current | 5,126 | 10,117 | (478) | 10,170 | 4,595 |
| 0001 | 0282 | GR Account – University of Texas Health Center at Tyler Current | 0 | 387 | (120) | 267 | 0 |
| 0001 | 0285 | GR Account – Lamar State College Orange Current | 1,922 | 1,969 | (64) | 850 | 2,977 |
| 0001 | 0286 | GR Account – Lamar State College Port Arthur Current | 2,488 | 1,853 | (98) | 1,798 | 2,445 |
| 0001 | 0287 | GR Account – Lamar Institute of Technology Current | 1,742 | 2,102 | (149) | 2,180 | 1,515 |
| 0001 | 0289 | GR Account – Texas A&M University System Health Science Center Current | 15,453 | 16,856 | (382) | 14,480 | 17,447 |
| 0001 | 0290 | GR Account – Texas A&M University – San Antonio Current | 9,521 | 6,854 | (438) | 7,612 | 8,325 |
| 0001 | 0291 | GR Account – Texas A&M University – Central Texas Current | 1,618 | 2,412 | (78) | 2,374 | 1,578 |
| 0001 | 0292 | GR Account – University of North Texas – Dallas Current | 4,401 | 7,113 | (490) | 7,098 | 3,926 |
| 0001 | 0293 | GR Account – University of Texas – Rio Grande Valley Current | 29,210 | 34,991 | (650) | 38,741 | 24,810 |
| 0001 | 0294 | GR Account – Texas Tech University Health Sciences Center El Paso Current | 6,376 | 3,019 | (88) | 5,418 | 3,889 |
| 0001 | 0334 | GR Account – Commission on the Arts Operating | 0 | 152 | 0 | 152 | 0 |
| 0001 | 0341 | GR Account – Food and Drug Retail Fee | 15,965 | 2,621 | (469) | 1,784 | 16,333 |
| 0001 | 0412 | GR Account – Midwestern State University Special Mineral | 0 | 2 | 0 | 2 | 0 |
| 0001 | 0450 | GR Account – Coastal Public Lands Management Fee | 764 | 312 | (9) | 280 | 787 |
| 0001 | 0453 | GR Account – Disaster Contingency | 373 | 0 | 0 | 0 | 373 |
| 0001 | 0467 | GR Account – Texas Recreation and Parks | 27,476 | 5,332 | 10,172 | 18,414 | 24,566 |
| 0001 | 0468 | GR Account – Texas Commission on Environmental Quality Occupational Licensing | 10,351 | 2,537 | (93) | 2,165 | 10,630 |
| 0001 | 0472 | GR Account – Inaugural | 100 | 0 | 0 | 0 | 100 |
| 0001 | 0492 | GR Account – Business Enterprise Program | 258 | 1,476 | (1) | 1,666 | 67 |
| 0001 | 0501 | GR Account – Motorcycle Education | 17,222 | 1,412 | (2) | 1,035 | 17,597 |
| 0001 | 0506 | GR Account – Non-Game and Endangered Species Conservation | 1,602 | 36 | 0 | 57 | 1,581 |
| 0001 | 0507 | GR Account – State Lease | 8,362 | 0 | 0 | 0 | 8,362 |
| 0001 | 0512 | GR Account – Bureau of Emergency Management | 5,300 | 2,639 | (366) | 2,486 | 5,087 |
| 0001 | 0524 | GR Account – Public Health Services Fees | 5,726 | 24,667 | (1,490) | 23,086 | 5,817 |
| 0001 | 0543 | GR Account – Texas Capital Trust | 4,085 | 3,802 | (1,940) | 4,583 | 1,364 |
| 0001 | 0544 | GR Account – Lifetime License Endowment | 27,878 | 1,513 | 0 | 286 | 29,105 |
| 0001 | 0549 | GR Account – Waste Management | 25,439 | 42,954 | (1,595) | 41,400 | 25,398 |
| 0001 | 0550 | GR Account – Hazardous and Solid Waste Remediation Fees | 34,193 | 29,921 | (2,329) | 32,961 | 28,824 |
| 0001 | 0570 | GR Account – Federal Surplus Property Service Charge | 6,539 | 2,153 | (399) | 1,666 | 6,627 |
| 0001 | 0581 | GR Account – Bill Blackwood Law Enforcement Management Institute | 1,653 | 2,779 | (74) | 3,308 | 1,050 |
| 0001 | 0597 | GR Account – Texas Racing Commission | 1,398 | 5,193 | (188) | 4,294 | 2,109 |
| 0001 | 0655 | GR Account – Petroleum Storage Tank Remediation | 103,633 | 20,883 | (1,828) | 27,609 | 95,079 |
| 0001 | 0664 | GR Account – Texas Preservation Trust | 756 | 249 | 500 | 249 | 1,256 |
| 0001 | 0679 | GR Account – Artificial Reef | 14,150 | 870 | (1) | 480 | 14,539 |
| 0001 | 5000 | GR Account – Solid Waste Disposal Fees | 117,026 | 11,493 | (40) | 5,533 | 122,946 |
| 0001 | 5003 | GR Account – Hotel Occupancy Tax for Economic Development | 98,946 | 0 | 0 | 0 | 98,946 |
| 0001 | 5004 | GR Account – Parks and Wildlife Conservation and Capital | 59,124 | 0 | 46,086 | 46,086 | 59,124 |
| 0001 | 5005 | GR Account – Oil Overcharge | 81,507 | 11,684 | (3,374) | 13,796 | 76,021 |

Schedule II (continued)
# Estimated Fund Balances for Fiscal Year 2021
(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Estimated Revenue | Estimated Net Transfers | Estimated Expenditures | Ending Balance |
|------|------|---------------------|------------------:|------------------:|------------------------:|-----------------------:|---------------:|
| **GROUP 01: GENERAL STATE OPERATING AND DISBURSING FUNDS (continued)** | | | | | | | |
| 0001 | 5006 | GR Account – Attorney General Law Enforcement | $ 3,693 | $ 866 | $ 1,189 | $ 2,355 | $ 3,393 |
| 0001 | 5007 | GR Account – Commission on State Emergency Communications | 49,883 | 23,110 | (3,525) | 14,953 | 54,515 |
| 0001 | 5008 | GR Account – Inaugural Endowment | 84 | 0 | 0 | 0 | 84 |
| 0001 | 5009 | GR Account – Children with Special Healthcare Needs | 391 | 0 | 0 | 0 | 391 |
| 0001 | 5010 | GR Account – Sexual Assault Program | 36,361 | 13,948 | (310) | 21,215 | 28,784 |
| 0001 | 5012 | GR Account – Crime Stoppers Assistance | 988 | 473 | (10) | 456 | 995 |
| 0001 | 5013 | GR Account – Breath Alcohol Testing | 9,806 | 738 | (1) | 1,513 | 9,030 |
| 0001 | 5017 | GR Account – Asbestos Removal Licensure | 28,001 | 3,769 | (95) | 3,812 | 27,863 |
| 0001 | 5018 | GR Account – Home Health Services | 17,241 | 8,091 | (16) | 7,333 | 17,983 |
| 0001 | 5020 | GR Account – Workplace Chemicals List | 1,260 | 1,218 | (45) | 1,127 | 1,306 |
| 0001 | 5021 | GR Account – Certification of Mammography Systems | 3,943 | 1,341 | (70) | 1,504 | 3,710 |
| 0001 | 5022 | GR Account – Oyster Sales | 720 | 291 | (17) | 108 | 886 |
| 0001 | 5024 | GR Account – Food and Drug Registration | 39,831 | 10,254 | (621) | 9,090 | 40,374 |
| 0001 | 5025 | GR Account – Lottery | 141,921 | 2,464,026 | (1,718,823) | 796,145 | 90,979 |
| 0001 | 5029 | GR Account – Center for Study and Prevention of Juvenile Crime and Delinquency | 8,329 | 1,615 | (44) | 1,957 | 7,943 |
| 0001 | 5031 | GR Account – Excess Benefit Arrangement, Teacher Retirement System | 283 | 0 | 0 | 0 | 283 |
| 0001 | 5039 | GR Account – Excess Benefit Arrangement, Employees Retirement System | 246 | 0 | 0 | 0 | 246 |
| 0001 | 5040 | GR Account – Tobacco Settlement | 70,381 | 456,900 | (2,911) | 407,705 | 116,665 |
| 0001 | 5049 | GR Account – State Owned Multicategorical Teaching Hospital | 5,367 | 0 | 439 | 439 | 5,367 |
| 0001 | 5050 | GR Account – 9-1-1 Service Fees | 86,234 | 6,025 | 26,211 | 73,000 | 45,470 |
| 0001 | 5051 | GR Account – Go Texan Partner Program | 81 | 0 | 0 | 0 | 81 |
| 0001 | 5059 | GR Account – Peace Officer Flag | 9 | 7 | 0 | 0 | 16 |
| 0001 | 5060 | GR Account – Private Sector Prison Industries | 1,000 | 0 | 0 | 0 | 1,000 |
| 0001 | 5064 | GR Account – Volunteer Fire Department Assistance | 64,771 | 22,626 | (570) | 25,118 | 61,709 |
| 0001 | 5065 | GR Account – Environmental Testing Laboratory Accreditation | 991 | 831 | 2 | 906 | 918 |
| 0001 | 5066 | GR Account – Rural Volunteer Fire Department Insurance | 4,866 | 0 | 2,115 | 1,899 | 5,082 |
| 0001 | 5071 | GR Account – Emissions Reduction Plan | 1,952,168 | 101,490 | 136,602 | 97,972 | 2,092,288 |
| 0001 | 5073 | GR Account – Fair Defense | 38,860 | 37,019 | 6,211 | 50,051 | 32,039 |
| 0001 | 5080 | GR Account – Quality Assurance | 3,726 | 60,057 | 11,300 | 60,000 | 15,083 |
| 0001 | 5081 | GR Account – Barber School Tuition Protection | 25 | 0 | 0 | 0 | 25 |
| 0001 | 5083 | GR Account – Correctional Management Institute and Criminal Justice Center | 1,757 | 1,612 | (58) | 1,482 | 1,829 |
| 0001 | 5085 | GR Account – Child Abuse Neglect and Prevention Trust | 4,160 | 3,500 | (5,686) | 0 | 1,974 |
| 0001 | 5093 | GR Account – Dry Cleaning Facility Release | 22,583 | 3,164 | (20) | 3,891 | 21,836 |
| 0001 | 5094 | GR Account – Operating Permit Fees | 16,572 | 39,425 | (3,980) | 40,433 | 11,584 |
| 0001 | 5096 | GR Account – Perpetual Care | 7,553 | 424 | 0 | 0 | 7,977 |
| 0001 | 5101 | GR Account – Subsequent Injury | 84,518 | 11,398 | 0 | 9,680 | 86,236 |
| 0001 | 5103 | GR Account – Texas B-On-Time Student Loan | 137,959 | 0 | 0 | 0 | 137,959 |
| 0001 | 5105 | GR Account – Public Assurance | 2,644 | 3,599 | 0 | 4,033 | 2,210 |
| 0001 | 5106 | GR Account – Economic Development Bank | 13,083 | 1,128 | (3,578) | 557 | 10,076 |
| 0001 | 5107 | GR Account – Texas Enterprise | 259,980 | 2,181 | (18,600) | 0 | 243,561 |
| 0001 | 5108 | GR Account – EMS, Trauma Facilities, Trauma Care Systems | 22,012 | 2,211 | (3) | 2,398 | 21,822 |
| 0001 | 5111 | GR Account – Designated Trauma Facility and EMS | 59,796 | 107,900 | (46,307) | 19,279 | 102,110 |
| 0001 | 5125 | GR Account – Childhood Immunization | 221 | 68 | 0 | 46 | 243 |
| 0001 | 5128 | GR Account – Employment and Training Investment Holding | 374,872 | 112,988 | (487,473) | 386 | 1 |
| 0001 | 5136 | GR Account – Cancer Prevention and Research | 848 | 40 | 0 | 40 | 848 |
| 0001 | 5138 | GR Account – Fire Prevention and Public Safety | 49 | 0 | 0 | 0 | 49 |
| 0001 | 5139 | GR Account – Historic Site | 1,677 | 845 | 12,033 | 12,879 | 1,676 |
| 0001 | 5143 | GR Account – Jobs and Education For Texans (JET) | 1,149 | 0 | 0 | 0 | 1,149 |
| 0001 | 5144 | GR Account – Physician Education Loan Repayment Program | 82,631 | 0 | 0 | 14,947 | 67,684 |

**Texas Biennial Revenue Estimate**

Schedule II (continued)
# Estimated Fund Balances for Fiscal Year 2021
(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Estimated Revenue | Estimated Net Transfers | Estimated Expenditures | Ending Balance |
|------|------|----------------------|------------------:|------------------:|------------------------:|-----------------------:|---------------:|
| **GROUP 01: GENERAL STATE OPERATING AND DISBURSING FUNDS (concluded)** | | | | | | | |
| 0001 | 5150 | GR Account – Large County and Municipal Recreation and Parks | $ 17,176 | $ 0 | $ 0 | $ 0 | $ 17,176 |
| 0001 | 5151 | GR Account – Low-Level Radioactive Waste Disposal Compact Commission | 331 | 0 | 325 | 325 | 331 |
| 0001 | 5152 | GR Account – Alamo Complex | 5,084 | 1,574 | (15) | 4,068 | 2,575 |
| 0001 | 5153 | GR Account – Emergency Radio Infrastructure | 25,682 | 6,942 | (64) | 4,493 | 28,067 |
| 0001 | 5155 | GR Account – Oil and Gas Regulation and Cleanup | 139,225 | 73,614 | 865 | 88,571 | 125,133 |
| 0001 | 5157 | GR Account – Statewide Electronic Filing System | 20,777 | 25,174 | 0 | 20,774 | 25,177 |
| 0001 | 5158 | GR Account – Environmental Radiation and Perpetual Care | 6,816 | 1,545 | 0 | 4,739 | 3,622 |
| 0001 | 5161 | GR Account – Governor's University Research Initiative | 67,686 | 1,707 | (16,925) | 38 | 52,430 |
| 0001 | 5164 | GR Account – Truancy Prevention and Diversion | 15,057 | 4,935 | 0 | 3,097 | 16,895 |
| 0001 | 5166 | GR Account – Deferred Maintenance | 66,131 | 0 | (1,512) | 64,619 | 0 |
| 0001 | 5168 | GR Account – Cancer Prevention and Research Interest and Sinking | 1,479 | 350 | 0 | 0 | 1,829 |
| 0001 | 5169 | GR Account – Veterans Recovery | 1 | 0 | 0 | 0 | 1 |
| 0001 | 5170 | GR Account – Evidence Testing | 1,728 | 800 | 224 | 1,100 | 1,652 |
| 0001 | 5172 | GR Account – Prisoner Safety | 644 | 0 | 0 | 0 | 644 |
| 0001 | 5173 | GR Account – Texas Forensic Science Commission | 133 | 159 | 4 | 153 | 143 |
| 0001 | 5174 | GR Account – Drug Court | 2,400 | 0 | 0 | 2,000 | 400 |
| 0001 | 5177 | GR Account – Identification Fee Exemption | 144 | 1,200 | 0 | 0 | 1,344 |
| 0001 | 5178 | GR Account – State Hemp Program | 358 | 724 | 0 | 0 | 1,082 |
| 0001 | 5184 | GR Account – Specialty Court | 1,017 | 1,806 | 0 | 0 | 2,823 |
| 0001 | 5185 | GR Account – DNA Testing | 60 | 243 | 0 | 299 | 4 |
| 0001 | 5186 | GR Account – Transportation Administrative Fee | 1,873 | 7,549 | 0 | 7,549 | 1,873 |
| 0010 | 0000 | Texas Department of Motor Vehicles Fund | 160,705 | 160,722 | (34,243) | 101,028 | 186,156 |
| 0053 | 0000 | Charter District Bond Guarantee Reserve Fund | 0 | 20,560 | (20,163) | 0 | 397 |
| 0161 | 0000 | TexasSure Fund | 6,707 | 5,074 | (24) | 3,470 | 8,287 |
| 0175 | 0000 | Texas Infrastructure Resiliency Fund | 647,134 | 2,912 | (50) | 9,188 | 640,808 |
| 0179 | 0000 | Permanent Fund Supporting Graduate Education | 0 | 11,000 | 0 | 11,000 | 0 |
| 0183 | 0000 | Texas Economic Development Fund | 5,933 | 50 | 0 | 1,000 | 4,983 |
| 0184 | 0000 | Transportation Infrastructure Fund | 10,321 | 51 | 0 | 0 | 10,372 |
| 0186 | 0000 | Pesticide Disposal Fund | 0 | 400 | 400 | 400 | 400 |
| 0210 | 0000 | Permanent Fund Supporting Military and Veterans Exemptions | 1,584 | 0 | 0 | 0 | 1,584 |
| 0303 | 0000 | Assistant Prosecutor Supplement Fund | 0 | 3,000 | 0 | 3,000 | 0 |
| 0304 | 0000 | Property Tax Relief Fund | 0 | 2,084,728 | 0 | 2,084,728 | 0 |
| 0305 | 0000 | Tax Reduction and Excellence in Education Fund | 0 | 830,000 | (830,000) | 0 | 0 |
| 0326 | 0000 | Charter School Liquidation Fund | 2,085 | 0 | 1,999 | 2,000 | 2,084 |
| 0327 | 0000 | Texas-bred Incentive Fund | 237 | 1,849 | 0 | 1,849 | 237 |
| 0328 | 0000 | Jury Service Fund | 0 | 11,158 | 0 | 11,158 | 0 |
| 0329 | 0000 | Healthy Texas Small Employer Premium Stabilization Fund | 47,827 | 0 | 0 | 0 | 47,827 |
| 0368 | 0000 | Fund for Veterans' Assistance | 41,157 | 2,965 | 19,045 | 19,868 | 43,299 |
| 0373 | 0000 | Freestanding Emergency Medical Care Facility Licensing Fund | 9,445 | 1,013 | 0 | 0 | 10,458 |
| 0827 | 0000 | Anthropogenic Carbon Dioxide Storage Trust Fund | 63 | 21 | 0 | 0 | 84 |
| | | **Total Group 1** | **$ 7,014,914** | **$105,543,328** | **$(29,251,435)** | **$ 81,320,048** | **$ 1,986,759** |
| **GROUP 02: CONSTITUTIONAL FUNDS** | | | | | | | |
| 0001 | 0469 | GR Account – Compensation to Victims of Crime | 43,689 | 96,284 | (1,864) | 119,633 | 18,476 |
| 0001 | 0494 | GR Account – Compensation to Victims of Crime Auxiliary | 8,250 | 545 | (1,495) | 708 | 6,592 |
| 0001 | 5114 | GR Account – Texas Military Value Revolving Loan | 69 | 2,139 | (2,138) | 0 | 70 |
| 0002 | 0000 | Available School Fund | 13,458 | 867 | 2,570,153 | 2,549,478 | 35,000 |
| 0003 | 0000 | State Technology and Instructional Materials Fund | 666,415 | 1,856 | 0 | 376,382 | 291,889 |
| 0006 | 0000 | State Highway Fund | 7,345,368 | 7,930,048 | 5,141,506 | 12,884,000 | 7,532,922 |
| 0008 | 0000 | State Highway Debt Service Fund | 211,840 | 38,094 | 279,100 | 433,728 | 95,306 |
| 0011 | 0000 | Available University Fund | 864,798 | 1,173,292 | 1,163,124 | 793,487 | 2,407,727 |

App.137

Schedule II (continued)
# Estimated Fund Balances for Fiscal Year 2021
(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Estimated Revenue | Estimated Net Transfers | Estimated Expenditures | Ending Balance |
|------|------|----------------------|------------------:|------------------:|------------------------:|-----------------------:|---------------:|
| **GROUP 02: CONSTITUTIONAL FUNDS (continued)** | | | | | | | |
| 0047 | 0000 | Texas A&M University Available Fund | $ 557,981 | $ 2,819 | $ 278,160 | $ 261,351 | $ 577,609 |
| 0057 | 0000 | County and Road District Highway Fund | 0 | 0 | 7,300 | 7,300 | 0 |
| 0194 | 0000 | Flood Infrastructure Fund | 797,213 | 3,323 | 0 | 386,705 | 413,831 |
| 0211 | 0000 | University of Texas Interest and Sinking Fund | 0 | 26 | 265,170 | 265,170 | 26 |
| 0214 | 0000 | Available National Research University Fund | 50,210 | 285 | 24,758 | 28,325 | 46,928 |
| 0356 | 0000 | Economically Distressed Areas Clearance Fund | 657 | 5 | (20) | 20 | 622 |
| 0357 | 0000 | Economically Distressed Areas Clearance Interest and Sinking Fund | 9 | 4 | 21,965 | 21,965 | 13 |
| 0358 | 0000 | Agricultural Water Conservation Fund | 6,828 | 194 | 381 | 1,200 | 6,203 |
| 0361 | 0000 | State Water Implementation Fund | 175,604 | 790 | (60,636) | 0 | 115,758 |
| 0365 | 0000 | Texas Mobility Fund | 358,700 | 545,730 | (92,552) | 489,157 | 322,721 |
| 0370 | 0000 | Texas Water Development Fund II Clearance Fund | 91,113 | 2,000 | (2,000) | 2,000 | 89,113 |
| 0371 | 0000 | Texas Water Development Fund II | 66,243 | 100,251 | (50,000) | 50,000 | 66,494 |
| 0372 | 0000 | Texas Water Development Fund II Interest and Sinking Fund | 27 | 50 | 50,000 | 50,000 | 77 |
| 0383 | 0000 | Veterans Housing Program, Tax-Exempt Issues | 138,303 | 229,934 | (32,828) | 213,503 | 121,906 |
| 0384 | 0000 | Veterans Housing Program, Taxable Issues | 10,058 | 79,826 | (8,503) | 63,030 | 18,351 |
| 0385 | 0000 | Veterans Land Program, Tax-Exempt Issues | 355 | 895 | (349) | 901 | 0 |
| 0387 | 0000 | Texas Opportunity Plan Fund | 77,911 | 0 | 14,918 | 54 | 92,775 |
| 0388 | 0000 | Texas College Student Loan Bonds Interest and Sinking Fund | 116,894 | 163,710 | (84,000) | 36,000 | 160,604 |
| 0480 | 0000 | Water Assistance Fund | 5,100 | 240 | (690) | 338 | 4,312 |
| 0482 | 0000 | Storage Acquisition Fund | 0 | 23 | (23) | 0 | 0 |
| 0483 | 0000 | Research and Planning Fund | 2,574 | 0 | 5,090 | 4,727 | 2,937 |
| 0522 | 0000 | Veterans Land Program Administration Fund | 6,532 | 30 | 22,925 | 22,443 | 7,044 |
| 0529 | 0000 | Veterans Housing Assistance Series 1984A Fund | 2,985 | 18,403 | 6,280 | 24,056 | 3,612 |
| 0571 | 0000 | Veterans Land Bond Series 1986 Refunding Fund | 5,262 | 4,251 | (9,513) | 0 | 0 |
| 0588 | 0000 | Small Business Incubator Fund | 21,110 | 334 | (5) | 2,690 | 18,749 |
| 0589 | 0000 | Texas Product Development Fund | 9,632 | 1,194 | (195) | 389 | 10,242 |
| 0590 | 0000 | Veterans Housing Assistance Bonds Series 1992 Fund | 8,715 | 24,957 | (430) | 10,000 | 23,242 |
| 0599 | 0000 | Economic Stabilization Fund | 5,895,954 | 20,503 | 833,688 | 2,263,014 | 4,487,131 |
| 0601 | 0000 | Student Loan Auxiliary Fund | 123,635 | 0 | 86,440 | 148,000 | 62,075 |
| 0626 | 0000 | Veterans Bonds Activity Series 1989 Fund | 410 | 300 | 0 | 0 | 710 |
| 0683 | 0000 | Texas Agricultural Fund | 17,600 | 870 | 0 | (1,063) | 19,533 |
| 7013 | 0000 | TPFA GO Series 2002A Interest and Sinking Fund | 17 | 0 | 0 | 0 | 17 |
| 7020 | 0000 | TPFA GO Commercial Paper Series 2002B Colonias Rebate Fund | 158 | 0 | 0 | 0 | 158 |
| 7030 | 0000 | TPFA GO Series 2007 TDJC and TFC Interest and Sinking Fund | 1 | 0 | 0 | 0 | 1 |
| 7033 | 0000 | TPFA GO Commercial Paper Series 2008 Interest and Sinking Fund | 0 | 0 | 5,656 | 5,656 | 0 |
| 7039 | 0000 | TPFA GO Series 2008A Refunding Interest and Sinking Fund | 1 | 0 | 0 | 0 | 1 |
| 7040 | 0000 | TPFA GO Series 2009B Interest and Sinking Fund | 8 | 0 | 0 | 0 | 8 |
| 7042 | 0000 | TPFA GO Commercial Paper Series A&B Cancer Project Interest and Sinking Fund | 1,194 | 0 | 1,500 | 1,500 | 1,194 |
| 7045 | 0000 | TPFA GO Series 2009A Refunding Interest and Sinking Fund | 13 | 0 | 0 | 0 | 13 |
| 7048 | 0000 | TPFA GO Series 2010 Refunding Interest and Sinking Fund | 0 | 1 | 10,780 | 10,780 | 1 |
| 7049 | 0000 | TPFA GO Series 2011 Refunding Interest and Sinking Fund | 1 | 2 | 32,503 | 32,503 | 3 |
| 7051 | 0000 | TPFA GO Taxable Series 2011 Refunding Interest and Sinking Fund | 1 | 1 | 16,132 | 16,132 | 2 |
| 7053 | 0000 | TPFA GO Series 2013 Refunding Interest and Sinking Fund | 0 | 0 | 4,662 | 4,662 | 0 |
| 7056 | 0000 | TPFA GO Series 2014A Refunding Interest and Sinking Fund | 1 | 1 | 22,746 | 22,746 | 2 |
| 7058 | 0000 | TPFA GO Taxable Series 2014B Refunding Interest and Sinking Fund | 1 | 1 | 18,058 | 18,058 | 2 |
| 7059 | 0000 | TPFA GO Series 2015A Refunding Interest and Sinking Fund | 0 | 1 | 19,339 | 19,339 | 1 |

App.138

Schedule II (continued)
# Estimated Fund Balances for Fiscal Year 2021
(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Estimated Revenue | Estimated Net Transfers | Estimated Expenditures | Ending Balance |
|------|------|----------------------|-------------------|-------------------|-------------------------|------------------------|----------------|
| **GROUP 02: CONSTITUTIONAL FUNDS (continued)** | | | | | | | |
| 7061 | 0000 | TPFA GO and Refunding Bonds (CPRIT), Series 2015C, Interest and Sinking Fund | $ 1 | $ 2 | $ 27,640 | $ 27,640 | $ 3 |
| 7063 | 0000 | TPFA GO Refunding Bonds, Series 2016, Interest and Sinking Fund | 1 | 1 | 22,525 | 22,525 | 2 |
| 7065 | 0000 | TPFA GO Refunding Bonds, (TMPC) Series 2016, Interest and Sinking Fund | 1 | 0 | 2,138 | 2,138 | 1 |
| 7067 | 0000 | TPFA GO and Refunding Bonds (CPRIT), Series 2017, Interest and Sinking Fund | 1 | 2 | 29,012 | 29,012 | 3 |
| 7069 | 0000 | TPFA GO Refunding Bonds, Series 2017A, Interest and Sinking Fund | 1 | 1 | 12,621 | 12,621 | 2 |
| 7071 | 0000 | TPFA GO Refunding Bonds, Series 2017B, Interest and Sinking Fund | 0 | 0 | 2,796 | 2,796 | 0 |
| 7073 | 0000 | TPFA GO Refunding Bonds Taxable Series 2018 CPRIT Interest and Sinking Fund | 1 | 2 | 25,396 | 25,396 | 3 |
| 7075 | 0000 | TPFA GO Refunding Bonds, Series 2018A, Interest and Sinking Fund | 1 | 1 | 12,394 | 12,394 | 2 |
| 7077 | 0000 | TPFA GO and Refunding Bonds, Taxable Series 2020, Interest and Sinking Fund | 0 | 2 | 30,186 | 30,186 | 2 |
| 7078 | 0000 | TPFA GO and Refunding Bonds, Taxable Series 2020, Cost of Issuance Fund | 49 | 0 | 0 | 0 | 49 |
| 7201 | 0000 | TPFA GO Commercial Paper Series 2002A TDH Project A Fund | 6 | 0 | 0 | 0 | 6 |
| 7207 | 0000 | TPFA GO Series 2007 TFC Project Fund | 67 | 0 | 0 | 0 | 67 |
| 7209 | 0000 | TPFA GO Series 2008A Refunding DPS Project Fund | 818 | 2 | 2 | 752 | 70 |
| 7211 | 0000 | TPFA GO Series 2009B DPS Project Fund | 1,937 | 5 | 5 | 1,781 | 166 |
| 7213 | 0000 | TPFA GO Series 2009B THC Project Fund | 2,057 | 6 | 6 | 1,891 | 178 |
| 7216 | 0000 | TPFA GO Series 2011 Refunding TSBVI Project Fund | 1 | 0 | 0 | 0 | 1 |
| 7217 | 0000 | TPFA GO Series 2011 Refunding TFC Project Fund | 264 | 1 | 1 | 243 | 23 |
| 7604 | 0000 | TPFA GO Commercial Paper Series 2002B Colonias Project Fund | 1,173 | 3 | 3 | 1,078 | 101 |
| 7616 | 0000 | TPFA GO Commercial Paper Series 2002A MHMR Project B Fund | 2 | 0 | 0 | 0 | 2 |
| 7618 | 0000 | TPFA GO Commercial Paper Series 2002A DPS Project B Fund | 775 | 0 | 0 | 0 | 775 |
| 7628 | 0000 | TPFA GO Commercial Paper Series 2002A TYC Project C Fund | 45 | 0 | 0 | 0 | 45 |
| 7629 | 0000 | TPFA GO Commercial Paper Series 2008 DPS Project 1A Fund | 5,053 | 45 | 9,395 | 4,996 | 9,497 |
| 7633 | 0000 | TPFA GO Commercial Paper Series 2008 TFC Project 1A Fund | 3 | 0 | 0 | 0 | 3 |
| 7636 | 0000 | TPFA GO Commercial Paper Series 2008 THC Project 1A Fund | 77 | 0 | 0 | 0 | 77 |
| 7637 | 0000 | TPFA GO Commercial Paper Series 2008 TYC Project 1A Fund | 97 | 0 | 0 | 0 | 97 |
| 7639 | 0000 | TPFA Cancer Prevention and Research Institute of Texas Project Fund | 107,694 | 727 | 261,027 | 123,564 | 245,884 |
| 7640 | 0000 | TPFA GO Commercial Paper Series 2002A TFC Project C Fund | 20 | 0 | 0 | 0 | 20 |
| 7641 | 0000 | TPFA GO Commercial Paper Series 2008 TFC Project 1B Fund | 1 | 0 | 0 | 0 | 1 |
| 7645 | 0000 | TPFA GO Commercial Paper Series 2008 TYC Project 1B Fund | 21 | 0 | 0 | 0 | 21 |
| 7647 | 0000 | TPFA GO Commercial Paper Series 2008 TPWD Project 1B Fund | 399 | 1 | 1 | 367 | 34 |
| 7648 | 0000 | TPFA GO Commercial Paper Series 2008 DPS Project 1B Fund | 602 | 0 | 0 | 0 | 602 |
| 7649 | 0000 | TPFA GO Commercial Paper Series 2008 Adjutant General Project 1B Fund | 15 | 0 | 0 | 0 | 15 |
| 7650 | 0000 | TPFA GO Commercial Paper Series 2008 THC Project 1C Fund | 254 | 1 | 1 | 233 | 23 |
| 7651 | 0000 | TPFA GO Commercial Paper Series 2008 DSHS Project 1C Fund | 358 | 3 | 1,003 | 1,247 | 117 |
| 7652 | 0000 | TPFA GO Commercial Paper Series 2008 TFC Project 1C Fund | 699 | 2 | 2 | 643 | 60 |
| 7654 | 0000 | TPFA GO Commercial Paper Series 2008 TPWD Project 1C Fund | 2,440 | 11 | 1,161 | 2,333 | 1,279 |

App.139

Schedule II (continued)
# Estimated Fund Balances for Fiscal Year 2021
(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Estimated Revenue | Estimated Net Transfers | Estimated Expenditures | Ending Balance |
|------|------|----------------------|------------------:|------------------:|------------------------:|-----------------------:|---------------:|
| **GROUP 02: CONSTITUTIONAL FUNDS (concluded)** | | | | | | | |
| 7656 | 0000 | TPFA GO Commercial Paper Series 2008 DPS Project 1C Fund | $ 1,401 | $ 5 | $ 605 | $ 1,839 | $ 172 |
| 7657 | 0000 | TPFA GO Commercial Paper Series 2008 TFC Project 1D Fund | 554 | 2 | 533 | 997 | 92 |
| 7658 | 0000 | TPFA GO Commercial Paper Series 2008 DADS Project 1C Fund | 647 | 7 | 1,707 | 929 | 1,432 |
| 7659 | 0000 | TPFA GO Commercial Paper Series 2008 TPWD Project 1D Fund | 1,209 | 11 | 3,011 | 2,448 | 1,783 |
| 7660 | 0000 | TPFA GO Commercial Paper Series 2008 DSHS Project 1D Fund | 1,101 | 4 | 4 | 554 | 555 |
| 7662 | 0000 | TPFA GO Commercial Paper Series 2008 THC Project 1D Fund | 158 | 0 | 0 | 134 | 24 |
| | | **Total Group 2** | **$17,832,902** | **$ 10,444,926** | **$ 10,998,268** | **$ 21,950,804** | **$17,325,292** |
| | | | | | | | |
| **GROUP 03: FEDERAL FUNDS** | | | | | | | |
| 0001 | 0037 | GR Account – Federal Child Welfare Service | 0 | 509,161 | (509,161) | 0 | 0 |
| 0001 | 0092 | GR Account – Federal Disaster | 9,966 | 202,788 | (30,139) | 176,000 | 6,615 |
| 0001 | 0118 | GR Account – Federal Public Library Service | 146 | 11,834 | (460) | 10,988 | 532 |
| 0001 | 0127 | GR Account – Community Affairs Federal | 30,762 | 281,573 | (104) | 252,373 | 59,858 |
| 0001 | 0148 | GR Account – Federal Health, Education and Welfare | 11,515 | 3,364,884 | (55,000) | 3,309,884 | 11,515 |
| 0001 | 0171 | GR Account – Federal School Lunch | 0 | 2,246,334 | (140) | 2,246,194 | 0 |
| 0001 | 0221 | GR Account – Federal Civil Defense and Disaster Relief | 111 | 282 | 0 | 146 | 247 |
| 0001 | 0222 | GR Account – Department of Public Safety Federal | 323 | 1,915 | 0 | 1,900 | 338 |
| 0001 | 0223 | GR Account – Federal Land and Water Conservation | 9 | 0 | 0 | 0 | 9 |
| 0001 | 0224 | GR Account – Governor's Office Federal Projects | 26,315 | 108,529 | (5,706) | 104,926 | 24,212 |
| 0001 | 0273 | GR Account – Federal Health and Health Lab Funding Excess Revenue | 32,058 | 301,277 | (32,958) | 254,747 | 45,630 |
| 0001 | 0421 | GR Account – Criminal Justice Planning | 31,777 | 234,933 | (8,485) | 257,129 | 1,096 |
| 0001 | 0449 | GR Account – Texas Military Federal | 11,199 | 66,834 | (2,063) | 59,251 | 16,719 |
| 0001 | 0454 | GR Account – Federal Land Reclamation | 413 | 0 | 0 | 0 | 413 |
| 0001 | 5026 | GR Account – Workforce Commission Federal | 31,218 | 1,744,301 | (22,329) | 1,704,561 | 48,629 |
| 0001 | 5041 | GR Account – Railroad Commission Federal | 10,289 | 3,040 | (11) | 3,040 | 10,278 |
| 0001 | 5091 | GR Account – Office of Rural Community Affairs Federal | 6,255 | 68,166 | (30) | 68,136 | 6,255 |
| 0001 | 5095 | GR Account – Election Improvement | 33,272 | 90 | (1,500) | 15,327 | 16,535 |
| 0001 | 5109 | GR Account – Medicaid Recovery 42 U.S.C §1396p | 0 | 2,300 | 0 | 2,300 | 0 |
| 0325 | 0000 | Coronavirus Relief Fund | 6,920,164 | 17,775,049 | (48,502) | 21,396,130 | 3,250,581 |
| 0369 | 0000 | Federal American Recovery and Reinvestment Fund | 25,966 | 6,279 | (6,141) | 9,000 | 17,104 |
| | | **Total Group 3** | **$ 7,181,758** | **$ 26,929,569** | **$ (722,729)** | **$ 29,872,032** | **$ 3,516,566** |
| | | | | | | | |
| **GROUP 04: PLEDGED FUNDS** | | | | | | | |
| 0001 | 0193 | GR Account – Foundation School | 738,398 | 2,814,010 | 17,809,220 | 21,361,628 | 0 |
| 0001 | 0540 | GR Account – Judicial and Court Personnel Training | 5,986 | 12,271 | (10) | 11,004 | 7,243 |
| 0301 | 0000 | Rural Water Assistance Fund | 2,068 | 2,700 | (71) | 2,651 | 2,046 |
| 0302 | 0000 | Water Infrastructure Fund | 75,851 | 12,307 | 47,617 | 64,851 | 70,924 |
| 0364 | 0000 | Permanent Endowment Fund for the Rural Community Health Care Investment Program | 296 | 122 | 0 | 140 | 278 |
| 0374 | 0000 | Veterans Financial Assistance Program Fund | 31,639 | 105,286 | (1,960) | 100,154 | 34,811 |
| 0493 | 0000 | Endowment Fund for the Blind | 2 | 8 | 0 | 8 | 2 |
| 0573 | 0000 | Judicial Fund | 9,863 | 77,789 | 2,058 | 80,181 | 9,529 |
| 0577 | 0000 | Tax and Revenue Anticipation Note Fund | 71,989 | 295,182 | (34,714) | 282,990 | 49,467 |
| 0733 | 0000 | TPFA Series B Master Lease Interest and Sinking Fund | 5,132 | 23 | 8,878 | 8,878 | 5,155 |
| 0735 | 0000 | TPFA Series B Master Lease Project Fund | 869 | 6 | 6 | 802 | 79 |
| 7342 | 0000 | TPFA Revenue Refunding Series 2015A TFC Interest and Sinking Fund | 0 | 0 | 1,007 | 1,007 | 0 |
| 7344 | 0000 | TPFA Revenue Refunding Series 2015B TMD Interest and Sinking Fund | 0 | 0 | 1,259 | 1,259 | 0 |
| 7352 | 0000 | TPFA Revenue Commercial Paper Series 2016 A&B TFC Interest and Sinking Fund | 0 | 1 | 15,985 | 15,985 | 1 |

Schedule II (concluded)
# Estimated Fund Balances for Fiscal Year 2021
(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Estimated Revenue | Estimated Net Transfers | Estimated Expenditures | Ending Balance |
|------|------|----------------------|------------------:|------------------:|------------------------:|-----------------------:|---------------:|
| **GROUP 04: PLEDGED FUNDS (concluded)** | | | | | | | |
| 7354 | 0000 | TPFA Revenue Refunding Series 2017 THC Interest and Sinking Fund | $          0 | $          0 | $       551 | $       551 | $          0 |
| 7356 | 0000 | TPFA Lease Revenue and Refunding (TFC Project) Tax-Exempt Interest and Sinking Fund | 0 | 1 | 20,690 | 20,690 | 1 |
| 7516 | 0000 | TPFA Lease Revenue and Refunding (TFC Project) Tax-Exempt Project Fund | 111,620 | 720 | 240,720 | 275,923 | 77,137 |
| 7800 | 0000 | TPFA Revenue Commercial Paper Series 2016 A&B TFC Project Fund | 9,362 | 26 | 26 | 8,608 | 806 |
| 7802 | 0000 | TPFA Revenue Commercial Paper Series 2019A (HHSC Deferred Maintenance) Project Fund | 0 | 38 | 57,841 | 47,892 | 9,987 |
| | | **Total Group 4** | **$ 1,063,075** | **$ 3,320,490** | **$ 18,169,103** | **$ 22,285,202** | **$   267,466** |
| **GROUP 05: CONSTITUTIONAL NONEXPENDABLE FUNDS** | | | | | | | |
| 0044 | 0000 | Permanent School Fund | 3,209,443 | 1,004,485 | (2,475,572) | 99,827 | 1,638,529 |
| 0045 | 0000 | Permanent University Fund | 528 | 594,918 | (594,716) | 0 | 730 |
| | | **Total Group 5** | **$ 3,209,971** | **$ 1,599,403** | **$ (3,070,288)** | **$     99,827** | **$ 1,639,259** |
| **GROUP 12: RESTRICTED FUNDS** | | | | | | | |
| 0001 | 5044 | GR Account – Permanent Fund for Health And Tobacco Education and Enforcement | 1,573 | 425 | (629) | 425 | 944 |
| 0001 | 5045 | GR Account – Permanent Fund for Children and Public Health | 302 | 213 | (213) | 213 | 89 |
| 0001 | 5046 | GR Account – Permanent Fund for Emergency Medical Services and Trauma Care | 1,165 | 213 | (213) | 213 | 952 |
| 0001 | 5047 | GR Account – Permanent Fund for Rural Health Facility Capital Improvement | 2,447 | 1,701 | 0 | 1,984 | 2,164 |
| 0001 | 5048 | GR Account – Permanent Hospital Fund for Capital Improvements and the Texas Center for Infectious Disease | 96 | 850 | (451) | 451 | 44 |
| 0001 | 5149 | GR Account – BP Oil Spill Texas Response Grant | 109 | 0 | 0 | 0 | 109 |
| | | **Total Group 12** | **$     5,692** | **$     3,402** | **$   (1,506)** | **$     3,286** | **$     4,302** |
| **TOTAL FOR ALL GROUPS** | | | **$36,308,312** | **$147,841,118** | **$ (3,878,587)** | **$155,531,199** | **$24,739,644** |

App.141

Schedule III

# Estimated Fund Balances of the General Revenue-Dedicated Accounts for Fiscal Year 2021

(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Ending Balance |
|------|------|----------------------|-------------------|----------------|

## 3.1 - General Revenue-Dedicated Accounts Used for Certification

**GROUP 01: GENERAL STATE OPERATING AND DISBURSING FUNDS**

| Fund | Acct | Fund or Account Name | Beginning Balance | Ending Balance |
|------|------|----------------------|-------------------|----------------|
| 0001 | 0009 | GR Account – Game, Fish, and Water Safety | $ 127,199 | $ 139,230 |
| 0001 | 0019 | GR Account – Vital Statistics | 19,066 | 18,519 |
| 0001 | 0027 | GR Account – Coastal Protection | 10,636 | 14,548 |
| 0001 | 0028 | GR Account – Appraiser Registry | 1 | 1 |
| 0001 | 0036 | GR Account – Texas Department of Insurance Operating | 177,782 | 160,517 |
| 0001 | 0064 | GR Account – State Parks | 66,168 | 69,048 |
| 0001 | 0088 | GR Account – Low-Level Radioactive Waste | 23,749 | 22,595 |
| 0001 | 0099 | GR Account – Operators and Chauffeurs License | 403 | 403 |
| 0001 | 0107 | GR Account – Comprehensive Rehabilitation | 1,642 | 1,642 |
| 0001 | 0108 | GR Account – Private Beauty Culture School Tuition Protection | 202 | 202 |
| 0001 | 0116 | GR Account – Texas Commission on Law Enforcement | 10,094 | 5,971 |
| 0001 | 0129 | GR Account – Hospital Licensing | 26,410 | 26,237 |
| 0001 | 0151 | GR Account – Clean Air | 289,985 | 312,242 |
| 0001 | 0153 | GR Account – Water Resource Management | 66,312 | 68,426 |
| 0001 | 0158 | GR Account – Watermaster Administration | 2,230 | 2,704 |
| 0001 | 0165 | GR Account – Unemployment Compensation Special Administration | 27,939 | 22,898 |
| 0001 | 0225 | GR Account – University of Houston Current | 104,481 | 163,839 |
| 0001 | 0227 | GR Account – Angelo State University Current | 2,891 | 2,880 |
| 0001 | 0228 | GR Account – University of Texas at Tyler Current | 9,761 | 11,496 |
| 0001 | 0229 | GR Account – University of Houston – Clear Lake Current | 10,852 | 8,341 |
| 0001 | 0230 | GR Account – Texas A&M University – Corpus Christi Current | 11,943 | 11,405 |
| 0001 | 0231 | GR Account – Texas A&M International University Current | 13,333 | 14,677 |
| 0001 | 0232 | GR Account – Texas A&M University – Texarkana Current | 2,343 | 770 |
| 0001 | 0233 | GR Account – University of Houston – Victoria Current | 841 | 224 |
| 0001 | 0236 | GR Account – University of Texas System Cancer Center Current | 1,178 | 968 |
| 0001 | 0237 | GR Account – Texas State Technical College System Current | 8,784 | 9,647 |
| 0001 | 0238 | GR Account – University of Texas at Dallas Current | 20,800 | 13,422 |
| 0001 | 0239 | GR Account – Texas Tech University Health Sciences Center Current | 17,943 | 17,873 |
| 0001 | 0242 | GR Account – Texas A&M University Current | 6,641 | 0 |
| 0001 | 0243 | GR Account – Tarleton State University Current | 3,076 | 1,402 |
| 0001 | 0244 | GR Account – University of Texas at Arlington Current | 24,870 | 20,225 |
| 0001 | 0245 | GR Account – Prairie View A&M University Current | 17,574 | 14,664 |
| 0001 | 0246 | GR Account – University of Texas Medical Branch at Galveston Current | 0 | 0 |
| 0001 | 0247 | GR Account – Texas Southern University Current | 17,029 | 16,134 |
| 0001 | 0248 | GR Account – University of Texas at Austin Current | 122,365 | 103,032 |
| 0001 | 0249 | GR Account – University of Texas at San Antonio Current | 12,970 | 9,915 |
| 0001 | 0250 | GR Account – University of Texas at El Paso Current | 4,337 | 2,777 |
| 0001 | 0251 | GR Account – University of Texas of the Permian Basin Current | 13,500 | 14,277 |
| 0001 | 0252 | GR Account – University of Texas Southwestern Medical Center Current | 24,764 | 26,409 |
| 0001 | 0253 | GR Account – Texas Woman's University Current | 4,949 | 3,894 |
| 0001 | 0254 | GR Account – Texas A&M University – Kingsville Current | 8,708 | 3,991 |
| 0001 | 0255 | GR Account – Texas Tech University Current | 15,396 | 17,025 |
| 0001 | 0256 | GR Account – Lamar University Current | 6,485 | 5,735 |
| 0001 | 0257 | GR Account – Texas A&M University – Commerce Current | 3,681 | 1,674 |
| 0001 | 0258 | GR Account – University of North Texas Current | 10,406 | 6,463 |
| 0001 | 0259 | GR Account – Sam Houston State University Current | 21,040 | 22,822 |
| 0001 | 0260 | GR Account – Texas State University Current | 20,061 | 20,173 |
| 0001 | 0261 | GR Account – Stephen F. Austin State University Current | 2,068 | 437 |
| 0001 | 0262 | GR Account – Sul Ross State University Current | 1,845 | 1,695 |
| 0001 | 0263 | GR Account – West Texas A&M University Current | 1,614 | 364 |

Schedule III (continued)
# Estimated Fund Balances of the General Revenue-Dedicated Accounts for Fiscal Year 2021
(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Ending Balance |
|---|---|---|---|---|

### 3.1 - General Revenue-Dedicated Accounts Used for Certification (continued)

**GROUP 01: GENERAL STATE OPERATING AND DISBURSING FUNDS (continued)**

| Fund | Acct | Fund or Account Name | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| 0001 | 0264 | GR Account – Midwestern State University Current | $ 3,326 | $ 1,782 |
| 0001 | 0268 | GR Account – University of Houston Downtown Current | 999 | 1 |
| 0001 | 0271 | GR Account – University of Texas Health Science Center at Houston Current | 42,402 | 42,124 |
| 0001 | 0275 | GR Account – Texas A&M University at Galveston Current | 1,231 | 782 |
| 0001 | 0279 | GR Account – University of Texas Health Science Center at San Antonio Current | 8,464 | 4,215 |
| 0001 | 0280 | GR Account – University of North Texas Health Science Center at Fort Worth Current | 5,126 | 4,595 |
| 0001 | 0282 | GR Account – University of Texas Health Center at Tyler Current | 0 | 0 |
| 0001 | 0285 | GR Account – Lamar State College Orange Current | 1,922 | 2,977 |
| 0001 | 0286 | GR Account – Lamar State College Port Arthur Current | 2,488 | 2,445 |
| 0001 | 0287 | GR Account – Lamar Institute of Technology Current | 1,742 | 1,515 |
| 0001 | 0289 | GR Account – Texas A&M University System Health Science Center Current | 15,453 | 17,447 |
| 0001 | 0290 | GR Account – Texas A&M University – San Antonio Current | 9,521 | 8,325 |
| 0001 | 0291 | GR Account – Texas A&M University – Central Texas Current | 1,618 | 1,578 |
| 0001 | 0292 | GR Account – University of North Texas – Dallas Current | 4,401 | 3,926 |
| 0001 | 0293 | GR Account – University of Texas – Rio Grande Valley Current | 29,210 | 24,810 |
| 0001 | 0294 | GR Account – Texas Tech University Health Sciences Center El Paso Current | 6,376 | 3,889 |
| 0001 | 0334 | GR Account – Commission on the Arts Operating | 0 | 0 |
| 0001 | 0341 | GR Account – Food and Drug Retail Fee | 15,965 | 16,333 |
| 0001 | 0412 | GR Account – Midwestern State University Special Mineral | 0 | 0 |
| 0001 | 0450 | GR Account – Coastal Public Lands Management Fee | 764 | 787 |
| 0001 | 0453 | GR Account – Disaster Contingency | 373 | 373 |
| 0001 | 0467 | GR Account – Texas Recreation and Parks | 27,476 | 24,566 |
| 0001 | 0468 | GR Account – Texas Commission on Environmental Quality Occupational Licensing | 10,351 | 10,630 |
| 0001 | 0472 | GR Account – Inaugural | 100 | 100 |
| 0001 | 0492 | GR Account – Business Enterprise Program | 258 | 67 |
| 0001 | 0501 | GR Account – Motorcycle Education | 17,222 | 17,597 |
| 0001 | 0506 | GR Account – Non-Game and Endangered Species Conservation | 1,602 | 1,581 |
| 0001 | 0507 | GR Account – State Lease | 8,362 | 8,362 |
| 0001 | 0512 | GR Account – Bureau of Emergency Management | 5,300 | 5,087 |
| 0001 | 0524 | GR Account – Public Health Services Fees | 5,726 | 5,817 |
| 0001 | 0543 | GR Account – Texas Capital Trust | 4,085 | 1,364 |
| 0001 | 0544 | GR Account – Lifetime License Endowment | 27,878 | 29,105 |
| 0001 | 0549 | GR Account – Waste Management | 25,439 | 25,398 |
| 0001 | 0550 | GR Account – Hazardous and Solid Waste Remediation Fees | 34,193 | 28,824 |
| 0001 | 0570 | GR Account – Federal Surplus Property Service Charge | 6,539 | 6,627 |
| 0001 | 0581 | GR Account – Bill Blackwood Law Enforcement Management Institute | 1,653 | 1,050 |
| 0001 | 0597 | GR Account – Texas Racing Commission | 1,398 | 2,109 |
| 0001 | 0655 | GR Account – Petroleum Storage Tank Remediation | 103,633 | 95,079 |
| 0001 | 0664 | GR Account – Texas Preservation Trust | 756 | 1,256 |
| 0001 | 0679 | GR Account – Artificial Reef | 14,150 | 14,539 |
| 5000 | 5000 | GR Account – Solid Waste Disposal Fees | 117,026 | 122,946 |
| 0001 | 5003 | GR Account – Hotel Occupancy Tax for Economic Development | 98,946 | 98,946 |
| 0001 | 5004 | GR Account – Parks and Wildlife Conservation and Capital | 59,124 | 59,124 |
| 0001 | 5006 | GR Account – Attorney General Law Enforcement | 3,693 | 3,393 |
| 0001 | 5007 | GR Account – Commission on State Emergency Communications | 49,883 | 54,515 |
| 0001 | 5008 | GR Account – Inaugural Endowment | 84 | 84 |
| 0001 | 5009 | GR Account – Children with Special Healthcare Needs | 391 | 391 |
| 0001 | 5010 | GR Account – Sexual Assault Program | 36,361 | 28,784 |
| 0001 | 5012 | GR Account – Crime Stoppers Assistance | 988 | 995 |
| 0001 | 5013 | GR Account – Breath Alcohol Testing | 9,806 | 9,030 |

Schedule III (continued)

# Estimated Fund Balances of the General Revenue-Dedicated Accounts for Fiscal Year 2021

(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Ending Balance |
|------|------|----------------------|-------------------|----------------|

## 3.1 - General Revenue-Dedicated Accounts Used for Certification (continued)

**GROUP 01: GENERAL STATE OPERATING AND DISBURSING FUNDS (continued)**

| Fund | Acct | Fund or Account Name | Beginning Balance | Ending Balance |
|------|------|----------------------|-------------------|----------------|
| 0001 | 5017 | GR Account – Asbestos Removal Licensure | $ 28,001 | $ 27,863 |
| 0001 | 5018 | GR Account – Home Health Services | 17,241 | 17,983 |
| 0001 | 5020 | GR Account – Workplace Chemicals List | 1,260 | 1,306 |
| 0001 | 5021 | GR Account – Certification of Mammography Systems | 3,943 | 3,710 |
| 0001 | 5022 | GR Account – Oyster Sales | 720 | 886 |
| 0001 | 5024 | GR Account – Food and Drug Registration | 39,831 | 40,374 |
| 0001 | 5029 | GR Account – Center for Study and Prevention of Juvenile Crime and Delinquency | 8,329 | 7,943 |
| 0001 | 5031 | GR Account – Excess Benefit Arrangement, Teacher Retirement System | 283 | 283 |
| 0001 | 5039 | GR Account – Excess Benefit Arrangement, Employees Retirement System | 246 | 246 |
| 0001 | 5040 | GR Account – Tobacco Settlement | 70,381 | 116,665 |
| 0001 | 5049 | GR Account – State Owned Multicategorical Teaching Hospital | 5,367 | 5,367 |
| 0001 | 5050 | GR Account – 9-1-1 Service Fees | 86,234 | 45,470 |
| 0001 | 5051 | GR Account – Go Texan Partner Program | 81 | 81 |
| 0001 | 5059 | GR Account – Peace Officer Flag | 9 | 16 |
| 0001 | 5060 | GR Account – Private Sector Prison Industries | 1,000 | 1,000 |
| 0001 | 5064 | GR Account – Volunteer Fire Department Assistance | 64,771 | 61,709 |
| 0001 | 5065 | GR Account – Environmental Testing Laboratory Accreditation | 991 | 918 |
| 0001 | 5066 | GR Account – Rural Volunteer Fire Department Insurance | 4,866 | 5,082 |
| 0001 | 5071 | GR Account – Emissions Reduction Plan | 1,952,168 | 2,092,288 |
| 0001 | 5073 | GR Account – Fair Defense | 38,860 | 32,039 |
| 0001 | 5080 | GR Account – Quality Assurance | 3,726 | 15,083 |
| 0001 | 5081 | GR Account – Barber School Tuition Protection | 25 | 25 |
| 0001 | 5083 | GR Account – Correctional Management Institute and Criminal Justice Center | 1,757 | 1,829 |
| 0001 | 5085 | GR Account – Child Abuse Neglect and Prevention Trust | 4,160 | 1,974 |
| 0001 | 5093 | GR Account – Dry Cleaning Facility Release | 22,583 | 21,836 |
| 0001 | 5094 | GR Account – Operating Permit Fees | 16,572 | 11,584 |
| 0001 | 5096 | GR Account – Perpetual Care | 7,553 | 7,977 |
| 0001 | 5101 | GR Account – Subsequent Injury | 84,518 | 86,236 |
| 0001 | 5103 | GR Account – Texas B-On-Time Student Loan | 137,959 | 137,959 |
| 0001 | 5105 | GR Account – Public Assurance | 2,644 | 2,210 |
| 0001 | 5106 | GR Account – Economic Development Bank | 13,083 | 10,076 |
| 0001 | 5108 | GR Account – EMS, Trauma Facilities, Trauma Care Systems | 22,012 | 21,822 |
| 0001 | 5111 | GR Account – Designated Trauma Facility and EMS | 59,796 | 102,110 |
| 0001 | 5125 | GR Account – Childhood Immunization | 221 | 243 |
| 0001 | 5128 | GR Account – Employment And Training Investment Holding | 374,872 | 1 |
| 0001 | 5136 | GR Account – Cancer Prevention And Research | 848 | 848 |
| 0001 | 5138 | GR Account – Fire Prevention and Public Safety | 49 | 49 |
| 0001 | 5139 | GR Account – Historic Site | 1,677 | 1,676 |
| 0001 | 5143 | GR Account – Jobs and Education For Texans (JET) | 1,149 | 1,149 |
| 0001 | 5144 | GR Account – Physician Education Loan Repayment Program | 82,631 | 67,684 |
| 0001 | 5150 | GR Account – Large County and Municipal Recreation and Parks | 17,176 | 17,176 |
| 0001 | 5151 | GR Account – Low-Level Radioactive Waste Disposal Compact Commission | 331 | 331 |
| 0001 | 5152 | GR Account – Alamo Complex | 5,084 | 2,575 |
| 0001 | 5153 | GR Account – Emergency Radio Infrastructure | 25,682 | 28,067 |
| 0001 | 5155 | GR Account – Oil and Gas Regulation and Cleanup | 139,225 | 125,133 |
| 0001 | 5158 | GR Account – Environmental Radiation and Perpetual Care | 6,816 | 3,622 |
| 0001 | 5164 | GR Account – Truancy Prevention and Diversion | 15,057 | 16,895 |
| 0001 | 5166 | GR Account – Deferred Maintenance | 66,131 | 0 |
| 0001 | 5168 | GR Account – Cancer Prevention and Research Interest and Sinking | 1,479 | 1,829 |
| 0001 | 5169 | GR Account – Veterans Recovery | 1 | 1 |

Schedule III (continued)

# Estimated Fund Balances of the General Revenue-Dedicated Accounts for Fiscal Year 2021

(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Ending Balance |
|------|------|---------------------|-------------------|----------------|

## 3.1 - General Revenue-Dedicated Accounts Used for Certification (concluded)

**GROUP 01: GENERAL STATE OPERATING AND DISBURSING FUNDS (concluded)**

| Fund | Acct | Fund or Account Name | Beginning Balance | Ending Balance |
|------|------|---------------------|-------------------|----------------|
| 0001 | 5170 | GR Account – Evidence Testing | $ 1,728 | $ 1,652 |
| 0001 | 5172 | GR Account – Prisoner Safety | 644 | 644 |
| 0001 | 5173 | GR Account – Texas Forensic Science Commission | 133 | 143 |
| 0001 | 5174 | GR Account – Drug Court | 2,400 | 400 |
| 0001 | 5177 | GR Account – Identification Fee Exemption | 144 | 1,344 |
| 0001 | 5178 | GR Account – State Hemp Program | 358 | 1,082 |
| 0001 | 5184 | GR Account – Specialty Court | 1,017 | 2,823 |
| 0001 | 5185 | GR Account – DNA Testing | 60 | 4 |
| 0001 | 5186 | GR Account – Transportation Administrative Fee | 1,873 | 1,873 |
| | | **Total Group 1** | **$5,669,907** | **$5,368,297** |

**GROUP 03: FEDERAL FUNDS**

| Fund | Acct | Fund or Account Name | Beginning Balance | Ending Balance |
|------|------|---------------------|-------------------|----------------|
| 0001 | 0037 | GR Account – Federal Child Welfare Service | 0 | 0 |
| 0001 | 0092 | GR Account – Federal Disaster | 9,966 | 6,615 |
| 0001 | 0118 | GR Account – Federal Public Library Service | 146 | 532 |
| 0001 | 0127 | GR Account – Community Affairs Federal | 30,762 | 59,858 |
| 0001 | 0148 | GR Account – Federal Health, Education and Welfare | 11,515 | 11,515 |
| 0001 | 0171 | GR Account – Federal School Lunch | 0 | 0 |
| 0001 | 0221 | GR Account – Federal Civil Defense and Disaster Relief | 111 | 247 |
| 0001 | 0222 | GR Account – Department of Public Safety Federal | 323 | 338 |
| 0001 | 0223 | GR Account – Federal Land and Water Conservation | 9 | 9 |
| 0001 | 0224 | GR Account – Governor's Office Federal Projects | 26,315 | 24,212 |
| 0001 | 0273 | GR Account – Federal Health and Health Lab Funding Excess Revenue | 32,058 | 45,630 |
| 0001 | 0421 | GR Account – Criminal Justice Planning | 31,777 | 1,096 |
| 0001 | 0449 | GR Account – Texas Military Federal | 11,199 | 16,719 |
| 0001 | 0454 | GR Account – Federal Land Reclamation | 413 | 413 |
| 0001 | 5026 | GR Account – Workforce Commission Federal | 31,218 | 48,629 |
| 0001 | 5041 | GR Account – Railroad Commission Federal | 10,289 | 10,278 |
| 0001 | 5091 | GR Account – Office of Rural Community Affairs Federal | 6,255 | 6,255 |
| 0001 | 5109 | GR Account – Medicaid Recovery 42 U.S.C §1396p | 0 | 0 |
| | | **Total Group 3** | **$ 202,356** | **$ 232,346** |

**GROUP 04: PLEDGED FUNDS**

| Fund | Acct | Fund or Account Name | Beginning Balance | Ending Balance |
|------|------|---------------------|-------------------|----------------|
| 0001 | 0193 | GR Account – Foundation School | 738,398 | 0 |
| | | **Total Group 4** | **$ 738,398** | **$ 0** |

**GROUP 12: RESTRICTED FUNDS**

| Fund | Acct | Fund or Account Name | Beginning Balance | Ending Balance |
|------|------|---------------------|-------------------|----------------|
| 0001 | 5044 | GR Account – Permanent Fund for Health And Tobacco Education and Enforcement | 1,573 | 944 |
| 0001 | 5045 | GR Account – Permanent Fund for Children and Public Health | 302 | 89 |
| 0001 | 5046 | GR Account – Permanent Fund for Emergency Medical Services and Trauma Care | 1,165 | 952 |
| 0001 | 5047 | GR Account – Permanent Fund for Rural Health Facility Capital Improvement | 2,447 | 2,164 |
| 0001 | 5048 | GR Account – Permanent Hospital Fund for Capital Improvements and the Texas Center for Infectious Disease | 96 | 44 |
| | | **Total Group 12** | **$ 5,583** | **$ 4,193** |

| | | **TOTAL FOR ALL GROUPS** | **$6,616,244** | **$5,604,836** |

Schedule III (concluded)

# Estimated Fund Balances of the General Revenue-Dedicated Accounts for Fiscal Year 2021

(Thousands of Dollars)

| Fund | Acct | Fund or Account Name | Beginning Balance | Ending Balance |
|------|------|---------------------|-------------------|----------------|
| **3.2 - General Revenue-Dedicated Accounts Not Used for Certification** | | | | |
| **GROUP 01: GENERAL STATE OPERATING AND DISBURSING FUNDS** | | | | |
| 0001 | 5005 | GR Account – Oil Overcharge | $ 81,507 | $ 76,021 |
| 0001 | 5025 | GR Account – Lottery | 141,921 | 90,979 |
| 0001 | 5107 | GR Account – Texas Enterprise | 259,980 | 243,561 |
| 0001 | 5157 | GR Account – Statewide Electronic Filing System | 20,777 | 25,177 |
| 0001 | 5161 | GR Account – Governor's University Research Initiative | 67,686 | 52,430 |
| | | **Total Group 1** | **$ 571,871** | **$ 488,168** |
| **GROUP 02: CONSTITUTIONAL FUNDS** | | | | |
| 0001 | 0469 | GR Account – Compensation to Victims of Crime | 43,689 | 18,476 |
| 0001 | 0494 | GR Account – Compensation to Victims of Crime Auxiliary | 8,250 | 6,592 |
| 0001 | 5114 | GR Account – Texas Military Value Revolving Loan | 69 | 70 |
| | | **Total Group 2** | **$ 52,008** | **$ 25,138** |
| **GROUP 03: FEDERAL FUNDS** | | | | |
| 0001 | 5095 | GR Account – Election Improvement | 33,272 | 16,535 |
| | | **Total Group 3** | **$ 33,272** | **$ 16,535** |
| **GROUP 04: PLEDGED FUNDS** | | | | |
| 0001 | 0540 | GR Account – Judicial and Court Personnel Training | 5,986 | 7,243 |
| | | **Total Group 4** | **$ 5,986** | **$ 7,243** |
| **GROUP 12: RESTRICTED FUNDS** | | | | |
| 0001 | 5149 | GR Account – BP Oil Spill Texas Response Grant | 109 | 109 |
| | | **Total Group 12** | **$ 109** | **$ 109** |
| **TOTAL FOR ALL GROUPS** | | | **$ 663,246** | **$ 537,193** |

Texas Comptroller of Public Accounts
Publication #96-402
Printed January 2021

To request additional copies, call 1-800-531-5441, ext. 5-9846 toll-free or write:

Texas Comptroller of Public Accounts
Revenue Estimating Division
111 E. 17th Street
Austin, Texas 78774-0100

Online: comptroller.texas.gov/transparency/reports/biennial-revenue-estimate/

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | Case No. 2:21-cv-00079-Z |
| v. | § § | |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

### DECLARATION OF JEFFREY M. WHITE

U.S. Department of Treasury – Coronavirus State and Local Fiscal Recovery Funds – Allocation for States

# EXHIBIT A-4

| State | Total Funding | Funding Based on Average Number of Unemployed | Funding from Even Distribution | CRF Top Up |
|---|---|---|---|---|
| Alabama | $2,120,279,417.00 | $1,620,279,417.00 | $500,000,000.00 | $0.00 |
| Alaska | $1,011,788,220.00 | $511,788,220.00 | $500,000,000.00 | $0.00 |
| Arizona | $4,182,827,491.60 | $3,682,827,491.60 | $500,000,000.00 | $0.00 |
| Arkansas | $1,573,121,580.80 | $1,073,121,580.80 | $500,000,000.00 | $0.00 |
| California | $27,017,016,860.10 | $26,517,016,860.10 | $500,000,000.00 | $0.00 |
| Colorado | $3,828,761,789.90 | $3,328,761,789.90 | $500,000,000.00 | $0.00 |
| Connecticut | $2,812,288,081.60 | $2,312,288,081.60 | $500,000,000.00 | $0.00 |
| Delaware | $924,597,608.00 | $424,597,608.00 | $500,000,000.00 | $0.00 |
| District of Columbia | $1,802,441,116.20 | $547,579,179.80 | $500,000,000.00 | $754,861,936.40 |
| Florida | $8,816,581,838.70 | $8,316,581,838.70 | $500,000,000.00 | $0.00 |
| Georgia | $4,853,535,459.70 | $4,353,535,459.70 | $500,000,000.00 | $0.00 |
| Hawaii | $1,641,602,609.60 | $1,141,602,609.60 | $500,000,000.00 | $0.00 |
| Idaho | $1,094,018,353.40 | $594,018,353.40 | $500,000,000.00 | $0.00 |
| Illinois | $8,127,679,948.70 | $7,627,679,948.70 | $500,000,000.00 | $0.00 |
| Indiana | $3,071,830,673.20 | $2,571,830,673.20 | $500,000,000.00 | $0.00 |
| Iowa | $1,480,862,558.00 | $980,862,558.00 | $500,000,000.00 | $0.00 |
| Kansas | $1,583,680,553.30 | $1,083,680,553.30 | $500,000,000.00 | $0.00 |
| Kentucky | $2,183,237,290.90 | $1,683,237,290.90 | $500,000,000.00 | $0.00 |
| Louisiana | $3,011,136,886.60 | $2,511,136,886.60 | $500,000,000.00 | $0.00 |
| Maine | $997,495,130.10 | $497,495,130.10 | $500,000,000.00 | $0.00 |
| Maryland | $3,717,212,336.40 | $3,217,212,336.40 | $500,000,000.00 | $0.00 |
| Massachusetts | $5,286,067,526.40 | $4,786,067,526.40 | $500,000,000.00 | $0.00 |
| Michigan | $6,540,417,626.70 | $6,040,417,626.70 | $500,000,000.00 | $0.00 |
| Minnesota | $2,833,294,345.30 | $2,333,294,345.30 | $500,000,000.00 | $0.00 |
| Mississippi | $1,806,373,345.90 | $1,306,373,345.90 | $500,000,000.00 | $0.00 |
| Missouri | $2,685,296,130.80 | $2,185,296,130.80 | $500,000,000.00 | $0.00 |
| Montana | $906,418,527.00 | $406,418,527.00 | $500,000,000.00 | $0.00 |
| Nebraska | $1,040,157,440.40 | $540,157,440.40 | $500,000,000.00 | $0.00 |
| Nevada | $2,738,837,228.70 | $2,238,837,228.70 | $500,000,000.00 | $0.00 |
| New Hampshire | $994,555,877.60 | $494,555,877.60 | $500,000,000.00 | $0.00 |
| New Jersey | $6,244,537,955.50 | $5,744,537,955.50 | $500,000,000.00 | $0.00 |
| New Mexico | $1,751,542,835.00 | $1,251,542,835.00 | $500,000,000.00 | $0.00 |
| New York | $12,744,981,589.00 | $12,244,981,589.00 | $500,000,000.00 | $0.00 |
| North Carolina | $5,439,309,692.20 | $4,939,309,692.20 | $500,000,000.00 | $0.00 |
| North Dakota | $1,007,502,515.00 | $507,502,515.00 | $500,000,000.00 | $0.00 |
| Ohio | $5,368,386,901.00 | $4,868,386,901.00 | $500,000,000.00 | $0.00 |
| Oklahoma | $1,870,417,575.70 | $1,370,417,575.70 | $500,000,000.00 | $0.00 |
| Oregon | $2,648,024,988.20 | $2,148,024,988.20 | $500,000,000.00 | $0.00 |
| Pennsylvania | $7,291,328,098.40 | $6,791,328,098.40 | $500,000,000.00 | $0.00 |
| Rhode Island | $1,131,061,056.70 | $631,061,056.70 | $500,000,000.00 | $0.00 |
| South Carolina | $2,499,067,328.50 | $1,999,067,328.50 | $500,000,000.00 | $0.00 |
| South Dakota | $974,478,793.00 | $474,478,793.00 | $500,000,000.00 | $0.00 |
| Tennessee | $3,725,832,113.00 | $3,225,832,113.00 | $500,000,000.00 | $0.00 |
| Texas | $15,814,388,615.00 | $15,314,388,615.00 | $500,000,000.00 | $0.00 |
| Utah | $1,377,866,887.60 | $877,866,887.60 | $500,000,000.00 | $0.00 |
| Vermont | $1,049,287,303.00 | $549,287,303.00 | $500,000,000.00 | $0.00 |
| Virginia | $4,293,727,162.20 | $3,793,727,162.20 | $500,000,000.00 | $0.00 |
| Washington | $4,427,709,355.90 | $3,927,709,355.90 | $500,000,000.00 | $0.00 |
| West Virginia | $1,355,489,988.00 | $855,489,988.00 | $500,000,000.00 | $0.00 |
| Wisconsin | $2,533,160,626.50 | $2,033,160,626.50 | $500,000,000.00 | $0.00 |
| Wyoming | $1,068,484,768.00 | $568,484,768.00 | $500,000,000.00 | $0.00 |
| **TOTAL** | **$195,300,000,000.00** | **$169,045,138,063.60** | **$25,500,000,000.00** | **$754,861,936.40** |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | Case No. 2:21-cv-00079-Z |
| v. | § § | |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

S.B. No. 1 – General Appropriations Act – Eighty-seventh Legislature (excerpts)

# EXHIBIT A-5

Chapter 1053

# S.B. No. 1
# General Appropriations Act

# Eighty-seventh Legislature

# TABLE OF CONTENTS

RECAPITULATION - ALL ARTICLES .................................................................................... ix

## ARTICLE I - GENERAL GOVERNMENT

Arts, Commission on the ............................................................................................... I-1
Attorney General, Office of the ..................................................................................... I-3
Bond Review Board ....................................................................................................... I-13
Cancer Prevention and Research Institute of Texas ...................................................... I-15
Comptroller of Public Accounts .................................................................................... I-18
Fiscal Programs - Comptroller of Public Accounts ...................................................... I-23
     Informational Listing of Funds Appropriated to the Comptroller for Social Security BRP ....... I-29
Emergency Communications, Commission on State ...................................................... I-30
Emergency Services Retirement System, Texas ............................................................ I-33
Employees Retirement System ...................................................................................... I-34
Ethics Commission, Texas ............................................................................................. I-39
Facilities Commission .................................................................................................... I-41
Finance Authority, Public .............................................................................................. I-49
Governor, Office of the .................................................................................................. I-53
Trusteed Programs within the Office of the Governor ................................................. I-54
Historical Commission ................................................................................................... I-63
Information Resources, Department of ........................................................................... I-69
Library & Archives Commission ................................................................................... I-77
Pension Review Board .................................................................................................... I-81
Preservation Board ......................................................................................................... I-82
Risk Management, State Office of .................................................................................. I-85
Secretary of State ........................................................................................................... I-87
Veterans Commission ..................................................................................................... I-91
Retirement and Group Insurance .................................................................................. I-95
Social Security and Benefit Replacement Pay .............................................................. I-96
Bond Debt Service Payments ......................................................................................... I-96
Lease Payments ............................................................................................................... I-97
Recapitulation - Article I - General Revenue ................................................................ I-98
Recapitulation - Article I - General Revenue - Dedicated ............................................ I-99
Recapitulation - Article I - Federal Funds ..................................................................... I-100
Recapitulation - Article I - Other Funds ........................................................................ I-101
Recapitulation - Article I - All Funds ............................................................................ I-102

## ARTICLE II - HEALTH AND HUMAN SERVICES

Family and Protective Services, Department of ............................................................. II-1
State Health Services, Department of ............................................................................. II-20
Health and Human Services Commission ...................................................................... II-34
Retirement and Group Insurance .................................................................................. II-94
Social Security and Benefit Replacement Pay .............................................................. II-95
Bond Debt Service Payments ......................................................................................... II-95
Lease Payments ............................................................................................................... II-96
Special Provisions Relating to All Health and Human Services Agencies .................... II-96
Recapitulation - Article II - General Revenue .............................................................. II-110
Recapitulation - Article II - General Revenue - Dedicated .......................................... II-111
Recapitulation - Article II - Federal Funds ................................................................... II-112
Recapitulation - Article II - Other Funds ...................................................................... II-113
Recapitulation - Article II - All Funds ........................................................................... II-114

## ARTICLE III - EDUCATION

Education Agency, Texas ............................................................................................... III-1
Blind and Visually Impaired, School for the ................................................................ III-27
Deaf, School for the ....................................................................................................... III-31
Special Provisions for the School for the Blind and Visually Impaired /
School for the Deaf ........................................................................................................ III-33
Teacher Retirement System ........................................................................................... III-35
Optional Retirement Program ........................................................................................ III-39
Group Insurance Contributions, Higher Education Employees ..................................... III-41
Higher Education Coordinating Board ........................................................................... III-46
Higher Education Fund ................................................................................................... III-61
The University of Texas System Administration ........................................................... III-62
Available University Fund .............................................................................................. III-63
Available National Research University Fund ............................................................... III-67
Support for Military and Veterans Exemptions ............................................................. III-67

i

**TABLE OF CONTENTS**
(Continued)

The University of Texas at Arlington ................................................................................III-69
The University of Texas at Austin ...................................................................................III-71
The University of Texas at Dallas....................................................................................III-76
The University of Texas at El Paso..................................................................................III-78
The University of Texas at Rio Grande Valley.................................................................III-81
The University of Texas Permian Basin ...........................................................................III-83
The University of Texas at San Antonio ..........................................................................III-86
The University of Texas at Tyler .....................................................................................III-88
Texas A&M University System Administrative and General Offices.................................III-90
Texas A&M University.....................................................................................................III-91
Texas A&M University at Galveston.................................................................................III-93
Prairie View A&M University ..........................................................................................III-95
Tarleton State University ..................................................................................................III-98
Texas A&M University – Central Texas .........................................................................III-100
Texas A&M University - Corpus Christi ........................................................................III-102
Texas A&M University - Kingsville ...............................................................................III-105
Texas A&M University – San Antonio............................................................................III-107
Texas A&M International University ..............................................................................III-109
West Texas A&M University ..........................................................................................III-111
Texas A&M University - Commerce ...............................................................................III-113
Texas A&M University - Texarkana ...............................................................................III-115
University of Houston System Administration ................................................................III-117
University of Houston.....................................................................................................III-120
University of Houston - Clear Lake................................................................................III-122
University of Houston - Downtown.................................................................................III-124
University of Houston - Victoria ....................................................................................III-126
Midwestern State University ..........................................................................................III-128
University of North Texas System Administration ..........................................................III-130
University of North Texas ..............................................................................................III-131
University of North Texas at Dallas ...............................................................................III-129
Stephen F. Austin State University .................................................................................III-136
Texas Southern University ..............................................................................................III-138
Texas Tech University System Administration ...............................................................III-140
Texas Tech University ....................................................................................................III-141
Angelo State University..................................................................................................III-144
Texas Woman's University..............................................................................................III-146
Texas State University System .......................................................................................III-148
Lamar University ...........................................................................................................III-149
Lamar Institute of Technology........................................................................................III-152
Lamar State College - Orange........................................................................................III-154
Lamar State College - Port Arthur .................................................................................III-155
Sam Houston State University ........................................................................................III-157
Texas State University ....................................................................................................III-160
Sul Ross State University................................................................................................III-162
Sul Ross State University Rio Grande College................................................................III-164
The University of Texas Southwestern Medical Center ..................................................III-165
The University of Texas Medical Branch at Galveston ...................................................III-169
The University of Texas Health Science Center at Houston.............................................III-166
The University of Texas Health Science Center at San Antonio ......................................III-177
The University of Texas Rio Grande Valley School of Medicine .....................................III-181
The University of Texas M. D. Anderson Cancer Center.................................................III-183
The University of Texas Health Center at Tyler ..............................................................III-179
Texas A&M University System Health Science Center ...................................................III-190
University of North Texas Health Science Center at Fort Worth ......................................III-195
Texas Tech University Health Sciences Center ...............................................................III-198
Texas Tech University Health Sciences Center at El Paso ...............................................III-202
University of Houston College of Medicine ...................................................................III-205
Public Community/Junior Colleges ................................................................................III-208
Texas State Technical College System Administration ...................................................III-218
Texas State Technical College - Harlingen.....................................................................III-220
Texas State Technical College - West Texas...................................................................III-222
Texas State Technical College - Marshall ......................................................................III-223
Texas State Technical College - Waco ...........................................................................III-225
Texas State Technical College – Fort Bend ....................................................................III-226
Texas State Technical College – North Texas .................................................................III-228
Special Provisions Relating Only to Components of Texas State Technical College ....................III-229
Texas A&M Agrilife Research ........................................................................................III-232
Texas A&M Agrilife Extension Service ..........................................................................III-234
Texas A&M Engineering Experiment Station .................................................................III-238
Texas A&M Transportation Institute ..............................................................................III-240
Texas A&M Engineering Extension Service ...................................................................III-242
Texas A&M Forest Service ............................................................................................III-244

App.154

TABLE OF CONTENTS<br/>(Continued)

| | |
|---|---|
| Texas A&M Veterinary Medical Diagnostic Laboratory | III-247 |
| Texas Division of Emergency Management | III-249 |
| Retirement and Group Insurance | III-252 |
| Social Security and Benefit Replacement Pay | III-252 |
| Bond Debt Service Payments | III-253 |
| Lease Payments | III-253 |
| Special Provisions Relating Only to State Agencies of Higher Education | III-253 |
| Recapitulation - Article III - General Revenue | III-280 |
| Recapitulation - Article III - General Revenue - Dedicated | III-282 |
| Recapitulation - Article III - Federal Funds | III-284 |
| Recapitulation - Article III - Other Funds | III-285 |
| Recapitulation - Article III - All Funds | III-287 |

## ARTICLE IV - THE JUDICIARY

| | |
|---|---|
| Supreme Court of Texas | IV-1 |
| Court of Criminal Appeals | IV-3 |
| First Court of Appeals District, Houston | IV-7 |
| Second Court of Appeals District, Fort Worth | IV-8 |
| Third Court of Appeals District, Austin | IV-9 |
| Fourth Court of Appeals District, San Antonio | IV-11 |
| Fifth Court of Appeals District, Dallas | IV-12 |
| Sixth Court of Appeals District, Texarkana | IV-13 |
| Seventh Court of Appeals District, Amarillo | IV-14 |
| Eighth Court of Appeals District, El Paso | IV-15 |
| Ninth Court of Appeals District, Beaumont | IV-16 |
| Tenth Court of Appeals District, Waco | IV-17 |
| Eleventh Court of Appeals District, Eastland | IV-18 |
| Twelfth Court of Appeals District, Tyler | IV-20 |
| Thirteenth Court of Appeals District, Corpus Christi - Edinburg | IV-21 |
| Fourteenth Court of Appeals District, Houston | IV-22 |
| Office of Court Administration, Texas Judicial Council | IV-23 |
| Office of Capital Writs | IV-28 |
| State Prosecuting Attorney, Office of the | IV-29 |
| State Law Library | IV-30 |
| Commission on Judicial Conduct, State | IV-31 |
| Judiciary Section, Comptroller's Department | IV-32 |
| Retirement and Group Insurance | IV-36 |
| Social Security and Benefit Replacement Pay | IV-37 |
| Lease Payments | IV-37 |
| Special Provisions - Judiciary | IV-37 |
| Recapitulation - Article IV - General Revenue | IV-40 |
| Recapitulation - Article IV - General Revenue - Dedicated | IV-41 |
| Recapitulation - Article IV - Federal Funds | IV-42 |
| Recapitulation - Article IV - Other Funds | IV-43 |
| Recapitulation - Article IV - All Funds | IV-44 |

## ARTICLE V - PUBLIC SAFETY AND CRIMINAL JUSTICE

| | |
|---|---|
| Alcoholic Beverage Commission | V-1 |
| Criminal Justice, Department of | V-5 |
| Fire Protection, Commission on | V-21 |
| Jail Standards, Commission on | V-23 |
| Juvenile Justice Department | V-25 |
| Law Enforcement, Commission on | V-36 |
| Military Department | V-39 |
| Public Safety, Department of | V-45 |
| Retirement and Group Insurance | V-55 |
| Social Security and Benefit Replacement Pay | V-56 |
| Bond Debt Service Payments | V-56 |
| Lease Payments | V-57 |
| Recapitulation - Article V - General Revenue | V-58 |
| Recapitulation - Article V - General Revenue - Dedicated | V-59 |
| Recapitulation - Article V - Federal Funds | V-60 |
| Recapitulation - Article V - Other Funds | V-61 |
| Recapitulation - Article V - All Funds | V-62 |

## ARTICLE VI - NATURAL RESOURCES

| | |
|---|---|
| Agriculture, Department of | VI-1 |
| Animal Health Commission | VI-12 |
| Commission on Environmental Quality | VI-15 |

iii

**TABLE OF CONTENTS**
(Continued)

General Land Office and Veterans' Land Board ............................................................................. VI-25
Low-Level Radioactive Waste Disposal Compact Commission ..................................................... VI-32
Parks and Wildlife Department...................................................................................................... VI-33
Railroad Commission...................................................................................................................... VI-46
Soil and Water Conservation Board............................................................................................... VI-52
Water Development Board .............................................................................................................. VI-55
Retirement and Group Insurance .................................................................................................. VI-62
Social Security and Benefit Replacement Pay .............................................................................. VI-62
Bond Debt Service Payments.......................................................................................................... VI-63
Lease Payments................................................................................................................................ VI-63
Recapitulation - Article VI - General Revenue............................................................................. VI-64
Recapitulation - Article VI - General Revenue - Dedicated ........................................................ VI-65
Recapitulation - Article VI - Federal Funds................................................................................. VI-66
Recapitulation - Article VI - Other Funds ................................................................................... VI-67
Recapitulation - Article VI - All Funds ........................................................................................ VI-68

## ARTICLE VII - BUSINESS AND ECONOMIC DEVELOPMENT

Housing and Community Affairs, Department of............................................................................ VII-1
Lottery Commission, Texas ............................................................................................................. VII-8
Motor Vehicles, Department of ...................................................................................................... VII-12
Transportation, Department of....................................................................................................... VII-15
Workforce Commission, Texas ....................................................................................................... VII-31
        Reimbursements to the Unemployment Compensation Benefit Account ............................. VII-44
Retirement and Group Insurance .................................................................................................. VII-46
Social Security and Benefit Replacement Pay .............................................................................. VII-46
Bond Debt Service Payments.......................................................................................................... VII-47
Lease Payments................................................................................................................................ VII-47
Recapitulation - Article VII - General Revenue ........................................................................... VII-48
Recapitulation - Article VII - General Revenue - Dedicated....................................................... VII-49
Recapitulation - Article VII - Federal Funds ............................................................................... VII-50
Recapitulation - Article VII - Other Funds .................................................................................. VII-51
Recapitulation - Article VII - All Funds ....................................................................................... VII-52

## ARTICLE VIII - REGULATORY

Administrative Hearings, State Office of......................................................................................... VIII-1
Behavioral Health Executive Council.............................................................................................. VIII-4
Chiropractic Examiners, Board of .................................................................................................. VIII-6
Dental Examiners, Texas State Board of ........................................................................................ VIII-7
Funeral Service Commission ........................................................................................................... VIII-9
Geoscientists, Board of Professional .............................................................................................. VIII-11
Health Professions Council.............................................................................................................. VIII-12
Injured Employee Counsel, Office of .............................................................................................. VIII-14
Insurance, Department of................................................................................................................. VIII-16
Insurance Counsel, Office of Public ............................................................................................... VIII-23
Licensing and Regulation, Department of ...................................................................................... VIII-25
Texas Medical Board ....................................................................................................................... VIII-29
Nursing, Texas Board of.................................................................................................................. VIII-32
Optometry Board .............................................................................................................................. VIII-36
Pharmacy, Board of ......................................................................................................................... VIII-37
Physical Therapy & Occupational Therapy Examiners, Executive Council of............................. VIII-39
Plumbing Examiners, Board of....................................................................................................... VIII-41
Racing Commission .......................................................................................................................... VIII-43
Securities Board ............................................................................................................................... VIII-48
Utility Commission of Texas, Public............................................................................................... VIII-50
Utility Counsel, Office of Public ..................................................................................................... VIII-53
Veterinary Medical Examiners, Board of....................................................................................... VIII-55
Retirement and Group Insurance ................................................................................................... VIII-57
Social Security and Benefit Replacement Pay ............................................................................... VIII-57
Lease Payments................................................................................................................................ VIII-57
Special Provisions Relating to All Regulatory Agencies................................................................ VIII-58
Recapitulation - Article VIII - General Revenue........................................................................... VIII-62
Recapitulation - Article VIII - General Revenue - Dedicated...................................................... VIII-63
Recapitulation - Article VIII - Federal Funds .............................................................................. VIII-64
Recapitulation - Article VIII - Other Funds................................................................................. VIII-65
Recapitulation - Article VIII - All Funds....................................................................................... VIII-66

iv

**TABLE OF CONTENTS**

(Continued)

## ARTICLE IX - GENERAL PROVISIONS

LEGISLATIVE INTENT ............................................................................................ IX-1
    Sec. 1.01. Limitations ............................................................................................ IX-1

PROVISIONS RELATING TO THE POSITION CLASSIFICATION PLAN ............... IX-1
    Sec. 2.01. Position Classification Plan. ................................................................. IX-1
        Classified Positions for the 2022-2023 Biennium............................... IX-1
        Schedule A Classification Salary Schedule ....................................... IX-19
        Schedule B Classification Salary Schedule ....................................... IX-19
        Schedule C Classification Salary Schedule........................................ IX-20

SALARY ADMINISTRATION AND EMPLOYMENT PROVISIONS ...................... IX-20
    Sec. 3.01. Salary Rates.......................................................................................... IX-20
    Sec. 3.02. Salary Supplementation ....................................................................... IX-20
    Sec. 3.03. Salary Limits........................................................................................ IX-20
    Sec. 3.04. Scheduled Exempt Positions................................................................ IX-20
    Sec. 3.05. Evening, Night, Weekend Shift Pay: Registered Nurses and Licensed
             Vocational Nurses .................................................................... IX-23
    Sec. 3.06. Recruitment and Retention Bonuses .................................................... IX-23
    Sec. 3.07. Equity Adjustments.............................................................................. IX-23
    Sec. 3.08. Classification Study on Scheduled Exempt Positions............................ IX-23
    Sec. 3.09. Method of Salary Payments ................................................................. IX-23
    Sec. 3.10. Exception - Contracts Less than 12 Months.......................................... IX-23
    Sec. 3.11. Exceptions for Certain Employees........................................................ IX-23
    Sec. 3.12. Exceptions for Salary Schedule C........................................................ IX-24
    Sec. 3.13. Matching Retirement and Certain Insurance........................................ IX-24

GRANT-MAKING PROVISIONS........................................................................... IX-24
    Sec. 4.01. Grant Restriction .................................................................................. IX-24
    Sec. 4.02. Grants................................................................................................... IX-24
    Sec. 4.03. Grants for Political Polling Prohibited .................................................. IX-25
    Sec. 4.04. Limitation on Grants to Units of Local Government ............................. IX-25

TRAVEL REGULATIONS....................................................................................... IX-25
    Sec. 5.01. Travel Definitions. ............................................................................... IX-25
    Sec. 5.02. General Travel Provisions..................................................................... IX-25
    Sec. 5.03. Transportation Expenses in Personally Owned or Leased Motor Vehicles ........... IX-25
    Sec. 5.04. Transportation in Personally Owned or Leased Aircraft........................ IX-25
    Sec. 5.05. Travel Meals and Lodging Expenses .................................................... IX-26
    Sec. 5.06. Special Provisions Regarding Travel Expenses...................................... IX-26
    Sec. 5.07. Travel and Per Diem of Board or Commission Members....................... IX-26
    Sec. 5.08. Travel of Advisory Committee Members.............................................. IX-27

GENERAL LIMITATIONS ON EXPENDITURES.................................................. IX-27
    Sec. 6.01. Unexpended Balance............................................................................ IX-27
    Sec. 6.02. Interpretation of Estimates................................................................... IX-27
    Sec. 6.03. Excess Obligations Prohibited ............................................................. IX-27
    Sec. 6.04. Interpretation of Legislative Intent....................................................... IX-28
    Sec. 6.05. Comptroller's Duty to Pay ................................................................... IX-28
    Sec. 6.06. Last Quarter Expenditures.................................................................... IX-28
    Sec. 6.07. Employee Benefit and Debt Service Items ............................................ IX-28
    Sec. 6.08. Benefits Paid Proportional by Method of Finance ................................. IX-28
    Sec. 6.09. Appropriations from Special Funds....................................................... IX-30
    Sec. 6.10. Limitation on State Employment Levels................................................ IX-30
    Sec. 6.11. Purchases of Postage............................................................................ IX-32
    Sec. 6.12. Expenditures for State-Federal Relations.............................................. IX-32
    Sec. 6.13. Performance Standards......................................................................... IX-33
    Sec. 6.14. Bookkeeping Entries............................................................................ IX-33
    Sec. 6.15. Accounting for State Expenditures ....................................................... IX-33
    Sec. 6.16. Fee Increase Notification ..................................................................... IX-33
    Sec. 6.17. Consolidated Funds.............................................................................. IX-33
    Sec. 6.18. Demographic and Statistical Studies..................................................... IX-34
    Sec. 6.19. Cost Allocations.................................................................................. IX-34
    Sec. 6.20. Use of Appropriations to Contract for Audits........................................ IX-34
    Sec. 6.21. Limitations on Use of Appropriated Funds............................................ IX-34
    Sec. 6.22. Informational Items............................................................................. IX-34
    Sec. 6.23. Appropriations from State Tax Revenue................................................ IX-34
    Sec. 6.24. Limitation on Abortion Funding............................................................ IX-35

v

**TABLE OF CONTENTS**
(Continued)

REPORTING REQUIREMENTS .................................................................................. IX-35
   Sec. 7.01. Budgeting and Reporting ........................................................................ IX-35
   Sec. 7.02. Annual Reports and Inventories ............................................................. IX-36
   Sec. 7.03. Notification to Members of the Legislature ............................................ IX-36
   Sec. 7.04. Contract Notification: Amounts Greater than $50,000 ........................... IX-36
   Sec. 7.05. Reports and References ........................................................................... IX-37
   Sec. 7.06. Internal Assessments on Utilization of Historically Underutilized
          Businesses ............................................................................................. IX-38
   Sec. 7.07. Historically Underutilized Business Policy Compliance ........................ IX-38
   Sec. 7.08. Reporting of Historically Underutilized Business (HUB) Key Measures ............ IX-38
   Sec. 7.09. Fraud Reporting ..................................................................................... IX-39
   Sec. 7.10. Border Security ...................................................................................... IX-39
   Sec. 7.11. Notification of Certain Purchases or Contract Awards, Amendments,
          and Extensions ...................................................................................... IX-40
   Sec. 7.12. Document Production Standards .............................................................. IX-41

OTHER APPROPRIATION AUTHORITY ................................................................. IX-41
   Sec. 8.01. Acceptance of Gifts of Money .............................................................. IX-41
   Sec. 8.02. Reimbursements and Payments .............................................................. IX-42
   Sec. 8.03. Surplus Property ..................................................................................... IX-43
   Sec. 8.04. Refunds of Deposits .............................................................................. IX-43
   Sec. 8.05. Vending Machines ................................................................................. IX-43
   Sec. 8.06. Pay Station Telephones ......................................................................... IX-44
   Sec. 8.07. Appropriation of Collections for Seminars and Conferences ................. IX-44
   Sec. 8.08. Appropriation of Bond Proceeds ........................................................... IX-44
   Sec. 8.09. CMIA Interest and Other Federal Payments .......................................... IX-44
   Sec. 8.10. Appropriation of Receipts: Credit, Charge, Debit Card, or Electronic
          Cost Recovery Service Fees .................................................................. IX-44
   Sec. 8.11. Employee Meal Authorization ............................................................... IX-44
   Sec. 8.12. Bank Fees and Charges .......................................................................... IX-45
   Sec. 8.13. Appropriation of Specialty License Plate Receipts .................................. IX-45
   Sec. 8.14. Cost Recovery of Application or Testing Fees ........................................ IX-45
   Sec. 8.15. Cost Recovery of Fees ........................................................................... IX-45
   Sec. 8.16. Deaccessioned Items .............................................................................. IX-45

INFORMATION RESOURCES PROVISIONS ............................................................ IX-45
   Sec. 9.01. Purchases of Information Resources Technologies .................................. IX-45
   Sec. 9.02. Quality Assurance Review of Major Information Resources Projects .................. IX-46
   Sec. 9.03. Biennial Operating Plan and Information Resources Strategic Plan
          Approval ................................................................................................ IX-48
   Sec. 9.04. Information Technology Replacement ..................................................... IX-48
   Sec. 9.05. Texas.gov Project: Occupational Licenses .............................................. IX-48
   Sec. 9.06. Texas.gov Project: Cost Recovery Fees ................................................. IX-49
   Sec. 9.07. Server Consolidation Status Update ....................................................... IX-49
   Sec. 9.08. Prioritization of Cybersecurity and Legacy System Projects .................. IX-49
   Sec. 9.09. Surplus Information Technology Hardware ............................................. IX-49
   Sec. 9.10. Centralized Accounting and Payroll/Personnel System Deployments .................. IX-49
   Sec. 9.11. Staff Telecommunications Survey and Analysis ..................................... IX-50
   Sec. 9.12. Assignment of Contract Responsibility .................................................. IX-50
   Sec. 9.13. Report on Monitoring Assessments by State Auditor ............................. IX-52

HEALTH-RELATED PROVISIONS ............................................................................ IX-53
   Sec. 10.01.  Full Application for Health Coverage ................................................. IX-53
   Sec. 10.02.  Appropriation of Disproportionate Share Hospital Payments to
          State-Owned Hospitals .......................................................................... IX-53
   Sec. 10.03.  Informational Listing on Use of Tobacco Settlement Receipts ........... IX-53
   Sec. 10.04.  Statewide Behavioral Health Strategic Plan and Coordinated
          Expenditures .......................................................................................... IX-55
   Sec. 10.05.  Funding for Autism Services ................................................................ IX-57
   Sec. 10.06.  Cross-Agency Coordination on Healthcare Strategies and Measures ............... IX-58

PROVISIONS RELATED TO REAL PROPERTY ....................................................... IX-58
   Sec. 11.01.  Limitation on Use of Funds for Personal Residences ......................... IX-58
   Sec. 11.02.  Reporting Related to State Owned Housing ....................................... IX-59
   Sec. 11.03.  Statewide Capital Planning ................................................................. IX-59
   Sec. 11.04.  Efficient Use of State Owned and Leased Space ............................... IX-60
   Sec. 11.05.  State Agency Emergency Leases ........................................................ IX-60
   Sec. 11.06.  Prepayment of Annual Lease Costs .................................................... IX-61
   Sec. 11.07.  Efficient Use of State Property to House State Facilities .................... IX-61

PROVISIONS RELATED TO PROPERTY .................................................................. IX-61
   Sec. 12.01.  Aircraft ............................................................................................... IX-61

Sec. 12.02.   Publication or Sale of Printed, Recorded, or Electronically Produced
              Matter or Records................................................................................ IX-62
Sec. 12.03.   Limitation on Expenditures for Purchases and Conversions of
              Alternative Fuel Vehicles.................................................................... IX-62
Sec. 12.04.   Transfer of Master Lease Purchase Program Payments ..................... IX-62
Sec. 12.05.   Vehicle Fleet Maintenance and Repair ............................................... IX-63

FEDERAL FUNDS ........................................................................................................ IX-63
Sec. 13.01.   Federal Funds/Block Grants............................................................... IX-63
Sec. 13.02.   Report of Additional Funding ............................................................ IX-63
Sec. 13.03.   Reports to Comptroller........................................................................ IX-64
Sec. 13.04.   Deposit and Expenditure Limitations................................................. IX-64
Sec. 13.05.   Reimbursements from Federal Funds.................................................. IX-64
Sec. 13.06.   Limitations on Classified Positions .................................................... IX-64
Sec. 13.07.   Funding Reductions............................................................................. IX-64
Sec. 13.08.   Unexpended Balances .......................................................................... IX-64
Sec. 13.09.   Temporary Assistance for Needy Families (TANF), Social Services Block
              Grant (SSBG), or Child Care and Development Block Grant (CCDBG) ......... IX-65
Sec. 13.10.   Definition, Appropriation, Reporting and Audit of
              Earned Federal Funds.......................................................................... IX-65
Sec. 13.11.   Reporting of Federal Homeland Security Funding ............................ IX-67

AGENCY DISCRETIONARY TRANSFER PROVISIONS ......................................... IX-67
Sec. 14.01.   Appropriation Transfers...................................................................... IX-67
Sec. 14.02.   Transfers for Contract Services........................................................... IX-68
Sec. 14.03.   Transfers – Capital Budget.................................................................. IX-68
Sec. 14.04.   Disaster Related Transfer Authority.................................................... IX-70
Sec. 14.05.   Unexpended Balance Authority Between Fiscal Years within
              the Same Biennium .............................................................................. IX-71

AGENCY NON-DISCRETIONARY TRANSFER PROVISIONS.............................. IX-71
Sec. 15.01.   Reimbursements for Unemployment Benefits .................................... IX-71
Sec. 15.02.   Payments to the State Office of Risk Management (SORM)............... IX-72
Sec. 15.03.   Contingency Appropriation Reduction ............................................... IX-74
Sec. 15.04.   Appropriation Transfers: Billings for Statewide Allocated Costs....... IX-74

LEGAL REPRESENTATION AND JUDGMENTS PROVISIONS............................. IX-74
Sec. 16.01.   Court Representation and Outside Legal Counsel............................... IX-74
Sec. 16.02.   Contingent Fee Contract for Legal Services ...................................... IX-76
Sec. 16.03.   Proceeds of Litigation ......................................................................... IX-76
Sec. 16.04.   Judgments and Settlements ................................................................. IX-77
Sec. 16.05.   Incidents Report: State Supported Living Centers
              and State Hospitals.............................................................................. IX-78
Sec. 16.06.   Professional Legal Services................................................................. IX-78

MISCELLANEOUS PROVISIONS................................................................................ IX-79
Sec. 17.01.   Contingency Rider............................................................................... IX-79
Sec. 17.02.   Limitation on Substitution of General Obligation Bond
              Funded Projects.................................................................................... IX-79
Sec. 17.03.   Payroll Contribution for Group Health Insurance.............................. IX-79
Sec. 17.04.   Veterans Services at Other State Agencies ......................................... IX-79
Sec. 17.05.   Agency Coordination for Youth Prevention and Intervention Services............ IX-79
Sec. 17.06.   Additional Payroll Contribution for Retirement Contribution .......... IX-80
Sec. 17.07.   Use of Sporting Goods Sales Tax Transfer to the General Revenue –
              Dedicated State Parks Account No. 64 ................................................ IX-80
Sec. 17.08.   Reporting Requirement for Funds Held Outside the Treasury............ IX-81
Sec. 17.09.   Contract Management and Oversight................................................... IX-81
Sec. 17.10.   Energy Efficiency Savings for State Facilities.................................... IX-83
Sec. 17.11.   Human Trafficking Prevention Coordinating Council ....................... IX-83
Sec. 17.12.   Reports on Interagency Contracts ....................................................... IX-85
Sec. 17.13.   Realtime Captioning of Open Meetings.............................................. IX-85
Sec. 17.14.   Informational Listing of Program Funding ........................................ IX-85
Sec. 17.15.   Contingency Appropriation for the Capitol Complex Safety Zone..... IX-85
Sec. 17.16.   Contact Tracing................................................................................... IX-85
Sec. 17.17.   Reporting: Texas Opioid Settlement Receipts ................................... IX-85
Sec. 17.18.   Informational Listing: Pro-rata Share of Texas Opioid Settlement Receipts
              Received by Municipal Areas and Regions ......................................... IX-86
Sec. 17.19.   Agency's Participation in Master Lease Purchase Program............... IX-109
Sec. 17.20.   Appropriation of Administrative Receipts........................................... IX-109
Sec. 17.21.   Informational Listing: Federal Elementary and Secondary School
              Emergency Relief Funds ...................................................................... IX-109
Sec. 17.22.   Spaceport Trust Fund ......................................................................... IX-109

vii

**TABLE OF CONTENTS**
(Continued)

Sec. 17.23.   Victims of Human Trafficking ............................................................ IX-110
Sec. 17.24.   Caddo Mounds Visitors Center .......................................................... IX-110
Sec. 17.25.   Courthouse Grants .............................................................................. IX-110
Sec. 17.26.   Mission Socorro Archaeological Site .................................................. IX-110
Sec. 17.27.   Texas Holocaust and Genocide Commission Five Percent Restoration .......... IX-110
Sec. 17.28.   Washington-on-the-Brazos State Historic Site .................................... IX-110
Sec. 17.29.   Family Finding Collaboration Funding ............................................... IX-110
Sec. 17.30.   Nurse Family Partnership .................................................................... IX-110
Sec. 17.31.   Multi-Assistance Center Demonstration Project ................................. IX-110
Sec. 17.32.   Rusk State Hospital Building #5 Demolition ...................................... IX-111
Sec. 17.33.   Additional Funding for Texas Division of Emergency Management ............ IX-111
Sec. 17.34.   Additional Funding for Article III - Higher Education ....................... IX-111
Sec. 17.35.   Funding for Various Programs at the Texas Education Agency .................... IX-113
Sec. 17.36.   League City Mega Center Driver License Office ................................. IX-113
Sec. 17.37.   Competency-Based Education Degree Plans ........................................ IX-113
Sec. 17.38.   Galveston Park Board of Trustees for Beach Patrol Services ................ IX-113
Sec. 17.39.   TCEQ Aggregate Operations .............................................................. IX-113
Sec. 17.40.   Recreational Facilities ........................................................................ IX-113
Sec. 17.41.   Economically Distressed Areas Program (EDAP) .............................. IX-114
Sec. 17.42.   Accumulated Siltation at Lake Houston .............................................. IX-114
Sec. 17.43.   Ector County Airport Runway ............................................................ IX-114
Sec. 17.44.   Emergency and First Responder Airport Facilities ............................. IX-114
Sec. 17.45.   Council of Government Salary Schedules ............................................ IX-114
Sec. 17.46.   Appropriation for Law Enforcement Officer Salary Increase .............. IX-115
Sec. 17.47.   Additional Funding for Formula Funding ........................................... IX-115
Sec. 17.48.   Additional Reductions to Appropriations made under other Articles ............ IX-115

CONTINGENCY AND OTHER PROVISIONS ........................................................ IX-117
Recapitulation – Article IX – General Provisions – General Revenue ......................... IX-131
Recapitulation – Article IX – General Provisions – General Revenue – Dedicated .......... IX-132
Recapitulation – Article IX – General Provisions – Federal Funds .............................. IX-133
Recapitulation – Article IX – General Provisions – Other Funds ................................. IX-134
Recapitulation – Article IX – General Provisions – All Funds .................................... IX-135

CONTINGENCY PROVISIONS:  ARTICLE AND AGENCY INDEX ..................... IX-136

**ARTICLE X - THE LEGISLATURE**

Senate ........................................................................................................................ X-1
House of Representatives ............................................................................................ X-2
Legislative Budget Board ........................................................................................... X-2
Legislative Council ..................................................................................................... X-3
Uniform State Laws, Commission on .......................................................................... X-4
Sunset Advisory Commission ...................................................................................... X-5
State Auditor's Office .................................................................................................. X-6
Legislative Reference Library ...................................................................................... X-7
Retirement and Group Insurance ................................................................................. X-8
Social Security and Benefit Replacement Pay ............................................................. X-8
Lease Payments ........................................................................................................... X-9
Special Provisions Relating to the Legislature ............................................................ X-9
Recapitulation - Article X - General Revenue ............................................................. X-10
Recapitulation - Article X - Other Funds .................................................................... X-11
Recapitulation - Article X - All Funds ........................................................................ X-12

**ARTICLE XI – SAVINGS CLAUSE** ..................................................................... XI-1

**ARTICLE XII – EMERGENCY CLAUSE** ............................................................. XI-1

## RECAPITULATION - ALL ARTICLES
### (General Revenue)

| | For the Years Ending | |
| --- | --- | --- |
| | August 31, 2022 | August 31, 2023 |
| ARTICLE I - General Government | $ 2,197,940,933 | $ 1,866,401,230 |
| ARTICLE II - Health and Human Services | 17,183,698,693 | 17,107,699,825 |
| ARTICLE III - Agencies of Education | 31,263,682,104 | 31,481,378,606 |
| ARTICLE IV - The Judiciary | 276,087,308 | 275,479,042 |
| ARTICLE V - Public Safety and Criminal Justice | 6,085,692,235 | 5,969,269,581 |
| ARTICLE VI - Natural Resources | 513,723,554 | 488,361,551 |
| ARTICLE VII - Business and Economic Development | 244,986,142 | 245,065,474 |
| ARTICLE VIII - Regulatory | 152,652,736 | 149,065,948 |
| ARTICLE IX - General Provisions | 57,884,790 | 398,927,544 |
| ARTICLE X - The Legislature | 198,955,736 | 211,224,746 |
| GRAND TOTAL, General Revenue | $ 58,175,304,231 | $ 58,192,873,547 |

## RECAPITULATION - ALL ARTICLES
### (General Revenue-Dedicated)

| | For the Years Ending | |
| --- | --- | --- |
| | August 31, 2022 | August 31, 2023 |
| ARTICLE I - General Government | $ 386,181,196 | $ 222,939,427 |
| ARTICLE II - Health and Human Services | 278,804,718 | 279,263,247 |
| ARTICLE III - Agencies of Education | 1,403,338,034 | 1,402,735,845 |
| ARTICLE IV - The Judiciary | 101,476,124 | 91,274,079 |
| ARTICLE V - Public Safety and Criminal Justice | 25,211,179 | 25,272,970 |
| ARTICLE VI - Natural Resources | 609,408,904 | 556,402,326 |
| ARTICLE VII - Business and Economic Development | 306,001,554 | 293,528,761 |
| ARTICLE VIII - Regulatory | 166,364,413 | 163,654,548 |
| ARTICLE IX - General Provisions | 2,171,886 | 1,190,386 |
| ARTICLE X - The Legislature | 0 | 0 |
| GRAND TOTAL, General Revenue-Dedicated | $ 3,278,958,008 | $ 3,036,261,589 |

## RECAPITULATION - ALL ARTICLES
### (Federal Funds)

| | For the Years Ending | |
| --- | --- | --- |
| | August 31, 2022 | August 31, 2023 |
| ARTICLE I - General Government | $ 648,188,994 | $ 595,555,677 |
| ARTICLE II - Health and Human Services | 25,460,012,233 | 25,202,198,711 |
| ARTICLE III - Agencies of Education | 5,888,218,883 | 5,826,152,805 |
| ARTICLE IV - The Judiciary | 2,255,162 | 2,255,162 |
| ARTICLE V - Public Safety and Criminal Justice | 334,780,114 | 290,145,020 |
| ARTICLE VI - Natural Resources | 3,001,762,880 | 1,858,184,051 |
| ARTICLE VII - Business and Economic Development | 6,970,100,090 | 7,029,236,134 |
| ARTICLE VIII - Regulatory | 4,732,499 | 4,771,327 |
| ARTICLE IX - General Provisions | 1,572,406,500 | 76,145,652 |
| ARTICLE X - The Legislature | 0 | 0 |
| GRAND TOTAL, Federal Funds | $ 43,882,457,355 | $ 40,884,644,539 |

App.161

## RECAPITULATION - ALL ARTICLES
## (Other Funds)*

| | For the Years Ending | |
| --- | --- | --- |
| | August 31, 2022 | August 31, 2023 |
| ARTICLE I - General Government | $    504,258,281 | $    498,116,587 |
| ARTICLE II - Health and Human Services | 569,650,154 | 596,666,594 |
| ARTICLE III - Agencies of Education | 8,298,608,467 | 7,941,476,589 |
| ARTICLE IV - The Judiciary | 89,100,856 | 90,318,022 |
| ARTICLE V - Public Safety and Criminal Justice | 87,508,557 | 74,513,457 |
| ARTICLE VI - Natural Resources | 262,549,537 | 217,161,568 |
| ARTICLE VII - Business and Economic Development | 10,963,477,558 | 10,494,400,482 |
| ARTICLE VIII - Regulatory | 34,872,247 | 51,924,773 |
| ARTICLE IX - General Provisions | 172,710,604 | 153,860,130 |
| ARTICLE X - The Legislature | 101,425 | 101,425 |
| GRAND TOTAL, Other Funds | $   20,982,837,686 | $   20,118,539,627 |

* Excludes interagency contracts

## RECAPITULATION - ALL ARTICLES
## (All Funds)*

| | For the Years Ending | |
| --- | --- | --- |
| | August 31, 2022 | August 31, 2023 |
| ARTICLE I - General Government | $    3,736,569,404 | $    3,183,012,921 |
| ARTICLE II - Health and Human Services | 43,492,165,798 | 43,185,828,377 |
| ARTICLE III - Agencies of Education | 46,853,847,488 | 46,651,743,845 |
| ARTICLE IV - The Judiciary | 468,919,450 | 459,326,305 |
| ARTICLE V - Public Safety and Criminal Justice | 6,533,192,085 | 6,359,201,028 |
| ARTICLE VI - Natural Resources | 4,387,444,875 | 3,120,109,496 |
| ARTICLE VII - Business and Economic Development | 18,484,565,344 | 18,062,230,851 |
| ARTICLE VIII - Regulatory | 358,621,895 | 369,416,596 |
| ARTICLE IX - General Provisions | 1,805,173,780 | 630,123,712 |
| ARTICLE X - The Legislature | 199,057,161 | 211,326,171 |
| GRAND TOTAL, All Funds | $ 126,319,557,280 | $ 122,232,319,302 |
| Number of Full-Time-Equivalents (FTE) - Appropriated Funds | 216,071.2 | 215,848.1 |

* Excludes interagency contracts

App.162

S.B. NO. 1

_____          _____
President of the Senate                    Speaker of the House

I hereby certify that S.B. No. 1 passed the Senate on April 6, 2021, by the following vote: Yeas 31, Nays 0; April 26, 2021, Senate refused to concur in House amendments and requested appointment of Conference Committee; April 27, 2021, House granted request of the Senate; May 26, 2021, Senate adopted Conference Committee Report by the following vote: Yeas 31, Nays 0; passed subject to the provisions of Article III, Section 49a, of the Constitution of Texas.

_____
Secretary of the Senate

I hereby certify that S.B. No. 1 passed the House, with amendments, on April 22, 2021, by the following vote: Yeas 149, Nays 0, zero present not voting; April 27, 2021, House granted request of the Senate for appointment of Conference Committee; May 27, 2021, House adopted Conference Committee Report by the following vote: Yeas 142, Nays 6, zero present not voting; passed subject to the provisions of Article III, Section 49a, of the Constitution of Texas.

_____
Chief Clerk of the House

Approved:

_6 - 18 - 21_
Date

_____
Governor

I, Glenn Hegar, Comptroller of Public Accounts, do hereby certify that the amounts appropriated in the herein S.B. No. 1, Regular Session, 87th Legislature, are within the amount estimated to be available in the affected fund.

Certified _June 8_, 20_21_.

_____
Comptroller of Public Accounts

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
_4 pm_ O'CLOCK

JUN 18 2021

_____
Secretary of State

App. 163

# PROCLAMATION
BY THE
## Governor of the State of Texas
41-3844

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**

Senate Bill No. 1, the General Appropriations Act, having been duly certified by the Comptroller of Public Accounts pursuant to Article III, Section 49a of the Texas Constitution, has been presented to me for action.

I am proud to sign a budget that does not grow government in an amount greater than the increase in population and inflation while also making targeted investments in areas such as public education, foster care, law enforcement, border security, pension solvency, and broadband access.

However, I hereby object to and veto the following items from Senate Bill No. 1, and include a statement of my objections to each of those items.

**Article X – The Legislature**

Senate

| | **2022** | **2023** |
|---|---|---|
| **A.1.1. Strategy:** ~~SENATE~~ | ~~$34,422,614~~ | ~~$37,291,165~~ |

**3. Unexpended Balances.** ~~Any unobligated and unexpended balances remaining as of August 31, 2021, from appropriations made to the Senate are appropriated to the Senate for the same purposes for the biennium beginning September 1, 2021.~~

~~Any unobligated and unexpended balances remaining as of August 31, 2022, from appropriations made to the Senate are appropriated for the same purposes for the fiscal year beginning September 1, 2022.~~

House of Representatives

| | **2022** | **2023** |
|---|---|---|
| **A.1.1. Strategy:** ~~HOUSE OF REPRESENTATIVES~~ | ~~$43,098,410~~ | ~~$48,600,335~~ |

**3. Unexpended Balances.** ~~Any unobligated and unexpended balances remaining as of August 31, 2021, from appropriations made to the House of Representatives are appropriated to the House of Representatives for the same purposes for the biennium beginning September 1, 2021.~~

~~Any unobligated and unexpended balances remaining as of August 31, 2022, from appropriations made to the House of Representatives are appropriated for the same purposes for the fiscal year beginning September 1, 2022.~~

Legislative Budget Board

| | **2022** | **2023** |
|---|---|---|
| **A.1.1. Strategy:** ~~LEGISLATIVE BUDGET BOARD~~ | ~~$13,178,999~~ | ~~$13,178,998~~ |

**2. Unexpended Balance.** ~~Any unobligated and unexpended balances remaining as of August 31, 2021, from appropriations made to the Legislative Budget Board are appropriated to the Legislative Budget Board for the same purposes for the biennium beginning September 1, 2021.~~

~~Any unobligated and unexpended balances remaining as of August 31, 2022, from appropriations made to the Legislative Budget Board are appropriated to the Legislative Budget Board for the same purposes for the fiscal year beginning September 1, 2022.~~

## Legislative Council

|  | **2022** | **2023** |
|---|---|---|
| **A.1.1. Strategy:** ~~LEGISLATIVE COUNCIL~~ | ~~$40,205,883~~ | ~~$43,556,374~~ |

**2. Unexpended Balances.** ~~Any unobligated and unexpended balances as of August 31, 2021, from appropriations made to the Legislative Council are appropriated to the Legislative Council for the same purposes for the biennium beginning September 1, 2021.~~

~~Any unobligated and unexpended balances remaining as of August 31, 2022, from appropriations made to the Legislative Council are appropriated to the Legislative Council for the same purposes for the fiscal year beginning September 1, 2022.~~

## Commission on Uniform State Laws

|  | **2022** | **2023** |
|---|---|---|
| **A.1.1. Strategy:** ~~COMMISSION ON UNIFORM STATE LAWS~~ | ~~$143,958~~ | ~~$143,958~~ |

**2. Unexpended Balances.** ~~Any unobligated and unexpended balances remaining as of August 31, 2021, from appropriations made to the Commission on Uniform State Laws are appropriated to the Commission on Uniform State Laws for the same purposes for the biennium beginning September 1, 2021.~~

~~Any unobligated and unexpended balances remaining as of August 31, 2022, from appropriations made to the Commission on Uniform State Laws are appropriated to the Commission on Uniform State Laws for the same purposes for the fiscal year beginning September 1, 2022.~~

## Sunset Advisory Commission

|  | **2022** | **2023** |
|---|---|---|
| **A.1.1. Strategy:** ~~SUNSET ADVISORY COMMISSION~~ | ~~$2,268,722~~ | ~~$2,268,722~~ |

**1. Unexpended Balances.** ~~Any unobligated and unexpended balances remaining as of August 31, 2021, from appropriations made to the Sunset Advisory Commission are appropriated to the Sunset Advisory Commission for the same purposes for the biennium beginning September 1, 2021.~~

~~Any unobligated and unexpended balances remaining as of August 31, 2022, from appropriations made to the Sunset Advisory Commission are appropriated to the Sunset Advisory Commission for the same purposes for the fiscal year beginning September 1, 2022.~~

**2. Appropriation to Sunset Advisory Commission Account.** ~~The money that an entity is required by law to pay to the Sunset Advisory Commission to cover the costs the commission incurs in performing a review of the entity is appropriated to the commission for maintaining the operations of the commission.~~

## State Auditor's Office

|  | **2022** | **2023** |
|---|---|---|
| **A.1.1. Strategy:** ~~STATE AUDITOR~~ | ~~$21,802,403~~ | ~~$21,802,402~~ |

**2. Appropriation of Appropriated Receipts.** ~~All funds reimbursed to the State Auditor's Office (SAO) by governmental entities for the provision of services are appropriated to the SAO during the fiscal year in which they are received and shall be used as provided by Government Code, Chapter 321.~~

**3. Unexpended Balances.** ~~Any unobligated and unexpended balances remaining as of August 31, 2021, from appropriations made to the State Auditor's Office (SAO) from the General Revenue Fund are appropriated to the SAO for the same purposes for the biennium beginning September 1, 2021.~~

~~Any unobligated and unexpended balance remaining as of August 31, 2022, from appropriations made to the SAO from the General Revenue Fund are appropriated to the SAO for the same purposes for the fiscal year beginning September 1, 2022.~~

## Legislative Reference Library

|  | **2022** | **2023** |
|---|---|---|
| **A.1.1. Strategy:** ~~LEGISLATIVE REFERENCE LIBRARY~~ | ~~$1,735,750~~ | ~~$1,735,750~~ |

**2. Unexpended Balances.** ~~Any unobligated and unexpended balances remaining as of August 31, 2021, from appropriations made to the Legislative Reference Library from the General Revenue Fund are appropriated for the same purposes for the biennium beginning September 1, 2021.~~

~~Any unobligated and unexpended balances remaining as of August 31, 2022, from appropriations made to the Legislative Reference Library from the General Revenue Fund are appropriated for the same purposes for the fiscal year beginning September 1, 2022.~~

*Texans don't run from a legislative fight, and they don't walk away from unfinished business. Funding should not be provided for those who quit their job early, leaving their state with unfinished business and exposing taxpayers to higher costs for an additional legislative session. I therefore object to and disapprove of these appropriations.*

I have signed Senate Bill No. 1 together with this proclamation, stating my objections in accordance with Article IV, Section 14, of the Texas Constitution.

Since the 87th Legislature, Regular Session, by its adjournment has prevented the return of this bill, I am filing this bill and these objections in the office of the Secretary of State and giving notice thereof by this public proclamation according to the aforementioned constitutional provision.



IN TESTIMONY WHEREOF, I have signed my name officially and caused the Seal of the State to be affixed hereto at Austin, this 18th day of June, 2021.

GREG ABBOTT
Governor of Texas

ATTESTED BY:

JOSE A. ESPARZA
Deputy Secretary of State

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
6:00 pm O'CLOCK

JUN 1 8 2021

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

### DECLARATION OF JEFFREY M. WHITE

FY 21-22 Total State Budget Summary

# EXHIBIT A-6

# FY 21-22 Total State Budget Summary

Case 2:21-cv-00078-Z Document 291-1 Filed 09/12/24 Page 170 of 272 PageID 391

*As the Bills Left the House*
*Prepared by the House Fiscal Division – May 19, 2021*

## Available State General Fund Forecast

**Official forecast adopted by REC on January 19, 2021 = $9,567,300,000**

Reengrossed bill versions = $9,567,300,000 (REC increased the forecast by $320.2M on May 18, 2021)

- **$8.8 B** - General Operating Appropriations
- **$0** - Ancillary Operating Appropriations
- **$525.4 M** - Non-Appropriated Requirements
- **$161.5 M** - Judicial Appropriations
- **$73.6 M** - Legislative Appropriations
- **$0** - Capital Outlay (HB2 Re-Reengrossed)

## Funding by Means of Finance: FY21 Existing vs. FY22 Reengrossed

| Means of Finance | FY21 Existing Budget | FY22 Reengrossed | Change from FY21 to FY22 | |
|---|---|---|---|---|
| **State General Fund** | $9,313,994,979 | $9,567,300,000 | $253,305,021 | 2.7% |
| **Interagency Transfers** | $2,391,134,866 | $1,826,347,164 | ($564,787,702) | (23.6%) |
| **Fees & Self-gen Rev** | $4,845,767,080 | $5,241,912,624 | $396,145,544 | 8.2% |
| **Statutory Dedications** | $5,879,091,259 | $5,694,487,249 | ($184,604,010) | (3.1%) |
| **Federal** | $18,055,592,188 | $19,551,163,031 | $1,495,570,843 | 8.3% |
| **Total** | **$40,485,580,372** | **$41,881,210,068** | **$1,395,629,696** | **3.4%** |

## Significant State General Fund Changes

- **$79.5M** to the Department of Education for the MFP for a pay increase for teachers and support staff ($800 per certificated teacher, $400 for support staff)

- **$56.4M** for Higher Education to increase formula funding and statewide services costs ($31.1M), provide for a Faculty pay increase ($19.8M), and support specialized institutions ($5.5M)

- **$23.2M** for LOSFA scholarship programs ($12.2 to fully fund TOPS, $11M for Go Grants)

- **$35.6M** to Department of Corrections for personnel services, supplies, and offender medical expenses, issues typically addressed each year in the supplemental bill

- **$23.8M** for local housing of state adult offenders

- **$25.3M** for net statewide adjustments (including but not limited to civil service market rate, group insurance, related benefits, risk management, legislative auditor fees, rent in state owned building, and Office of Technology Services (OTS) adjustments)

- **$11.5M** for annual maintenance and support for the Louisiana Wireless Information Network (LWIN)

- **$6.3M** for foster care board rates, adoption subsidies, and guardianship subsidies (plus $5.6M in additional federal funds)

### Federal Funds

- **$924.5M** from the American Rescue Plan (ARP) Act: Federal-Coronavirus State Fiscal Recovery Fund $400M Unemployment (FED), $300M Water (SD), $55M Ports (SD), $50M Nonprofits (SD), $10M Loggers (SD), $4.5M Save Our Screens (SD); Federal-Coronavirus Capital Project Fund $90M Broadband (SD), $15M Cap. Tech. Enh. Fund (SD)

- **$314M** in savings due to additional enhanced FMAP matching rates to fund services

# Funding by Means of Finance: FY22 Original vs. FY22 Reengrossed

| Means of Finance | FY22 Original | FY22 Reengrossed | Change from FY22 Original to FY22 Reengrossed | |
|---|---|---|---|---|
| State General Fund | $9,596,777,165 | $9,567,300,000 | ($29,477,165) | (0.3%) |
| Interagency Transfers | $1,813,596,501 | $1,826,347,164 | $12,750,663 | 0.7% |
| Fees & Self-gen Rev | $5,065,634,892 | $5,241,912,624 | $176,277,732 | 3.5% |
| Statutory Dedications | $5,124,847,758 | $5,694,487,249 | $569,639,491 | 11.1% |
| Federal | $18,641,323,775 | $19,551,163,031 | $909,839,256 | 4.9% |
| Total | $40,242,180,091 | $41,881,210,068 | $1,639,029,977 | 4.1% |

# Significant Amendments to HB 1 in the House

- **$924.5M** from the American Rescue Plan (ARP) Act: Federal-Coronavirus State Fiscal Recovery Fund $400M Unemployment (FED), $300M Water (SD), $55M Ports (SD), $50M Nonprofits (SD), $10M Loggers (SD), $4.5M Save Our Screens (SD); Federal-Coronavirus Capital Projects Fund $90M Broadband (SD), $15M Capitol Technology Enhancement Fund (SD)
- **$274M** (FED) additional federal relief funding from CRRSA and ARP Acts for COVID-19 testing, vaccine initiatives, and screening in schools in the Office of Public Health
- **$52M** (SD & FED) for rate increases to providers of individuals with developmental disabilities
- **$21.2M** (FED) for mental health and substance abuse prevention and treatment in the Office of Behavioral Health
- **$15M** (SD) from the State Emergency Response Fund for emergency response efforts in GOHSEP
- **$11.9M** (SGF & FED) for foster care board rates, adoption subsidies, and guardianship subsidies
- **$5.8M** (SGF & FED) for 500 additional Community Choice Waiver slots
- **$3.6M** (SGF) for the LSU Agricultural Center for operating expenses
- **$3.4M** (SD & FED) from CARES Act and LA State Parks Improvement and Repair Fund for permanent sewage connections at nine state parks
- **$2.3M** (SGF) to the Department of Education for the MFP to fully fund pay increase for teachers and support staff ($800 per certificated teacher, $400 for support staff)
- **($23.8M)** reduces LDH funding for the Payments to Private Providers Program
- **($2.4M)** (FSGR) removed all funding and authorized positions (20) in the Office of Charitable Gaming
- **($1.4M)** (SGF) reduces savings realized by paying off financed equipment and vehicles in FY 21
- Language amendments: restricting changes for the personal services expenditure category (salaries, related benefits, and other compensation); requiring monthly reports from DOA to JLCB regarding COVID monies and expenditures; requiring JLCB approval prior to Secretary of State purchasing any voting equipment; and encouraging LDH to look at alternative hospital supplemental payment methods
- Spreads Higher Education's State General Fund directly to the higher education institutions
- Creates separate sections to identify federal relief funds within an agency's budget

App.169

SGF = State General Fund        IAT = Interagency Transfers        FSGR = Fees & Self-generated Revenues
SD = Statutory Dedications        FED = Federal Funds

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

March 16, 2021 Letter from State Attorneys General to Secretary Janet L. Yellen

# EXHIBIT A-7





Office of the Attorney General
State of Georgia

Office of the Attorney General
State of Arizona

Office of the Attorney General
State of West Virginia

March 16, 2021

**VIA EMAIL & U.S. MAIL**

The Honorable Janet L. Yellen
Secretary
Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220
(202) 622-1100
correspondence@treasury.gov

Re:   **Treasury Action to Prevent Unconstitutional Restriction on State's
Fiscal Policy through American Rescue Plan Act of 2021**

Dear Secretary Yellen:

The undersigned State Attorneys General request that the Department of the Treasury take immediate action to confirm that certain provisions of the American Rescue Plan Act (the "Act") do not attempt to strip States of their core sovereign authority to enact and implement basic tax policy. Those provisions, found in section 9901 of the Act,[1] forbid States from using COVID-19 relief funds to "directly or indirectly offset a reduction in … net tax revenue" resulting from state laws or regulations that reduce tax burdens—whether by cutting rates or by giving rebates, deductions, credits, "or otherwise[.]"[2] This language could be read to deny States the ability to cut taxes in any manner whatsoever—even if they would have provided such tax relief with or without the prospect of COVID-19 relief funds. Absent a more sensible interpretation from your department, this provision would amount to an unprecedented and unconstitutional intrusion on the separate sovereignty of the States through federal usurpation of essentially *one half* of the State's fiscal ledgers (*i.e.*, the revenue half). Indeed, such federal usurpation of state tax policy would represent the greatest attempted invasion of state sovereignty by Congress in the history of our Republic.

---

[1] https://www.congress.gov/117/bills/hr1319/BILLS-117hr1319enr.pdf.

[2] *Id.* at pp. 1319-223.

App. 171

Letter to Secretary Janet L. Yellen
March 16, 2021
Page 2

Section 9901 of the American Rescue Plan Act, which amends sections 602 and 603 of the Social Security Act, explains what States may and may not use COVID-19 recovery funds for.  Most pertinent here, subsection 602(c)(2)(A) (the "Tax Cut Prohibition") prohibits the States from "us[ing] the funds provided under this section … to either *directly or indirectly* offset a reduction in the net tax revenue of such State or territory resulting from a change in law, regulation, or administrative interpretation during the covered period that reduces any tax (by providing for a reduction in a rate, a rebate, a deduction, a credit, or otherwise) or delays the imposition of any tax or tax increase."[3]  States must certify that they will use any COVID-19 relief funds provided under the Act "in compliance with subsection (c) of this section[,]" and if a State fails to comply, the Act requires the State to repay the funds in "an amount equal to the amount of funds used in violation of such subsection[.]"[4]

The import of the Act's prohibition against "offsetting" reductions in state tax revenue is unclear, but potentially breathtaking.  This provision might have been intended merely to prohibit States from *expressly* taking COVID-19 relief funds and rolling them directly into a tax cut of a similar amount.  But its prohibition on "indirectly" offsetting reductions in tax revenue, combined with the list of prohibited kinds of tax reductions (rate cuts, rebates, deductions, credits, or "otherwise"), could also be read to prohibit tax cuts or relief of any stripe, even if wholly unrelated to and independent of the availability of relief funds.  After all, money is fungible, and States must balance their budgets.  So, in a sense, *any* tax relief enacted by a state legislature after the State has received relief funds could be viewed as "using" those funds as an "offset" that allows the State to provide that tax relief.

Several real and hypothetical examples of state tax policy sharpen this troubling point:

- Arizona voters at the 2020 election voted for a large tax increase related to education that has nothing to do with COVID-19 and the Arizona Legislature may seek to provide an alternative tax structure for small businesses—again having nothing to do with COVID-19 or the federal funds.

- Arizona is phasing out law-enforcement fees on vehicle registration renewals.

---

[3] "Covered period" is defined in Section 602(g)(1) as the period that begins on March 3, 2021, and "ends on the last day of the fiscal year of such State … in which all funds received by the State … from a payment made under this section or a transfer made under section 603(c)(4) have been expended or returned to, or recovered by, the Secretary."

[4] It further provides that "in the case of a violation of subsection (c)(2)(A), the amount the State … shall be required to repay shall be the lesser of—(1) the amount of the applicable reduction to net tax revenue attributable to such violation; and (2) the amount of funds received by such State … pursuant to a payment made under this section or a transfer made under section 603(c)(4)."

Letter to Secretary Janet L. Yellen
March 16, 2021
Page 3

- During the current legislative session and prior to the passage of the Act, Georgia's House of Representatives passed a bill, now under consideration by its Senate, that would extend a tax credit for families who adopt a child out of foster care.

- Also during the current legislative session and prior to the passage of the Act, Georgia's House of Representatives passed a bill that raises the standard deduction, which would provide Georgians with an estimated $140 million in state income tax relief that largely benefits those of lower to middle incomes.

- The West Virginia Legislature is considering a bill to extend the Neighborhood Investment Tax Credit (a charitable program) and increase the annual tax credit cap from $3 million to $5 million. These changes are projected to reduce West Virginia tax revenue by roughly $2 million per year in future years.

- Another bill in West Virginia would expand a limited aircraft repair and maintenance sales tax exemption to all such activities. This change will result in a small reduction in sales tax collections.

- Alabama legislators are currently considering legislation that would allow tax exemptions for organizations that provide care for the sick and terminally ill, offer services for children who are victims of sexual or physical abuse, furnish new homes for victims of natural disasters, and respond to emergencies and provide life-saving, rescue, and first-aid services; tax deductions that would benefit people with special needs and enable citizens to purchase storm shelters to protect their families from tornadoes; and tax credits for hospitals and universities engaged in research and development beneficial to society.

- The Indiana General Assembly is considering a tax credit for donations to public school foundations as well as a tax credit for donations to qualified foster care organizations. It is also considering various sales tax exemptions for purchases such as public safety equipment.

- Kansas is considering decoupling part of its income tax code from the federal tax code, to end a state-level income tax increase caused by pass-through changes from prior federal tax law revisions.

- Kansas is considering giving property or income tax deferrals or credits to small businesses impacted by closure orders during the COVID-19 pandemic.

Letter to Secretary Janet L. Yellen
March 16, 2021
Page 4

- Under bipartisan legislation proposed in Kentucky, homeowners in a proposed tax increment financing district meant to revitalize a predominantly minority area of Louisville hurt by decades of disinvestment would pay property taxes for the next three decades based on their property's assessed value this year. And a housing developer would be able to defer 80% of its annual property taxes, up to $7.64 million, to offset construction costs.

- Montana's Legislature is considering a very slight income tax cut for most income earners.

- Montana's Legislature is also considering increasing its current education tax credit for families.

- In Oklahoma, a bill has passed the House that would, among other things, restore the refundability of the state's Earned Income Tax Credit.

- Suppose a property decreases in value resulting in a decrease of legally assessed value, and the state keeps the assessed tax *rate* consistent—which results in a decrease in assessed *tax amount*.

- Similarly, suppose a property increases in value, but the State decreases the assessed rate such that the amount of tax assessed remains unchanged.

- Assume that projected state revenue is set to increase 10%, and a state legislature adopts measures such that the state's revenue collection "only" increases 8%.

Not one of these common changes to state tax policy has any real or direct connection to the State's potential receipt of COVID-19 relief funds, yet each of them could be deemed a tax "rebate," "deduction," "credit," or "otherwise" that could result in a "reduction in the net tax revenue" of the State. Thus, each of these otherwise lawful enactments could be construed as violations of the Act's prohibition on "offsetting" tax cuts.

Put aside the gross federal overreach inherent in trying to take state tax policy hostage in this way. If this expansive view of this provision were adopted, it would represent an unprecedented and unconstitutional infringement on the separate sovereignty of the States. When Congress attaches conditions to a States' receipt and use of federal funds, those conditions must (1) be placed "'unambiguously[,]'" (2) relate to "'the federal interest'" for which the spending program was established, (3) not violate other constitutional provisions, and (4) not contain a financial inducement "so coercive as to pass the point at which 'pressure turns into compulsion.'" *See generally South Dakota v.*

*Dole*, 483 U.S. 203, 207-208, 211 (1987); *National Federation of Independent Business v. Sebelius*, 567 U.S. 519 (2012).  Spending conditions imposed on States that do not meet these requirements are not "necessary and proper" for exercising Congress' spending power and also infringe on powers "reserved to" the States. U.S. Const. Art. I, Section 8, Clause 18; U.S. Const. Amd. X.  The Act's Tax Cut Prohibition violates these requirements.

First, if the Tax Cut Prohibition were interpreted to place any limits on how States could enact tax relief not directly connected to the relief funds provided by the Act, it would impose a hopelessly ambiguous condition on federal funding.  The examples listed above make the point: how is a State to know, when accepting the relief funds, whether any of these kinds of commonplace and sensible tax relief measures are "indirectly" offset by COVID-19 relief funds? Is it enough that the funds help balance a state budget that *also* contains tax relief measures? What if the presence of relief funds in 2021's budget effectively frees up funds to offer tax relief in 2022? Absent a clear and narrowing construction by Treasury regulation, States cannot possibly know the bargain they are striking in accepting the relief funds.  Yet the "legitimacy of Congress' power to legislate under the spending power … rests on whether the State voluntarily and knowingly accepts the terms of the 'contract.'" *Pennhurst State School and Hospital v. Halderman*, 451 U.S. 1, 17 (1981).

Second, for similar reasons, a maximalist construction of the Tax Cut Prohibition would result in federal conditions that do not relate to the federal interest for which the spending program was established: relief from the economic harms caused by COVID-19.  It is one thing to require that coronavirus-stimulus-related money be spent on coronavirus-related stimulus.  It is quite another, and beyond Congress's Spending Power, to forbid States from providing tax relief *of any kind*, *for any reason*, merely to ensure that federal funds are spent for their intended purpose.

Third, a broad construction of the Tax Cut Prohibition would violate separation of powers and fundamental democratic principles, and would effectively commandeer half of the State's fiscal ledgers, compelling States to adopt the one-way revenue ratchet of the current Congress for the next three years.  For example, if citizens wish to lower their overall tax burden in the next two election cycles, they cannot elect a candidate for state office that could actually carry out such a policy.  Similarly, elected officials who wish to spend more public funds would now have a ready excuse for why state surpluses cannot be used to cut taxes: Congress forbids that, so we "have" to spend it instead.  Such a system would eliminate the democratic accountability that federalism serves to protect. *See*, *e.g.*, *New York v. United States*, 505 U.S. 144, 169 (1992) ("Accountability is thus diminished when, due to federal coercion, elected state officials cannot regulate in accordance with the views of the local electorate[.]").  The upshot is that, for purposes of setting tax policy, there would now be a single sovereign in the United States: Congress.

Letter to Secretary Janet L. Yellen
March 16, 2021
Page 6

But fundamental to our Constitution is separate federal and state sovereigns, who can each set their own taxing policies based on their own independent legislatures.

In addition, a governor could—by mere stroke of a pen—accept the stimulus funds and thereby bind both (1) the legislature of that state and (2) his or her successor as governor from cutting any tax or tax assessment. Congress has no such power to intrude upon the democratic structures of the States, whose republican forms of government are guaranteed by Article IV. Notably, the 117th Congress cannot even bind the 118th Congress from enacting legislation contrary to its legislation. Yet a broad construction of the Tax Cut Prohibition would let the governors of the States in 2021 prohibit future state governors and legislatures from enacting revenue-reducing measures in 2024.

Fourth, the expansive view of the Tax Cut Prohibition is unconstitutionally coercive. No one could dispute that Congress cannot force States to pursue certain tax policies at the state level. *Cf. Sebelius*, 567 U.S. at 577 (plurality) ("'[T]he Constitution has never been understood to confer upon Congress the ability to require the States to govern according to Congress' instructions.' Otherwise the two-government system established by the Framers would give way to a system that vests power in one central government, and individual liberty would suffer." (quoting *New York*, 505 U.S. at162)). Congress may not micromanage a State's fiscal policies in violation of anti-commandeering principles nor coerce a State into forfeiting one of its core constitutional functions in exchange for a large check from the federal government. Such "economic dragooning" of the States cannot withstand constitutional scrutiny. *Id*. at 582.

Yet the Act arguably compels that result. The COVID-19 pandemic has wreaked economic havoc across much of the Nation, leaving many citizens in need of short-term financial support, and Congress determined that some of that support would flow through the States. Although some States have weathered the crisis better than others, it is difficult to envision many, if any, turning down this support for their citizens. For example, Arizona has an annual budget of around $12.4 billion from its general fund, and the moneys from the State Recovery Fund are anticipated to be $4.8 billion—40 percent of one year's general fund budget. As another example, West Virginia's share represents over 25% of one year's budget. Many States put to the Hobson's choice of taking this financial support or maintaining their sovereign independence to set their own tax policy will be hard pressed to decline the federal funds.

Given the foregoing, we ask that you confirm that the American Rescue Plan Act does not prohibit States from generally providing tax relief through the kinds of measures listed and discussed above and other, similar measures, but at most precludes *express* use of the funds provided under the Act for direct tax cuts rather than for the purposes specified by the Act. In the absence of such an assurance by March 23, we will take appropriate additional action to ensure that our States have the clarity and assurance

Letter to Secretary Janet L. Yellen
March 16, 2021
Page 7

necessary to provide for our citizens' welfare through enacting and implementing sensible tax policies, including tax relief. We look forward to hearing from you promptly. Please direct your response to joe.kanefield@azag.gov, and we will forward.[5]

Sincerely,

| | | |
|---|---|---|
| Mark Brnovich<br>Attorney General of Arizona | Christopher M. Carr<br>Attorney General of Georgia | Patrick Morrisey<br>Attorney General of West Virginia |
| Steve Marshall<br>Attorney General of Alabama | Leslie Rutledge<br>Attorney General of Arkansas | Ashley Moody<br>Attorney General of Florida |
| Lawrence G. Wasden<br>Attorney General of Idaho | Theodore E. Rokita<br>Attorney General of Indiana | Derek Schmidt<br>Attorney General of Kansas |
| Daniel Cameron<br>Attorney General of Kentucky | Jeff Landry<br>Attorney General of Louisiana | Lynn Fitch<br>Attorney General of Mississippi |
| Eric S. Schmitt<br>Attorney General of Missouri | Austin Knudsen<br>Attorney General of Montana | Douglas J. Peterson<br>Attorney General of Nebraska |
| Mike Hunter<br>Attorney General of Oklahoma | Alan Wilson<br>Attorney General of South Carolina | Jason R. Ravnsborg<br>Attorney General of South Dakota |
| Ken Paxton<br>Attorney General of Texas | Sean D. Reyes<br>Attorney General of Utah | Bridget Hill<br>Attorney General of Wyoming |

---

[5] Please note this letter is not intended to be and is not in any way a waiver of any legal rights, claims, defenses, or immunities possessed by the States regarding this matter.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | Case No. 2:21-cv-00079-Z |
| v. | § § | |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

### DECLARATION OF JEFFREY M. WHITE

March 23, 2021 Letter from Secretary Janet L. Yellen to Mark Brnovich

# EXHIBIT A-8



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

SECRETARY OF THE TREASURY

March 23, 2021

The Honorable Mark Brnovich
Attorney General
State of Arizona
2005 N Central Avenue
Phoenix, AZ 85004

Dear Attorney General Brnovich:

I write in reply to your March 16, 2021 letter regarding Treasury's implementation of
section 9901 of the American Rescue Plan Act (the "Act"), which provides funds to States,
territories, Tribal governments, and localities to help them manage the economic consequences
of COVID-19.

In the Act, Congress has provided funding to help States manage the public health and economic
consequences of COVID-19 and it has given States considerable flexibility to use that money to
address the diverse needs of their communities.  At the same time, Congress placed limitations to
ensure that the money is used to achieve those purposes – including provisions stating that this
funding may not be used to offset a reduction in net tax revenue resulting from certain changes in
state law.

It is well established that Congress may place such reasonable conditions on how States may use
federal funding.  Congress includes those sorts of reasonable funding conditions in legislation
routinely, including with respect to funding for Medicaid, education, and highways.  Here, the
Act provides a broad outlay of federal funds, and accordingly includes restrictions to ensure that
those funds are properly applied.  Earlier COVID-19 relief measures providing state funding also
included restrictions that barred States from spending those funds on certain ineligible
expenditures.

Nothing in the Act prevents States from enacting a broad variety of tax cuts.  That is, the Act
does not "deny States the ability to cut taxes in any manner whatsoever."  It simply provides that
funding received under the Act may not be used to offset a reduction in net tax revenue resulting
from certain changes in state law.  If States lower certain taxes but do not use funds under the
Act to offset those cuts—for example, by replacing the lost revenue through other means—the
limitation in the Act is not implicated.

It is also important to note that States choosing to use the federal funds to offset a reduction in
net tax revenue do not thereby forfeit their entire allocation of funds appropriated under this

App.179

statute.  The limitation affects States' ability to retain only those federal funds used to offset a reduction in net tax revenue resulting from certain changes in state law.

Treasury is crafting further guidance—including guidance to address more specifically the issues raised by your letter and the procedures Treasury will use for any future recoupment—that will provide additional information about how this provision will be administered.  We will provide this guidance before a State must submit a certification under § 602(d)(1).  We also expect to engage in an ongoing dialogue throughout the program.

These funds will provide transformative relief to States, territories, and Tribal governments, and our communities should be able to use the funds to recover from the economic fallout due to the pandemic, which is what Congress intended.  I hope to work with your State, as well as others across the country, to ensure these funds can be used in ways that align with the goals of the statute without undue restrictions.

Sincerely,

Janet L. Yellen

cc:    The Honorable Christopher M. Carr
       The Honorable Patrick Morrisey
       The Honorable Steve Marshall
       The Honorable Leslie Rutledge
       The Honorable Ashley Moody
       The Honorable Lawrence G. Wasden
       The Honorable Theodore E. Rokita
       The Honorable Derek Schmidt
       The Honorable Daniel Cameron
       The Honorable Jeff Landry
       The Honorable Lynn Fitch
       The Honorable Eric S. Schmitt
       The Honorable Austin Knudsen
       The Honorable Douglas J. Peterson
       The Honorable Mike Hunter
       The Honorable Alan Wilson
       The Honorable Jason R. Ravnsborg
       The Honorable Ken Paxton
       The Honorable Sean D. Reyes
       The Honorable Bridget Hill

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § § | Case No. 2:21-cv-00079-Z |
| v. | § § | |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

HB 1195

# EXHIBIT A-9

Chapter 4

H.B. No. 1195

1                         AN ACT
2  relating to the franchise tax treatment of certain loans and grants
3  made  under  the  federal  Coronavirus  Aid,  Relief,  and  Economic
4  Security Act.
5          BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
6          SECTION 1.   Subchapter C, Chapter 171, Tax Code, is amended
7  by adding Section 171.10131 to read as follows:
8          Sec. 171.10131.  PROVISIONS  RELATED  TO  CERTAIN  MONEY
9  RECEIVED FOR COVID-19 RELIEF.   (a)   In this section, "qualifying
10 loan or grant proceeds" means the amount of  money  received  by  a
11 taxable entity that:
12              (1)  is:
13                  (A)  a loan or grant  under  the  Coronavirus  Aid,
14 Relief, and Economic Security Act (15 U.S.C. Section 9001 et seq.),
15 as amended by the Paycheck Protection Program Flexibility Act of
16 2020 (Pub. L. No. 116-142), the Consolidated Appropriations Act,
17 2021 (Pub. L. No. 116-260), the American Rescue Plan Act of 2021
18 (Pub. L. No. 117-2), and the PPP Extension Act of 2021 (Pub. L.
19 No. 117-6);
20                  (B)  a  shuttered  venue  operator  grant  under
21 Section 324 of the Consolidated Appropriations Act, 2021 (Pub. L.
22 No. 116-260), as amended by Section 5005 of the American Rescue
23 Plan Act of 2021 (Pub. L. No. 117-2);
24                  (C)  microloan program recovery assistance under

1

H.B. No. 1195

1 Section 329 of the Consolidated Appropriations Act, 2021 (Pub. L.

2 No. 116-260); or

3         (D) a grant from the restaurant revitalization

4 fund established under Section 5003 of the American Rescue Plan Act

5 of 2021 (Pub. L. No. 117-2); and

6         (2) is not included in the taxable entity's gross

7 income for purposes of federal income taxation under:

8         (A) Section 276 or 278 of the Consolidated

9 Appropriations Act, 2021 (Pub. L. No. 116-260); or

10         (B) Section 9672 or 9673 of the American Rescue

11 Plan Act of 2021 (Pub. L. No. 117-2).

12     (b) Notwithstanding any other law, a taxable entity:

13         (1) shall exclude from its total revenue, to the

14 extent included under Section 171.1011(c)(1)(A), (c)(2)(A), or

15 (c)(3), qualifying loan or grant proceeds;

16         (2) may include as a cost of goods sold under Section

17 171.1012 any expense paid using qualifying loan or grant proceeds

18 to the extent the expense is otherwise includable as a cost of goods

19 sold under that section; and

20         (3) may include as compensation under Section 171.1013

21 any expense paid using qualifying loan or grant proceeds to the

22 extent the expense is otherwise includable as compensation under

23 that section.

24     SECTION 2. This Act applies only to a report originally due

25 on or after January 1, 2021.

26     SECTION 3. This Act takes effect immediately if it receives

27 a vote of two-thirds of all the members elected to each house, as

2

H.B. No. 1195

1  provided by Section 39, Article III, Texas Constitution.  If this

2  Act does not receive the vote necessary for immediate effect, this

3  Act takes effect September 1, 2021.

3

H.B. No. 1195

_____          _____
President of the Senate              Speaker of the House

    I certify that H.B. No. 1195 was passed by the House on April 1, 2021, by the following vote:  Yeas 148, Nays 0, 1 present, not voting; and that the House concurred in Senate amendments to H.B. No. 1195 on April 23, 2021, by the following vote:  Yeas 143, Nays 1, 1 present, not voting.

_____
Chief Clerk of the House

    I certify that H.B. No. 1195 was passed by the Senate, with amendments, on April 19, 2021, by the following vote:  Yeas 31, Nays 0.

_____
Secretary of the Senate

APPROVED:  _5 - 7 - 21_____
             Date

_____
Governor

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
4PM_____ O'CLOCK

MAY 08 2021

_____
Secretary of State

4

App.185

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § § | |
| Defendants. | § § § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF JEFFREY M. WHITE**

H.B. No. 1195 Fiscal Note

# EXHIBIT A-10

**LEGISLATIVE BUDGET BOARD**
**Austin, Texas**

**FISCAL NOTE, 87TH LEGISLATIVE REGULAR SESSION**

**April 21, 2021**

**TO:** Honorable Dade Phelan, Speaker of the House, House of Representatives

**FROM:** Jerry McGinty, Director, Legislative Budget Board

**IN RE:** **HB1195** by Geren (relating to the franchise tax treatment of certain loans and grants made under the federal Coronavirus Aid, Relief, and Economic Security Act.), **As Passed 2nd House**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for HB1195, As Passed 2nd House : an impact of $0 through the biennium ending August 31, 2023.

Additionally, the bill will have a direct impact of a revenue loss to the Property Tax Relief Fund of ($220,900,000) through the 2022-23 biennium.  Any loss to the Property Tax Relief Fund must be made up with an equal amount of General Revenue to fund the Foundation School Program.

---

**All Funds, Six-Year Impact:**

| Fiscal Year | Probable Revenue (Loss) from Property Tax Relief Fund 304 |
|---|---|
| 2021 | ($4,400,000) |
| 2022 | ($138,500,000) |
| 2023 | ($78,000,000) |
| 2024 | $0 |
| 2025 | $0 |
| 2026 | $0 |

The first table assumes the bill takes immediate effect.  The second table assumes the bill takes effect on September 1, 2021.

| Fiscal Year | Probable Revenue (Loss) from Property Tax Relief Fund 304 |
|---|---|
| 2022 | ($142,900,000) |
| 2023 | ($78,000,000) |
| 2024 | $0 |
| 2025 | $0 |
| 2026 | $0 |

**Fiscal Analysis**

The bill would amend Chapter 171, Tax Code to provide for exclusion from total revenue of the amounts of certain loan or grant proceeds for purposes of the franchise tax.

Added Section 171.10131 would provide that total revenue does not include an amount of money that:

Page 1 of 2

(1) is received in loans or grants under the federal Coronavirus Aid, Relief, and Economic Security Act, as amended by the Paycheck Protection Program Flexibility Act of 2020, the Consolidated Appropriations Act, 2021, the American Rescue Plan Act of 2021, or the PPP Extension Act of 2021, or is a shuttered venue operator grant, microloan program recovery assistance, or a restaurant revitalization grant under the Consolidated Appropriations Act, 2021 or the American Rescue Plan Act of 2021 as applicable, and

(2) is excluded from gross income for purposes of federal income taxation by Sections 276 and 278 of the Consolidated Appropriations Act, 2021 or Sections 9672 or 9673 of the American Rescue Plan Act of 2021.

Expenses paid with such qualifying loan or grant proceeds would be allowed in the determination of cost of goods sold or of compensation for subtraction from total revenue in the determination of taxable margin, if otherwise includable as cost of goods sold or compensation. The bill would only apply to reports originally due on or after January 1, 2021.

The bill would take effect immediately upon enactment, assuming it received the requisite two-thirds majority votes in both houses of the Legislature. Otherwise, it would take effect September 1, 2021.

## Methodology

The federal Consolidated Appropriations Act, 2021 and the American Rescue Plan Act of 2021 provide for exclusion of certain loans and other financial assistance from gross income for purposes of federal income taxation, including forgiven Paycheck Protection Program (PPP) loans, emergency Economic Injury Disaster Loans (EIDL) and targeted EIDL advances, small business loan payments made on behalf of borrowers pursuant to Section 1112(c), CARES Act, grants for shuttered venue operators, microloan recovery assistance, and restaurant revitalization grants. Those exclusions do not apply for purposes of the Texas franchise tax, because the state tax is tied to the Internal Revenue Code as it existed in 2007.

Data from the U.S. Small Business Administration (SBA) on amounts by recipient of PPP loans approved in 2020 was combined with comptroller franchise tax report data to estimate amounts of loan forgiveness that would be deemed revenue of taxable entities in the calculation of margin subject to apportionment to the state, and multiplied by a weighted average franchise tax rate. Amounts associated with the small business loan assumptions by SBA, the EIDL grants and advances, shuttered venue operator grants, microloan recovery assistance, and the restaurant revitalization grants were estimated proportionally, based on the amounts appropriated for those purposes relative to appropriations for PPP loans. It is assumed that PPP loans granted in 2020 would be forgiven in 2021, affecting franchise tax liabilities for reports originally due in 2022. The exclusion from revenue of the value of loan payments made by the SBA in 2020 pursuant to Section 1112, CARES Act are assumed to affect franchise tax reports in fiscal year 2021 if the bill receives immediate effect, otherwise the effects would occur with respect to amended reports filed in fiscal year 2022.

## Local Government Impact

No fiscal implication to units of local government is anticipated.

**Source Agencies:** 304 Comptroller of Public Accounts
**LBB Staff:** JMc, KK, SD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

S.B. No. 313

# EXHIBIT A-11

Chapter 554

<u>S.B. No. 313</u>

1                              <u>AN ACT</u>

2   relating to a sales and use tax exemption for firearm safety

3   equipment.

4         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5         SECTION 1.   Subchapter H, Chapter 151, Tax Code, is amended

6   by adding Section 151.3131 to read as follows:

7         <u>Sec. 151.3131.   FIREARM SAFETY EQUIPMENT.   (a)   In this</u>

8   <u>section, "firearm safety equipment" means a gun lock box, a gun</u>

9   <u>safe, a barrel lock, a trigger lock, a firearm safety training</u>

10  <u>manual or electronic publication, or another item designed to</u>

11  <u>ensure the safe handling or storage of a firearm.</u>

12        <u>(b)   The sale, storage, use, or other consumption of firearm</u>

13  <u>safety equipment is exempted from the taxes imposed by this</u>

14  <u>chapter.</u>

15        SECTION 2.   The change in law made by this Act does not

16  affect tax liability accruing before the effective date of this

17  Act.   That liability continues in effect as if this Act had not been

18  enacted,  and  the  former  law  is  continued  in  effect  for  the

19  collection of taxes due and for civil and criminal enforcement of

20  the liability for those taxes.

21        SECTION 3.   This Act takes effect September 1, 2021.

<u>1</u>

App.190

S.B. No. 313

_____          _____
President of the Senate              Speaker of the House

    I hereby certify that S.B. No. 313 passed the Senate on April 19, 2021, by the following vote:  Yeas 30, Nays 1; and that the Senate concurred in House amendment on May 27, 2021, by the following vote:  Yeas 31, Nays 0._____

_____
Secretary of the Senate

    I hereby certify that S.B. No. 313 passed the House, with amendment, on May 18, 2021, by the following vote:   Yeas 142, Nays 2, one present not voting._____

_____
Chief Clerk of the House

Approved:

_____
Date

_____
Governor

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
_____ O'CLOCK
JUN 14 2021
_____
Secretary of State

2

App.191

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| | § | |
| STATE OF TEXAS, STATE OF MISSISSIPPI, | § | |
| STATE OF LOUISIANA, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Case No. 2:21-cv-00079-Z |
| v. | § | |
| | § | |
| JANET YELLEN, IN HER OFFICIAL CAPACITY | § | |
| AS SECRETARY OF THE TREASURY, ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF JEFFREY M. WHITE**

S.B. No. 313 Fiscal Note

# EXHIBIT A-12

## LEGISLATIVE BUDGET BOARD
### Austin, Texas

### FISCAL NOTE, 87TH LEGISLATIVE REGULAR SESSION

### May 19, 2021

**TO:** Honorable Dan Patrick, Lieutenant Governor, Senate

**FROM:** Jerry McGinty, Director, Legislative Budget Board

**IN RE:** **SB313** by Huffman (Relating to a sales and use tax exemption for firearm safety equipment.), **As Passed 2nd House**

> **Estimated Two-year Net Impact to General Revenue Related Funds** for SB313, As Passed 2nd House : a negative impact of ($1,650,000) through the biennium ending August 31, 2023.

**General Revenue-Related Funds, Five- Year Impact:**

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2022 | ($770,000) |
| 2023 | ($880,000) |
| 2024 | ($930,000) |
| 2025 | ($980,000) |
| 2026 | ($1,040,000) |

**All Funds, Five-Year Impact:**

| Fiscal Year | Probable Revenue (Loss) from General Revenue Fund 1 | Probable Revenue (Loss) from Tax Reduc. & Excell. Edu. Fund 305 | Probable Revenue (Loss) from Cities | Probable Revenue (Loss) from Transit Authorities |
|---|---|---|---|---|
| 2022 | ($770,000) | ($30,000) | ($150,000) | ($50,000) |
| 2023 | ($880,000) | ($30,000) | ($170,000) | ($60,000) |
| 2024 | ($930,000) | ($30,000) | ($180,000) | ($60,000) |
| 2025 | ($980,000) | ($40,000) | ($190,000) | ($60,000) |
| 2026 | ($1,040,000) | ($40,000) | ($200,000) | ($70,000) |

| Fiscal Year | Probable Revenue (Loss) from Counties & Special Districts |
|---|---|
| 2022 | ($30,000) |
| 2023 | ($40,000) |
| 2024 | ($40,000) |
| 2025 | ($40,000) |
| 2026 | ($40,000) |

## Fiscal Analysis

The bill would amend Chapter 151 of the Tax Code by adding Section 151.3131 to provide an exemption of firearm safety equipment from sales and use taxes.

Page 1 of 2

The new section would define "firearm safety equipment" to include a gun lock box, a gun safe, a barrel lock, a trigger lock, firearm safety training manual or electronic publication, and other items designed to ensure the safe handling or storage of a firearm.

The bill would take effect September 1, 2021.

## Methodology

The Comptroller estimated tax revenue loss resulting from the bill based on information from a sample of firearms dealers. A ratio of sales of firearms safety devices to total sales of firearms dealers was applied to estimated sales of firearms, ammunition, and related accessories in the state, multiplied by the state sales tax rate, and extrapolated through 2026.

## Local Government Impact

There would be a proportional loss of sales and use tax revenue from units of local government.

**Source Agencies:** 304 Comptroller of Public Accounts
**LBB Staff:** JMc, LBO, KK, SD

App.194

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

S.B. No. 609

# EXHIBIT A-13

Chapter 84

<u>S.B. No. 609</u>

1                        <u>AN ACT</u>

2  relating  to  the  creation  of  the  Texas  music  incubator  rebate

3  program  to  provide  for  rebates  of  a  portion  of  certain  taxes

4  collected from certain music venues and promoters of certain music

5  festivals.

6        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

7        SECTION 1.  Chapter  485,  Government  Code,  is  amended  by

8  adding Subchapter C to read as follows:

9        <u>SUBCHAPTER C.  TEXAS MUSIC INCUBATOR REBATE PROGRAM</u>

10       <u>Sec. 485.041.  DEFINITIONS.   (a)   Except  as  provided  by</u>

11  <u>Subsection (b), the definitions in Section 1.04, Alcoholic Beverage</u>

12  <u>Code, apply to this subchapter.</u>

13       <u>(b)   In this subchapter:</u>

14       <u>(1)  "Mixed beverage gross receipts tax" means the tax</u>

15  <u>imposed by Subchapter B, Chapter 183, Tax Code.</u>

16       <u>(2)  "Permit holder" means a person who holds a permit</u>

17  <u>issued under Section 151.201, Tax Code.</u>

18       <u>(3)  "Permittee"  has  the  meaning  assigned  by  Section</u>

19  <u>183.001(b), Tax Code.</u>

20       <u>(4)  "Program"  means  the  Texas  music  incubator  rebate</u>

21  <u>program.</u>

22       <u>(5)  "Sales tax" means the tax imposed by Chapter 151,</u>

23  <u>Tax Code.</u>

24       <u>Sec. 485.042.  TEXAS  MUSIC  INCUBATOR  REBATE  PROGRAM.   (a)</u>

<u>1</u>

S.B. No. 609

1  The office shall administer the Texas music incubator rebate
2  program under which the office shall provide to eligible music
3  venues and eligible music festival promoters from money
4  appropriated from the Texas music incubator account a full or
5  partial rebate of the mixed beverage gross receipts taxes and sales
6  tax receipts attributable to the sale of beer and wine and remitted
7  to the comptroller annually by those venues and promoters.  The
8  Texas music incubator account shall be funded by mixed beverage
9  gross receipts taxes and sales tax receipts attributable to the
10  sale of beer and wine remitted annually by venues and promoters and
11  deposited into that account as required by Sections 151.801(f) and
12  183.023(c), Tax Code.  The rebates are to assist eligible music
13  venues and eligible music festival promoters in their efforts to
14  support and continue to bring to local communities in this state
15  live musical performances, including the recruitment of musical
16  performance artists.
17      (b)  The office may not provide a rebate under the program to
18  a music venue or music festival promoter in an amount that exceeds
19  the lesser of:
20          (1)  the amount of mixed beverage gross receipts taxes
21  and sales taxes attributable to the sale of beer and wine remitted
22  in the preceding fiscal year to the comptroller by the music venue
23  or music festival promoter as a permittee or permit holder; or
24          (2)  $100,000.
25      Sec. 485.043.  ELIGIBILITY FOR REBATE.  (a)  Except as
26  provided by Subsection (b), to qualify for a rebate under the
27  program, a music venue or music festival promoter, for at least the

2

S.B. No. 609

1  two years preceding the date on which the music venue or promoter,

2  as applicable, submits an application under Section 485.044, must

3  have:

4          (1)  been a permittee subject to the mixed beverage

5  gross receipts tax or a permit holder subject to the sales tax on

6  the sale of beer or wine;

7          (2)  if the applicant is a music venue, been a retail

8  establishment with a dedicated audience capacity of not more than

9  3,000 persons;

10         (3)  if the applicant is a music festival promoter,

11 held a music festival in a county with a population of less than

12 100,000;

13         (4)  entered into a written contract with a musical

14 performance artist to conduct a live performance at the venue or

15 festival, as applicable, under which the artist received as

16 compensation a specified percentage of ticket sales for or other

17 sales during the performance, or a guaranteed amount in advance of

18 the performance; and

19         (5)  met at least five of the following criteria, one of

20 which must be described by Paragraph (A) or (B):

21             (A)  the marketing of live music performances

22 through listings in printed or electronic publications;

23             (B)  the provision of live music performances five

24 or more nights per week;

25             (C)  employment or contracting of the services of

26 one or more people who are tasked with two or more of the following

27 positions or services:

3

S.B. No. 609

1              (i)  sound engineer;

2              (ii)  booker;

3              (iii)  promoter;

4              (iv)  stage manager; or

5              (v)  security personnel;

6         (D)  having live performance and audience space;

7         (E)  the provision of technical sound and lighting
8  support, either in-house or through a contract with a vendor;

9         (F)  having a space for the storage of audio
10  equipment or musical instruments;

11         (G)  the application of cover charges to one or
12  more live music performances through ticketing or the imposition of
13  a front door entrance fee; or

14         (H)  the maintenance of hours of operation that
15  coincide with live music performance show times.

16    (b)  The office may, at the office's discretion, provide a
17  rebate under the program to a music venue or a music festival
18  promoter that fails to meet the eligibility requirements prescribed
19  by Subsection (a) solely because the venue is located, or the
20  festival is usually held, as applicable, in a county located wholly
21  or partly in an area that at any time during the preceding two-year
22  period was declared to be a disaster area by the governor or by the
23  president of the United States.

24    Sec. 485.044.  REBATE APPLICATION.  (a)  The office shall:

25         (1)  subject to Subsection (b), prescribe the
26  application form for obtaining a rebate under the program; and

27         (2)  establish an online portal on the office's public

S.B. No. 609

1  Internet  website  that  allows  a  music  venue  or  music  festival

2  promoter to submit the application to the office for consideration.

3      (b)   The application must:

4          (1)   state the amount of mixed beverage gross receipts

5  tax and sales tax receipts attributable to the sale of beer and wine

6  that was remitted to the comptroller by the music venue or music

7  festival promoter in the preceding fiscal year;

8          (2)   include  sufficient  evidence  for  the  office  to

9  determine that the music venue or promoter qualifies for a rebate;

10  and

11          (3)   include  any  other  information  the  office

12  determines necessary to administer the program.

13      (c)   The office shall accept rebate applications beginning

14  September 1 of each year and may provide rebates until all the money

15  in the Texas music incubator account is exhausted.

16      (d)   The office may expedite the review of an application

17  submitted by a music venue or music festival promoter, if the venue

18  is located, or the festival is usually held, as applicable, in a

19  county located wholly or partly in an area that at any time during

20  the preceding two-year period was declared to be a disaster area by

21  the governor or by the president of the United States.

22      Sec. 485.045.   REVIEW OF APPLICATIONS; REBATES. (a)   After

23  reviewing applications for a rebate under the program, the office

24  shall  grant  rebates  to  eligible  music  venues  and  music  festival

25  promoters that the office determines provide or have committed to

26  provide  the  most  economic  benefit  to  the  communities  in  which  the

27  music venues are located or the festivals are held, as applicable,

5

S.B. No. 609

1  and to the Texas music industry, including live music performers.

2      (b)  As directed by the office, the comptroller shall issue a

3  warrant for a rebate granted by the office under this section drawn

4  on the Texas music incubator account.

5      Sec. 485.046.  TEXAS MUSIC INCUBATOR ACCOUNT. (a)  The Texas

6  music  incubator  account  is  a  dedicated  account  in  the  general

7  revenue fund.  The account is composed of:

8          (1)  money deposited to the credit of the account under

9  Sections 151.801(f) and 183.023(c), Tax Code;

10         (2)  gifts,  grants,  and  other  money  received  by  the

11  office for the program; and

12         (3)  other  amounts  deposited  to  the  credit  of  the

13  account.

14     (b)  Money  in  the  account  may  be  appropriated  only  to  the

15  office for the purpose of paying rebates to music venues and certain

16  music festival promoters under the program.

17     (c)  Interest  and  other  earnings  from  money  in  the  account

18  shall be credited to the account.

19     (d)  On  the  last  day  of  each  state  fiscal  biennium,  the

20  comptroller shall transfer any money deposited to the account under

21  Subsection (a)(1) that is unobligated and unexpended on that date

22  to  the  general  revenue  fund  to  be  used  in  accordance  with

23  legislative appropriation.

24     Sec. 485.047.  RULES.    The    office    shall    adopt    rules

25  necessary to implement and administer this subchapter.

26     SECTION 2.  Section  151.801,  Tax  Code,  is  amended  by

27  amending  Subsection  (a)  and  adding  Subsection  (f)  to  read  as

6

1  follows:

2          (a)  Except for the amounts allocated under Subsections (b),

3  (c), (c-2), [and] (c-3), and (f), all proceeds from the collection

4  of the taxes imposed by this chapter shall be deposited to the

5  credit of the general revenue fund.

6          (f)  The comptroller shall deposit each fiscal year $100,000

7  of the revenue received under this chapter to the credit of the

8  Texas music incubator account under Section 485.046, Government

9  Code.

10         SECTION 3.  Section 183.023, Tax Code, is amended by

11  amending Subsection (b) and adding Subsection (c) to read as

12  follows:

13         (b)  Except for the amounts allocated under Subsection (c),

14  the [The] comptroller shall deposit the revenue received under this

15  section in the general revenue fund.

16         (c)  The comptroller shall deposit each fiscal year $10

17  million of the revenue received under this section to the credit of

18  the Texas music incubator account under Section 485.046, Government

19  Code.

20         SECTION 4.  (a)  Not later than September 1, 2022, the Music,

21  Film, Television, and Multimedia Office within the office of the

22  governor shall establish the Texas music incubator rebate program

23  as required under Subchapter C, Chapter 485, Government Code, as

24  added by this Act.

25         (b)  Notwithstanding Section 485.044(c), Government Code, as

26  added by this Act, the Music, Film, Television, and Multimedia

27  Office shall begin accepting rebate applications as authorized

7

S.B. No. 609

1   under that section beginning September 1, 2022.

2          SECTION 5.  The  Music,  Film,  Television,  and  Multimedia

3   Office  and  the  comptroller  of  public  accounts  are  required  to

4   implement  a  provision  of  this  Act  only  if  the  legislature

5   appropriates  money  specifically  for  that  purpose.   If  the

6   legislature  does  not  appropriate  money  specifically  for  that

7   purpose, the office and comptroller may, but are not required to,

8   implement a provision of this Act using other appropriations that

9   are available for that purpose.

10         SECTION 6.  This Act takes effect September 1, 2021.

8

App.203

S.B. No. 609

_____          _____
President of the Senate                Speaker of the House

I hereby certify that S.B. No. 609 passed the Senate on April 26, 2021, by the following vote:   Yeas 22, Nays 9._____

_____
Secretary of the Senate

I hereby certify that S.B. No. 609 passed the House on May 8, 2021, by the following vote:   Yeas 102, Nays 40, one present not voting._____

_____
Chief Clerk of the House

Approved:

_____
5 - 23 - 21
Date

_____
Governor

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
3:00pm O'CLOCK

MAY 2 4 2021

_____
Secretary of State

9

App.204

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| | § | |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF JEFFREY M. WHITE**

S.B. No. 609 Fiscal Note

# EXHIBIT A-14

**LEGISLATIVE BUDGET BOARD**
**Austin, Texas**

**FISCAL NOTE, 87TH LEGISLATIVE REGULAR SESSION**

**April 14, 2021**

**TO:** Honorable Jane Nelson, Chair, Senate Committee on Finance

**FROM:** Jerry McGinty, Director, Legislative Budget Board

**IN RE: SB609** by Alvarado (relating to the creation of the Texas music incubator rebate program to provide for rebates of a portion of certain taxes collected from certain music venues and promoters of certain music festivals.), **Committee Report 1st House, Substituted**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for SB609, Committee Report 1st House, Substituted : a negative impact of ($20,200,000) through the biennium ending August 31, 2023.

The bill would make no appropriation but could provide the legal basis for an appropriation of funds to implement the provisions of the bill.

---

**General Revenue-Related Funds, Five- Year Impact:**

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2022 | ($10,100,000) |
| 2023 | ($10,100,000) |
| 2024 | ($10,100,000) |
| 2025 | ($10,100,000) |
| 2026 | ($10,100,000) |

**All Funds, Five-Year Impact:**

| Fiscal Year | Probable Revenue (Loss) from General Revenue Fund 1 | Probable Revenue Gain from Texas Music Incubator Account |
|---|---|---|
| 2022 | ($10,100,000) | $10,100,000 |
| 2023 | ($10,100,000) | $10,100,000 |
| 2024 | ($10,100,000) | $10,100,000 |
| 2025 | ($10,100,000) | $10,100,000 |
| 2026 | ($10,100,000) | $10,100,000 |

**Fiscal Analysis**

The bill would amend Chapter 485 of the Government Code, regarding Music, Film, Television, and Multimedia Industries, by adding subsection C to create the Texas Music Incubator Rebate Program.

The bill would establish the Texas Music Incubator Program to be administered by the Office of the Governor. The program would allow eligible music venues and eligible music festival promoters to apply for a rebate of the Mixed Beverage Gross Receipts Tax and sales taxes paid on the sale of alcoholic beverages in the preceding fiscal year, up to a maximum of $100,000. The Comptroller would be required to issue a warrant for all granted

Page 1 of 2

rebates at the direction of the Governor's Office. All warrants would be drawn on the newly created Texas Music Incubator Account in the General Revenue Fund. The program may provide rebates until all the money in the Texas Music Incubator Account is exhausted. The Governor's Office would be required to establish the program by September 1, 2022 and would begin accepting applications September 1, 2022.

The bill would amend Section 183 of the Tax Code to direct the Comptroller to deposit $10,000,000 of Mixed Beverage Gross Receipts Tax collections and $100,000 of sales tax collections in to the newly created Texas Music Incubator Account.

The bill would take effect September 1, 2021.

## Methodology

The bill requires the Comptroller to direct $10,000,000 of Mixed Beverage Gross Receipts Tax collections and $100,000 of sales tax collections that would have otherwise gone to undedicated General Revenue to the newly created Texas Music Incubator Account.

This estimate assumes that the entire amount directed to the Texas Music Incubator Account will be exhausted each year.

The Governor's Office estimates that there would be administrative costs associated with implementing the provisions of the bill, however this analysis assumes those costs could be absorbed within existing resources.

This legislation would do one or more of the following: create or recreate a dedicated account in the General Revenue Fund, create or recreate a special or trust fund either within or outside of the Treasury, or create a dedicated revenue source. The fund, account, or revenue dedication included in this bill would be subject to funds consolidation review by the current Legislature.

## Local Government Impact

No fiscal implication to units of local government is anticipated.

**Source Agencies:** 300 Trusteed Programs - Gov, 304 Comptroller of Public Accounts
**LBB Staff:** JMc, KK, BRI, LCO, HGR, AJL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

S.B. No. 938

# EXHIBIT A-15

Chapter 859

1                                    AN ACT

2   relating to an exemption from the franchise tax and certain filing

3   fees for certain businesses owned by veterans during an initial

4   period of operation in the state.

5          BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

6          SECTION 1.  Subchapter A, Chapter 12, Business Organizations

7   Code, is amended by adding Section 12.005 to read as follows:

8          Sec. 12.005.  FEE WAIVER FOR NEW VETERAN-OWNED BUSINESS.

9   The secretary of state shall waive all fees imposed under

10  Subchapter D, Chapter 4, for an entity that is a new veteran-owned

11  business as defined by Section 171.0005, Tax Code, until the

12  earlier of:

13              (1)  the fifth anniversary of the date on which the

14  entity was formed; or

15              (2)  the date the entity ceases to qualify as a new

16  veteran-owned business as defined by Section 171.0005, Tax Code.

17         SECTION 2.  Section 171.0001(4), Tax Code, is amended to

18  read as follows:

19              (4)  "Beginning date" means:

20                   (A)  except as provided by Paragraph (B):

21                        (i)  for a taxable entity chartered or

22  organized in this state, the date on which the taxable entity's

23  charter or organization takes effect; and

24                        (ii) [(B)] for any other taxable entity,

1

S.B. No. 938

1  the date on which the taxable entity begins doing business in this

2  state; or

3          (B)  for a taxable entity that qualifies as a new

4  veteran-owned business as defined by Section 171.0005, the earlier

5  of:

6              (i)  the fifth anniversary of the date on

7  which the taxable entity begins doing business in this state; or

8              (ii)  the date the taxable entity ceases to

9  qualify as a new veteran-owned business as defined by Section

10  171.0005.

11      SECTION 3.  Effective January 1, 2026, Section 171.0001(4),

12  Tax Code, is amended to read as follows:

13          (4)  "Beginning date" means:

14              (A)  for a taxable entity chartered or organized

15  in this state, the date on which the taxable entity's charter or

16  organization takes effect; and

17              (B)  for any other taxable entity, the date on

18  which the taxable entity begins doing business in this state.

19      SECTION 4.  Subchapter A, Chapter 171, Tax Code, is amended

20  by adding Section 171.0005 to read as follows:

21      Sec. 171.0005.  DEFINITION OF NEW VETERAN-OWNED BUSINESS.

22  (a)  A taxable entity is a new veteran-owned business only if the

23  taxable entity is a new business in which each owner is a natural

24  person who:

25          (1)  served in and was honorably discharged from a

26  branch of the United States armed forces; and

27          (2)  provides verification to the comptroller of the

1   person's service and discharge required by Subdivision (1).

2       (b)  The Texas Veterans Commission shall provide to a person

3   who meets the requirements of Subsection (a)(1) written

4   verification of that status in a form required by the comptroller.

5   The comptroller shall adopt rules prescribing the form and content

6   of the verification and the manner in which the verification may be

7   provided to the comptroller.

8       (c)  For purposes of Subsection (a), a new business is a

9   taxable entity that:

10       (1)  is chartered or organized or otherwise formed in

11   this state; and

12       (2)  first begins doing business in this state on or

13   after January 1, 2022.

14       SECTION 5.  Section 171.001, Tax Code, is amended by adding

15   Subsection (d) to read as follows:

16       (d)  Notwithstanding Subsection (a), the tax imposed under

17   this chapter is not imposed on a taxable entity that qualifies as a

18   new veteran-owned business as defined by Section 171.0005 until the

19   earlier of:

20       (1)  the fifth anniversary of the date on which the

21   taxable entity begins doing business in this state; or

22       (2)  the date the taxable entity ceases to qualify as a

23   new veteran-owned business as defined by Section 171.0005.

24       SECTION 6.  Section 171.063(g), Tax Code, is amended to read

25   as follows:

26       (g)  If a corporation's federal tax exemption is withdrawn by

27   the Internal Revenue Service for failure of the corporation to

S.B. No. 938

1  qualify or maintain its qualification for the exemption, the

2  corporation's exemption under this section ends on the effective

3  date of that withdrawal by the Internal Revenue Service.   The

4  effective date of the withdrawal is considered the corporation's

5  beginning date for purposes of determining the corporation's

6  privilege periods and for all other purposes of this chapter,

7  except that if the corporation would have been subject to Section

8  171.001(d) in the absence of the federal tax exemption, and the

9  effective date of the withdrawal is a date earlier than the date the

10  corporation would have become subject to the franchise tax as

11  provided by Section 171.001(d), the date the corporation would have

12  become subject to the franchise tax under that section is

13  considered the corporation's beginning date for those purposes.

14       SECTION 7.  Effective January 1, 2026, Section 171.063(g),

15  Tax Code, is amended to read as follows:

16       (g)  If a corporation's federal tax exemption is withdrawn by

17  the Internal Revenue Service for failure of the corporation to

18  qualify or maintain its qualification for the exemption, the

19  corporation's exemption under this section ends on the effective

20  date of that withdrawal by the Internal Revenue Service.   The

21  effective date of the withdrawal is considered the corporation's

22  beginning date for purposes of determining the corporation's

23  privilege periods and for all other purposes of this chapter.

24       SECTION 8.  Section 171.204, Tax Code, is amended by adding

25  Subsection (d) to read as follows:

26       (d)  The comptroller may require a taxable entity on which

27  the tax imposed under this chapter is not imposed solely because of

4

App.212

S.B. No. 938

1  the application of Section 171.001(d) to file an information report

2  stating the taxable entity's beginning date as determined under

3  Section 171.0001(4)(B) and any other information the comptroller

4  determines necessary.  The comptroller may not require the taxable

5  entity to report or compute its margin.

6  SECTION 9.  Effective  January  1,  2026,  the  following

7  provisions are repealed:

8  (1)  Section 12.005, Business Organizations Code;

9  (2)  Section 171.0005, Tax Code;

10  (3)  Section 171.001(d), Tax Code; and

11  (4)  Section 171.204(d), Tax Code.

12  SECTION 10.  The changes in law made by this Act that take

13  effect January 1, 2026, do not apply to a business that first

14  qualifies before that date as a new veteran-owned business as

15  defined by Section 171.0005, Tax Code, as that section exists

16  immediately before that date.  A business that first qualifies

17  before January 1, 2026, as a new veteran-owned business is governed

18  by the law in effect immediately before that date, and that law is

19  continued in effect for that purpose.

20  SECTION 11.  The agency is required to implement this Act

21  only if the legislature appropriates money specifically for that

22  purpose.   If  the  legislature  does  not  appropriate  money

23  specifically for that purpose, the commission may, but is not

24  required to, implement this Act using other appropriations

25  available for the purpose.

26  SECTION 12.  Except as otherwise provided by this Act, this

27  Act takes effect January 1, 2022.

S.B. No. 938

_____          _____
President of the Senate               Speaker of the House

    I hereby certify that S.B. No. 938 passed the Senate on April 13, 2021, by the following vote: Yeas 31, Nays 0._____

_____
Secretary of the Senate

    I hereby certify that S.B. No. 938 passed the House on May 25, 2021, by the following vote: Yeas 104, Nays 1, one present not voting._____

_____
Chief Clerk of the House

Approved:

_____6 - 14 - 21_____
         Date

_____
      Governor

6

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
____2 pm____ O'CLOCK

JUN 1 6 2021

_____
Secretary of State

App.214

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

### DECLARATION OF JEFFREY M. WHITE

S.B. No. 938 Fiscal Note

# EXHIBIT A-16

**LEGISLATIVE BUDGET BOARD**

**Austin, Texas**

**FISCAL NOTE, 87TH LEGISLATIVE REGULAR SESSION**

**May 6, 2021**

**TO:** Honorable Morgan Meyer, Chair, House Committee on Ways & Means

**FROM:** Jerry McGinty, Director, Legislative Budget Board

**IN RE: SB938** by Campbell (Relating to an exemption from the franchise tax and certain filing fees for certain businesses owned by veterans during an initial period of operation in the state.), **As Engrossed**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for SB938, As Engrossed : a negative impact of ($363,000) through the biennium ending August 31, 2023.

Additionally, the bill will have a direct impact of a revenue loss to the Property Tax Relief Fund of ($300,000) for the 2022-23 biennium.  Any loss to the Property Tax Relief Fund must be made up with an equal amount of General Revenue to fund the Foundation School Program.

---

**General Revenue-Related Funds, Five- Year Impact:**

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2022 | $0 |
| 2023 | ($363,000) |
| 2024 | ($1,058,000) |
| 2025 | ($2,019,000) |
| 2026 | ($2,760,000) |

**All Funds, Five-Year Impact:**

| Fiscal Year | Probable Revenue (Loss) from General Revenue Fund 1 | Probable Revenue (Loss) from Property Tax Relief Fund 304 |
|---|---|---|
| 2022 | $0 | $0 |
| 2023 | ($363,000) | ($300,000) |
| 2024 | ($1,058,000) | ($900,000) |
| 2025 | ($2,019,000) | ($1,500,000) |
| 2026 | ($2,760,000) | ($2,100,000) |

**Fiscal Analysis**

The bill would amend the Business Organizations Code and the Tax Code to provide for waiver of filing fees and for franchise tax exemption for new veteran-owned businesses.

The bill would provide that the secretary of state shall waive all filing fees imposed under Subchapter D, Chapter 4, Business Organizations Code for a new veteran-owned business.

Page 1 of 2

The bill would amend Chapter 171, Tax Code to provide for franchise tax exemption for a new veteran-owned business formed in the state during the four-year period between January 1, 2022 and December 31, 2025. The exemption would persist until the earlier of the fifth anniversary after the taxable entity begins doing business in the state or the date the taxable entity ceases to qualify as a new veteran-owned business. A "new veteran-owned business" would be defined as a taxable entity each owner of which is a natural person who served in and was honorably discharged from a branch of the United States armed forces as verified by the Texas Veterans Commission.

The bill would take effect January 1, 2022.

## Methodology

The Comptroller indicates the bill would result in a franchise tax revenue loss from the Property Tax Relief Fund.  This estimate is based on U.S. Census Bureau data for veteran-owned businesses and Comptroller tax file information for new franchise tax filers.

The Secretary of State estimated the General Revenue Fund revenue loss from waiving filing fees for new veteran-owned businesses based on historical filing data.

## Local Government Impact

No fiscal implication to units of local government is anticipated.

**Source Agencies:** 304 Comptroller of Public Accounts, 307 Secretary of State
**LBB Staff:** JMc, KK, SD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

S.B. No. 1524

# EXHIBIT A-17

Chapter 401

S.B. No. 1524

1                          AN ACT

2 relating to a sales and use tax refund pilot program for certain

3 persons who employ apprentices.

4        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5        SECTION 1.   Subchapter I, Chapter 151, Tax Code, is amended

6 by adding Section 151.4292 to read as follows:

7        Sec. 151.4292.   TAX REFUND PILOT PROGRAM FOR CERTAIN PERSONS

8 WHO EMPLOY APPRENTICES.  (a)  In this section:

9              (1)  "Executive director" means the executive director

10 of the Texas Workforce Commission.

11             (2)  "Qualified       apprenticeship"   means       an

12 apprenticeship program that is:

13                  (A)  certified    as    an    industry-recognized

14 apprenticeship program by an entity determined to meet United

15 States Department of Labor criteria; or

16                  (B)  registered with the United States Department

17 of Labor and qualified to receive funding provided through the

18 Texas Workforce Commission under Chapter 133, Education Code.

19        (b)  A person is eligible for a refund in the amount and under

20 the conditions provided by this section of the taxes paid under this

21 chapter during a calendar year if the person is certified by the

22 executive director under Subsection (f) and employs at least one

23 apprentice in a qualified apprenticeship position for at least

24 seven months during the calendar year.  A person is not considered

1

App.219

S.B. No. 1524

1  to be employed in a qualified apprenticeship position for purposes
2  of this section:

3            (1)  after the earlier of:

4                  (A)  the fourth anniversary of employment in the
5  position; or

6                  (B)  the   conclusion   of   the   term   of   the
7  apprenticeship position; or

8            (2)  if the person was employed in another position by
9  the   employer   immediately   before   beginning   employment   in   the
10 apprenticeship position.

11       (c)  Subject to Subsections (d) and (e), the amount of the
12 refund for a calendar year in connection with each apprentice
13 described by Subsection (b) is $2,500.

14       (d)  The total amount of the refund for a calendar year is
15 equal to the lesser of:

16            (1)  the amount allowed under Subsection (c) for the
17 calendar year for each apprentice described by Subsection (b), not
18 to exceed the maximum number of apprentices provided by Subsection
19 (e); or

20            (2)  the amount of sales and use taxes paid by the
21 person during the calendar year.

22       (e)  The maximum number of apprentices in connection with
23 whom a person may receive a refund in a calendar year is:

24            (1)  one; or

25            (2)  not more than six if at least half of the
26 apprentices employed are:

27                  (A)  foster children who have transitioned or are

2

S.B. No. 1524

1  transitioning to independent living, as described in Section

2  264.121, Family Code;

3           (B) military veterans, as defined by Section

4  55.001, Occupations Code;

5           (C) military spouses, as defined by Section

6  55.001, Occupations Code; or

7           (D) women.

8     (f)  A person may not apply for a refund under this section

9  unless the executive director certifies that the person is able to

10 employ apprentices in qualified apprenticeships.  A person must

11 apply to the executive director to obtain certification.  The

12 executive director shall create an application form for the

13 certification.

14    (g)  The executive director may certify not more than 100

15 persons under Subsection (f) at any time.  If the number of eligible

16 applicants exceeds the limit provided by this subsection, the

17 executive director shall select applicants for certification

18 according to rules adopted under Subsection (h).

19    (h)  The executive director shall adopt rules that establish

20 merit-based criteria for selecting persons to certify from among

21 those who apply.  The rules must require that the executive director

22 give preference to applicants who:

23           (1)  offer qualified apprenticeships in areas of this

24 state that are not designated as metropolitan statistical areas by

25 the United States Office of Management and Budget; and

26           (2)  provide training and skills development in

27 emerging or developing occupational fields.

3

S.B. No. 1524

1     (i)  The executive director shall issue a certificate to each

2   person certified under Subsection (f).  The certificate must

3   confirm that the person is eligible to apply for a refund under this

4   section.

5     (j)  A person must apply to the comptroller for a refund

6   under this section.  The person must include with the application

7   the certificate issued to the person under Subsection (i) and any

8   other information the comptroller requires.

9     (k)  Not later than September 1, 2024, the executive director

10  shall prepare and deliver to the governor, the lieutenant governor,

11  the speaker of the house of representatives, and the presiding

12  officer of each legislative standing committee with primary

13  jurisdiction over taxation a report that evaluates the effect of

14  the pilot program on the employment outcomes and earnings of

15  apprentices with respect to whom refunds are granted under the

16  pilot program under this section.  The report must include a

17  recommendation regarding whether the pilot program should be

18  continued, expanded, or terminated.

19     (l)  A person who applies for a refund under this section

20  shall provide to the executive director information the executive

21  director requests to prepare the report described by Subsection

22  (k).

23     (m)  This section expires December 31, 2026.

24     SECTION 2.  A person may apply for a refund under Section

25  151.4292, Tax Code, as added by this Act, only in connection with

26  apprentices first employed on or after the effective date of this

27  Act.

4

1       SECTION 3.  The   Texas   Workforce   Commission   and   the

2   comptroller of public accounts are required to implement this Act

3   only if the legislature appropriates money specifically for that

4   purpose.     If   the   legislature   does   not   appropriate   money

5   specifically for that purpose, the commission and the comptroller

6   may,  but  are  not  required  to,  implement  this  Act  using  other

7   appropriations available for the purpose.

8       SECTION 4.  This Act takes effect January 1, 2022.

App.223

S.B. No. 1524

_____          _____
President of the Senate                            Speaker of the House

I hereby certify that S.B. No. 1524 passed the Senate on April 21, 2021, by the following vote: Yeas 27, Nays 4._____

_____
Secretary of the Senate

I hereby certify that S.B. No. 1524 passed the House on May 24, 2021, by the following vote: Yeas 103, Nays 38, one present not voting._____

_____
Chief Clerk of the House

Approved:

_____
6 - 4 - 21
Date

_____
Governor

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
4:00 pm O'CLOCK

JUN 0 7 2021

_____
Secretary of State

6

App.224

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, §§§§ | |
| Plaintiffs, §§ | |
| v. § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., §§§ | |
| Defendants. §§§ | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

S.B. No. 1524 Fiscal Note

# EXHIBIT A-18

**LEGISLATIVE BUDGET BOARD**
**Austin, Texas**

**FISCAL NOTE, 87TH LEGISLATIVE REGULAR SESSION**

**May 6, 2021**

**TO:** Honorable Morgan Meyer, Chair, House Committee on Ways & Means

**FROM:** Jerry McGinty, Director, Legislative Budget Board

**IN RE:** **SB1524** by Hughes (Relating to a sales and use tax refund pilot program for certain persons who employ apprentices.), **As Engrossed**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for SB1524, As Engrossed : a negative impact of ($1,756,000) through the biennium ending August 31, 2023.

The bill would make no appropriation but could provide the legal basis for an appropriation of funds to implement the provisions of the bill.

---

**General Revenue-Related Funds, Five- Year Impact:**

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2022 | ($128,000) |
| 2023 | ($1,628,000) |
| 2024 | ($1,628,000) |
| 2025 | ($1,628,000) |
| 2026 | ($1,628,000) |

**All Funds, Five-Year Impact:**

| Fiscal Year | Probable Revenue (Loss) from General Revenue Fund 1 | Probable (Cost) from General Revenue Fund 1 | Change in Number of State Employees from FY 2021 |
|---|---|---|---|
| 2022 | $0 | ($128,000) | 2.0 |
| 2023 | ($1,500,000) | ($128,000) | 2.0 |
| 2024 | ($1,500,000) | ($128,000) | 2.0 |
| 2025 | ($1,500,000) | ($128,000) | 2.0 |
| 2026 | ($1,500,000) | ($128,000) | 2.0 |

**Fiscal Analysis**

The bill would amend Chapter 151 of the Tax Code regarding sales and use tax refunds for businesses that employ apprentices. The bill would define apprentices that qualify for a refund as those that participate in a program that is either registered with the U.S. Department of Labor (DoL) and qualified to receive funding provided through the Texas Workforce Commission under Chapter 133 of the Education Code, or certified as an industry-recognized apprenticeship program by an entity determined to meet DoL criteria.

The bill would add Section 151.4292 to allow an entity that is certified by the Texas Workforce Commission (TWC) to claim a sales tax refund of $2,500 per qualified apprenticeship position per calendar year. The

Page 1 of 2

apprentice would have to be employed by the entity for at least seven months during the calendar year in order for the entity to be eligible for the refund.

TWC would not be able to certify more than 100 entities at a time. The maximum number of apprentices any entity would be able to claim for purposes of the refund would be one or up to six if half of the apprentices meet certain criteria described in the bill.

The total refund amount allowed per calendar year would be limited to the lesser of the total sales and use taxes paid by the person during the calendar year or the maximum refund amount allowed in connection with each apprentice for not more than six apprentices. The bill would require a person to apply to the Comptroller to receive the refund.

The bill would require TWC to write a report evaluating the effectiveness of the apprenticeship program by September 1, 2024.

Section 151.4292 would expire December 31, 2026.

The bill would take effect January 1, 2022.

## Methodology

The Comptroller assumes TWC would certify 100 entities, that those entities that apply for certification would be those with enough annual sales tax remittances to receive the maximum allowable refunds, and that each certified entity would employ six apprentices, the maximum number of apprentices allowed for purposes of the sales tax refund. Refunds would be paid in each year following the calendar year of apprenticeship.

The administrative cost includes the funds necessary for the Comptroller to hire two Accounts Examiner III FTEs to implement the provisions of the bill. These FTEs are necessary to verify and pay the additional sales tax refund claims.

TWC indicates they could absorb their responsibilities from the bill within existing resources.

## Local Government Impact

No fiscal implication to units of local government is anticipated.

**Source Agencies:** 304 Comptroller of Public Accounts, 320 Texas Workforce Commission
**LBB Staff:** JMc, KK, SD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | Case No. 2:21-cv-00079-Z |
| v. | § § | |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

July 7, 2021 Proclamation by the Governor of the State of Texas

# EXHIBIT A-19



## GOVERNOR GREG ABBOTT

July 7, 2021

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
___9AM___ O'CLOCK

JUL 0 7 2021

Secretary of State

Mr. Joe A. Esparza
Deputy Secretary of State
State Capitol Room 1E.8
Austin, Texas 78701

Dear Mr. Deputy Secretary:

Pursuant to his powers as Governor of the State of Texas, Greg Abbott has issued the following:

A proclamation calling an extraordinary session of the 87th Legislature, to convene in the City of Austin, commencing at 10 a.m. on Thursday, July 8, 2021.

The original proclamation is attached to this letter of transmittal.

Respectfully submitted,

Gregory S. Davidson
Executive Clerk to the Governor

GSD/gsd

Attachment

POST OFFICE BOX 12428 AUSTIN, TEXAS 78711 512-463-2000 (VOICE) DIAL 7-1-1 FOR RELAY SERVICES

# PROCLAMATION
### BY THE
## Governor of the State of Texas

TO ALL TO WHOM THESE PRESENTS SHALL COME:

I, GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, by the authority vested in me by Article III, Sections 5 and 40, and Article IV, Section 8 of the Texas Constitution, do hereby call an extraordinary session of the 87th Legislature, to convene in the City of Austin, commencing at 10:00 a.m. on Thursday, July 8, 2021, for the following purposes:

To consider and act upon the following:

Legislation reforming the bail system in Texas to protect the public from accused criminals who may be released on bail.

Legislation strengthening the integrity of elections in Texas.

Legislation providing funding to support law-enforcement agencies, counties, and other strategies as part of Texas' comprehensive border security plan.

Legislation safeguarding the freedom of speech by protecting social-media users from being censored by social-media companies based on the user's expressed viewpoints, including by providing a legal remedy for those wrongfully excluded from a platform.

Legislation providing appropriations to the Legislature and legislative agencies in Article X of the General Appropriations Act.

Legislation similar to Senate Bill 1109 from the 87th Legislature, Regular Session, requiring schools to provide appropriate education to middle- and high-school students about dating violence, domestic violence, and child abuse, but that recognizes the right of parents to opt their children out of the instruction.

Legislation identical to Senate Bill 29 as passed by the Texas Senate in the 87th Legislature, Regular Session, disallowing a student from competing in University Interscholastic League athletic competitions designated for the sex opposite to the student's sex at birth.

Legislation similar to Senate Bill 394 from the 87th Legislature, Regular Session, which prohibits people from providing abortion-inducing drugs by mail or delivery service, strengthens the laws applicable to the reporting of abortions and abortion complications, and ensures that no abortion-inducing drugs are provided unless there is voluntary and informed consent.

Legislation similar to House Bill 3507 from the 87th Legislature, Regular Session, relating to a "thirteenth check" or one-time supplemental payment of benefits under the Teacher Retirement System of Texas.

Legislation similar to House Bill 3979 concerning critical race theory as originally passed by the Texas Senate in the 87th Legislature, Regular Session.

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
9AM   O'CLOCK

JUL 0 7 2021

*Governor Greg Abbott*
July 7, 2021

*Proclamation*
Page 2

Legislation providing appropriations from additional available general revenue for the following purposes:

- property-tax relief;
- enhanced protection for the safety of children in Texas' foster-care system by attracting and retaining private providers for the system; and
- to better safeguard the state from potential cybersecurity threats.

To consider and act upon such other subjects as may be submitted by the Governor from time to time after the session convenes.

The Secretary of State will take notice of this action and will notify the members of the legislature of my action.



IN TESTIMONY WHEREOF, I have hereto signed my name and have officially caused the Seal of State to be affixed at my Office in the City of Austin, Texas, this the 7th day of July, 2021.

_____
GREG ABBOTT
Governor of Texas

Attested by:

JOE A. ESPARZA
Deputy Secretary of State

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
___9AM___ O'CLOCK

JUL 0 7 2021

App.231

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

August 5, 2021 Proclamation by the Governor of the State of Texas

# EXHIBIT A-20



GOVERNOR GREG ABBOTT

August 5, 2021

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
12 P.M O'CLOCK

AUG 05 2021

Secretary of State

Mr. Joe A. Esparza
Deputy Secretary of State
State Capitol Room 1E.8
Austin, Texas 78701

Dear Mr. Deputy Secretary:

Pursuant to his powers as Governor of the State of Texas, Greg Abbott has issued the following:

A proclamation calling an extraordinary session of the 87th Legislature, to convene in the City of Austin, commencing at 12 p.m. noon on Saturday, August 7, 2021.

The original proclamation is attached to this letter of transmittal.

Respectfully submitted,

Gregory S. Davidson
Executive Clerk to the Governor

GSD/gsd

Attachment

# PROCLAMATION
**BY THE**
## Governor of the State of Texas

***

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**

I, GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, by the authority vested in me by Article III, Sections 5 and 40, and Article IV, Section 8 of the Texas Constitution, do hereby call an extraordinary session of the 87th Legislature, to convene in the City of Austin, commencing at 12:00 p.m. on Saturday, August 7, 2021, for the following purposes:

To consider and act upon the following:

Legislation reforming the bail system in Texas to protect the public from accused criminals who may be released on bail.

Legislation strengthening the integrity of elections in Texas.

Legislation providing appropriations from unappropriated available revenues for COVID-19-related healthcare expenses, such as those listed below, taking into consideration the approximately $10.5 billion in funds received by local governments intended to be used on COVID-19 from the American Rescue Plan Act of 2021 (ARPA), Pub. L. No. 117-2:

- healthcare staffing needs, including physicians, nurses, and other medical professionals;

- establishing, staffing, and operating alternative care sites;

- supporting the operations of nursing homes, state supported living centers, assisted living facilities, and long-term care facilities;

- vaccine administration;

- testing sites;

- supplies and equipment, such as personal protective equipment (PPE) and ventilators; and

- standing up and operating infusion centers.

Legislation providing strategies for public-school education in prekindergarten through twelfth grade during the COVID-19 pandemic, which ensures:

- students receive a high-quality education and progress in their learning;

- in-person learning is available for any student whose parent wants it;

- the wearing of face coverings is not mandatory; and

- COVID-19 vaccinations are always voluntary.

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
12 P.M. O'CLOCK

AUG 0 5 2021

App.234

*Governor Greg Abbott*
August 5, 2021

*Proclamation*
Page 2

Legislation enhancing criminal laws or providing funding from unappropriated available revenues to support law-enforcement agencies, counties, and other strategies as part of Texas' comprehensive border security plan.

Legislation safeguarding the freedom of speech by protecting social-media and email users from being censored based on the user's expressed viewpoints, including by providing a legal remedy for those wrongfully excluded from a platform.

Legislation providing appropriations from unappropriated available revenues to the Legislature and legislative agencies in Article X of the General Appropriations Act.

Legislation similar to Senate Bill 1109 from the 87th Legislature, Regular Session, requiring schools to provide appropriate education to middle- and high-school students about dating violence, domestic violence, and child abuse, but that recognizes the right of parents to opt their children out of the instruction.

Legislation identical to Senate Bill 29 as passed by the Texas Senate in the 87th Legislature, Regular Session, disallowing a student from competing in University Interscholastic League athletic competitions designated for the sex opposite to the student's sex at birth.

Legislation similar to Senate Bill 394 from the 87th Legislature, Regular Session, which prohibits people from providing abortion-inducing drugs by mail or delivery service, strengthens the laws applicable to the reporting of abortions and abortion complications, and ensures that no abortion-inducing drugs are provided unless there is voluntary and informed consent.

Legislation similar to House Bill 3507 from the 87th Legislature, Regular Session, relating to a "thirteenth check" or one-time supplemental payment of benefits under the Teacher Retirement System of Texas.

Legislation similar to House Bill 3979 concerning critical race theory as originally passed by the Texas Senate in the 87th Legislature, Regular Session.

Legislation providing appropriations from unappropriated available revenues for the following purposes:

- property-tax relief;

- enhanced protection for the safety of children in Texas' foster-care system by attracting and retaining private providers for the system; and

- to better safeguard the state from potential cybersecurity threats.

Legislation modifying the filing periods and related election dates, including any runoffs, for primary elections held in Texas in 2022.

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
12 P.M. O'CLOCK

AUG 0 5 2021

App.235

Legislation reforming the laws governing radioactive waste to protect the safety of Texans, including by further limiting the ability to store and transport high-level radioactive materials in this state.

Legislation shielding private employers and employees from political subdivision rules, regulations, ordinances, and other actions that require any terms of employment that exceed or conflict with federal or state law relating to any form of employment leave, hiring practices, employment benefits, or scheduling practices.

Legislation relating to legislative quorum requirements.

To consider and act upon such other subjects as may be submitted by the Governor from time to time after the session convenes.

The Secretary of State will take notice of this action and will notify the members of the legislature of my action.

IN TESTIMONY WHEREOF, I have hereto signed my name and have officially caused the Seal of State to be affixed at my Office in the City of Austin, Texas, this the 5th day of August, 2021.

GREG ABBOTT
Governor of Texas

Attested by:

JOE A. ESPARZA
Deputy Secretary of State

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
12 p.m. O'CLOCK
AUG 0 5 2021

App.236

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA,<br><br>    Plaintiffs,<br><br>v.<br><br>JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:21-cv-00079-Z |

**APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF JEFFREY M. WHITE**

S.B. No. 12

# EXHIBIT A-21

S.B. No. 12

1                 AN ACT

2 relating to the reduction of the amount of a limitation on the total

3 amount of ad valorem taxes that may be imposed by a school district

4 on the residence homestead of an individual who is elderly or

5 disabled to reflect any reduction from the preceding tax year in the

6 district's maximum compressed rate and to the protection of school

7 districts against the resulting loss in local revenue.

8        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

9        SECTION 1. Section 11.26, Tax Code, is amended by adding

10 Subsections (a-4), (a-5), (a-6), (a-7), (a-8), (a-9), and (a-10) to

11 read as follows:

12        (a-4) In this section, "maximum compressed rate" means the

13 maximum compressed rate of a school district as calculated under

14 Section 48.2551, Education Code.

15        (a-5) Notwithstanding the other provisions of this section,

16 if in the 2023 tax year an individual qualifies for a limitation on

17 tax increases provided by this section on the individual's

18 residence homestead and the first tax year the individual or the

19 individual's spouse qualified for an exemption under Section

20 11.13(c) for the same homestead was a tax year before the 2019 tax

21 year, the amount of the limitation provided by this section on the

22 homestead in the 2023 tax year is equal to the amount computed by:

23            (1) multiplying the taxable value of the homestead in

24 the 2018 tax year by a tax rate equal to the difference between the

1

S.B. No. 12

1  school district's tier one maintenance and operations rate for the

2  2018 tax year and the district's maximum compressed rate for the

3  2019 tax year;

4  　　　　　(2)   subtracting  the  greater  of  zero  or  the  amount

5  computed under Subdivision (1) from the amount of tax the district

6  imposed on the homestead in the 2018 tax year;

7  　　　　　(3)  adding  any  tax  imposed  in  the  2019  tax  year

8  attributable to improvements made in the 2018 tax year as provided

9  by Subsection (b) to the amount computed under Subdivision (2);

10  　　　　　(4)  multiplying the taxable value of the homestead in

11  the 2019 tax year by a tax rate equal to the difference between the

12  district's  maximum  compressed  rate  for  the  2019  tax  year  and  the

13  district's maximum compressed rate for the 2020 tax year;

14  　　　　　(5)  subtracting the amount computed under Subdivision

15  (4) from the amount computed under Subdivision (3);

16  　　　　　(6)  adding  any  tax  imposed  in  the  2020  tax  year

17  attributable to improvements made in the 2019 tax year as provided

18  by Subsection (b) to the amount computed under Subdivision (5);

19  　　　　　(7)  multiplying the taxable value of the homestead in

20  the 2020 tax year by a tax rate equal to the difference between the

21  district's  maximum  compressed  rate  for  the  2020  tax  year  and  the

22  district's maximum compressed rate for the 2021 tax year;

23  　　　　　(8)  subtracting the amount computed under Subdivision

24  (7) from the amount computed under Subdivision (6);

25  　　　　　(9)  adding  any  tax  imposed  in  the  2021  tax  year

26  attributable to improvements made in the 2020 tax year as provided

27  by Subsection (b) to the amount computed under Subdivision (8);

2

S.B. No. 12

1        (10)  multiplying the taxable value of the homestead in
2  the 2021 tax year by a tax rate equal to the difference between the
3  district's maximum compressed rate for the 2021 tax year and the
4  district's maximum compressed rate for the 2022 tax year;

5        (11) subtracting the amount computed under
6  Subdivision (10) from the amount computed under Subdivision (9);

7        (12)  adding any tax imposed in the 2022 tax year
8  attributable to improvements made in the 2021 tax year as provided
9  by Subsection (b) to the amount computed under Subdivision (11);

10        (13)  multiplying the taxable value of the homestead in
11  the 2022 tax year by a tax rate equal to the difference between the
12  district's maximum compressed rate for the 2022 tax year and the
13  district's maximum compressed rate for the 2023 tax year;

14        (14) subtracting the amount computed under
15  Subdivision (13) from the amount computed under Subdivision (12);
16  and

17        (15)  adding any tax imposed in the 2023 tax year
18  attributable to improvements made in the 2022 tax year as provided
19  by Subsection (b) to the amount computed under Subdivision (14).

20    (a-6)  Notwithstanding the other provisions of this section,
21  if in the 2023 tax year an individual qualifies for a limitation on
22  tax increases provided by this section on the individual's
23  residence homestead and the first tax year the individual or the
24  individual's spouse qualified for an exemption under Section
25  11.13(c) for the same homestead was the 2019 tax year, the amount of
26  the limitation provided by this section on the homestead in the 2023
27  tax year is equal to the amount computed by:

3

S.B. No. 12

1               (1)  multiplying the taxable value of the homestead in

2 the 2019 tax year by a tax rate equal to the difference between the

3 school district's maximum compressed rate for the 2019 tax year and

4 the district's maximum compressed rate for the 2020 tax year;

5               (2)  subtracting the amount computed under Subdivision

6 (1) from the amount of tax the district imposed on the homestead in

7 the 2019 tax year;

8               (3)  adding any tax imposed in the 2020 tax year

9 attributable to improvements made in the 2019 tax year as provided

10 by Subsection (b) to the amount computed under Subdivision (2);

11              (4)  multiplying the taxable value of the homestead in

12 the 2020 tax year by a tax rate equal to the difference between the

13 district's maximum compressed rate for the 2020 tax year and the

14 district's maximum compressed rate for the 2021 tax year;

15              (5)  subtracting the amount computed under Subdivision

16 (4) from the amount computed under Subdivision (3);

17              (6)  adding any tax imposed in the 2021 tax year

18 attributable to improvements made in the 2020 tax year as provided

19 by Subsection (b) to the amount computed under Subdivision (5);

20              (7)  multiplying the taxable value of the homestead in

21 the 2021 tax year by a tax rate equal to the difference between the

22 district's maximum compressed rate for the 2021 tax year and the

23 district's maximum compressed rate for the 2022 tax year;

24              (8)  subtracting the amount computed under Subdivision

25 (7) from the amount computed under Subdivision (6);

26              (9)  adding any tax imposed in the 2022 tax year

27 attributable to improvements made in the 2021 tax year as provided

4

S.B. No. 12

1  by Subsection (b) to the amount computed under Subdivision (8);

2           (10)  multiplying the taxable value of the homestead in

3  the 2022 tax year by a tax rate equal to the difference between the

4  district's maximum compressed rate for the 2022 tax year and the

5  district's maximum compressed rate for the 2023 tax year;

6           (11) subtracting    the    amount    computed    under

7  Subdivision (10) from the amount computed under Subdivision (9);

8  and

9           (12)  adding any tax imposed in the 2023 tax year

10  attributable to improvements made in the 2022 tax year as provided

11  by Subsection (b) to the amount computed under Subdivision (11).

12      (a-7)  Notwithstanding the other provisions of this section,

13  if in the 2023 tax year an individual qualifies for a limitation on

14  tax  increases  provided  by  this  section  on  the  individual's

15  residence homestead and the first tax year the individual or the

16  individual's  spouse  qualified  for  an  exemption  under  Section

17  11.13(c) for the same homestead was the 2020 tax year, the amount of

18  the limitation provided by this section on the homestead in the 2023

19  tax year is equal to the amount computed by:

20           (1)  multiplying the taxable value of the homestead in

21  the 2020 tax year by a tax rate equal to the difference between the

22  school district's maximum compressed rate for the 2020 tax year and

23  the district's maximum compressed rate for the 2021 tax year;

24           (2)  subtracting the amount computed under Subdivision

25  (1) from the amount of tax the district imposed on the homestead in

26  the 2020 tax year;

27           (3)  adding  any  tax  imposed  in  the  2021  tax  year

5

S.B. No. 12

1    attributable to improvements made in the 2020 tax year as provided

2    by Subsection (b) to the amount computed under Subdivision (2);

3              (4)  multiplying the taxable value of the homestead in

4    the 2021 tax year by a tax rate equal to the difference between the

5    district's maximum compressed rate for the 2021 tax year and the

6    district's maximum compressed rate for the 2022 tax year;

7              (5)  subtracting the amount computed under Subdivision

8    (4) from the amount computed under Subdivision (3);

9              (6)  adding any tax imposed in the 2022 tax year

10   attributable to improvements made in the 2021 tax year as provided

11   by Subsection (b) to the amount computed under Subdivision (5);

12             (7)  multiplying the taxable value of the homestead in

13   the 2022 tax year by a tax rate equal to the difference between the

14   district's maximum compressed rate for the 2022 tax year and the

15   district's maximum compressed rate for the 2023 tax year;

16             (8)  subtracting the amount computed under Subdivision

17   (7) from the amount computed under Subdivision (6); and

18             (9)  adding any tax imposed in the 2023 tax year

19   attributable to improvements made in the 2022 tax year as provided

20   by Subsection (b) to the amount computed under Subdivision (8).

21       (a-8)  Notwithstanding the other provisions of this section,

22   if in the 2023 tax year an individual qualifies for a limitation on

23   tax increases provided by this section on the individual's

24   residence homestead and the first tax year the individual or the

25   individual's spouse qualified for an exemption under Section

26   11.13(c) for the same homestead was the 2021 tax year, the amount of

27   the limitation provided by this section on the homestead in the 2023

6

S.B. No. 12

tax year is equal to the amount computed by:

(1)   multiplying the taxable value of the homestead in the 2021 tax year by a tax rate equal to the difference between the school district's maximum compressed rate for the 2021 tax year and the district's maximum compressed rate for the 2022 tax year;

(2)   subtracting the amount computed under Subdivision (1) from the amount of tax the district imposed on the homestead in the 2021 tax year;

(3)   adding any tax imposed in the 2022 tax year attributable to improvements made in the 2021 tax year as provided by Subsection (b) to the amount computed under Subdivision (2);

(4)   multiplying the taxable value of the homestead in the 2022 tax year by a tax rate equal to the difference between the school district's maximum compressed rate for the 2022 tax year and the district's maximum compressed rate for the 2023 tax year;

(5)   subtracting the amount computed under Subdivision (4) from the amount computed under Subdivision (3); and

(6)   adding any tax imposed in the 2023 tax year attributable to improvements made in the 2022 tax year as provided by Subsection (b) to the amount computed under Subdivision (5).

(a-9)   Notwithstanding the other provisions of this section, if in the 2023 tax year an individual qualifies for a limitation on tax increases provided by this section on the individual's residence homestead and the first tax year the individual or the individual's spouse qualified for an exemption under Section 11.13(c) for the same homestead was the 2022 tax year, the amount of the limitation provided by this section on the homestead in the 2023

7

S.B. No. 12

tax year is equal to the amount computed by:

(1)  multiplying the taxable value of the homestead in the 2022 tax year by a tax rate equal to the difference between the school district's maximum compressed rate for the 2022 tax year and the district's maximum compressed rate for the 2023 tax year;

(2)  subtracting the amount computed under Subdivision (1) from the amount of tax the district imposed on the homestead in the 2022 tax year; and

(3)  adding any tax imposed in the 2023 tax year attributable to improvements made in the 2022 tax year as provided by Subsection (b) to the amount computed under Subdivision (2).

(a-10)  Notwithstanding the other provisions of this section, if in the 2024 or a subsequent tax year an individual qualifies for a limitation on tax increases provided by this section on the individual's residence homestead, the amount of the limitation provided by this section on the homestead is equal to the amount computed by:

(1)  multiplying the taxable value of the homestead in the preceding tax year by a tax rate equal to the difference between the school district's maximum compressed rate for the preceding tax year and the district's maximum compressed rate for the current tax year;

(2)  subtracting the amount computed under Subdivision (1) from the amount of tax the district imposed on the homestead in the preceding tax year; and

(3)  adding any tax imposed in the current tax year attributable to improvements made in the preceding tax year as

8

S.B. No. 12

1   provided by Subsection (b) to the amount computed under Subdivision

2   (2).

3       SECTION 2.  Subchapter F, Chapter 48, Education Code, is

4   amended by adding Section 48.2542 to read as follows:

5       Sec. 48.2542.  ADDITIONAL  STATE  AID  FOR  ADJUSTMENT  OF

6   LIMITATION ON TAX INCREASES ON HOMESTEAD OF ELDERLY OR DISABLED.

7   Notwithstanding any other provision of this chapter, if a school

8   district  is  not  fully  compensated  through  state  aid  or  the

9   calculation of excess local revenue under this chapter based on the

10  determination of the district's taxable value of property under

11  Subchapter  M,  Chapter  403,  Government  Code,  the  district  is

12  entitled to additional state aid in the amount necessary to fully

13  compensate the district for the amount of ad valorem tax revenue

14  lost due to a reduction of the amount of the limitation on tax

15  increases provided by Sections 11.26(a-4), (a-5), (a-6), (a-7),

16  (a-8), (a-9), and (a-10), Tax Code, as applicable.

17      SECTION 3.  Section 48.2551(d), Education Code, is amended

18  to read as follows:

19      (d)  The agency shall:

20      (1)  calculate  and  make  available  school  districts'

21  maximum compressed rates, as determined under this section; and

22      (2)  post the information described by Section 48.2556

23  on the agency's Internet website as required by that section.

24      SECTION 4.  Subchapter F, Chapter 48, Education Code, is

25  amended by adding Section 48.2556 to read as follows:

26      Sec. 48.2556.  POSTING  ON  AGENCY  WEBSITE  OF  INFORMATION

27  RELATED TO REDUCTION OF LIMITATION OF TAX ON HOMESTEADS OF ELDERLY

9

S.B. No. 12

1  OR DISABLED.  (a)  The agency shall post the following information
2  on the agency's Internet website for purposes of allowing the chief
3  appraiser of each appraisal district and the assessor for each
4  school district to make the calculations required by Sections
5  11.26(a-5), (a-6), (a-7), (a-8), (a-9), and (a-10), Tax Code:
6       (1)  each school district's maximum compressed rate, as
7  determined under Section 48.2551, for each tax year beginning with
8  the 2019 tax year; and
9       (2)  each school district's tier one maintenance and
10  operations tax rate, as provided by Section 45.0032(a), for the
11  2018 tax year.
12       (b)  The agency shall post each school district's maximum
13  compressed rate for the current tax year, as determined under
14  Section 48.2551, promptly after calculating the rate.  If, for the
15  2023 or a subsequent tax year, the agency calculates a preliminary
16  rate before calculating a final rate, the agency shall post the
17  preliminary rate, and the chief appraiser of each appraisal
18  district and the assessor for each school district shall use the
19  preliminary rate to make the calculations described by Subsection
20  (a).
21       (c)  The agency shall notify the chief appraiser of each
22  appraisal district and the assessor for each school district when
23  the agency has complied with Subsection (b).  The notice must
24  include the location on the agency's Internet website at which the
25  information required by this section to be posted may be found.
26       SECTION 5.  Section 403.302, Government Code, is amended by
27  adding Subsection (j-1) to read as follows:

10

S.B. No. 12

1     <u>(j-1)  In  the  final  certification  of  the  study  under</u>

2    <u>Subsection (j), the comptroller shall separately identify the final</u>

3    <u>taxable value for each school district as adjusted to account for</u>

4    <u>the  reduction  of  the  amount  of  the  limitation  on  tax  increases</u>

5    <u>provided by Sections 11.26(a-4), (a-5), (a-6), (a-7), (a-8), (a-9),</u>

6    <u>and (a-10), Tax Code, as applicable.</u>

7     SECTION 6.  This Act applies only to ad valorem taxes imposed

8    for a tax year beginning on or after the effective date of this Act.

9     SECTION 7.  This Act takes effect January 1, 2023, but only

10   if the constitutional amendment proposed by the 87th Legislature,

11   2nd Called Session, 2021, authorizing the legislature to provide

12   for the reduction of the amount of a limitation on the total amount

13   of ad valorem taxes that may be imposed for general elementary and

14   secondary public school purposes on the residence homestead of a

15   person  who  is  elderly  or  disabled  to  reflect  any  statutory

16   reduction from the preceding tax year in the maximum compressed

17   rate  of  the  maintenance  and  operations  taxes  imposed  for  those

18   purposes  on  the  homestead  is  approved  by  the  voters.   If  that

19   amendment is not approved by the voters, this Act has no effect.

11

S.B. No. 12

_____        _____
    President of the Senate                    Speaker of the House

    I hereby certify that S.B. No. 12 passed the Senate on August 9, 2021, by the following vote:  Yeas 29, Nays 0; and that the Senate concurred in House amendment on August 29, 2021, by the following vote: Yeas 31, Nays 0.

                                        _____
                                        Secretary of the Senate

    I hereby certify that S.B. No. 12 passed the House, with amendment, on August 27, 2021, by the following vote:  Yeas 121, Nays 0, one present not voting.

                                          _____
                                      Chief Clerk of the House

Approved:

_____
                  Date

_____
               Governor

12

App.249

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

S.B. No. 12 Fiscal Note

# EXHIBIT A-22

**LEGISLATIVE BUDGET BOARD**
**Austin, Texas**

**FISCAL NOTE, 87TH LEGISLATURE 2nd CALLED SESSION 2021**

**August 27, 2021**

**TO:** Honorable Dan Patrick, Lieutenant Governor, Senate

**FROM:** Jerry McGinty, Director, Legislative Budget Board

**IN RE:** **SB12** by Bettencourt (relating to the reduction of the amount of a limitation on the total amount of ad valorem taxes that may be imposed by a school district on the residence homestead of an individual who is elderly or disabled to reflect any reduction from the preceding tax year in the district's maximum compressed rate and to the protection of school districts against the resulting loss in local revenue.), **As Passed 2nd House**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for SB12, As Passed 2nd House : an impact of $0 through the biennium ending August 31, 2023. However, a negative impact of ($467.5 million) is expected in the biennium ending August 31, 2025.

---

**General Revenue-Related Funds, Five- Year Impact:**

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2022 | $0 |
| 2023 | $0 |
| 2024 | ($219,348,876) |
| 2025 | ($248,120,464) |
| 2026 | ($276,892,052) |

**All Funds, Five-Year Impact:**

| Fiscal Year | Probable Savings/(Cost) from Foundation School Fund 193 | Probable Revenue Gain/(Loss) from School Districts |
|---|---|---|
| 2022 | $0 | $0 |
| 2023 | $0 | $0 |
| 2024 | ($219,348,876) | ($219,348,876) |
| 2025 | ($248,120,464) | ($248,120,464) |
| 2026 | ($276,892,052) | ($276,892,052) |

**Fiscal Analysis**

The bill would amend Section 11.26 of the Tax Code, regarding the limitation of school tax on homesteads of elderly or disabled. The bill would recalculate school district tax limitations (tax ceiling) on residence homesteads for individuals who are 65 or over or disabled to reflect reductions in school district maximum compressed tax rates for 2019 and subsequent tax years.

The bill specifies certain calculations for the 2023 tax year to adjust the tax limitation for certain individuals (tax ceiling) based on the year they were first eligible to receive the limitation to account for tax rate

Page 1 of 2

reductions and ongoing tax rate compression passed by the 86th Legislature. For the 2023 tax year and subsequent tax years, the tax ceiling is computed by the prior year tax amount minus the rate reduction from compression (prior year maximum compressed rate minus current year maximum compressed rate) and adjusting for any tax attributable to new improvements.

The bill would amend Chapter 48 of the Education Code, regarding the Foundation School Program, to require that the state hold school districts harmless for tax revenue losses resulting from tax ceiling reductions. School districts would be entitled to additional state aid to the extent state aid under the current formulas does not fully reimburse them for the tax revenue losses. The bill would require the Texas Education Agency post certain information on the agency's website.

The bill would amend Chapter 403 of the Government Code, regarding the Comptroller's Property Value Study, to require the Comptroller separately identify the final taxable value for each school district to account for the reduction in tax ceilings.

The bill would be effective January 1, 2023, contingent on voter approval of a constitutional amendment (SJR 2).

## Methodology

This estimate is based on information from the United States Census Bureau and from appraisal districts. The average taxable value of a 65-and-over homestead was estimated for each year from 2000 through 2020. The statewide school district weighted average tax rate was applied in each year to estimate the typical tax limitation in each year. The costs were stratified in five-year groups and an average cost was estimated for each group. The rate reductions as specified in the bill were calculated for each group and summed to estimate the initial statewide total cost to school districts in tax year 2023. For subsequent tax years, projected rate reductions were applied to estimated growth in the average taxable value of 65-and-over homesteads to estimate future tax ceiling reductions.

If school district property tax rates decreased from the preceding year, homestead owners subject to the limitation would have their limitation reduced. A continuous tax ceiling adjustment would effectively exempt future taxable property value growth after the ceiling is imposed and continue decreasing all tax ceilings as long as there is a reduction in a school district's maximum compressed rate (MCR). This analysis assumes a continuing 1 cent reduction in MCR each year after 2022. Larger reductions of the MCR would impose additional cost. The impact will vary depending on property value growth and the level of tax rate reduction.

Because the bill would hold school districts harmless for all property tax revenue losses from tax ceiling reductions, the cost would be transferred to the state. Therefore, there would be no losses to local taxing units.

There would be no administrative costs to the Comptroller's office.

## Local Government Impact

The fiscal implication for school districts is shown in the table above.

**Source Agencies:** 304 Comptroller of Public Accounts
**LBB Staff:** JMc, KK, SD, AF, BRI

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

Act No. 134

# EXHIBIT A-23

2021 Regular Session       **ACT No. 134**       <u>**ENROLLED**</u>

SENATE BILL NO. 159

BY SENATORS ALLAIN AND JOHNS AND REPRESENTATIVE BISHOP

1    A JOINT RESOLUTION

2   Proposing to amend Article VII, Section 4(A) of the Constitution of Louisiana, relative to

3          income tax; to provide a maximum rate of individual income tax; to provide with

4          respect to the deductibility of federal income tax for purposes of computing state

5          income tax; to eliminate the mandatory deduction for federal income taxes; and to

6          specify an election for submission of the proposition to electors and provide a ballot

7          proposition.

8          Section 1. Be it resolved by the Legislature of Louisiana, two-thirds of the members

9   elected to each house concurring, that there shall be submitted to the electors of the state, for

10   their approval or rejection in the manner provided by law, a proposal to amend Article VII,

11   Section 4(A) of the Constitution of Louisiana, to read as follows:

12          §4. Income Tax; Severance Tax; Political Subdivisions

13              Section 4.(A) Income Tax. Equal and uniform taxes may be levied on net

14          incomes, and these taxes may be graduated according to the amount of net income.

15          However, the **maximum** state individual ~~and joint income tax schedule of rates and~~

16          ~~brackets shall never exceed the rates and brackets set forth in Title 47 of the~~

17          ~~Louisiana Revised Statutes on January 1, 2003~~ **rate shall not exceed four and**

18          **three-quarters percent for tax years beginning after December 31, 2021**. Federal

19          income taxes paid ~~shall~~ **may** be allowed as a deductible item in computing state

20          income taxes for the same period **as provided by law**.

21          Section 2.  Be it further resolved that this proposed amendment shall be submitted

22   to the electors of the state of Louisiana at the statewide election to be held on

23   October 9, 2021.

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **<u>boldface type and underscored</u>** are additions.

**<u>ENROLLED</u>**

1         Section 3.  Be it further resolved that on the official ballot to be used at said election

2    there shall be printed a proposition, upon which the electors of the state shall be permitted

3    to vote YES or NO, to amend the Constitution of Louisiana, which proposition shall read as

4    follows:

5         Do you support an amendment to lower the maximum allowable rate of

6         individual income tax and to authorize the legislature to provide by law for

7         a deduction for federal income taxes paid?

8         (Amends Article VII, Section 4(A))


                 _____

                 PRESIDENT OF THE SENATE


                 _____

                 SPEAKER OF THE HOUSE OF REPRESENTATIVES

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **<u>boldface type and underscored</u>** are additions.

App.255

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

The Official Journal of the Senate of the State of Louisiana – Thirty-Fourth Day's Proceedings (excerpts)

# EXHIBIT A-24

# THE OFFICIAL JOURNAL
## OF THE
# SENATE
## OF THE
## STATE OF LOUISIANA

### THIRTY-FOURTH DAY'S PROCEEDINGS

**Forty-Seventh Regular Session of the Legislature
Under the Adoption of the
Constitution of 1974**

Senate Chamber
State Capitol
Baton Rouge, Louisiana

Thursday, June 10, 2021

The Senate was called to order at 9:35 o'clock A.M. by Hon. Patrick Page Cortez, President of the Senate.

## Morning Hour

### CONVENING ROLL CALL

The roll being called, the following members answered to their names:

PRESENT

| | | |
|---|---|---|
| Mr. President | Henry | Morris |
| Abraham | Hensgens | Peacock |
| Allain | Hewitt | Peterson |
| Barrow | Jackson | Pope |
| Bernard | Johns | Price |
| Boudreaux | Lambert | Reese |
| Bouie | Luneau | Smith |
| Cathey | McMath | Talbot |
| Fesi | Milligan | Ward |
| Fields | Mills, F. | Womack |
| Foil | Mills, R. | |
| Harris | Mizell | |
| Total - 34 | | |

ABSENT

| | |
|---|---|
| Cloud | Tarver |
| Connick | White |
| Total - 4 | |

The President of the Senate announced there were 34 Senators present and a quorum.

## Prayer

The prayer was offered by Senator Beth Mizell, following which the Senate joined in the Pledge of Allegiance to the flag of the United States of America.

## Reading of the Journal

On motion of Senator Lambert, the reading of the Journal was dispensed with and the Journal of June 9, 2021, was adopted.

## Petitions, Memorials and Communications

The following petitions, memorials and communications were received and read:

### LOUISIANA LEGISLATIVE AUDITOR

April 27, 2021

The Honorable Patrick "Page" Cortez, President
Louisiana State Senate

Post Office Box 94183
Baton Rouge, Louisiana 70804-9183

Dear President Cortez:

In accordance with Louisiana Revised Statute 24:511(E), I have appointed Mr. Ernest F. Summerville, Jr. as First Assistant Legislative Auditor, effective May 3, 2021. Mr. Summerville is replacing Thomas H. Cole, who will be retiring from our agency.

In that regard, I hereby acknowledge the following appointment and submit to you the name for consideration of Senate confirmation as required by law.

FIRST ASSISTANT LEGISLATIVE AUDITOR
(Effective May 3, 2021)
Mr. Ernest F. Summerville Jr., CPA
1600 North Third Street
Baton Rouge, LA 70802
(225) 339-3931

Thank you in advance for your attention to this important matter, and please contact me should you have any questions or need additional information.

Sincerely,
MICHAEL J. WAGUESPACK, CPA
Legislative Auditor

### Messages from the Governor

The following messages from the Governor were received and read as follows:

### OFFICE OF THE GOVERNOR
### STATE OF LOUISIANA

June 9, 2021

Honorable Clay J. Schexnayder
Speaker of the House
Louisiana House of Representatives
Post Office Box 94062
Baton Rouge, Louisiana 70804

Honorable Patrick Page Cortex
President
Louisiana State Senate
Post Office Box 94183
Baton Rouge, Louisiana 70804

Re: Line Item Vetoes in House Bill 1 of the 2021 Regular Session

Dear Speaker Schexnayder and President Cortez:

Please allow this letter to inform you that I have signed House Bill 1 of the 2021 Regular Session. However, I have exercised my line item veto authority granted to me to veto 8 items.

I have exercised my line item veto authority as follows:

**Veto No. 1:** **Delete Lines 16-19 on Page 4 of 230, beginning with the last sentence ("Any subsequent change . . ."):** This language is unnecessary, as this oversight of the Personal Services expenditure categories is already performed by the Executive Branch. Further, this provision violates Article II, Section 2 of the Louisiana Constitution.

**Veto No. 2:** **Delete Lines 21-25 on Page 12 of 230:** This language is unnecessary, as this information is already provided throughout the bill. Additionally, this oversight is afforded to the Joint Legislative Committee on the Budget through the budget adjustment process.

**Veto No. 3:** **Delete Lines 26-30 on Page 12 of 230:** This language is unnecessary, as this oversight of agency expenditures is already performed by the Executive Branch.

**Veto No. 4:** **Delete Lines 46-48 of Page 18 of 230:** This amendment would reduce necessary funding for operating services and contractual obligations.

# Page 2 SENATE

June 10, 2021

**34th DAY'S PROCEEDINGS**

---

**Veto No. 5:** **Deleted Lines 1-3 on Page 20 of 230:** This language is unnecessary oversight of the Homeowners Assistance Fund program. Further, this provision violates Article II, Section 2 of the Louisiana Constitution.

**Veto No. 6** **Delete Lines 23-35 on Page 88 of 230:** The entities that are transferring the funds are in the best position to identify or verify the source of their funds set for transfer, not the Department. Thus, the transferring entity is the entity which should certify as to the fact that the funds transferred are "public funds" pursuant to federal regulation. Further, this provision violates Article II, Section 2 of the Louisiana Constitution.

**Veto No. 7** **Delete lines 12-13 on Page 197 of 230:** This item contains an unnecessary appropriation.

**Veto No. 8** **Delete Lines 38-40 on Page 199 of 230:** This item contains an unnecessary appropriation.

Enclosed is a copy of the signed version of House Bill 1. I have sent the original to the Secretary of State.

Sincerely,
JOHN BEL EDWARDS
Governor

### OFFICE OF THE GOVERNOR
### STATE OF LOUISIANA

June 9, 2021

Honorable Clay J. Schexnayder
Speaker of the House
Louisiana House of Representatives
Post Office Box 94062
Baton Rouge, Louisiana 70804

Honorable Patrick Page Cortex
President
Louisiana State Senate
Post Office Box 94183
Baton Rouge, Louisiana 70804

Re:  Line Item Vetoes in House Bill 516 of the 2021 Regular Session

Dear Speaker Schexnayder and President Cortez:

Please allow this letter to inform you that I have signed House Bill 516 of the 2021 Regular Session. However, I have exercised my line item veto authority granted to me to veto 4 items.

I have exercised my line item veto authority as follows:

**Veto No. 1:** **Delete Lines 40-41 on Page 27 of 36:** This item contains an unnecessary appropriation.

**Veto No. 2:** **Delete Lines 12-14 on Page 29 of 36:** This item contains an unnecessary appropriation.

**Veto No. 3:** **Delete Lines 23-24 on Page 30 of 36:** This item contains an unnecessary appropriation.

**Veto No. 4:** **Delete Lines 33-35 on Page 30 of 36:** This item contains an unnecessary appropriation.

Enclosed is a copy of the signed version of House Bill 516. I have sent the original to the Secretary of State.

Sincerely,
JOHN BEL EDWARDS
Governor

## Message from the House

### CONCURRING IN
### SENATE CONCURRENT RESOLUTIONS

June 9, 2021

To the Honorable President and Members of the Senate:

I am directed to inform your honorable body that the House of Representatives has finally concurred in the following Senate Concurrent Resolutions:

**SENATE CONCURRENT RESOLUTION NO. 59—**
BY SENATOR BERNARD
A CONCURRENT RESOLUTION
To urge and request the office of public health of the Louisiana Department of Health to study and submit a report relative to health care infrastructure needs in Louisiana.

Reported without amendments.

Respectfully submitted,
MICHELLE D. FONTENOT
Clerk of the House of Representatives

## Message from the House

### DISAGREEMENT TO HOUSE BILL

June 9, 2021

To the Honorable President and Members of the Senate:

I am directed to inform your honorable body that the House of Representatives has refused to concur in the proposed Senate Amendment(s) to **House Bill No. 137** by Representative Duplessis, and ask the President to appoint on the part of the Senate a committee to confer with a like committee from the House on the disagreement; and to inform your honorable body that the Speaker of the House of Representatives has appointed the following members as conferees on the part of the House:

Representatives  Duplessis, James and Magee.

Respectfully submitted,
MICHELLE D. FONTENOT
Clerk of the House of Representatives

## Message from the House

### DISAGREEMENT TO HOUSE BILL

June 9, 2021

To the Honorable President and Members of the Senate:

I am directed to inform your honorable body that the House of Representatives has refused to concur in the proposed Senate Amendment(s) to **House Bill No. 183** by Representative Brown, and ask the President to appoint on the part of the Senate a committee to confer with a like committee from the House on the disagreement; and to inform your honorable body that the Speaker of the House of Representatives has appointed the following members as conferees on the part of the House:

Representatives  Brown, Carpenter and Stefanski.

Respectfully submitted,
MICHELLE D. FONTENOT
Clerk of the House of Representatives

**34th DAY'S PROCEEDINGS**

# Page 3 SENATE
June 10, 2021

## Message from the House

### DISAGREEMENT TO HOUSE BILL

June 9, 2021

To the Honorable President and Members of the Senate:

I am directed to inform your honorable body that the House of Representatives has refused to concur in the proposed Senate Amendment(s) to **House Bill No. 678** by Representative Duplessis, and ask the President to appoint on the part of the Senate a committee to confer with a like committee from the House on the disagreement; and to inform your honorable body that the Speaker of the House of Representatives has appointed the following members as conferees on the part of the House:

Representatives Duplessis, Bishop and Ivey.

Respectfully submitted,
MICHELLE D. FONTENOT
Clerk of the House of Representatives

## Message from the House

### ADOPTION OF
### CONFERENCE COMMITTEE REPORT

June 9, 2021

To the Honorable President and Members of the Senate:

I am directed to inform your honorable body that the House of Representatives has adopted the Report of the Conference Committee on the disagreement to **Senate Bill No. 10**.

Respectfully submitted,
MICHELLE D. FONTENOT
Clerk of the House of Representatives

## Message from the House

### ADOPTION OF
### CONFERENCE COMMITTEE REPORT

June 9, 2021

To the Honorable President and Members of the Senate:

I am directed to inform your honorable body that the House of Representatives has adopted the Report of the Conference Committee on the disagreement to **Senate Bill No. 154**.

Respectfully submitted,
MICHELLE D. FONTENOT
Clerk of the House of Representatives

## Message from the House

### ADOPTION OF
### CONFERENCE COMMITTEE REPORT

June 9, 2021

To the Honorable President and Members of the Senate:

I am directed to inform your honorable body that the House of Representatives has adopted the Report of the Conference Committee on the disagreement to **House Bill No. 38**.

Respectfully submitted,
MICHELLE D. FONTENOT
Clerk of the House of Representatives

## Message from the House

### ADOPTION OF
### CONFERENCE COMMITTEE REPORT

June 9, 2021

To the Honorable President and Members of the Senate:

I am directed to inform your honorable body that the House of Representatives has adopted the Report of the Conference Committee on the disagreement to **House Bill No. 188**.

Respectfully submitted,
MICHELLE D. FONTENOT
Clerk of the House of Representatives

## Message from the House

### ADOPTION OF
### CONFERENCE COMMITTEE REPORT

June 9, 2021

To the Honorable President and Members of the Senate:

I am directed to inform your honorable body that the House of Representatives has adopted the Report of the Conference Committee on the disagreement to **House Bill No. 278**.

Respectfully submitted,
MICHELLE D. FONTENOT
Clerk of the House of Representatives

## Message from the House

### ADOPTION OF
### CONFERENCE COMMITTEE REPORT

June 9, 2021

To the Honorable President and Members of the Senate:

I am directed to inform your honorable body that the House of Representatives has adopted the Report of the Conference Committee on the disagreement to **House Bill No. 292**.

Respectfully submitted,
MICHELLE D. FONTENOT
Clerk of the House of Representatives

## Message from the House

### ADOPTION OF
### CONFERENCE COMMITTEE REPORT

June 9, 2021

To the Honorable President and Members of the Senate:

I am directed to inform your honorable body that the House of Representatives has adopted the Report of the Conference Committee on the disagreement to **House Bill No. 423**.

Respectfully submitted,
MICHELLE D. FONTENOT
Clerk of the House of Representatives

# Page 4 SENATE
June 10, 2021

## Message from the House

### ADOPTION OF
### CONFERENCE COMMITTEE REPORT

June 9, 2021

To the Honorable President and Members of the Senate:

I am directed to inform your honorable body that the House of Representatives has adopted the Report of the Conference Committee on the disagreement to **House Bill No. 647**.

Respectfully submitted,
MICHELLE D. FONTENOT
Clerk of the House of Representatives

### Appointment of Conference Committee
### on House Bill No. 137

The President of the Senate appointed to the Conference Committee on **House Bill No. 137** the following members of the Senate:

Senators Cortez,
Smith
and Bouie.

### Appointment of Conference Committee
### on House Bill No. 183

The President of the Senate appointed to the Conference Committee on **House Bill No. 183** the following members of the Senate:

Senators Luneau,
Reese
and Womack.

### Appointment of Conference Committee
### on House Bill No. 678

The President of the Senate appointed to the Conference Committee on **House Bill No. 678** the following members of the Senate:

Senators Allain,
Ward
and Bouie.

## Introduction of Senate Resolutions

Senator Boudreaux asked for and obtained a suspension of the rules to read Senate Resolutions a first and second time.

**SENATE RESOLUTION NO. 220—**
BY SENATOR BOUDREAUX
A RESOLUTION
To commend Gregg Gothreaux, President and CEO of the Lafayette Economic Development Authority for his accomplishments and service with LEDA for twenty-one years.

Senator Boudreaux moved adoption of the Senate Resolution.

## ROLL CALL

The roll was called with the following result:

YEAS

| | | |
|---|---|---|
| Mr. President | Henry | Morris |
| Abraham | Hensgens | Peacock |
| Allain | Hewitt | Peterson |
| Barrow | Jackson | Pope |
| Bernard | Johns | Price |
| Boudreaux | Luneau | Reese |
| Cathey | McMath | Smith |
| Fesi | Milligan | Ward |
| Fields | Mills, F. | Womack |
| Foil | Mills, R. | |
| Harris | Mizell | |
| Total - 31 | | |

NAYS

Total - 0

ABSENT

| | | |
|---|---|---|
| Bouie | Lambert | White |
| Cloud | Talbot | |
| Connick | Tarver | |
| Total - 7 | | |

The Chair declared the Senate adopted the Senate Resolution.

## Rules Suspended

Senator Ward asked for and obtained a suspension of the rules to take up at this time:

## Senate Bills and Joint Resolutions
## Returned from the House of Representatives
## with Amendments

**SENATE BILL NO. 142—**
BY SENATORS WARD, CORTEZ AND JOHNS
AN ACT
To enact R.S. 4:199, R.S. 27:625(G) and R.S. 28:843, relative to sports wagering; to provide relative to revenue generated from sports wagering; to provide for appropriation; to create the Behavioral Health and Wellness Fund; to create the Sports Wagering Purse Supplemental Fund; and to provide for related matters.

The bill was read by title.  Returned from the House of Representatives with amendments:

### HOUSE COMMITTEE AMENDMENTS

Amendments proposed by House Committee on Appropriations to Reengrossed Senate Bill No. 142 by Senator Ward

AMENDMENT NO. 1
On page 1, line 5, change "Supplemental" to "Supplement"

AMENDMENT NO. 2
On page 1, delete line 13, and insert
"**(1)  Two percent of the monies collected pursuant to this Section, or five hundred thousand dollars, whichever is greater, shall be**"

AMENDMENT NO. 3
On page 1, line 16, after "**(2)**" and before "**percent**" change "**Twenty**" to "**Twenty-five**"

AMENDMENT NO. 4
On page 2, line 2, after "**(3)**" and before "**percent**" change "**Ten**" to "**Twelve**"

AMENDMENT NO. 5
On page 2, delete line 5 and insert the following:
"**(4)  One percent of the monies collected pursuant to this Section shall be credited to the Sports Wagering Purse Supplement Fund**"

AMENDMENT NO. 6
On page 2, line 6, after "**Sports**" and before "**Purse**" change "**Gaming**" to "**Wagering**"

App.260

AMENDMENT NO. 7
On page 2, line 10, after "**funds**" delete the remainder of the line and insert "**collected pursuant to this Section shall be credited to the state general fund.**"

AMENDMENT NO. 8
On page 2, line 12, change "**Supplemental**" to "**Supplement**"

AMENDMENT NO. 9
On page 2, line 14, after "**Wagering**" and before "**Fund**" delete "**Supplemental**" and insert "**Purse Supplement**"

AMENDMENT NO. 10
On page 2, line 15, after "**as**" and before "**"fund"**" insert "**the**"

AMENDMENT NO. 11
On page 3, line 22, after "**as**" and before "**"fund"**" insert "**the**"

**HOUSE FLOOR AMENDMENTS**

Amendments proposed by Representative Stefanski to Reengrossed Senate Bill No. 142 by Senator Ward

AMENDMENT NO. 1
On page 1, after "R.S. 27:625(G)" and before "and" insert "and 628"

AMENDMENT NO. 2
On page 1, line 5, after "Fund;" and before "and" insert "to create the Sports Wagering Local Allocation Fund;"

AMENDMENT NO. 3
On page 1, line 7, after "R.S. 27:625(G)" and before "hereby" delete "is" and insert "and 628 are"

AMENDMENT NO. 4
On page 2, delete lines 3 and 4 in their entirety and insert "**credited to the Sports Wagering Local Allocation Fund established by R.S. 27:628.**"

AMENDMENT NO. 5
On page 2, between lines 10 and 11, insert the following:
"*       *       *
**§628.  Sports Wagering Local Allocation Fund**
        **A.   There is hereby created in the state treasury a special fund to be known as the Sports Wagering Local Allocation Fund, hereafter referred to as the "fund".**
        **B.    Monies in the fund shall be remitted monthly, by proportionate distribution, to each parish governing authority in which the taxable conduct pursuant to R.S. 27:625 occurred.**"

AMENDMENT NO. 6
On page 3, line 25, after "**Chapter**" and before "**shall**" insert a comma ","and insert "**except for monies deposited into the Compulsive and Problem Gaming Fund pursuant to the provisions of this Chapter, shall be credited to the fund. Monies in the fund**"

**HOUSE FLOOR AMENDMENTS**

Amendments proposed by Representative Lyons to Reengrossed Senate Bill No. 142 by Senator Ward

AMENDMENT NO. 1
Delete House Committee Amendment No. 7 by the House Committee on Appropriations (#3873)

AMENDMENT NO. 2
Delete House Committee Amendment No. 4 by the House Committee on Appropriations (#3873)

AMENDMENT NO. 3
On page 2, delete line 10 in its entirety and insert the following:
        "**(5) Two percent of the monies collected pursuant to this Section, or five hundred thousand dollars, whichever is greater,**

**shall be credited to the Disability Affairs Trust Fund established by R.S. 46:2583.**
        **(6) Any remaining funds shall be available as state general funds.**"

Senator Ward moved to reject the amendments proposed by the House.

**ROLL CALL**

The roll was called with the following result:

YEAS

| | | |
|---|---|---|
| Mr. President | Hensgens | Peacock |
| Abraham | Hewitt | Peterson |
| Allain | Jackson | Pope |
| Barrow | Johns | Price |
| Bernard | Lambert | Reese |
| Boudreaux | Luneau | Smith |
| Bouie | McMath | Talbot |
| Cathey | Milligan | Ward |
| Fields | Mills, F. | White |
| Foil | Mills, R. | Womack |
| Harris | Mizell | |
| Henry | Morris | |
|   Total - 34 | | |

NAYS

   Total - 0

ABSENT

| | |
|---|---|
| Cloud | Fesi |
| Connick | Tarver |
|   Total - 4 | |

The Chair declared the Senate rejected the amendments proposed by the House.

**Rules Suspended**

Senator Womack asked for and obtained a suspension of the rules to take up at this time:

**Senate Bills and Joint Resolutions
Returned from the House of Representatives
with Amendments, Subject to Call**

**Called from the Calendar**

Senator Womack asked that Senate Bill No. 188 be called from the Calendar.

**SENATE BILL NO. 188—**
BY SENATOR WOMACK
AN ACT
To amend and reenact R.S. 40:600.89(A)(1) and the introductory paragraph of (2), (c), and (e), relative to the Louisiana Housing Corporation; to provide relative to the board of directors; and to provide for related matters.

The bill was read by title.  Returned from the House of Representatives with amendments:

**HOUSE FLOOR AMENDMENTS**

Amendments proposed by Representatives Riser and Gary Carter to Reengrossed Senate Bill No. 188 by Senator Womack

AMENDMENT NO. 1
On page 1, line 2, after "reenact" delete "R.S. 40:600.89(A)(1)" and insert in lieu thereof "R.S. 40:531(B)(2)(b) and 600.89(A)(1)"

# Page 6 SENATE

## 34th DAY'S PROCEEDINGS

June 10, 2021

AMENDMENT NO. 2
On page 1, line 3, after "Corporation" and before "; to provide" insert "and local housing authorities"

AMENDMENT NO. 3
On page 1, line 4, after "directors;" and before "and to provide" insert "to provide for the appointment of landlord commissioners;"

AMENDMENT NO. 4
On page 1, line 6, delete "R.S. 40:600.89(A)(1)" and insert in lieu thereof "R.S. 40:531(B)(2)(b) and 600.89(A)(1)"

AMENDMENT NO. 5
On page 1, between lines 7 and 8, insert the following:
"§531.  Appointment of commissioners to local housing authority

B.                    *     *     *

(2)
              *     *     *

(b)  The one landlord commissioner shall be appointed by the mayor from a list of three nominees submitted by the Landlords Advisory Committee.  No person who has or who is seeking a business or financial relationship with the housing authority or who otherwise has a conflict pursuant to the Code of Governmental Ethics regarding service on the housing authority shall be eligible to be appointed as a landlord commissioner.  The committee shall meet within sixty days after any mayoral election is concluded or any vacancy in the landlord commissioner position and shall nominate the list of landlord commissioners as provided in this Subsection upon a majority vote of the members of the committee present and voting.  The committee shall give notice of the purpose, time, and place of such a meeting through the landlord portal on the official website of the housing authority or by publication in the official journal of the city of New Orleans at least seven days prior to the date set for the hearing.

              *     *     *"

Senator Womack moved to concur in the amendments proposed by the House.

## ROLL CALL

The roll was called with the following result:

YEAS

| | | |
|---|---|---|
| Mr. President | Henry | Peacock |
| Abraham | Hensgens | Pope |
| Allain | Hewitt | Price |
| Barrow | Jackson | Reese |
| Bernard | Johns | Smith |
| Boudreaux | Lambert | Talbot |
| Bouie | McMath | Tarver |
| Cloud | Milligan | Ward |
| Fesi | Mills, F. | White |
| Fields | Mills, R. | Womack |
| Foil | Mizell | |
| Harris | Morris | |
|   Total - 34 | | |

NAYS

  Total - 0

ABSENT

| | |
|---|---|
| Cathey | Luneau |
| Connick | Peterson |
|   Total - 4 | |

The Chair declared the Senate concurred in the amendments proposed by the House.

## Conference Committee Reports

The following report was received and read:

**HOUSE BILL NO. 278—**
BY REPRESENTATIVE BISHOP AND SENATOR ALLAIN
AN ACT
To amend and reenact R.S. 47:32(A), 241, 293(3) and (10), 295(B), 296.1(B)(3)(c) and (d), 300.1, 300.6(A), and 300.7(A), to enact R.S. 47:32.1, and to repeal R.S. 47:293(4) and (9)(a)(ii), 296.1(B)(3)(e), and 298, relative to the individual and fiduciary income tax; to reduce the rates for purposes of calculating individual and fiduciary income tax liability; to repeal the deductibility of federal income taxes paid for purposes of calculating individual and fiduciary income tax; to provide with respect to the deduction for excess federal itemized personal deductions; to provide for certain requirements and limitations; to authorize the reduction of certain rates under certain circumstances; to provide for applicability; to provide for an effective date; and to provide for related matters.

### CONFERENCE COMMITTEE REPORT

June 9, 2021

To the Honorable Speaker and Members of the House of Representatives and the Honorable President and Members of the Senate.

Ladies and Gentlemen:

We, the conferees appointed to confer over the disagreement between the two houses concerning House Bill No. 278 by Representative Bishop recommend the following concerning the Reengrossed bill:

1. That Senate Committee Amendment Nos. 2, 3, and 4 by the Committee on Revenue and Fiscal Affairs (#2962) be rejected.

2. That Senate Committee Amendment Nos. 1 and 5 through 8 by the Committee on Revenue and Fiscal Affairs (#2962) be adopted.

3. That Senate Floor Amendment No. 1 by Senator Allain (#3170) be rejected.

4. That Senate Floor Amendment No. 2 by Senator Allain (#3170) be adopted.

5. That the following amendments to the Reengrossed bill be adopted:

AMENDMENT NO. 1
On page 1, line 2, after "295(B)," delete the remainder of the line in its entirety

AMENDMENT NO. 2
On page 1, line 4, after "(9)(a)(ii)," and before "and 298," delete "296.1(B)(3)(e)," and insert  "296.1(B)(3)(c),"

AMENDMENT NO. 3
On page 1, line 13, after "295(B)," delete the remainder of the line in its entirety

AMENDMENT NO. 4
On page 2, delete lines 9 through 29 in their entirety and on page 3, delete lines 1 through 7 in their entirety and insert the following:
"A.(1)  Beginning April 1, 2024, and each April first through 2034, if the prior fiscal year's actual individual income tax collections as reported in the state's accounting system exceed the actual individual income tax collections for the fiscal year ending June 30, 2019, as reported in the state's accounting system, adjusted annually by the growth factor provided for in Article VII, Section 10(C) of the Constitution, the individual income tax rate in R.S. 47:32 for the tax

year beginning the following January first shall be reduced as provided in Paragraph (2) of this Subsection.

(2) The reduced rates shall be calculated by multiplying each current rate by the difference between one and the percentage change in individual income tax collections in excess of the individual income tax collections for Fiscal Year 2018-2019 adjusted annually by the growth factor as provided in Paragraph (1) of this Subsection. Rate reductions shall be made only if both of the following conditions are met:

(a) The prior fiscal year's actual total tax, licenses, and fees exceed the actual total tax, licenses, and fees for Fiscal Year 2018-2019, adjusted annually by the growth factor in Article VII, Section 10(C) of the Constitution of Louisiana.

(b) The Budget Stabilization Fund balance as determined by the treasurer is at least two and one-half percent of the total state revenue receipts from the prior fiscal year.

B. When the provisions of this Section require a reduction in the individual income tax rates, the secretary of the Department of Revenue shall publish the reduced rates, and shall include the reduced rates when publishing the tax tables pursuant to R.S. 47:295 and the withholding tables pursuant to R.S. 47:112.

C. The actual individual income tax collections and actual total tax, licenses, and fees used in the calculations required by this Section shall be certified by the Office of Statewide Reporting and Accounting Policy.

D.(1) "Growth factor provided for in Article VII, Section 10(C) of the Constitution" means the positive growth factor that is the most recent average annual percentage rate of change of personal income for Louisiana as defined and reported by the United States Department of Commerce for the three calendar years prior to the fiscal year in which this calculation is made.

(2) "Actual total tax, licenses, and fees" means actual total tax, licenses, and fees as reported to the Revenue Estimating Conference."

AMENDMENT NO. 5
On page 5, delete lines 24 through 28 in their entirety and on page 6, delete lines 1 through 7 in their entirety

AMENDMENT NO. 6
On page 7, line 6, after "(9)(a)(ii)," and before "and 298," delete "296.1(B)(3)(e)," and insert "296.1(B)(3)(c),"

Respectfully submitted,

| Representatives: | Senators: |
|---|---|
| Stuart J. Bishop | Patrick Page Cortez |
| Neil Riser | R. L. Bret Allain II |
| Clay Schexnayder | W. Jay Luneau |

Senator Allain moved to adopt the Conference Committee Report.

## ROLL CALL

The roll was called with the following result:

YEAS

| Mr. President | Harris | Morris |
|---|---|---|
| Abraham | Henry | Peacock |
| Allain | Hensgens | Peterson |
| Barrow | Hewitt | Pope |
| Bernard | Jackson | Price |
| Boudreaux | Johns | Reese |
| Bouie | Luneau | Smith |
| Cathey | McMath | Talbot |
| Cloud | Milligan | Tarver |
| Fesi | Mills, F. | Ward |
| Fields | Mills, R. | White |
| Foil | Mizell | Womack |
| Total - 36 | | |

NAYS

Lambert
    Total - 1

ABSENT

Connick
    Total - 1

The Chair declared the Conference Committee Report was adopted.

Senator Allain moved to reconsider the vote by which the Conference Committee Report to House Bill No. 278 was adopted and laid the motion on the table.

## Conference Committee Report

The following report was received and read:

**HOUSE BILL NO. 292—**
BY REPRESENTATIVE RISER
AN ACT
To amend and reenact R.S. 47:241 and 287.69 and to repeal R.S. 47:287.79, 287.83, 287.85, and 287.442(B)(1), relative to corporation income tax; to provide relative to the deductibility of federal income taxes; to repeal deductibility of federal income taxes paid for purposes of calculating corporate income taxes; to provide for applicability; to provide for an effective date; and to provide for related matters.

### CONFERENCE COMMITTEE REPORT

June 9, 2021

To the Honorable Speaker and Members of the House of Representatives and the Honorable President and Members of the Senate.

Ladies and Gentlemen:

We, the conferees appointed to confer over the disagreement between the two houses concerning House Bill No. 292 by Representative Riser recommend the following concerning the Engrossed bill:

1.  That Senate Committee Amendment Nos. 1, 2, and 4 by the Committee on Revenue and Fiscal Affairs (#2951) be rejected.

2.  That Senate Committee Amendment Nos. 3 and 5 through 10 by the Committee on Revenue and Fiscal Affairs (#2951) be adopted.

3.  That the set of Senate Floor Amendments by Senator Allain (#3182) be rejected.

4.  That the following amendments be adopted:

AMENDMENT NO. 1

In Amendment No. 5 by the Senate Committee on Revenue and Fiscal Affairs (#2951), on page 1, delete lines 17 through 39 in their entirety and insert the following:
"C. On corporations. The tax to be assessed, levied, collected, and paid upon the ~~net~~ taxable income of every corporation shall be computed at the ~~rate of:~~ rates provided for in R.S. 47:287.12.
~~(1) Four percentum upon the first twenty-five thousand dollars of net income.~~
~~(2) Five percentum upon the amount of net income above twenty-five thousand dollars but not in excess of fifty thousand dollars.~~
~~(3) Six percentum on the amount of net income above fifty thousand dollars but not in excess of one hundred thousand dollars.~~

# Page 8 SENATE

June 10, 2021

## 34th DAY'S PROCEEDINGS

(4) ~~Seven percentum on the amount of net income above one hundred thousand dollars but not in excess of two hundred thousand dollars.~~

(5) ~~Eight percentum on all net income in excess of two hundred thousand dollars."~~

## AMENDMENT NO. 2

In Amendment No. 5 by the Senate Committee on Revenue and Fiscal Affairs (#2951), on page 2, delete lines 20 through 35 in their entirety and insert the following:

"§287.12.  Rates of tax

The tax to be assessed, levied, collected, and paid upon the Louisiana taxable income of every corporation shall be computed at the rate of:

(1) ~~Four~~ Three and one-half percent upon the first ~~twenty-five~~ fifty thousand dollars of Louisiana taxable income.

(2) ~~Five percent upon the amount of Louisiana taxable income above twenty-five thousand dollars but not in excess of fifty thousand dollars.~~

~~(3) Six~~ Five and one-half percent on the amount of Louisiana taxable income above fifty thousand dollars but not in excess of one hundred thousand dollars.

~~(4)(3)~~ Seven and one-half percent on the amount of Louisiana taxable income above one hundred thousand dollars ~~but not in excess of two hundred thousand dollars.~~

(5) ~~Eight percent on all Louisiana taxable income in excess of two hundred thousand dollars."~~

## AMENDMENT NO. 3

In Amendment No. 6 by the Senate Committee on Revenue and Fiscal Affairs (#2951), on page 2, between lines 38 and 39, insert the following:

"§287.442.  Exceptions to taxable year of inclusion; taxable year deductions taken

\*       \*       \*

B.  Period for which deductions and credits shall be taken.

(1) ~~The taxable year in which to claim the federal income tax deduction allowed by R.S. 47:287.85 shall be determined as follows, regardless of the method of accounting regularly employed by the taxpayer:~~

~~(a)  The federal income tax deduction may be claimed for the same taxable year in which the federal income tax sought to be deducted is incurred, provided the taxpayer files a federal income tax return for such taxable year or is included with affiliates in a consolidated federal income tax return for such taxable year.~~

~~(b)(i)(a)~~  Taxable year for adjustments to taxpayer's federal income tax return. Except as otherwise provided in this ~~Subparagraph~~ Paragraph, adjustments affecting federal taxable income which are made to the taxpayer's income tax return subsequent to filing, whether made because of a deficiency proposed by the government, a court order, an amended return, or other appropriate instrument or act, showing an overpayment or a deficiency shall be taken into account for purposes of this Part in the period for which the return was filed, unless the prescriptive period for the collection of tax or the refund or credit of overpayments, as the case may be, has expired. If the applicable prescriptive period has expired, the additional tax paid by the taxpayer in the case of an underpayment or the refund or credit received by the taxpayer in the case of an overpayment shall be for the taxable year such tax was paid, such refund was received, or such credit was allowed, as the case may be.

~~(ii)(b)~~  When a federal refund results from transactions or conditions which arise after the close of the taxable year for which the refund is made, such federal refund shall be taken into account, for purposes of this Part, for the taxable year in which arose the transactions or conditions causing the refund.

~~(e)(2)~~  Taking federal adjustments into account. A payment of additional federal tax upon income which has borne Louisiana tax shall be taken into account by decreasing taxable income. That portion, if any, of such additional federal tax payment which would be disallowed as a deduction under either R.S. 47:287.81 or R.S. 47:287.83 shall be excluded from such adjustment. Refunds or credits of federal overpayments, including refunds or credits created by the carryback of a federal net operating loss, shall be taken into account by increasing Louisiana net income or decreasing the Louisiana net

loss, as the case may be. That portion, if any, of the federal refund or credit of an overpayment which has not previously been charged against or deducted from Louisiana net income shall be excluded from such adjustment.

~~(d)(3)~~  Adjustments made to the Louisiana return. Adjustments to a return filed pursuant to this Part, whether initiated by the secretary or the taxpayer, shall be taken into account in the taxable year for which the return was filed in accordance with rules, regulations, or forms prescribed by the secretary.

~~(2)(4)~~  If a deduction is claimed and allowed in any period, the same deduction cannot again be claimed in a subsequent period in which it otherwise would be properly deductible, unless the taxpayer, prior to the running of prescription with respect to the first period, shall have amended his return for that period so as to eliminate the deduction and shall have paid any additional tax which may be due as a result thereof, together with any interest and penalties that may be applicable thereto.

\*       \*       \*"

## AMENDMENT NO. 4

On page 1, line 2, after "reenact" delete the remainder of the line in its entirety and at the beginning of line 3, delete "and 287.442(B)(1)," and insert the following: "R.S. 47:32(C), 241, 287.12, 287.69, 287.442(B), and 287.732.2(B) and to repeal R.S. 47:55(5), 287.79, 287.83, 287.85, and 287.732.2(C),"

## AMENDMENT NO. 5

On page 1, line 8, after "Section 1." and before "are" delete "R.S. 47:241 and 287.69" and insert "R.S. 47:32(C), 241, 287.12, 287.69, 287.442(B), and 287.732.2(B)"

## AMENDMENT NO. 6

On page 2, line 24, after "Section 2." delete the remainder of the line in its entirety and insert the following: "R.S. 47:55(5), 287.79, 287.83, 287.85, and 287.732.2(C) are hereby repealed"

Respectfully submitted,

| Representatives: | Senators: |
|---|---|
| Neil Riser | Patrick Page Cortez |
| Stuart J. Bishop | R. L. Bret Allain II |
| Gerald "Beau" Alphonse Beaullieu IV | Mike Reese |

Senator Allain moved to adopt the Conference Committee Report.

## ROLL CALL

The roll was called with the following result:

YEAS

| | | |
|---|---|---|
| Mr. President | Harris | Mizell |
| Abraham | Henry | Morris |
| Allain | Hensgens | Peacock |
| Barrow | Hewitt | Peterson |
| Bernard | Jackson | Pope |
| Boudreaux | Johns | Price |
| Bouie | Lambert | Reese |
| Cathey | Luneau | Smith |
| Cloud | McMath | Talbot |
| Fesi | Milligan | Ward |
| Fields | Mills, F. | White |
| Foil | Mills, R. | Womack |
| Total - 36 | | |

NAYS

Total - 0

ABSENT

| | |
|---|---|
| Connick | Tarver |
| Total - 2 | |

App.264

The Chair declared the Conference Committee Report was adopted.

Senator Allain moved to reconsider the vote by which the Conference Committee Report to House Bill No. 292 was adopted and laid the motion on the table.

## Conference Committee Report

The following report was received and read:

**SENATE BILL NO. 159—**
BY SENATOR ALLAIN AND REPRESENTATIVE BISHOP AND SENATOR JOHNS
A JOINT RESOLUTION
Proposing to amend Article VII, Section 4(A) of the Constitution of Louisiana, relative to income tax; to provide a maximum rate of individual income tax; to provide with respect to the deductibility of federal income tax for purposes of computing state income tax; to eliminate the mandatory deduction for federal income taxes; and to specify an election for submission of the proposition to electors and provide a ballot proposition.

### CONFERENCE COMMITTEE REPORT

June 2, 2021

To the Honorable President and Members of the Senate and to the Honorable Speaker and Members of the House of Representatives.

Ladies and Gentlemen:

We, the conferees appointed to confer over the disagreement between the two houses concerning Senate Bill No. 159 by Senator Allain recommend the following concerning the Engrossed bill:

1.  That House Committee Amendment No. 1 proposed by the House Committee on Ways and Means and adopted by the House of Representatives on May 12, 2021, be adopted.

2.  That House Committee Amendment No. 2 proposed by the House Committee on Civil Law and Procedure and adopted by the House of Representatives on May 19, 2021, be rejected.

Respectfully submitted,

| Senators: | Representatives: |
|---|---|
| Patrick Page Cortez | Stuart J. Bishop |
| R. L. Bret Allain II | Neil Riser |
| W. Jay Luneau | Gerald "Beau" Alphonse Beaullieu IV |

Senator Allain moved to adopt the Conference Committee Report.

## ROLL CALL

The roll was called with the following result:

YEAS

| | | |
|---|---|---|
| Mr. President | Harris | Peacock |
| Abraham | Henry | Pope |
| Allain | Hensgens | Price |
| Barrow | Hewitt | Reese |
| Bernard | Jackson | Smith |
| Boudreaux | Johns | Talbot |
| Bouie | Luneau | Tarver |
| Cathey | McMath | Ward |
| Cloud | Milligan | White |
| Fesi | Mills, F. | Womack |
| Fields | Mills, R. | |
| Foil | Mizell | |
| Total - 34 | | |

NAYS

| | | |
|---|---|---|
| Lambert | Morris | Peterson |
| Total - 3 | | |

ABSENT

| | |
|---|---|
| Connick | |
| Total - 1 | |

The Chair declared the Conference Committee Report was adopted.

Senator Allain moved to reconsider the vote by which the Conference Committee Report to Senate Bill No. 159 was adopted and laid the motion on the table.

## Appointment of Conference Committee on Senate Bill No. 142

The President of the Senate appointed the following members to confer with a like committee from the House to consider the disagreement on **Senate Bill No. 142**:

Senators Ward,
Cortez
and Smith.

## Conference Committee Report

The following report was received and read:

**HOUSE BILL NO. 457—**
BY REPRESENTATIVE FIRMENT
AN ACT
To amend and reenact R.S. 22:1662(3), to enact R.S. 22:1674.1, and to repeal R.S. 22:1674, relative to insurance claims adjusters; to provide for the standards of conduct for claims adjusters; to require newly licensed claims adjusters and claims adjusters renewing their license to read and acknowledge the claims adjuster standards of conduct; to provide for penalties for violation of the standards of conduct; to provide an exemption from licensure for certain persons; and to provide for related matters.

### CONFERENCE COMMITTEE REPORT

June 7, 2021

To the Honorable Speaker and Members of the House of Representatives and the Honorable President and Members of the Senate.

Ladies and Gentlemen:

We, the conferees appointed to confer over the disagreement between the two houses concerning House Bill No. 457 by Representative Firment recommend the following concerning the Reengrossed bill:

1.  That Senate Committee Amendment No. 2 proposed by the Senate Committee on Insurance (#2282) be adopted.

2.  That Senate Committee Amendment Nos. 1 and 3 proposed by the Senate Committee on Insurance (#2282) be rejected.

3.  That the following amendments to the Reengrossed bill be adopted:

AMENDMENT NO. 1
On page 1, delete line 2 in its entirety and insert in lieu thereof the following: "To enact R.S. 22:1674.1 and to repeal R.S. 22:1674,"

# 34th DAY'S PROCEEDINGS

# Page 117 SENATE

June 10, 2021

June 10, 2021

To the President and Members of the Senate:

I am directed by your Committee on Senate and Governmental Affairs to submit the following report:

The following Senate Bills have been properly enrolled:

**SENATE BILL NO. 10—**
BY SENATORS FIELDS, BARROW, BERNARD, BOUDREAUX, BOUIE, CATHEY, CONNICK, HARRIS, HEWITT, JACKSON, LUNEAU, MCMATH, MILLIGAN, FRED MILLS, ROBERT MILLS, MIZELL, PEACOCK, PETERSON, PRICE, SMITH, TALBOT AND TARVER AND REPRESENTATIVES ADAMS, BRYANT, GARY CARTER, ROBBY CARTER, WILFORD CARTER, COX, DUPLESSIS, FREEMAN, FREIBERG, GLOVER, GREEN, HILFERTY, JAMES, JEFFERSON, JENKINS, JORDAN, LANDRY, LARVADAIN, LYONS, MARINO, DUSTIN MILLER, MOORE, NEWELL, PHELPS, PIERRE, PRESSLY, SELDERS, STAGNI, THOMPSON AND WILLARD
AN ACT
To amend and reenact R.S. 17:151.3, 221(A)(1), and 222, and to enact R.S. 17:221(E), relative to compulsory school attendance; to provide for mandatory attendance in kindergarten; to provide for exceptions; to provide for effectiveness; and to provide for related matters.

**SENATE BILL NO. 96—**
BY SENATOR LAMBERT
AN ACT
To amend and reenact R.S. 30:2418(H)(1) and to enact R.S. 30:2418.1 and 2418.2, relative to the waste tire program in the Department of Environmental Quality; to authorize the establishment of standards, requirements, and permitting procedures; to provide for waste tire generators; to authorize the promulgation of rules, regulations, and guidelines; to require certain generators of waste tires to obtain generator identification numbers; to require certain transporters to obtain a certificate; to provide for criminal penalties; and to provide for related matters.

**SENATE BILL NO. 128—**
BY SENATORS JACKSON, BARROW, BOUDREAUX, FIELDS AND TARVER AND REPRESENTATIVES GARY CARTER, WILFORD CARTER, COX, HUGHES, JEFFERSON, JENKINS, TRAVIS JOHNSON, JONES, LARVADAIN, LYONS, MOORE, NEWELL, ORGERON, PIERRE, SELDERS, STAGNI AND WILLARD
AN ACT
To amend and reenact R.S. 17:434(A) and to enact R.S. 17:426, relative to teachers and other school employees; to provide relative to planning time and lunch periods for teachers; to provide for an uninterrupted planning period for teachers; to delete requirements for a duty-free lunch period for teachers; to provide for an exemption from tolls on the Louisiana Highway 1 Bridge for teachers, school bus drivers, and other school employees; and to provide for related matters.

**SENATE BILL NO. 159—**
BY SENATORS ALLAIN AND JOHNS AND REPRESENTATIVE BISHOP
A JOINT RESOLUTION
Proposing to amend Article VII, Section 4(A) of the Constitution of Louisiana, relative to income tax; to provide a maximum rate of individual income tax; to provide with respect to the deductibility of federal income tax for purposes of computing state income tax; to eliminate the mandatory deduction for federal income taxes; and to specify an election for submission of the proposition to electors and provide a ballot proposition.

**SENATE BILL NO. 188—**
BY SENATOR WOMACK AND REPRESENTATIVE THOMPSON
AN ACT
To amend and reenact R.S. 40:531(B)(2)(b) and 600.89(A)(1) and the introductory paragraph of (2), (c), and (e), relative to the Louisiana Housing Corporation and local housing authorities; to provide relative to the board of directors; to provide for the appointment of landlord commissioners; and to provide for related matters.

**SENATE BILL NO. 87—**
BY SENATOR CONNICK
A JOINT RESOLUTION
Proposing to amend Article VI, Section 39 of the Constitution of Louisiana, relative to taxing authority of levee districts; to provide for the millage limits on certain levee districts; and to specify an election for submission of the proposition to electors and provide a ballot proposition.

**SENATE BILL NO. 154—**
BY SENATOR SMITH AND REPRESENTATIVES BOURRIAQUE, FARNUM, HUGHES, MCMAHEN, MINCEY, ORGERON AND WRIGHT
A JOINT RESOLUTION
Proposing to amend Article VII, Section 23(C) of the Constitution of Louisiana, relative to ad valorem property tax millage rate adjustments; to provide for maximum authorized millage rates; and to specify an election for submission of the proposition to electors and to provide a ballot proposition.

**SENATE BILL NO. 148—**
BY SENATORS CORTEZ, ABRAHAM, ALLAIN, BARROW, BERNARD, BOUDREAUX, CATHEY, CLOUD, FIELDS, FOIL, HARRIS, HENRY, HENSGENS, HEWITT, JACKSON, JOHNS, LAMBERT, LUNEAU, MCMATH, MILLIGAN, FRED MILLS, ROBERT MILLS, MIZELL, PEACOCK, POPE, PRICE, REESE, TALBOT, TARVER, WHITE AND WOMACK AND REPRESENTATIVES ADAMS, AMEDEE, BACALA, BAGLEY, BEAULLIEU, BISHOP, BOURRIAQUE, BRASS, BROWN, BRYANT, BUTLER, CARRIER, GARY CARTER, ROBBY CARTER, WILFORD CARTER, CORMIER, COUSSAN, COX, CREWS, DAVIS, DEVILLIER, DUBUISSON, DUPLESSIS, ECHOLS, EDMONDS, EMERSON, FARNUM, FIRMENT, FONTENOT, FREEMAN, FREIBERG, FRIEMAN, GADBERRY, GAINES, GAROFALO, GLOVER, GOUDEAU, GREEN, HARRIS, HILFERTY, HODGES, HOLLIS, HORTON, HUGHES, HUVAL, ILLG, JEFFERSON, JENKINS, TRAVIS JOHNSON, JONES, JORDAN, KERNER, LACOMBE, LANDRY, LARVADAIN, MACK, MAGEE, MARINO, MCCORMICK, MCKNIGHT, MCMAHEN, MIGUEZ, GREGORY MILLER, MINCEY, MOORE, MUSCARELLO, NELSON, NEWELL, ORGERON, CHARLES OWEN, ROBERT OWEN, PHELPS, PIERRE, PRESSLY, ROMERO, SCHAMERHORN, SCHEXNAYDER, SCHLEGEL, SEABAUGH, SELDERS, ST. BLANC, STAGNI, STEFANSKI, TARVER, THOMAS, THOMPSON, TURNER, VILLIO, WHEAT, WHITE, WRIGHT AND ZERINGUE
AN ACT
To enact Chapter 20-G of Title 17 of the Louisiana Revised Statutes of 1950, to be comprised of R.S. 17:3047 through 3047.7, relative to the M.J. Foster Promise Program; to establish the program; to provide for program awards including establishing eligibility requirements and award amount limitations; to provide for funding and administration of the program; and to provide for related matters.

**SENATE BILL NO. 161—**
BY SENATOR ALLAIN
AN ACT
To amend and reenact R.S. 47:601(A)(introductory paragraph) and 601.1(A)(1) and to enact R.S. 47:601(D) and 601.2, relative to the corporation franchise tax and the suspension of the corporation franchise tax on the first three hundred thousand dollars of taxable capital for small business corporations; to provide for the applicable tax periods of the suspension; to provide for the rates of tax; to provide an automatic rate reduction trigger; to provide for effectiveness; and to provide for related matters.

the Department of Economic Development to promulgate rules; to provide for definitions; to provide for effectiveness; and to provide for related matters.

and they are hereby presented for executive approval.

Respectfully submitted,
YOLANDA J. DIXON
Secretary of the Senate

## Message to the Secretary of State

### SIGNED
### SENATE BILLS

June 11, 2021

To the Honorable Secretary of State:

The President of the Senate and the Speaker of the House of Representatives have signed the following Senate Bills:

**SENATE BILL NO. 87—**
BY SENATOR CONNICK
A JOINT RESOLUTION
Proposing to amend Article VI, Section 39 of the Constitution of Louisiana, relative to taxing authority of levee districts; to provide for the millage limits on certain levee districts; and to specify an election for submission of the proposition to electors and provide a ballot proposition.

**SENATE BILL NO. 154—**
BY SENATOR SMITH AND REPRESENTATIVES BOURRIAQUE, FARNUM, HUGHES, MCMAHEN, MINCEY, ORGERON AND WRIGHT
A JOINT RESOLUTION
Proposing to amend Article VII, Section 23(C) of the Constitution of Louisiana, relative to ad valorem property tax millage rate adjustments; to provide for maximum authorized millage rates; and to specify an election for submission of the proposition to electors and to provide a ballot proposition.

**SENATE BILL NO. 159—**
BY SENATORS ALLAIN AND JOHNS AND REPRESENTATIVE BISHOP
A JOINT RESOLUTION
Proposing to amend Article VII, Section 4(A) of the Constitution of Louisiana, relative to income tax; to provide a maximum rate of individual income tax; to provide with respect to the deductibility of federal income tax for purposes of computing state income tax; to eliminate the mandatory deduction for federal income taxes; and to specify an election for submission of the proposition to electors and provide a ballot proposition.

Respectfully submitted,
YOLANDA J. DIXON
Secretary of the Senate

## Message to the Governor

### SIGNED SENATE BILLS

June 11, 2021

To the Honorable Governor of the State of Louisiana:

The President of the Senate and the Speaker of the House of Representatives have signed the following Senate Bills:

**SENATE BILL NO. 31—**
BY SENATOR CATHEY
AN ACT
To enact R.S. 47:293(9)(a)(xx) and 297.16, relative to individual income tax exemptions; to provide for an individual income tax exemption for digital nomads; to provide for definitions; to provide for eligibility requirements; to authorize the Department of Revenue to promulgate rules; to provide for record keeping requirements; to provide for recovery of the tax exemption by the Department of Revenue; to provide for effectiveness; and to provide for related matters.

**SENATE BILL NO. 142—**
BY SENATORS WARD, CORTEZ AND JOHNS
AN ACT
To enact R.S. 4:199, R.S. 27:625(G), and 628 and R.S. 28:843, relative to sports wagering; to provide relative to revenue generated from sports wagering; to provide for appropriation; to create the Behavioral Health and Wellness Fund; to create the Sports Wagering Purse Supplement Fund; to create the Sports Wagering Local Allocation Fund; and to provide for related matters.

**SENATE BILL NO. 197—**
BY SENATOR CATHEY
AN ACT
To enact R.S. 47:1925.13, relative to assessors; to provide relative to an automobile expense allowance; to provide relative to requirements and funding of such allowance; to require an affidavit verifying nonuse; and to provide for related matters.

**SENATE BILL NO. 221—**
BY SENATORS HEWITT, CATHEY, CLOUD, CORTEZ, HENRY, MCMATH, MILLIGAN, ROBERT MILLS, MORRIS, PEACOCK, TALBOT AND WOMACK
AN ACT
To amend and reenact R.S. 18:18(A)(7), 1351, 1352, 1353(B), the introductory paragraph of (C) and (C)(2), and (D), 1361, 1362(A), 1364(A), and 1400.21(C), to enact R.S. 18:1362.1, 1362.2, and 1366 and R.S. 36:744(O) and (P), and to repeal R.S. 18:553.1, 1351(5), and 1365, relative to oversight of voting systems; to provide for definitions; to provide for promulgation of rules and standards; to provide for appointments; to provide for legislative oversight; to provide for an evaluation authority; to provide for membership; to provide for reporting requirements; to provide for evaluation criteria; to provide certain requirements relative to funds used to acquire voting systems; and to provide for related matters.

**SENATE BILL NO. 247—   (Substitute of Senate Bill No. 202 by Senator Cortez)**
BY SENATORS CORTEZ, JOHNS AND WARD AND REPRESENTATIVE STEFANSKI
AN ACT
To amend and reenact R.S. 13:4721, R.S. 14:90.5(A), (B), and (C), R.S. 27:15(B)(1), 15.1, 24(A)(5) and (6), the introductory paragraph of 27.1(C), 44(9), (11), and (13), 58(5), 65(B)(11), 205(11) and (12), 239.1, 353(2) and (5), 361(F), 364(A)(1)(c)(ii) and (5), 371(C), 372(B) and (C), and 375(D), 417(A)(2)(introductory paragraph), and R.S. 46:1816(B)(8), to enact R.S. 14:90(E) and 90.3(K) and R.S. 27:15(B)(8)(c), 205(35), 249.1, Chapter 10 of Title 27 of the Louisiana Revised Statutes of 1950, to be comprised of R.S. 27:601 through 611, and 627, and to repeal R.S. 27:24(A)(5)(f), relative to sports wagering; to provide for definitions; to require a license to conduct sports wagering; to provide relative to duties and powers of the Louisiana Gaming Control Board and the gaming division in the office of state police; to provide for requirements and limitations on licensees and permittees; to authorize cash wagers; to authorize racehorse wagering at certain licensees; to

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSISSIPPI, STATE OF LOUISIANA, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Case No. 2:21-cv-00079-Z |
| JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL., | § § § | |
| Defendants. | § § § | |

## APPENDIX IN SUPPORT OF PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

### DECLARATION OF JEFFREY M. WHITE

Webster's New World College Dictionary (5th ed. 2016) (excerpts)

# EXHIBIT A-25

# WEBSTER'S
# NEW W🌐RLD®

# COLLEGE
# DICTIONARY

### FIFTH EDITION

Words are included in this dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this dictionary is not, however, an expression of the publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this dictionary is to be regarded as affecting the validity of any trademark.

Trademarks: Webster's New World, the Webster's New World logo, We Define Your World, and related trade dress are trademarks or registered trademarks of Houghton Mifflin Harcourt.

Case 2:21-cv-00079-Z   Document 29-1   Filed 09/27/21   Page 272 of 272   PageID 494

**ADSL** abbrev. asymmetric digital subscriber line

**ad·sorb** (ad sôrb′, -zôrb′) vt. [< AD- + L sorbere: see ABSORB] to collect (a gas, liquid, or dissolved substance) in condensed form on a surface —**ad·sorb′a·ble** adj.

**ad·sorb·ate** (ad sôr′bāt, -zôr′-; -bət′) n. a gas, liquid, etc. taken up by adsorption

**ad·sorb·ent** (ad sôr′bənt, -zôr′-) adj. that is capable of adsorbing —n. a thing or substance that adsorbs

**ad·sorp·tion** (ad sôrp′shən, -zôrp′-) n. [< ADSORB, by analogy with ABSORPTION] an adsorbing or being adsorbed; adhesion of the molecules of a gas, liquid, or dissolved substance to a surface —**ad·sorp′tive** adj.

**ad·su·ki bean** (ad sō̇o′kē, -sōō′-) ADZUKI BEAN

**ad·u·lar·i·a** (a′jōō ler′ē ə, -jə-) n. [It < Fr adulaire, after Adula, a group of mountains in Switzerland + -aire, -ARY] a transparent or translucent variety of orthoclase

**ad·u·late** (a′jōō lāt′, -jə-) vt. **-lat′ed, -lat′ing** [< L adulatus, pp. of adulari, to fawn upon, orig., to wag the tail < ad-, to + *ūlos, tail < IE *ūlo < base *wel- > WALK: cf. WHEEDLE] 1 to praise too highly or flatter servilely 2 to admire intensely or excessively —**ad′u·la′tion** n. —**ad′u·la′tor** n. —**ad′u·la·to′ry** (-lə tôr′ē) adj.

**a·dult** (ə dult′, ad′ult′) adj. [L adultus, pp. of adolescere: see ADOLESCENT] 1 mature in age, size, strength, etc.; grown-up 2 of or for adult persons (an adult novel) 3 containing or providing sexually explicit or, esp., pornographic material [adult movies] —n. 1 a man or woman who is fully mature; grown-up 2 an animal or plant that is fully developed 3 a person who has reached the age of majority, now generally 18 years —RIPE —**a·dult′hood′** n. —**a·dult′ness** n.

**adult education** CONTINUING EDUCATION

**a·dul·ter·ant** (ə dul′tər ənt) n. a substance that adulterates —adj. adulterating; making inferior or impure

**a·dul·ter·ate** (ə dul′tər āt′; for adj., -tər it) vt. **-at′ed, -at′ing** [< L adulteratus, pp. of adulterare, to falsify < adulter, an adulterer, counterfeiter < ad-, to + alter, other, another] to make inferior, impure, not genuine, etc. by adding a harmful, less valuable, or prohibited substance —adj. 1 guilty of adultery; adulterous 2 adulterated; not genuine —**a·dul′ter·a′tor** n.

**a·dul·ter·at·ed** (-āt′id) adj. 1made inferior, impure, etc. by adulterating 2 that does not conform to legal standards of purity, processing, labeling, etc.

**a·dul·ter·a·tion** (ə dul′tər ā′shən) n. 1 an adulterating or being adulterated 2 an adulterated substance, commodity, etc.

**a·dul·ter·er** (ə dul′tər ər) n. [altered, after L adulterare, from ME avowterer, avouter < OFr avoutre < avoutrer, to commit adultery < L adulterare: see ADULTERATE] a person (esp. a man) guilty of adultery

**a·dul·ter·ess** (ə dul′tər is, ə dul′tris) n. a woman guilty of adultery

**a·dul·ter·ine** (ə dul′tər in, -tər īn′) adj. [L adulterinus < adulter: see ADULTERATE] 1 of adultery 2 due to adulteration

**a·dul·ter·ous** (ə dul′tər əs, -dul′tras) adj. relating to, characterized by, or guilty of, adultery —**a·dul′ter·ous·ly** adv.

**a·dul·ter·y** (ə dul′tər ē, -dul′trē) n., pl. **-ter·ies** [L adulterium < adulter: see ADULTERATE] voluntary sexual intercourse between a married man and a woman not his wife, or between a married woman and a man not her husband: see also FORNICATION

**ad·um·bral** (ad um′brəl) adj. [see fol.] in shadow; shady

**ad·um·brate** (ad um′brāt′, ad′əm brāt′) vt. **-brat′ed, -brat′ing** [< L umbratus, pp. of adumbrari, to shade < ad-, to + umbra, SHADE] 1 to outline in a shadowy way; sketch 2 to suggest beforehand; foreshadow in a vague way 3 to obscure; overshadow —**ad′um·bra′tion** (-brā′shən) n. —**ad·um′bra·tive** (-bra tiv) adj.

**ad·un·cate** (ad un′kāt′, -kit; ə dun′-) adj. [L aduncus < ad-, to + uncus, hooked, a hook < IE base *ang-, *ank-: see ANGLE¹] curved or hooked, as a parrot's beak

**a·dust** (ə dust′) adj. [L adustus, pp. of adurere, to burn up < ad-, to + urere, to burn: see EMBER¹] [Archaic] 1 scorched; burned 2 parched 3 sunburned 4 sallow and melancholy

**Ad·u·wa** (äd′ə wä, ad′-) var. of ADOWA

**adv** abbrev. 1 ad valorem 2 advance 3 adverb 4 advertisement 5 advisory 6 [L adversus] against

**ad va·lo·rem** (ad′ və lôr′əm) [L] in proportion to the value: a phrase applied to certain duties and taxes levied on goods, property, etc. as a percentage of their value: abbrev. ad val.

**ad·vance** (ad vans′, -ä-) vt. **-vanced′, -vanc′ing** [ME avancen < OFr avancer, to forward < VL *abantiare < L ab-, from + ante, before: sp. ad- by assoc. with L ad, to, forward] 1 to bring forward; move forward [to advance a chessman] 2 to raise in rank, importance, etc.; promote 3 to help or hasten the success or completion of; further [to advance a project] 4 to put forward; propose 5 to bring closer to the present; specif., a) to cause (a future event) to happen earlier b) to assign a later date to (a past event) 6 to raise the rate of; increase [to advance prices] 7 to pay (money) before due 8 to lend —vi. 1 to go forward; move ahead 2 to make progress; improve; develop 3 to rise in rank, importance, etc. 4 to rise in price or cost; increase —n. 1 a moving forward 2 an improvement; progress [new advances in science] 3 a rise in value or cost 4 [pl.] approaches to get favor, become acquainted, etc.; overtures [to someone] 5 a payment made before due, as of wages 6 a loan —adj. 1 in front [advance guard] 2 beforehand; ahead of time [advance information] —in advance 1 in front 2 before due; ahead of time —**ad·vanc′er** n.

---

**SYN.—advance** is used to describe assistance in hastening the course of anything or in moving toward an objective; to **promote** is to help in the establishment, development, or success of something [to promote good will]; forward emphasizes the idea of action as an impetus [concessions were made to forward the pact]; further emphasizes assistance in bringing a desired goal closer [to further a cause] —ANT. retard, check

---

**ad·vanced** (ad vanst′, -ä-) adj. 1 moved forward; in front [an advanced military post] 2 far on in time or in a course of action or events [despite his advanced age, at an advanced stage in the trial] 3 a) ahead or beyond others in progress, complexity, etc. [advanced studies] b) ahead of the times [her advanced views on education] —SYN. LIBERAL

**☆advanced credit (or standing)** credit toward a degree allowed to a student by a college for courses taken elsewhere or for high scores on preliminary examinations

**advance guard** a detachment of troops sent ahead to reconnoiter and protect the line of march

**☆advance man** a person hired to travel in advance of a theatrical company, political candidate, etc. to arrange for publicity, schedule appearances, etc.

**ad·vance·ment** (ad vans′mənt, -ä-) n. 1 an advancing or being advanced 2 promotion, as to a higher rank 3 progress or improvement; furtherance 4 Law money or property given as an advance share in the estate of a person who later dies without making a will: it is deducted from the total share of the recipient in the intestate's estate

**ad·van·tage** (ad vant′ij, -ä-) n. [ME avantage, avauntage < OFr avantage < avant, before < L ab- + ante: see ADVANCE] 1 a more favorable position; superiority: often with of or over 2 a favorable or beneficial circumstance, event, etc. 3 gain or benefit 4 Tennis the first point scored after deuce —vt. **-taged, -tag·ing** to give an advantage to; be a benefit or aid to —have the advantage of to have an advantage over —take advantage of 1 to make use of (one's own benefit 2 to impose upon in a selfish way —to advantage so as to result in a good effect

**ad·van·taged** (-ijd) adj. characterized by certain, esp. socioeconomic, advantages [advantaged students within a school district]

**ad·van·ta·geous** (ad′van tā′jəs, -van-) adj. resulting in advantage; favorable; profitable —**ad′van·ta′geous·ly** adv.

**ad·vec·tion** (ad vek′shən) n. [AD- + (CON)VECTION] the transference of heat by horizontal currents of air —**ad·vec′tive** (-tiv) adj.

**Ad·vent** (ad′vent′) n. [ME & OFr avent < ML adventus < pp. of L advenire, to come < ad-, to + venire, COME] 1 the period including the four Sundays just before Christmas 2 Theol. a) the birth of Christ b) SECOND COMING 3 [a-] a coming or arrival

**☆Ad·vent·ism** (ad′von tiz′əm) n. the belief that the Second Coming of Christ will occur soon

**☆Ad·vent·ist** (ad′von tist, ad vent′ist) n. a member of a Christian sect based on Adventism —adj. of Adventism or Adventists

**ad·ven·ti·ti·a** (ad′von tish′ə, -tish′ē ə; -vən-) n. [ModL < L, for adventicia, neut. pl. of adventicius: see fol.] the outer covering of an organ, as of an artery: it is made up chiefly of connective tissue

**ad·ven·ti·tious** (ad′von tish′əs, -vən-) adj. [L adventicius, coming from abroad: see ADVENT] 1 added from outside; not inherent; accidental 2 occurring in unusual or abnormal places [adventitious roots growing on a stem] —SYN. ACCIDENTAL —**ad′ven·ti′tious·ly** adv. —**ad′ven·ti′tious·ness** n.

**ad·ven·tive** (ad ven′tiv) adj. [L adventus (see ADVENT) + -IVE] not native to the environment; rarely or imperfectly naturalized —n. an adventive plant or animal

**Advent Sunday** the first Sunday in Advent

**ad·ven·ture** (ad ven′chər, ad-) n. [ME aventure < OFr < VL *adventura, lit., a happening < L advenire: see ADVENT] 1 the encountering of danger 2 a daring, hazardous undertaking 3 an unusual, stirring experience, often of a romantic nature 4 a venture or speculation in business or finance 5 a liking for danger, excitement, etc. [a man full of adventure] —vt. **-tured, -tur·ing** [Archaic] 1 to put in danger; risk; venture 2 to be bold about; dare —vi. 1 to engage in daring undertakings 2 to take a risk

**ad·ven·tur·er** (ad ven′chər ər, ad-) n. 1 a person who has or likes to have adventures 2 SOLDIER OF FORTUNE (sense 1) 3 a financial speculator 4 a person who seeks to become rich, powerful, etc. by dubious schemes

**ad·ven·ture·some** (ad ven′chər səm, ad-) adj. willing to take risks; adventurous

**ad·ven·tur·ess** (ad ven′chər is, ad-) n. a woman adventurer, specif. one who seeks to become rich and socially accepted by exploiting her charms, by scheming, etc.

**ad·ven·tur·ism** (ad ven′chər iz′əm, ad-) n. actions or tactics, esp. in politics or international relations, that are regarded as recklessly daring and involving the risk of serious consequences —**ad·ven′tur·ist** n., adj. —**ad·ven′tur·is′tic** adj.

**ad·ven·tur·ous** (ad ven′chər əs, ad-) adj. [ME aventurous < OFr aventuros < aventure, ADVENTURE] 1 fond of adventure; willing to take chances; daring 2 full of danger; risky —**ad·ven′tur·ous·ly** adv. —**ad·ven′tur·ous·ness** n.

**ad·verb** (ad′vurb′) n. [ME adverbe < L adverbium < ad-, to + verbum, a word] any of a class of words used generally to modify a verb, an adjective, another adverb, a phrase, or a clause, by expressing time, place, manner, degree, cause, etc.: English adverbs often end in -ly (Ex.: fast, carefully, then)