IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-079-Z |
| JANET YELLEN *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Defendants' Unopposed Motion to Stay Answer Deadline ("Motion") (ECF No. 51), filed on March 8, 2022. Having considered the Motion, the Court finds the Motion should be and is hereby **GRANTED**. The Court **STAYS** Defendants' deadline to file an answer until resolution of parties' Motions for Summary Judgment (ECF Nos. 27, 44). Defendants' deadline to file an answer — if applicable — shall be 14 days after the Court rules on the outstanding Motions for Summary Judgment.

**SO ORDERED**.

March 8, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE