IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| THE STATE OF TEXAS *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | §   2:21-CV-079-Z |
| | § |
| JANET YELLEN *et al.*, | § |
| | § |
| Defendants. | § |

**FINAL JUDGMENT**

On April 8, 2020, the Court issued an Opinion and Order in this cause. Based on that document, the Court renders judgment as follows:

- The Court **GRANTS IN PART** Plaintiffs' Motion for Partial Summary Judgment (ECF No. 27) and **PERMANENTLY ENJOINS** Defendants and any other agency or employee of the United States from enforcing 42 U.S.C. § 802(c)(2)(A) against Plaintiffs or recouping any funds from Plaintiffs for a violation thereof;

- The Court **DENIES** Defendants' Motion for Summary Judgment (ECF No. 44);

- The Court **DISMISSES WITHOUT PREJUDICE** Count IV of Plaintiffs' Complaint as moot;

- To the extent allowed by law, Plaintiffs shall recover attorney's fees and related non-taxable expenses as the Court may hereafter award on a timely motion. *See* FED. R. CIV. P. 54(d); and

- The Court **DENIES** any relief sought by parties and not expressly granted in this Judgment.

Judgment is rendered accordingly.

April 8, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE